**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____   Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy        06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | CTN Holdings, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | FKA  Aspiration Partners, Inc |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-5059122 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**548 Market Street,**<br>**PMB 72015**<br>**San Francisco, CA 94101-5401**<br>Number, Street, City, State & ZIP Code<br><br>**San Francisco**<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | www.catona.com | |
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

| Debtor | CTN Holdings, Inc. | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7.    Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5239

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☑ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Annex A attached** | | Relationship | _____ |
|---|---|---|---|---|

| Debtor | CTN Holdings, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| | District | When | Case number, if known |
|---|---|---|---|

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☑ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☑ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | CTN Holdings, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 30, 2025**
MM / DD / YYYY

**X** **/s/ Miles Staglik**                          **Miles Staglik**
Signature of authorized representative of debtor        Printed name

Title    **Chief Restructuring Officer**

---

**18. Signature of attorney**

**X** **/s/ William F. Taylor, Jr.**        Date  **March 30, 2025**
Signature of attorney for debtor                MM / DD / YYYY

**William F. Taylor, Jr.**
Printed name

**Whiteford, Taylor & Preston LLC**
Firm name

**600 North King Street**
**Suite 300**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **302-353-4144**      Email address   **wtaylor@whitefordlaw.com**

**2936 DE**
Bar number and State

**ANNEX A**

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the entities below (collectively, the "Debtors") filed a Petition in the United States Bankruptcy Court for the District of Delaware for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of CTN Holdings, Inc.

- CTN SPV Holdings, LLC
- Catona Climate Solutions, LLC
- Make Earth Green Again, LLC
- Aspiration QFZ, LLC
- Zero Carbon Holdings, LLC
- Aspiration Fund Adviser, LLC

**Fill in this information to identify the case:**

Debtor name     **CTN Holdings, Inc.**

United States Bankruptcy Court for the:    **DISTRICT OF DELAWARE**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | **LA Clippers LLC** 1212 Flower Street Los Angeles, CA 90015 | ap@clippers.com (213) 204-2800 | Unsecured trade payable and Contracted Carbon Credits | | | | **$30,047,222.00** |
| 2 | **Forum Entertainment, LLC** 3900 W. Manchester Avenue Inglewood, CA 90305 | ron.bleiweiss@thelaforum.com (310) 862-6200 | Contracted Carbon Credit Value | | | | **$10,999,414.00** |
| 3 | **Interprivate III Financial** Partners Inc. 1350 Avenue of the Americas 2nd Floor New York, NY 10019 | info@interprivate.com (212) 920-0125 | Unsecured trade payable | | | | **$7,000,000.00** |
| 4 | **KL2 Aspire LLC** 12220 Westerly Trail Moreno Valley, CA 92557 | mitchfrankel.sports@gmail.com | Unsecured trade payable | | | | **$7,000,000.00** |
| 5 | **Boston Red Sox Baseball** Club Limited Partnership Fenway Park 2 Jersey Street Boston, MA 02215 | ar@redsox.com (617) 226-6000 | Unsecured trade payable | | | | **$4,974,903.40** |
| 6 | **Socure, Inc.** 330 7th Ave New York, NY 10001 | billing@socure.com (866) 932-9013 | Unsecured trade payable | | | | **$4,140,120.39** |
| 7 | **Noble People** 96 Morton Street New York, NY 10014 | accounting@noblepeople.com (646) 234-8746 | Unsecured trade payable | | | | **$3,889,494.50** |

