WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, New York 10019
Tel. (212) 237-1000 / Fax. (212) 262-1215
Eloy A. Peral (Eperal@windelsmarx.com)

*Attorneys for Noble People LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

-----------------------------------------------------------------x

In re

CTN HOLDINGS, INC, *et al.*,[1]

Debtors.

Chapter 11

Case No. 25-10603-tmh

-----------------------------------------------------------------x

### <u>NOTICE OF APPEARANCE AND REQUEST FOR NOTICE</u>

**PLEASE TAKE NOTICE** that:

1.      Under Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010(b), and 11 U.S.C. §§ 102(1), 342 and 1109, the undersigned attorneys appear as counsel for Noble People, LLC, a creditor and party in interest, and request that all notices given or required to be given in this case and all related cases and proceedings, and all papers served or required to be served in this case and all related cases and proceedings, be given to and served upon:

Eloy A. Peral
WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, New York 10019
Tel. (212) 237-1000 / Fax. (212) 262-1215
Email: eperal@windelsmarx.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are CTN Holdings, Inc. (9122), CTN SPV Holdings, LLC (8689), Make Earth Green Again, LLC (4441), Aspiration QFZ, LLC (1532), Aspiration Fund Adviser, LLC (4214), Catona Climate Solutions, LLC (3375) and Zero Carbon Holdings, LLC (1679). The mailing address for the Debtors is 548 Market Street, PMB 72015, San Francisco, CA 94101-5401.

{12436483:1}

2.      The foregoing request includes not only the notices and papers, whether formal or informal, *ex parte* or on notice, written or oral, referred to in the Bankruptcy Rules and Code sections specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier, hand delivery, telephone, telegraph, telecopier, electronically, or otherwise, which affect or seek to affect in any way the debtors, any right or interest of the debtors, or affects or seeks to affect any rights or interest of any party in interest in this case or any related proceeding.

3.      Neither this Notice nor any later appearance, pleading, claim, or suit shall waive the rights of Noble People LLC to have final orders in noncore matters entered only after *de novo* review by a District Judge; or the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or to adjudicate rights in other applicable forums, or any other rights, claims, actions, defenses, setoffs, or recoupments to which these entities are or may be entitled under agreements, in law or in equity, all of which rights are expressly reserved.


Dated: New York, New York             WINDELS MARX LANE & MITTENDORF, LLP
      April 4, 2025                      *Attorneys for Noble People LLC*


                                    By:      */s/ Eloy A. Peral*_____
                                            Eloy A. Peral (eperal@windelsmarx.com)
                                            156 West 56th Street
                                            New York, New York 10019
                                            Tel. (212) 237-1000