| Debtor | CTN Holdings, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | **Slalom, LLC** 821 2nd Avenue Suite 1900 Seattle, WA 98104 | billing@slalom.com (206) 438-5700 | Unsecured trade payable | | | | **$2,617,224.85** |
| 9 | **Eden Reforestation Projects and Compassionate Carbons, LLC** Spencer Hosie Hosie Rice, LLP 149 New Montgomery Street 4th Floor San Francisco, CA 94102 | shosie@hosielaw.com (415) 247-6000 | Mediated Judgment Balance | | | | **$1,726,042.97** |
| 10 | **Clear Link Tehnologies, LLC d/b/a The Penny Hoarder (Taylor Media Corp)** Kennedy D. Tate 36 South State Street Suite 1400 Salt Lake City, UT 84111 | knate@rqn.com (801) 323-3354 | Litigated Judgement | | | | **$1,049,598.26** |
| 11 | **Feedzai Inc** 1875 South Grant Street Suite 950 San Mateo, CA 94402 | ana.lima@feedzai.com (650) 260-8924 | Unsecured trade payable | | | | **$930,000.00** |
| 12 | **Sidley Austin LLP** 955 California Street Chicago, IL 60603 | mdayton@sidley.com (212) 839-5300 | Unsecured trade payable | | | | **$911,129.18** |
| 13 | **Impact Tech, Inc** 223 East De La Guerra Street Santa Barbara, CA 93101 | breena.beckett@impact.com (805) 324-6021 | Unsecured trade payable | | | | **$851,549.00** |
| 14 | **Mission Financial Partners** 1 Embarcadero Center Suite 800 San Francisco, CA  94111 | tnewell@aspitation.com (800) 683-8529 | Future Carbon Credits | | | | **$750,011.00** |
| 15 | **Facebook, Inc.** 15161 Collections Center Drive Chicago, IL 60693 | ar@fb.com (650) 308-7300 | Unsecured trade payable | | | | **$740,892.95** |
| 16 | **Donnelley Financial Solutions** 35 W Wacker Drive Chicago, IL 60601 | Accounts-Receivable@dfinsolutions.com (800) 823-5304 | Unsecured trade payable | | | | **$667,120.52** |

Debtor **CTN Holdings, Inc.** _____   Case number *(if known)* _____
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 17 | **Performcb LLC** 2389 E Venice Avenue #410 Venice, FL 34292 | accountsreceivable@performcb.com (866) 867-6333 | Unsecured trade payable | | | | $626,834.39 |
| 18 | **Clarity AI** 609 Greenwich Street 5th Floor New York, NY 10014 | billing@clarity.ai (929) 581-1230 | Unsecured trade payable | | | | $600,000.00 |
| 19 | **Trees for the Future** 10770 Columbia Pike #300 Silver Spring, MD 20901 | tim@trees.org (301)565-0630 | Contract Obligation | | | | $590,628.00 |
| 20 | **Gibson Dunn & Crutcher LLP** 333 South Grand Avenue Los Angeles, CA 90071 | RPerez@gibsondunn.com (212) 351-4000 | Unsecured trade payable | | | | $571,939.88 |
| 21 | **Deloitte Services, LP** 30 Rockefeller Plaza New York, NY 10122 | ekiaer@deloitte.com (212) 492-4000 | Prepaid Carbon Credits | | | | $500,000.00 |
| 22 | **Laurel Strategies, Inc** 4A Oxford Street Chevy Chase, MD 20815 | jvalic@laurelstrategies.com (202) 776-7776 | Unsecured trade payable | | | | $492,977.00 |
| 23 | **Davis Wright Tremaine LLP** 920 Fifth Avenue, Suite 330 Seattle, WA 98104 | ach@dwt.com (212) 489-8230 | Unsecured trade payable | | | | $451,933.73 |
| 24 | **Sandline Discovery LLC** 105 North Virginia Avenue, Suite 302 Falls Church, VA 22046 | ar@sandlineglobal.com (571) 888-3366 | Unsecured trade payable | | | | $433,767.59 |
| 25 | **Bank of America** Corprate Center 101 South Tyron Street Charlotte, NC  28255 | lisa.shpritz@bofa.com (800) 432-1002 | Prepaid Carbon Credits | | | | $360,000.00 |
| 26 | **Bartko Zankel Bunzel & Miller** One Embarcadero Center Suite 800 San Francisco, CA 94111 | carthur@bartkolaw.com (415) 956-1900 | Unsecured trade payable | | | | $328,868.43 |
| 27 | **Prodege, LLC** 100 N. Pacific Coast Highway, 8th Floor Pasadena, CA 91185-4252 | ar@prodege.com (310) 294-9599 | Unsecured trade payable | | | | $220,000.00 |

Debtor    **CTN Holdings, Inc.**
_____
Name

Case number *(if known)* _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 28 | **APT 304, LLC** 5000 Birch Street, Suite 300 Newport Beach, CA 92660 | james@apt304.io (714) 386-9923 | Unsecured trade payable | | | | **$195,033.44** |
| 29 | **Dechert LLP** 2929 Arch Street Philadelphia, PA 19104 | kathleen.fenton@dechert.com (212) 698-3500 | Unsecured trade payable | | | | **$183,244.85** |
| 30 | **PricewaterhouseCoopers LLP** P.O. Box 952282 Dallas, TX 75395-2282 | geoffrey.b.husted@pwc.com (214) 999-1400 | Unsecured trade payable | | | | **$167,000.00** |

**Fill in this information to identify the case:**

Debtor name **CTN Holdings, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑ Other document that requires a declaration **Corporate Ownership Statement and List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**March 30, 2025**__

**/s/ Miles Staglik**
Signature of individual signing on behalf of debtor

**Miles Staglik**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CTN Holdings, Inc., *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 25- (_____) (\_\_)<br><br>(Joint Administration Requested) |

**CONSOLIDATED CORPORATE OWNERSHIP
STATEMENT AND LIST OF EQUITY SECURITY HOLDERS
<u>PURSUANT TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), and 700.1</u>**

Pursuant to rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors-in-possession (each a "<u>Debtor</u>" and, collectively, the "<u>Debtors</u>"), to the best of their knowledge, information, and belief, hereby state as follows:

1.    The holders of equity in Debtor CTN Holdings, Inc. ("<u>CTN</u>"), are set forth below. Debtors CTN SPV Holdings, LLC; Catona Climate Solutions, LLC; Make Earth Green Again, LLC; Aspiration QFZ, LLC; Zero Carbon Holdings, LLC; and Aspiration Fund Adviser, LLC are owned 100% by CTN.

2.    A list of Debtor CTN's equity holders appears below:

*[Remainder of page intentionally left blank.]*

---

[1]       The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are CTN Holdings, Inc. (9122), CTN SPV Holdings, LLC (8689), Make Earth Green Again, LLC (4441), Aspiration QFZ, LLC (1532), Aspiration Fund Adviser, LLC (4214), Catona Climate Solutions, LLC (3375) and Zero Carbon Holdings, LLC (1679). The mailing address for the Debtors is 548 Market Street, PMB 72015, San Francisco, CA 94101-5401.

| EQUITY HOLDER[2] | PERCENTAGE OF EQUITY HELD |
|---|---|
| 1HMR, LLC | 0.009% |
| 205 Burr Oak Investment LLC | 0.005% |
| Adam Taub | 0.013% |
| Adel Davidyan | 0.006% |
| Adrem X LLC | 0.019% |
| AGO II GP, LLC | 0.004% |
| AGO II, LP | 0.742% |
| AGO III, LP | 0.227% |
| AGO Special Situations Credit LP | 1.555% |
| AGO Special Situations II LP | 0.418% |
| Ahya Kurdi | 0.001% |
| Albert S Liu | 0.004% |
| Albert Y. Kim Living Trust | 0.032% |
| Alejandro Francisco Cano Gutierrez | 0.005% |
| Alex Pomeroy | 0.054% |
| Alexandra Horigan | 0.179% |
| Alexis Maybank | 0.087% |
| Allan Hammock | 0.000% |
| Allen & Company, LLC | 0.064% |
| Alon Nelson | 0.002% |
| Alpha Edison A, L.P. | 0.429% |
| Alpha Edison Westwood II A LLC | 0.378% |
| Alpha Edison Westwood II LLC | 0.711% |
| Alpha Edison, L.P. | 2.965% |
| Alvaro Boulet Alonso | 0.195% |
| Andrei Cherny | 0.000% |
| Andrew L. Sandler Revocable Trust | 0.047% |
| Angelica Lomeli | 0.000% |
| Anna Dukor | 0.002% |
| AOG INSTITUTIONAL DIVERSIFIED FUND | 0.129% |
| APOGEE Pacific LLC | 0.001% |
| Ari Martirosyan | 0.001% |
| Arie Arik Betesh and Yamit Betesh | 0.008% |
| Arie Arik Betesh and Yamit Betesh | 0.062% |

[2]    Consistent with the Debtors' Motion for Entry of an Order (I) Authorizing Debtors to Seal Certain Personally Identifiable Information for Individuals and (II) Granting Related Relief, filed contemporaneously herewith, contact information for each equity holder is on file with the Debtors and may be made available upon proper request.

| EQUITY HOLDER[2] | PERCENTAGE OF EQUITY HELD |
|---|---|
| Arioan ScoopSA - Aspiration | 0.040% |
| Arjuna Rajasingham | 0.018% |
| Arlene Waclawek | 0.004% |
| Arthur and Peta Klitofsky | 0.002% |
| Aspiration Holdings II SPE, LLC | 0.786% |
| Aspiration Holdings SPE, LLC | 0.000% |
| BANSBACH CAPITAL GROUP, LLC | 0.235% |
| Barry Donner | 0.001% |
| Ben Jealous | 0.000% |
| Benjamin Rafii | 0.005% |
| Benjamin S Heldfond Family Trust | 0.006% |
| Benjamin Sherman | 0.003% |
| Bingaman Family Irrevocable Trust | 0.032% |
| BPCCInc., LLC | 7.754% |
| BPCCInc., LLC | 0.124% |
| Brandee Busch | 0.000% |
| Brian Weinstein | 0.003% |
| Brittany Johnson | 0.001% |
| Budoff Billit Living Trust | 0.015% |
| Carmen Gutierrez Smith | 0.011% |
| Casa Teresa | 0.005% |
| Casey Weinstein 2018 Family Trust | 0.008% |
| Cecilia Martinez del Solar | 0.031% |
| Cecilia Saez | 0.000% |
| Charles A. Tharnstrom | 0.025% |
| Charles W McElfresh | 0.000% |
| Chicago Carbon Holdings LLC | 4.193% |
| Christina Margot Ross | 0.000% |
| Christopher Calvert | 0.000% |
| Christopher Coleman | 0.004% |
| Clayton Bourne | 0.025% |
| Clear Link Technologies, LLC | 0.000% |
| Clover Private Credit Opportunities Origination (Levered) II LP | 11.883% |
| Commerce Investment Group LLC | 0.012% |
| Craig Randall Johnson | 0.020% |
| Crawford/Gerber Living Trust dtd 10/7/2009 | 0.009% |

| EQUITY HOLDER[2] | PERCENTAGE OF EQUITY HELD |
| --- | ---: |
| Crestone Capital Partners LLC | 0.072% |
| DAM Birdie LLC (Daniel Murillo) | 0.012% |
| Damavandi 2021 Ins Trust | 0.068% |
| Damien Varron | 0.000% |
| Danette Eilenberg | 0.017% |
| Daniel Duran | 0.000% |
| Daniel Nir | 0.185% |
| Daniel Shurey | 0.000% |
| Daniel Zakowski | 0.006% |
| Danielle Gopen | 0.002% |
| Danielle Wolf | 0.006% |
| Darwin Capital Advisors II LLC | 0.097% |
| Darwin Capital Advisors II LLC | 0.051% |
| Darwin Capital Advisors LLC | 0.105% |
| Darwin Capital Advisors LLC | 0.058% |
| David Flusberg | 0.015% |
| David Goldsmith | 0.000% |
| David Jacobs | 0.002% |
| David Keyes | 0.001% |
| David Wolpe | 0.022% |
| DBD Family Trust | 0.012% |
| DCM Labs | 0.034% |
| DEA 88 INVESTMENTS LP | 0.072% |
| Deep Field Opportunities Fund, L.P. | 0.369% |
| Deepak Kumar | 0.000% |
| Delph Enterprises, Inc. | 0.002% |
| Derris & Company LLC | 0.045% |
| DMC (PED) Limited | 0.024% |
| DNS-Aspire, LLC | 1.629% |
| Doha Venture Capital LLC | 0.285% |
| Don Karr | 0.006% |
| Double Chase Investments LP | 0.006% |
| Double Chase Management LLC | 0.008% |
| Double Chase Management, LLC | 0.032% |
| Double Diamond Investment Holdings, LP | 0.040% |
| Dylan Blaty | 0.002% |
| E3 Asset Management, LLC | 0.064% |

| EQUITY HOLDER[2] | PERCENTAGE OF EQUITY HELD |
|---|---|
| Edwin (Tate) Mill | 0.000% |
| Ellen Wilson | 0.000% |
| Elliot Brandt | 0.012% |
| Emerald Asset Management, Inc. | 0.023% |
| EQUITYZEN GROWTH TECHNOLOGY FUND LLC - SERIES 1145 | 0.005% |
| Eric Johnson | 0.005% |
| Eugene Sperling | 0.060% |
| Evelina Pivavarava | 0.004% |
| Eyal Bilgrai | 0.003% |
| Eyal Gutentag | 0.000% |
| FABFOUR SCSp | 0.040% |
| Fabian Andres Vargas Rivera | 0.006% |
| Fabio Montauti | 0.009% |
| Faisal AlHusseini | 0.369% |
| Flourish Ventures Fund LLC | 0.159% |
| FootPrint Coalition Ventures Late Stage Fund, LP - A1 | 0.051% |
| FP Ventures ASP LP Inc. | 0.967% |
| Frank A. Cuenca Living Trust Dated May 19, 2005 | 0.058% |
| Frank Berrin | 0.003% |
| Frank Yeary | 0.000% |
| FWPE Fund 1, LLC | 0.160% |
| GAM Investments LLC | 0.006% |
| George abou Joudi | 0.003% |
| GL Family Trust | 0.004% |
| Glenn Anton Rivers | 0.000% |
| Global Media Fund LLC | 0.003% |
| GLUCK/GLADDEN FAMILY TRUST Dtd DECEMBER 15, 2003 | 0.020% |
| Goodbank Irrevocable Trust | 0.006% |
| Gordon Crawford | 0.013% |
| Gregory Shadwick | 0.000% |
| GSV Capital Corp. | 0.453% |
| Hamid and Nahid Rafii | 0.001% |
| Hammerman Children Irrevocable Trust | 0.009% |
| Hannah Vanguilder | 0.000% |
| Helen Mullish | 0.000% |

| EQUITY HOLDER[2] | PERCENTAGE OF EQUITY HELD |
|---|---|
| Ian Wentzell | 0.000% |
| Ibrahim AlHusseini | 0.000% |
| Ibrahim AlHusseini | 0.162% |
| IGSB Internal Venture Fund III, LLC | 0.573% |
| Ilya Holdings Limited | 0.088% |
| Inherent Aspiration, LLC | 1.749% |
| Inspira Financial, FBO Lev Moltyaner | 0.011% |
| IRA Club FBO Ruben Gallego Roth IRA 2001404 | 0.003% |
| Irfan Kamal | 0.000% |
| Jabez Dewey | 0.001% |
| Jack Oliver | 0.025% |
| Jaguar Acquisition Limited | 0.313% |
| Jaguarundi Partners, LLC | 0.573% |
| James Katz | 0.004% |
| James M. Cannon | 0.002% |
| James R. Gates Separate Porperty Revocable Trust | 0.049% |
| Jason Gupta | 0.018% |
| Jedi Capital | 0.241% |
| JeeAnn Whitney Petrina | 0.000% |
| Jeffrey Denight | 0.000% |
| Jeffrey Harris | 0.001% |
| Jeffrey Susskind | 0.012% |
| Jess Brown | 0.036% |
| Jessica Berrin | 0.008% |
| Jessica McMillin | 0.002% |
| Jim Meeks | 0.038% |
| Joe Carney | 0.006% |
| John B. Emerson and Kimberly K. Marteau, Trustees of the Emerson-Marteau Trust dated 10/9/2003 | 0.008% |
| Johnson Revocable Trust | 0.021% |
| Jon Barnwell | 0.091% |
| Jon Feigelson | 0.030% |
| Jonathan Alter | 0.003% |
| Joseph A Jolson 1991 Trust | 0.016% |
| Joseph Besecker | 0.082% |

| EQUITY HOLDER[2] | PERCENTAGE OF EQUITY HELD |
|---|---|
| Joseph Chen | 0.861% |
| Joseph Chen Irrevocable Family Trust | 1.096% |
| Joseph Mulkey | 0.012% |
| Juan David Borrero | 0.008% |
| Junius Holding GmbH | 0.098% |
| Justin Kuok | 0.006% |
| Justin Meltzer Investment | 0.001% |
| Kaia Gerber | 0.009% |
| Katherine Lay | 0.001% |
| Kathleen Emmett | 0.000% |
| Kathleen Schier | 0.013% |
| KC Partners LLC | 0.013% |
| Kenneth Choi | 0.002% |
| Kfir Gavrieli | 0.322% |
| Koh Boon Hwee | 0.010% |
| Lauren Rocheleau | 0.009% |
| Lawrence Berrin | 0.004% |
| Leah Grace Hunt-Hendrix Trust | 0.003% |
| Leslie Morton | 0.013% |
| Long Live Bruce, LLC | 2.867% |
| Lorraine D. Berrin | 0.028% |
| Luke Clauson | 0.007% |
| Majid El Solh | 0.167% |
| MALI H. KINBERG REVOCABLE LIVING TRUST | 0.006% |
| Manzanita Ventures LLC | 0.062% |
| Marc Stad | 0.006% |
| Marilyn J Goens Rev Liv Trust U/A DTD 11/16/06 | 0.010% |
| Mark Corentin Cot-Magnas | 0.013% |
| Mark J. Silverman Living Trust U/A 7/27/95 | 0.009% |
| Mark Villanueva | 0.002% |
| Martin Alejandro Bedoya Benavides | 0.006% |
| Martin Gedalin | 0.003% |
| Mary Dent | 0.000% |
| Matthew Giles | 0.009% |
| Matthew Lee | 0.681% |

| EQUITY HOLDER[2] | PERCENTAGE OF EQUITY HELD |
|---|---|
| Matthew Russo | 0.003% |
| Megan Holmes | 0.005% |
| Mendonca Family Trust | 0.015% |
| Metropolitan Levered Partners Fund VII, LP | 0.002% |
| Metropolitan Partners Fund VI (3C1), LP | 0.000% |
| Metropolitan Partners Fund VI, LP | 0.003% |
| Metropolitan Partners Fund VII, LP | 0.003% |
| MF Partners, LLC | 0.033% |
| MF Partners, LLC | 0.009% |
| Michael Christenson | 0.032% |
| Michael O'Mary | 0.201% |
| Michael Shuckerow | 0.000% |
| Michael Smith | 0.012% |
| Micharn Pollock | 0.002% |
| Michel Bayoud | 0.003% |
| Milena Davidson | 0.001% |
| Miller Family Legacy, LLC | 0.062% |
| Miranda Brouwer Living Trust | 0.009% |
| Mission and Market Fund I, LLC | 0.035% |
| Mohammad Khaja | 0.004% |
| Moran Davidyan | 0.003% |
| MUURAMASA LLC | 0.012% |
| MX of Kuok Family | 0.010% |
| Nano Financial Holdings, Inc | 0.000% |
| Nascent Line LLC | 0.062% |
| Nate Redmond | 0.000% |
| Nathan and Emily Kane Miller | 0.009% |
| Nathaniel Malka | 0.006% |
| NEV Alternatives LLC | 0.046% |
| Nikki Murphy | 0.001% |
| Nikolaos Nomikos | 0.003% |
| No. 4 LP | 0.101% |
| Oberndorf Enterprises/OEL Venture Investments LLC | 0.012% |
| OCM Aspiration Holdings, LLC | 23.290% |
| OREN ABRAHAM LAZAR | 0.003% |
| OS PETEIROS INVESTMENTS, S.L. | 0.040% |

| EQUITY HOLDER[2] | PERCENTAGE OF EQUITY HELD |
|---|---|
| Pacific Sequoia Holdings LLC | 0.993% |
| Palmer Murray Living Trust | 0.006% |
| Paradox Capital | 0.058% |
| Paul Eisenstein | 0.027% |
| Paul Soros 2010 Family Trust A | 0.031% |
| Peter Early | 0.000% |
| Petr Averianov | 0.030% |
| Philip Remmele | 0.003% |
| Philippe von Stauffenberg | 0.120% |
| Pilpel Ltd. | 0.043% |
| Plummer Schnabel Family Trust UAD 8/6/07 | 0.015% |
| Pohlad Investments, LLC | 0.123% |
| Pohlad Investments, LLC | 0.200% |
| Polpat LLC | 1.981% |
| Praesumo Holdings, LLC | 0.985% |
| PWM Alternatives LLC | 0.046% |
| Quail Hill Holdings LLC | 0.025% |
| RA Perdue Family Trust | 0.009% |
| Rachel Sheinbein | 0.009% |
| Rachelle Higgins | 0.000% |
| Ravi Sarin | 0.015% |
| Raycrown AG | 0.040% |
| Reisner Millenium Investments LLC (Jeff Reisner) | 0.072% |
| Remember Bruce, LLC | 0.056% |
| Renren Lianhe Holdings | 3.171% |
| REYL & CIE S.A. | 0.031% |
| RG Family Investments LLC | 0.009% |
| Richard Shu | 0.001% |
| Rick Hess | 0.014% |
| Ricki Seidman | 0.011% |
| RJB Partners LLC | 4.921% |
| Rob Cherun | 0.009% |
| Robert Choi | 0.001% |
| Robert Downey Jr. | 0.000% |
| Robert J Abernethy | 0.006% |
| Robert Lee | 0.000% |

| EQUITY HOLDER[2] | PERCENTAGE OF EQUITY HELD |
|---|---|
| Robert M. Pomeroy | 0.189% |
| Roman Micevic | 0.000% |
| Ron and Liraz Harari Living Trust | 0.008% |
| Ron and Liraz Harari Living Trust | 0.011% |
| Ron Ben Yosef | 0.005% |
| Ronald Paz | 0.003% |
| Rosensweig Family Revocable Trust | 0.023% |
| Roslyn K Berrin | 0.003% |
| RPR Gravitas LTD Kfir | 0.043% |
| Russell Acar | 0.001% |
| RxR Rocksolid LP | 0.038% |
| Ryan Graves | 0.039% |
| Sam Yebri | 0.005% |
| Samuel Murray | 0.000% |
| Satya Yenigalla | 0.002% |
| Selena C. Bryce Trust | 0.000% |
| Shahak Maimon | 0.006% |
| Shoham Nicolet | 0.003% |
| Silas Holdings III LLC | 0.068% |
| Silversea Chartering SA | 0.053% |
| SIPI VENTURES PTE LTD | 0.015% |
| SMR Capital Holdings LP | 0.006% |
| Social Impact Finance II LLC | 0.623% |
| Social Impact Finance III LLC | 0.415% |
| Social Impact Finance IV LLC | 0.720% |
| Social Impact Finance LLC | 2.286% |
| Social Impact Finance LLC | 0.233% |
| Spencer Rascoff | 0.000% |
| Stephan Klee | 0.000% |
| Stephan Lobmeyr | 0.016% |
| Stephen Pomeroy | 0.038% |
| Steve Bush | 0.034% |
| Steven Glickman | 2.202% |
| Strategic Business Management Co (Vivek Singhal) | 0.002% |
| SuRo Capital Corp. | 0.021% |
| Susskind Family Trust | 0.030% |
| SVB Financial Group | 0.000% |

| EQUITY HOLDER[2] | PERCENTAGE OF EQUITY HELD |
|---|---|
| SVV GmbH | 0.080% |
| Synergy Wealth Management Sa | 0.346% |
| Tara Watumull | 0.001% |
| Taylor Media Corp | 0.000% |
| Taylor Vigil | 0.000% |
| Technology Stock Holding Master Trust / Series Sinay 2021 Trust | 0.029% |
| Technology Stock Holding Master Trust/Series Brown 2021 Trust | 0.222% |
| TECHNOLOGY STOCK HOLDING MASTER TRUST/SERIES COSTIGAN 2021  TRUST | 0.024% |
| Technology Stock Holding Master Trust/Series Morison 2021 Trust | 0.029% |
| Technology Stock Holding Master Trust/Series Ransom 2021 | 0.042% |
| The Dunner Family Trust | 0.002% |
| The Emerson Marteau Trust | 0.009% |
| The Glenn A. Rivers Revocable Trust UA September 28, 2000 | 0.033% |
| The Gordon and Dona Crawford Trust UTD 8/23/77 | 0.177% |
| The Hugely Successful Company, LLC | 0.002% |
| The Husseini Group | 0.032% |
| The Joseph Todd Lonsdale Trust dated March 4, 2015 | 0.023% |
| The Kit Stone Trust | 0.006% |
| The Kristin Rivers Revocable Trust UA September 28, 2000 | 0.033% |
| The Mark Murrel Revocable Trust Established 1/16/2009 | 0.000% |
| The Mark Murrel Revocable Trust, Established January 16, 2009 | 0.002% |
| The R L Gopen Trust | 0.006% |
| The Thomas and Janet Unterman Living Trust | 0.019% |
| Three Cats Consulting LLC | 0.001% |
| Timothy Broas | 0.002% |
| To Ventures LLC | 0.056% |
| Todd Baker | 0.000% |
| Todd Koren | 0.050% |

| EQUITY HOLDER[2] | PERCENTAGE OF EQUITY HELD |
|---|---|
| Todd Tappin | 0.000% |
| Tom Unterman | 0.000% |
| Tracy Bain | 0.000% |
| TriGen Investments, LP | 0.037% |
| True North Group LLC | 4.402% |
| Victoria Velasquez | 0.003% |
| Victoria Velazquez | 0.050% |
| Vikas Singhal | 0.003% |
| Voras Navigation SA | 0.004% |
| Walid Gardezi | 0.038% |
| Wayne Klitofsky | 0.006% |
| Weinstein Family Trust | 0.013% |
| Wesley Jew | 0.000% |
| West investments IV, LLC | 0.006% |
| William E. Oberndorf | 0.007% |
| Yuval Grill | 0.031% |
| Zack Exley | 0.004% |
| Zion Consulting and Advisory LLC | 0.006% |

## RESOLUTIONS OF ACTION
## OF CTN HOLDINGS, INC.

**WHEREAS,** the Directors of CTN Holdings, Inc. (the "Company") have determined that it is desirable and in the best interest of the Company, its creditors, stockholders, and/or members and other interested parties, that the Company file a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

**NOW, THEREFORE, BE IT RESOLVED**, that the filing by the Company of a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, or such other appropriate venue (the "Bankruptcy Court"), be, and it hereby is, authorized and approved; and it is further

**RESOLVED**, that Miles Staglik (the "Designated Representative") be, and hereby is, authorized and empowered, in the name of the Company, to execute and verify a petition for relief under chapter 11 of the Bankruptcy Code and to cause the same to be filed with the Bankruptcy Court at such time as the Designated Representative shall determine; and it is further

**RESOLVED**, that the Designated Representative, and such other Agent(s) as the Designated Representative and/or the Directors of the Company shall from time to time designate (each a "Representative"), be, and each of them hereby is, authorized to execute and file on behalf of the Company all petitions, schedules, lists, documents, pleadings and other papers and to take any and all action that they may deem necessary or proper in connection with the bankruptcy case of the Company; and it is further

**RESOLVED**, that each Representative be, and each of them hereby is, authorized and directed to retain the law firm Whiteford, Taylor & Preston L.L.P. to render legal services to and to represent the Company in connection with such bankruptcy case and other related matters in connection therewith, upon such terms and conditions as such Agent shall approve; and it is further

**RESOLVED**, that each Representative be, and each of them hereby is, authorized to retain such other professionals as they deem necessary and appropriate to represent, assist, or consult with the Company during the bankruptcy case; and it is further

**RESOLVED**, that each Representative be, and each of them hereby is, authorized and directed to take any and all further actions and to execute and deliver any and all further instruments and documents and pay all expenses (subject to Bankruptcy Court approval, where required), in each case as in their judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purpose of the resolutions adopted herein; and it is further

**RESOLVED**, that all acts lawfully done or actions lawfully taken by any and each Representative, which are necessary to effectuate the intent of the resolutions adopted herein, are hereby in all respects ratified, confirmed, and approved.

This 30th day of March, 2025, the Directors of the Company have set their hand adopting the foregoing resolutions.


*/s/ Nate Redmond*
By:        Nate Redmond
Title:    Chairman of the Board of Directors, CTN Holdings, Inc.


*/s/ Tate Mill*
By:        Tate Mill
Title:    Director, CTN Holdings, Inc.


*/s/ Rob Lee*
By:        Rob Lee
Title:    Chief Executive Officer & Director, CTN Holdings, Inc.


*/s/ Jeffrey T. Varsalone*
By:        Jeffrey T. Varsalone
Title:    Director, CTN Holdings, Inc.