# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CTN HOLDINGS, INC. *et al*,[1] | Case No. 25-10603 (TMH) |
| Debtors. | (Jointly Administered) |

## SCHEDULES OF ASSETS AND LIABILITIES FOR
## CTN HOLDINGS, INC. (CASE NO. 25-10603)

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are CTN Holdings, Inc. (9122), CTN SPV Holdings, LLC (8689), Make Earth Green Again, LLC (4441), Aspiration QFZ, LLC (1532), Aspiration Fund Adviser, LLC (4214), Catona Climate Solutions, LLC (3375) and Zero Carbon Holdings, LLC (1679).  The mailing address for the Debtors is 548 Market Street, PMB 72015, San Francisco, CA 94104-5401.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CTN Holdings, Inc., *et al.*,[1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 25-10603 (TMH)<br><br>(Jointly Administered) |

## GLOBAL NOTES, METHODOLOGY, AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

CTN Holdings, Inc. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (each, a "Debtor," and collectively, the "Debtors") are filing their respective Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements," and together with the Schedules, the "Schedules and Statements") in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors, with the assistance of their professional advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (these "Global Notes") are incorporated by reference in, and comprise an integral part of, the Debtors' respective Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

While the Debtors' management and their advisors have made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information that was available at the time of preparation, inadvertent errors, inaccuracies, or omissions may have occurred, or the Debtors may discover subsequent information that requires material changes to the Schedules and Statements. Additionally, because the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete. The Debtors and their estates reserve all rights to amend or supplement the Schedules and Statements as may be necessary and appropriate.

---

[1]　　The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are CTN Holdings, Inc. (9122), CTN SPV Holdings, LLC (8689), Make Earth Green Again, LLC (4441), Aspiration QFZ, LLC (1532), Aspiration Fund Adviser, LLC (4214), Catona Climate Solutions, LLC (3375) and Zero Carbon Holdings, LLC (1679). The mailing address for the Debtors is 548 Market Street, PMB 72015, San Francisco, CA 94104-5401.

The Schedules and Statements have been signed by Miles Staglik, Chief Restructuring Officer of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Staglik necessarily relied upon the efforts, statements, and representations of the Debtors' management and advisors. Mr. Staglik has not, and could not have, personally verified the accuracy of each such statement and representation, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and respective creditor addresses.

These Global Notes supplement, and are in addition to, any specific notes contained in the Debtors' Schedules or Statements. Furthermore, the fact that the Debtors have prepared specific notes with respect to any of the Debtors' Schedules and Statements and not to another should not be interpreted as a decision by the Debtors to exclude the applicability of such specific notes to any other of the Debtors' Schedules and Statements.

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

## GLOBAL NOTES AND OVERVIEW OF METHODOLOGY

1. **Description of These Chapter 11 Cases and "As of" Information Date**. On March 30, 2025 (the "Petition Date"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code. The Debtors are authorized to continue to operate their business and manage their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. To the best of the Debtors' knowledge, the information included in the Schedules and Statements is presented as of the Petition Date, unless otherwise indicated herein or in the Schedules and Statements.

2. **General Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements. However, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including the right to (a) amend the Schedules and Statements with respect to any claim (each, a "Claim") description or designation; (b) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; (c) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or (d) object to the extent, validity, enforceability, priority, security, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of (i) liability, or (ii) amounts due or owing, if any, by the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to these chapter 11 cases, including issues involving Claims, substantive consolidation, defenses, equitable subordination, or Causes of Action (as defined below), including those arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant bankruptcy

or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in these Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

3.    **Basis of Presentation**. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles, nor are they intended to fully reconcile to any financial statements prepared by the Debtors. Additionally, the Schedules and Statements reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

4.    **Book Value**. Except as otherwise noted, each asset and liability of each Debtor is shown on the basis of net book value of the asset or liability in accordance with such Debtor's accounting books and records. Therefore, unless otherwise noted, the Schedules and Statements are not based upon any estimate of the current market values of the Debtors' assets and liabilities, which may not correspond to book values. It would be cost prohibitive and unduly burdensome to obtain current market valuations of all of the Debtors' interests. Except as otherwise noted, the Debtors' assets are presented, in detail, as they appear on the Debtors' accounting sub-ledgers. As such, the detail may include error corrections and value adjustments (shown as negative values or multiple line items for an individual asset). The Debtors believe that certain of their assets, including (a) goodwill and (b) intangibles, may have been significantly impaired by, among other things, the events leading to, and the commencement of, these chapter 11 cases. The Debtors have not yet formally evaluated the appropriateness of the carrying values ascribed to their assets prior to the Petition Date.

5.    **Property and Equipment**. Owned property and equipment are recorded at cost and are shown net of depreciation. Depreciation is recorded using the straight-line method over the estimated useful lives of the assets, which range from three (3) to ten (10) years for furniture, fixtures, equipment, and software. Leasehold improvements are amortized on the straight-line method over the expected lease term. Nothing in the Schedules and Statements is, or shall be construed as, an admission as to the determination of the legal status of any lease (including, without limitation, whether any lease is a true lease or a financing arrangement, and whether such lease is unexpired), and the Debtors and their estates reserve all rights with respect to such issues.

6.    **Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in the Schedules and Statements. The Debtors reserve all of their rights with respect to any Claim or cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, whether known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or

pursuant to any other right or theory of law (collectively, the "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

7. **Litigation.**  Certain litigation actions (collectively, the "Litigation Actions") reflected as claims against a particular Debtor may relate to other Debtors.  The Debtors made reasonable efforts to accurately record the Litigation Actions in the Schedules and Statements of the Debtor(s) that is the party to the Litigation Action.  The inclusion of any Litigation Action in the Schedules and Statements does not constitute an admission by the Debtors of liability, the validity of any Litigation Action, the amount of any potential claim that may result from any claims with respect to any Litigation Action, or the amount and treatment of any potential claim resulting from any Litigation Action currently pending or that may arise in the future.

8. **Credits and Adjustments**.  In the ordinary course of their business, the Debtors apply credits against amounts otherwise due to vendors.  These credits arise because, among other things, (a) materials ordered and paid for may not be delivered, (b) materials delivered may be damaged or unusable, (c) the Debtors have entered into co-marketing arrangements with certain vendors, (d) the vendor provided volume rebates and cash discounts; and (e) quantity and/or shipping variances and violations may have occurred.  Certain of these credits are subject to change.  Claims of vendors and creditors are listed in the amounts entered on the Debtors' books and records, and may not reflect certain credits, allowances, or other adjustments due from such vendors or creditors to the Debtors.  The Debtors and their estates reserve all rights with regard to any such credits, allowances, and other adjustments, including, without limitation, the right to assert claims, objections, setoffs, and recoupments with respect to the same.

9. **First Day Orders**.  Pursuant to various "first day" orders (each, a "First Day Order," and collectively, the "First Day Orders") entered by the Court, the Debtors and their estates are authorized to pay certain prepetition Claims, including, without limitation, certain Claims related to employees and taxes.  To the extent certain prepetition Claims were paid pursuant to the relief granted by the First Day Orders, such Claims have been omitted from the Schedules and Statements.  Additionally, certain Claims on the Schedules and Statements may have been, or may in the future be, satisfied pursuant to the First Day Orders.

10. **Recharacterization**.  The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the Claims, assets, executory contracts, interests, and other items reported in the Schedules and Statements.  Nevertheless, the Debtors may not have accurately characterized, classified, categorized, or designated certain items.  The Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate.

11. **Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional

4

information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtors reserve the right to amend the Schedules and Statements as they deem appropriate in this regard.

12. **Excluded Assets and Liabilities**. The Debtors have excluded rejection damage Claims of counterparties to executory contracts that may be rejected, if any, to the extent such damage Claims exist. In addition, certain immaterial or *de minimis* assets and liabilities may have been excluded.

13. **Estimates**. To prepare and file the Schedules and Statements in accordance with the deadline established in these chapter 11 cases, management may have made certain estimates and assumptions that affected the reported amounts of the Debtors' assets and liabilities. The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions, if any.

14. **Currency**. The financial statements for each Debtor are recorded in United States currency.

15. **Executory Contracts and Unexpired Leases**. The Debtors have not set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates. Rather, executory contracts and unexpired leases have been set forth solely on Schedule G. Although the Debtors have made diligent attempts to properly identify the parties to each executory contract on Schedule G, it is possible that there are more counterparties to certain executory contracts on Schedule G than listed herein. The Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G. In addition, although the Debtors have made diligent attempts to properly identify executory contracts, the inclusion of a contract on Schedule G does not constitute an admission as to the executory nature (or non-executory nature) of the contract, or an admission as to the existence or validity of any Claims held by the any counterparty to such contract. Furthermore, while the Debtors have made diligent attempts to properly identify all executory contracts, inadvertent errors, omissions, or over inclusion may have occurred.

16. **Insiders**. The Debtors have attempted to include all payments made on or within twelve (12) months before the Petition Date to any individual or entity deemed an "insider." An individual or entity may be an "insider" if such individual or entity, based on the totality of the circumstances, has at least a controlling interest in, or exercises sufficient authority over, the Debtors so as to dictate corporate policy and the disposition of corporate assets.

The listing of a party as an "insider" or the inclusion of transactions with any party designated as such in the Schedules and Statements is made here to provide parties in interest with information and is not intended to be nor should be construed as a legal characterization of such party as an insider or to reflect any legal conclusions made by the Debtors and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Furthermore, certain of the

individuals identified above may not have been insiders for the entirety of the twelve (12)-month period, but the Debtors have included them herein out of an abundance of caution. The Debtors reserve all rights with respect thereto.

17. **Accounts Payable and Disbursement Systems**. The Debtors maintain a cash management system (the "Cash Management System") to collect and disburse funds in the ordinary course. A more complete description of the Cash Management System is set forth in the *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Existing Cash Management System, (B) Pay or Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Their Bank Accounts, Existing Business Forms and Corporate Card Program, and (D) Implement Changes to the Existing Cash Management System as Necessary, (II) Waiving Deposit and Investment Requirements, (III) Allowing Intercompany Transactions and Affording Administrative Expense Priority to Postpetition Intercompany Claims, and (IV) Granting Related Relief* [Docket No. 5].

18. **Totals**. All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Schedules and Statements. To the extent there are unknown, disputed, contingent, unliquidated, or otherwise undetermined amounts, the actual total may be different than the listed total.

19. **Undetermined Amounts**. The description of an amount as "unknown," "disputed," "contingent," "unliquidated," or "undetermined" is not intended to reflect upon the materiality of such amount.

20. **Global Notes Control**. In the event that the Schedules and Statements differ from these Global Notes, these Global Notes shall control.

## SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' SCHEDULES

### A. Schedule A/B – Real and Personal Property

21. **Item 15.** Debtor CTN Holdings, Inc. is the sole owner of seven (7) Debtor and non-debtor entities and is a member of Catona Climate Foundation which is a 501(c)(3) non-profit organization. Of the seven (7) entities, six (6) entities are Debtors in this jointly administered chapter 11 case. These Debtor entities are Catona Climate Solutions, LLC, CTN SPV Holdings, LLC, Make Earth Green Again, LLC, Aspiration QFZ, LLC, Zero Carbon Holdings, LLC, and Aspiration Fund Adviser, LLC. The majority of the assets and liabilities of the Debtors are maintained on the books and records of Debtors CTN Holdings, Inc. and Catona Climate Solutions, LLC. At the time of the filing, the Debtors were in the process of winding down the non-Debtor entity, Aspiration Realty, LLC. The wind-down had not completed as of the Petition Date. Debtor Make Earth Green Again, LLC is the sole owner of five (5) non-debtor entities. Four (4) of the non-debtor entities, Carbon Sequestration I, LLC, Carbon Sequestration II, LLC, Reforestation Initiative I, LLC and Reforestation Initiative II, LLC, are considered dormant companies. The remaining non-debtor entity Carbon Sequestration III, LLC does not maintain any books

and records and is a special purpose entity to serve as a contracting party to two contracts. The current value of Debtors' interest in subsidiary companies has not been determined.

22.   **Item 21.**  Inventory for the Debtors consists primarily of carbon credits that were either created or earned through the normal course of the Debtors' business.  The Debtors make no representation regarding the current market value of the carbon credits. The last analysis completed by the Debtors to adjust inventory to market value was on December 31, 2024. The inventory accounts are reconciled by the Debtors at the end of each month based on new credits that have been received and credits that may have been sold, and they maintain an actual inventory count.  Prior to any market adjustments, the Debtors account for carbon credit at cost.

23.   **Part 7.**  Immediately prior to the filing of these chapter 11 bankruptcy cases,  Debtor CTN Holdings, Inc. was  party to a lease for  property located at 4551 Glencoe Avenue, Suite 300, Marina Del Ray, CA 90292.  On the Petition Date, the Debtors filed the *Debtors' Motion for Entry of an Order Authorizing the Debtors to Reject and Unexpired Lease of Nonresidential Real Property and Abandon Personal Property Effective as of the Petition Date* [Docket No. 7].   The book value of these assets had already been fully depreciated at the time of the filing.  The company does maintain miscellaneous computer equipment and electronics in the possession and control of certain employees.  The vast majority of this equipment has been fully depreciated on the Debtors' books and records.  In addition, in 2023 a batch of old computers were sold.  The sold computers had been fully depreciated at the time, and this equipment has not been reconciled or removed from the books and records of the Debtors as of the filing of Statements and Schedules.  The values listed in this section are the unreconciled net book values.  The current value of the remaining electronics is undetermined.

24.   **Item 72.**  The Debtors in these chapter 11 bankruptcy cases file consolidated tax returns under CTN Holdings, Inc.  The amount of net operating losses reported are based on the loss carry forward as stated on the Debtors' 2023 tax return.  At the time of the filing of the Statements and Schedules, the 2024 tax return had not been prepared.

25.   **Item 74**.  Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their respective Causes of Action or potential Causes of Action against third parties as assets in Schedule A/B, Part 11, Item 74, including, but not limited to, Causes of Action arising under the Bankruptcy Code or any other applicable laws.  The Debtors and their estates reserve all rights with respect to any claims and Causes of Action that they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims and Causes of Actions, or in any way waive, prejudice, impair, or otherwise affect the assertion of such claims and Causes of Action.

26.   **Item 77.**  The items described on this Item 77 reflect contractual projects that the Debtors participate in for the future creation of carbon credits.  These are long term assets of the Debtors and no determination of value be conducted.

**B.    Schedule D – Creditors Who Have Claims Secured by Property**

27.    The Debtors and their estates reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of the Debtors.  Moreover, although the Debtors may have scheduled Claims of various creditors as secured Claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's Claim.  Except as specifically stated herein or in the Schedules and Statements, real property lessors, utility companies, customers, and other parties which may hold security deposits have not been listed on Schedule D.  Moreover, the Debtors have not or may not have included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

By listing a party on Schedule D based on a UCC-1 filing, the Debtors are solely acknowledging that an interest has been asserted by the party that filed such UCC-1 filing, and do not concede that such party actually holds a perfected, unavoidable security interest in the asset that is the subject of such filing.  The Debtors reserve all rights with respect to all UCC-1 filings, as set forth in these Global Notes.  For the avoidance of doubt, Schedule D does not include Claims for which a lien was filed prepetition, but which was subsequently released postpetition.

No Claim set forth on Schedule D is intended to acknowledge Claims of creditors that are otherwise satisfied or discharged by other entities.  The descriptions provided in Schedule D are intended only as a summary.

Reference to the applicable contracts or loan agreements and related documents and applicable law is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.  Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of any of the Debtors' agreements.

The Debtors have made reasonable efforts to locate and identify guaranties in each of the secured financings, debt instruments, and other such agreements to which the Debtors are a party.  The Debtors reserve their rights to amend their respective Schedules and Statements to the extent additional guaranties are identified or such guaranties are discovered to have expired or be unenforceable.  In addition, the Debtors reserve the right to amend their respective Schedules and Statements and to re-characterize or reclassify any such contract or Claim, whether by amending the Schedules and Statements or in another appropriate filing.

During the three weeks immediately preceding the bankruptcy filing the senior secured creditor Inherent Aspiration, LLC provided $1.175M in protective advances that were rolled over into the DIP financing as set forth in *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority*

*Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Term Loan Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing and (VI) Granting Related Relief* [Docket No. 21]. These protective advances are included in Inherent Aspiration, LLC's stated pre-petition secured debt.

## C.  Schedule E/F – Creditors Who Have Unsecured Claims

28.  Unless otherwise specified, the amounts listed in Schedule E/F are listed as of the Petition Date.

*Part 1:  Creditors Holding Priority Unsecured Claims*. The listing of any Claim on Schedule E/F does not constitute an admission by the Debtors that such Claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve all of their rights to dispute the amount and the priority status of any Claim on any basis at any time. Additionally, the Debtors did not list any Claims of any potential priority unsecured creditors whose Claims were satisfied in accordance with the First Day Orders, if any.

*Part 2:  Creditors Holding Non-Priority Unsecured Claims*. The Debtors have used reasonable efforts to list all general unsecured Claims against the Debtors on Schedule E/F based upon the Debtors' existing books and records. However, additional Claims may exist.

Certain creditors listed on Schedule E/F may owe amounts to the Debtors, and as such, the Debtors may have valid setoff or recoupment rights with respect to such amounts. The amounts listed on Schedule E/F do not reflect any such right of setoff or recoupment rights, and the Debtors reserve all rights to assert any such setoff or recoupment rights. Additionally, certain creditors may assert liens against the Debtors for amounts listed on Schedule E/F. The Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien by a creditor listed on Schedule E/F of the Debtors.

In addition, Schedule E/F does not include rejection damage Claims of the counterparties to the executory contracts that may be rejected, to the extent such damage Claims exist.

Certain of the Claims listed on Schedule E/F are marked as unliquidated out of an abundance of caution, but are the Debtors' best estimates of such Claims based on the Debtors' books and records.

## D.  Schedule G – Executory Contracts

29.  While the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts of the Debtors, and although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or inclusions may have occurred. The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth

on Schedule G.  The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contract or agreement set forth in Schedule G and to amend or supplement Schedule G as necessary.  The contracts and agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.  Further, unless otherwise specified on Schedule G, each executory contract listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract, without respect to whether such agreement, instrument, or other document is listed thereon.

The Debtors hereby reserve all of their rights, claims, and Causes of Action with respect to the contracts and agreements whether or not listed on Schedule G, including, but not limited to, all of their property rights, the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's Claim, to dispute the validity, status, or enforceability of any contract or agreement set forth in Schedule G, and to amend or supplement Schedule G as necessary.  The inclusion of a contract on Schedule G does not constitute an admission as to the executory nature (or non-executory nature) of the contract, or an admission as to the existence or validity of any Claims held by the counterparty to such contract, and the Debtors reserve all rights in that regard, including, without limitation, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

In the ordinary course of business, the Debtors may have entered into confidentiality agreements.  To the extent that such confidentiality agreements constitute executory contracts, they are not listed individually on Schedule G.

## SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' STATEMENTS

30.     **Statement 1 and 2.**  The Debtors are a climate finance company that delivers high-quality carbon solutions to businesses everywhere, bridging the gap between and connecting companies with robust decarbonization plans to a breadth of carbon removal projects. Immediately preceding the filing of these chapter 11 bankruptcy cases, revenue was generated by the production and sale of carbon credits.  Prior to 2024, the Debtors also operated a consumer finance company which was wound down in 2024.  As a result, there was significant other income reflected on the Schedules that represent interest earned through the consumer banking business. These statements contain the unreconciled book value of the 1) income and 2) other income as represented on the income statements of the Debtors.

31.     **Statement 3:** The Debtors have relied on the financial data and information available to them at the time of the filing of the Schedules and Statements.  The Debtors maintain a centralized banking system and fund operations primarily out of bank accounts in the name

of CTN Holdings, Inc. The payments listed in this Statement are consolidated for all Debtors and listed on the Statements of Debtor CTN Holdings, Inc. Out of an abundance of caution Statement 3 contains payments made to bankruptcy professionals within the 90-day period prior to filing. The payments made to bankruptcy professionals are also listed in Statement 11.

32.    **Statement 4**. The Debtors have relied on the financial data and information available to them at the time of filing the Schedules and Statements, and have made reasonable efforts to accurately describe the transfers listed in Statement 4. However, the Debtors are continuing to review their books and records and reserve all rights to recharacterize the transfers listed therein, and to amend or supplement the information provided, to the extent that additional information becomes available and the Debtors determine it is necessary to do so.

33.    **Statement 7**. The Debtors and their estates reserve all rights, claims, and defenses with respect to all listed lawsuits and administrative proceedings (or potential lawsuits and administrative proceedings). The listing of any such lawsuits and proceedings shall not constitute an admission by the Debtors and their estates of any liabilities.

34.    **Statement 11.** The Debtors in this jointly administered case require the payment to bankruptcy professionals. Out of an abundance of caution, all payments made to bankruptcy professionals listed in Statement 11 have been listed in each Debtor's Statement 11 in duplicate. All payments made to professionals were made by Debtor CTN Holdings, Inc. for the benefit of all Debtors. To bifurcate or allocate  professional fees between the Debtor entities would be unduly burdensome and not provide any incremental value to the estate of the Debtor entities.

35.    **Statement 14.** As of the Petition date, the Debtors leased a property located in Marina Del Ray, California. On the Petition Date, the Debtors filed the *Debtors' Motion for Entry of an Order Authorizing the Debtors to Reject and Unexpired Lease of Nonresidential Real Property and Abandon Personal Property Effective as of the Petition Date* [Docket No. 7]. The Irvine, California location was leased by the Debtors, however the Debtors did not occupy or operate from this location. The Irvine, California location is listed out of an abundance of caution.

36.    **Statement 16**. The Debtors maintain customer information related to the formerly operated consumer finance business as required by the guidelines of the security exchange commission and FINRA. This information is maintained by a third party vendor and complies with all required privacy and security regulations.

37.    **Statement 26**. From time to time, the Debtors provide financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing, and other reasons. Recipients may include regulatory and tax agencies, financial institutions, investment banks, vendors, debtholders, legal and financial advisors and other parties in the two (2) years immediately before the Petition Date. Considering the number of such

recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent or subject to confidentiality agreements, the Debtors have not disclosed all parties that may have received such financial statements for the purposes of Question 26d.

38.     **Statement 27.**   The Debtors' inventory consists of various carbon credits, where applicable.  The Debtors also have inventory that consists of preprinted credit card stock for the inactive consumer finance business.  Although the Debtors maintain this inventory at cost value on the books and records, the card stock value is de minimus for any other purpose than licensing the Aspiration Financial consumer finance business trademarks.

39.     **Statement 30**.  Unless otherwise indicated in a Debtors' specific response to Statement 30, the Debtors have included a comprehensive response to Statement 30 in Statement 4.

**Fill in this information to identify the case:**

Debtor Name: In re : CTN Holdings, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10603 (TMH)

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:    Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**

    Copy line 88 from *Schedule A/B* ................................................................................................................

    $ _____0.00

    1b. **Total personal property:**

    Copy line 91A from *Schedule A/B* ............................................................................................................

    $ _____787,238,337.64

    1c. **Total of all property:**

    Copy line 92 from *Schedule A/B* ..............................................................................................................

    $ _____787,238,337.64

## Part 2:    Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim,*from line 3 of *Schedule D* ......................

    $ _____113,088,030.43

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

    Copy the total claims from Part 1 from line 5a of *Schedule E/F* .............................................................

    $ _____101,380.25

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**

    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ....................................

    + $ _____61,557,138.08

4. **Total liabilities**

    Lines 2 + 3a + 3b .............................................................................................................................

    $ _____174,746,548.76

**Fill in this information to identify the case:**

Debtor Name: In re : CTN Holdings, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10603 (TMH)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1.  **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2.  **Cash on hand**

2.1  None _____ $ _____

Debtor: CTN Holdings, Inc.
_____
Name

Case number *(if known)*: 25-10603
_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | |
|---|---|---|---|---|---|
| 3.1 | Silicon Valley Bank, a division of First Citizens Bank and Trust | Analysis Checking | X4480 | $ | 0.00 |
| 3.2 | Beneficial State Bank | Business Money Market | X1529 | $ | 13.67 |
| 3.3 | Burke & Herbert Bank | Business Advantage Checking | X1326 | $ | 53,201.86 |
| 3.4 | Coastal Community Bank | Commercial Interest Checking | X4886 | $ | 993.74 |
| 3.5 | Coastal Community Bank | Commercial Interest Checking | X9884 | $ | 75,254.85 |
| 3.6 | Silicon Valley Bank, a division of First Citizens Bank and Trust | Analysis Checking | X4480 | $ | 0.00 |
| 3.7 | Silicon Valley Bank, a division of First Citizens Bank and Trust | Analysis Checking | X7017 | $ | 1,175.73 |
| 3.8 | Silicon Valley Bank, a division of First Citizens Bank and Trust | Analysis Checking | X7543 | $ | 14.20 |
| 3.9 | Silicon Valley Bank, a division of First Citizens Bank and Trust | Collateral MMA | X9988 | $ | 250,000.00 |

4. **Other cash equivalents** *(Identify all)*

$ _____

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$ 380,654.05

| Debtor: | CTN Holdings, Inc. | Case number *(if known)* | 25-10603 |
|---|---|---|---|
| | Name | | |

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1 Foreign Payroll Deposit - People Center, Inc. (d/b/a Rippling) | $ | 36,061.47 |
| 7.2 Security Deposit on Abandoned Lease - URP XII XIII, LLC | $ | 19,729.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 Balance on Pre-Petition Retainer - CR3 Partners | $ | 31,779.88 |
| 8.2 Balance on Pre-Petition Retainer - Verita | $ | 25,000.00 |
| 8.3 Credit Balance on Credit Card - Rippling | $ | 2,909.96 |
| 8.4 Pre-paid Card Stock - Giesecke+Devrient ePayments America, Inc. | $ | 297,523.47 |
| 8.5 Prepaid Employee Benefits - Guardian | $ | 3,176.24 |
| 8.6 Prepaid Employee Benefits - Anthem | $ | 19,537.20 |
| 8.7 Prepaid Industry Membership - IETA | $ | 7,496.92 |
| 8.8 Prepaid Insurance - First Insurance Funding | $ | 891.39 |
| 8.9 Prepaid Insurance - Woodruff Sawyer | $ | 93,696.15 |
| 8.10 Prepaid IT Expense - Chloris Geospatial Inc. | $ | 33,534.25 |
| 8.11 Prepaid Software Expense - Carta, Inc. | $ | 4,157.37 |
| 8.12 PrepaidSoftware Expense - NetSuite Inc. | $ | 1,241.49 |
| 8.13 Prepetition Video Monitoring - Wildmon | $ | 51,796.84 |
| 8.14 Retainer for Legal Services - Wenokur Riordian | $ | 5,000.00 |

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| | |
|---|---|
| $ | 633,531.63 |

Debtor: CTN Holdings, Inc.
_____
Name

Case number *(if known)*: 25-10603
_____

| **Part 3:** | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

|  | Description | face amount | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | Accounts Recievable | $ 9,941.00 | - $ 0.00 | =.....➔ | $ 9,941.00 |
| 11b. Over 90 days old: | Accounts Recievable | $ 36,225.00 | - $ 0.00 | =.....➔ | $ 36,225.00 |

**12. Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 46,166.00

Debtor: CTN Holdings, Inc.
_____
Name

Case number *(if known)*: 25-10603
_____

## Part 4:    Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☒ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | | |
|---|---|---|---|
| 14.1 | None | | $ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 15.1 Aspiration Fund Adviser, LLC | 100% | | $ Undetermined |
| 15.2 Aspiration QFZ, LLC | 100% | | $ Undetermined |
| 15.3 Aspiration Realty, LLC | 100% | Book | $ 0.00 |
| 15.4 Catona Climate Foundation | 100% | Book | $ 0.00 |
| 15.5 Catona Climate Solutions, LLC | 100% | | $ Undetermined |
| 15.6 CTN SPV Holdings, LLC | 100% | | $ Undetermined |
| 15.7 Make Earth Green Again, LLC | 100% | | $ Undetermined |
| 15.8 Zero Carbon Holdings, LLC | 100% | | $ Undetermined |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | | | |
|---|---|---|---|
| 16.1 | None | | $ |

17. **Total of Part 4.**

Add lines 14 through 16. Copy the total to line 83.

$ 0.00

| Debtor: | CTN Holdings, Inc. | | Case number *(if known):* | 25-10603 |
|---|---|---|---|---|
| | Name | | | |

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
   - ☐ No. Go to Part 6.
   - ☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 None | | $ | | $ |
| **20. Work in progress** | | | | |
| 20.1 None | | $ | | $ |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 ACR/100-Mile Wilderness Forestry Project - Carbon Credits | 3/30/2025 | $ 171,100.00 | Market | $ Undetermined |
| 21.2 ACR/100-Mile Wilderness Forestry Project - Carbon Credits | 3/30/2025 | $ 123,980.00 | Market | $ Undetermined |
| 21.3 ACR/Big Six Forestry Project - Carbon Credits | 3/30/2025 | $ 281,410.00 | Market | $ Undetermined |
| 21.4 ACR/Big Six Forestry Project - Carbon Credits | 3/30/2025 | $ 425,262.00 | Market | $ Undetermined |
| 21.5 Pre-Paid Card Stock - Mission Financial Partners | 3/30/2025 | $ 1,407,409.20 | Cost | $ Undetermined |
| 21.6 VCS/Cordillera Azul National Park REDD Project | 3/30/2025 | $ 51.75 | Market | $ Undetermined |
| 21.7 VCS/Hydroelectric Project in Kinnaur District in Himachal Pradesh | 3/30/2025 | $ 6,857.40 | Market | $ Undetermined |
| 21.8 VCS/Longyuan Mulilo De Aar 2 North Wind Energy Facility | 3/30/2025 | $ 5.75 | Market | $ Undetermined |
| 21.9 VCS/Northern Great Plains Regenerative Grazing Project | 3/30/2025 | $ 52,496.00 | Market | $ Undetermined |
| 21.10 VCS/Northern Kenya Grassland Project | 3/30/2025 | $ 398,172.00 | Market | $ Undetermined |
| 21.11 VCS/Reforestation of Degraded forest reserves in Ghana - Carbon Credits | 3/30/2025 | $ 55,000.00 | Market | $ Undetermined |
| 21.12 VCS/The Mai Ndombe REDD+ Project | 3/30/2025 | $ 1,830.50 | Market | $ Undetermined |
| **22. Other inventory or supplies** | | | | |
| 22.1 None | | $ | | $ |

23. **Total of Part 5.**
   Add lines 19 through 22. Copy the total to line 84.

   $ 0.00

24. **Is any of the property listed in Part 5 perishable?**
   - ☒ No
   - ☐ Yes

Debtor:    CTN Holdings, Inc.
_____    Case number *(if known)*:    25-10603
_____
                Name

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Description_____  Book value $ _____  Valuation method _____  Current value $ _____


26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: CTN Holdings, Inc.
_____
Name

Case number *(if known)*: 25-10603
_____

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |
| 33. **Total of Part 6.** Add lines 28 through 32. Copy the total to line 85. | | | $                    0.00 |

34. **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Description_____ Book value $ _____ Valuation method _____ Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor: CTN Holdings, Inc.
_____
Name

Case number *(if known)*: 25-10603

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 39.1  Desks and various other office furniture | $              0.00 | | $        Undetermined |
| 40. **Office fixtures** | | | |
| 40.1  None | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1  Computer Equipment | $         63,804.82 | | $        Undetermined |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings,prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1  None | $ | | $ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$              0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: CTN Holdings, Inc.
_____
Name

Case number *(if known)*: 25-10603

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| _____ | $ _____ | | $ _____ |
| **49. Aircraft and accessories** | | | |
| _____ | $ _____ | | $ _____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $ _____ | | $ _____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ _____ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor: CTN Holdings, Inc.
_____
Name

Case number *(if known):* 25-10603

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  Leased Office Space - 4551 Glencoe Avenue, Suite 300  Marina Del Ray, CA  90292 | Leasee | $              0.00 | None | $              0.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$              0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?`**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor:  CTN Holdings, Inc.                                          Case number *(if known)*:  25-10603
_____
Name

## Part 10:  Intangibles and intellectual property

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐  No. Go to Part 11.

☒  Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1  15/671000/2018/030032 - Patent - System and Method for Determining Impact Measurement Scores Based upon Consumer Transactions | $        Included with CMA | | $        Undetermined |
| 60.2  16/268835/2020/0175599 - Patent - System and Method for User-Set Fees for Financial Services | $        Included with CMA | | $        Undetermined |
| 60.3  66 Trademarks | $        Included with CMA | | $        Undetermined |
| 60.4  Aspiration CMA - software and AP related to Aspiration Financial consumer finance business | $        3,829,998.99 | Book | $        Undetermined |
| 60.5  Aspiration Credit Card Development - the development of the consumer finance business | $        0.00 | Book | $        Undetermined |
| 60.6  Aspiration Sustainability Program - Consumer finance business customer program | $        0.00 | Book | $        Undetermined |
| 60.7  Software Development | $        48,576.37 | Book | $        Undetermined |
| 61.  **Internet domain names and websites** | | | |
| 61.1  Domain Names | $        95,567.78 | | $        Undetermined |
| 62.  **Licenses, franchises, and royalties** | | | |
| 62.1  License Agreement with Mission Financial Partners, LLC to use the Aspiration Advisers, LLC trademarks | $        0.00 | | $        Undetermined |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 63.1  Former consumer finance customers to Aspiration Financial, LLC | $        0.00 | | $        Undetermined |
| 63.2  Lists of prospective carbon credit buyers | $        0.00 | | $        Undetermined |
| 64.  **Other intangibles, or intellectual property** | | | |
| 64.1  CTN Holdings Inc https://www.linkedin.com/company/ctn-holdings-inc | $        0.00 | | $        Undetermined |
| 64.2  Prepaid Carbon Credits - Eden Reforestation Projects | $        958,484.57 | Cost | $        Undetermined |
| 64.3  Facebook - facebook.com/AspirationInvestments | $        0.00 | | $        Undetermined |
| 64.4  Instagram - instagram.com/aspiration | $        0.00 | | $        Undetermined |
| 64.5  Prepaid Carbon Credits - Zero Carbon Holdings | $        29,500,000.00 | Cost | $        Undetermined |
| 64.6  Prepaid Carbon Credits -Trees for the Future | $        13,896,102.00 | Cost | $        Undetermined |
| 64.7  X (Twitter) - twitter.com/aspiration | $        0.00 | | $        Undetermined |
| 64.8  YouTube channel - @aspirationtube | $        0.00 | | $        Undetermined |
| 65.  **Goodwill** | | | |
| 65.1  None | $ | | $ |

Debtor:    CTN Holdings, Inc.
_____    Case number (if known): 25-10603
            Name

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.                    $ _____ 0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
   ☐  No
   ☑  Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☑  No
   ☐  Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☑  No
   ☐  Yes

Debtor: CTN Holdings, Inc.

Name

Case number *(if known)*  25-10603

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**

| Description (include name of obligor) | Total face amount | | doubtful or uncollectible accounts | | | |
|---|---|---|---|---|---|---|
| 71.1 Notes Receivable -Native Contract | $ 17,832,980.91 | - $ | 0.00 | =..... ➔ | $ | 17,832,980.91 |

| Description (include name of obligor) | Total face amount | | doubtful or uncollectible accounts | | | |
|---|---|---|---|---|---|---|
| 71.2 Shareholder Note Receivable - Apogee Pacific, LLC | $ 15,963,505.93 | - $ | 0.00 | =..... ➔ | $ | 15,963,505.93 |

72. **Tax refunds and unused net operating losses (NOLs)**

| Description (for example, federal, state, local) | Tax year | | |
|---|---|---|---|
| 72.1 Federal Charitable Contributions Carryover | 2023 | $ | 1,101,214.00 |
| 72.2 Federal Non-SRLY NOL Carryover | 2023 | $ | 580,383,566.00 |
| 72.3 Federal Sec. 1231 Losses Carryover | 2023 | $ | 97,875.00 |
| 72.4 Federal Sec. 382 NOL Carryover | 2023 | $ | 170,276,734.00 |

73. **Interests in insurance policies or annuities**

| | | |
|---|---|---|
| 73.1 Argonaut Insurance Company; policy number - ML4289529-0 | $ | Undetermined |
| 73.2 AXIS Insurance Company; policy number - P-001-001481237-01 | $ | Undetermined |
| 73.3 Citizens Insurance Company of America; policy number - OB3-H406385-05 | $ | Undetermined |
| 73.4 Hudson Excess Insurance Company; policy number - HE-0303-12185 | $ | Undetermined |
| 73.5 RSUI Indemnity Company; policy number - NEP710070 | $ | Undetermined |
| 73.6 The Hanover Insurance Group; policy number - RHF J250446 02 | $ | Undetermined |
| 73.7 The Hartford; policy number - 72 WE BD4GK1 | $ | Undetermined |
| 73.8 Underwriters at Lloyd's of London/Republic Van Guard Insurance Company; policy number - EFI1203316-00 | $ | Undetermined |
| 73.9 Zurich American Insurance Company; policy number - EOC 6182960-01 | $ | Undetermined |
| 73.10 Zurich in North America; policy number - SPR 5630977-01 | $ | Undetermined |

Debtor: CTN Holdings, Inc.
_____
Name

Case number *(if known)*: 25-10603

---

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 Aspiration Partners, Inc. vs. Socure, Inc.   $   Undetermined

  **Nature of claim**   Breach of Contract

  **Amount requested**   $   Undetermined

74.2 Aspiration Partners, Inc. vs. Eden Reforestation Projects and Compassionate Carbons, LLC   $   Undetermined

  **Nature of claim**   Breach of Contract

  **Amount requested**   $   Undetermined

74.3 Imperative Global Investments (Malawi)   $   Undetermined

  **Nature of claim**   Breach of Contract

  **Amount requested**   $   6,500,000.00

74.4 Native, a Public Benefit Corporation   $   Undetermined

  **Nature of claim**   Breach of Contract

  **Amount requested**   $   Undetermined

74.5 Potential employed lawyer liability claim relating to a contract being cancelled by former in-house counsel.   $   Undetermined

  **Nature of claim**   Employed Lawyer Liability Claim

  **Amount requested**   $   Undetermined

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1 None   $

  **Nature of claim**

  **Amount requested**   $

76. **Trusts, equitable or future interests in property**

76.1 Kijani Forestry Project - Future Carbon Credits/Development   $   Undetermined

76.2 NatureRE Project - Future Carbon Credits/Development   $   Undetermined

76.3 Trees for the Future Project - Future Carbon Credits/Development   $   Undetermined

77. **Other property of any kind not already listed** *Examples*: Season tickets, country club membership

77.1 Judgment entered 09/20/2024 against Four Thirteen, LLC   $   522,110.12

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $   786,177,985.96

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: CTN Holdings, Inc.
_____
Name

Case number *(if known)*: 25-10603

## Part 12:   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 380,654.05 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2*. | $ 633,531.63 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 46,166.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ............................ ➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 786,177,985.96 | |
| 91. **Total.** Add lines 80 through 90 for each column ..........................91a. | $ 787,238,337.64 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................................................... $ 787,238,337.64

**Fill in this information to identify the case:**

Debtor Name: In re : CTN Holdings, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number (if known): 25-10603 (TMH)

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.1 Creditor's name**

AGO Special Situations Credit, LP
_Creditor's Name_

**Describe debtor's property that is subject to a lien**

All Company Assets

$ 32,694,096.89     $     Undetermined

**Creditor's mailing address**

Joseph Sanberg
_Notice Name_

c/o Judd Burstein
_Street_

825 Third Avenue, 21st Floor

| New York | NY | 10022 |
|---|---|---|
| City | State | ZIP Code |

_Country_

**Describe the lien**

UCC

**Is the creditor an insider or related party?**
- ☐ No
- ☑ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Creditor's email address, if known**

jburstein@burlaw.com

**Date debt was incurred**     08/09/23 to 02/28/25

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Do multiple creditors have an interest in the same property?**

- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☑ No. Specify each creditor, including this creditor, and its relative priority.

    Junior Secured
  - ☐ Yes. The relative priority of creditors is specified on lines

| Debtor: | CTN Holdings, Inc. | | Case number *(if known):* | 25-10603 |
|---|---|---|---|---|
| | Name | | | |

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.2 Creditor's name**

AGO Special Situations II LP

Creditor's Name

**Describe debtor's property that is subject to a lien**

All Company Assets                    $        700,000.00   $      Undetermined

**Creditor's mailing address**

Joseph Sanberg

Notice Name

c/o Judd Burstein

Street

825 Third Avenue, 21st Floor

**Describe the lien**

UCC

**Is the creditor an insider or related party?**

☐ No
☑ Yes

New York        NY        10022

City        State        ZIP Code

Country

**Creditor's email address, if known**

jburstein@burlaw.com

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (*Official Form 206H*).

**Date debt was incurred**        7/1/23 to 12/8/23

**Last 4 digits of account number**        _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

  Junior Secured

  ☐ Yes. The relative priority of creditors is specified on lines

  _____

Debtor: CTN Holdings, Inc.

Name

Case number *(if known)*: 25-10603

| Part 1: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

2.3 **Creditor's name**

AGO Special Situations, LP

Creditor's Name

**Creditor's mailing address**

Joseph Sanberg

Notice Name

c/o Judd Burstein

Street

825 Third Avenue, 21st Floor

| New York | NY | 10022 |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

jburstein@burlaw.com

**Date debt was incurred**    7/31/2021

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.

    Senior Secured

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All Company Assets                    $    2,800,107.47    $    Undetermined

**Describe the lien**

UCC

**Is the creditor an insider or related party?**

☐ No
☑ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

| Debtor: | CTN Holdings, Inc. | Case number *(if known):* | 25-10603 |
|---------|---------------------|---------------------------|----------|
| | Name | | |

**Part 1:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.4 **Creditor's name**

Harmony Holdings, LLC
Creditor's Name

**Creditor's mailing address**

Faisal AlHusseini
Notice Name

Street

City        State        ZIP Code

Country

**Creditor's email address, if known**

falhusseini@hotmail.com

**Date debt was incurred**    8/15/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   Junior Secured

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

All Company Assets        $ 2,307,945.21    $ Undetermined

**Describe the lien**

UCC

**Is the creditor an insider or related party?**

☐ No

☑ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| Debtor: | CTN Holdings, Inc. | | Case number *(if known):* | 25-10603 |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Part 1: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral that**<br>**supports this claim** |
| --- | --- | --- |

2.5 **Creditor's name**

Inherent Aspiration, LLC

Creditor's Name

**Creditor's mailing address**

Michael Ellis

Notice Name

450 Lexington Avenue, #4503

Street

| New York | NY | 10022 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

michael@inherentgroup.com

**Date debt was incurred**   7/13/21 to
                              03/30/24

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.

   Senior Secured

   ☐ Yes. The relative priority of creditors is specified on lines

---

**Describe debtor's property that is subject to a lien**

All Company Assets    $   47,577,948.80   $   Undetermined

**Describe the lien**

UCC

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out *Schedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| Debtor: | CTN Holdings, Inc. | | Case number *(if known):* | 25-10603 |
| | Name | | | |

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.6 Creditor's name**

Inherent Aspiration, LLC

Creditor's Name

**Creditor's mailing address**

Michael Ellis
Notice Name

450 Lexington Avenue, #4503
Street

| New York | NY | 10022 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

michael@inherentgroup.com

**Date debt was incurred**   7/13/21 to
03/30/24

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

  Senior Secured

  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

All Company Assets                    $        9,959,023.00    $        Undetermined

**Describe the lien**

UCC

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* *(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

| Debtor: | CTN Holdings, Inc. | | Case number *(if known):* | 25-10603 |
|---|---|---|---|---|
| | Name | | | |

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | **Column B**<br>**Value of collateral that**<br>**supports this claim** |
|---|---|---|

**2.7 Creditor's name**

Long Live Bruce, LLC
Creditor's Name

**Creditor's mailing address**

Joseph Sanberg
Notice Name

c/o Judd Burstein
Street

825 Third Avenue, 21st Floor

| New York | NY | 10022 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

jburstein@burlaw.com

**Date debt was incurred**     7/13/2023

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

- [ ] No
- [x] Yes. Have you already specified the relative priority?

  - [x] No. Specify each creditor, including this creditor, and its relative priority.

    Junior Secured

  - [ ] Yes. The relative priority of creditors is specified on lines

    _____

**Describe debtor's property that is subject to a lien**

All Company Assets     $     3,509,605.21    $    Undetermined

**Describe the lien**

UCC

**Is the creditor an insider or related party?**

- [ ] No
- [x] Yes

**Is anyone else liable on this claim?**

- [ ] No
- [x] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

| Debtor: | CTN Holdings, Inc. | Case number *(if known):* | 25-10603 |
| | Name | | |

| **Part 1:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

2.8 **Creditor's name**

Lonsdale Group Limited
Creditor's Name

**Creditor's mailing address**

Joseph Sanberg
Notice Name

c/o Judd Burstein
Street

825 Third Avenue, 21st Floor

| New York | NY | 10022 |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

jburstein@burlaw.com

**Date debt was incurred**    8/13/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.

    Junior Secured

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

All Company Assets    $    3,334,602.74    $    Undetermined

**Describe the lien**

UCC

**Is the creditor an insider or related party?**

☐ No

☑ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

---

| Debtor: | CTN Holdings, Inc. | Case number *(if known):* | 25-10603 |
| | Name | | |

## Part 1:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

2.9 **Creditor's name**

Mark Villanueva
Creditor's Name

**Creditor's mailing address**

Notice Name
333 Centre Street
Street

| South Orange | NJ | 07079 |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**   3/30/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.

   Senior Secured

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

All Company Assets                    $    40,940.22   $   Undetermined

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out S*chedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor: | CTN Holdings, Inc. | | Case number *(if known):* | 25-10603 |
| | Name | | | |

## Part 1:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

**2.10 Creditor's name**

**Describe debtor's property that is subject to a lien**

Oak Tree Capital Management

Creditor's Name

All Company Assets                                   $ 10,000,000.00    $    Undetermined

**Creditor's mailing address**

Brian Laibow

Notice Name

**Describe the lien**

333 South Grand Avenue

Street

UCC

28th Floor

**Is the creditor an insider or related party?**

☒ No

☐ Yes

| Los Angeles | CA | 90071 |
| City | State | ZIP Code |

Country

**Is anyone else liable on this claim?**

☒ No

**Creditor's email address, if known**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

blaibow@oaktreecapital.com

**Date debt was incurred**    7/14/2023

**As of the petition filing date, the claim is:**
Check all that apply.

**Last 4 digits of account number**

☐ Contingent

☐ Unliquidated

☒ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

☒ No. Specify each creditor, including this creditor, and its relative priority.

Junior Secured

☐ Yes. The relative priority of creditors is specified on lines

---

| Debtor: | CTN Holdings, Inc. | | Case number *(if known)*: | 25-10603 |
|---|---|---|---|---|
| | Name | | | |

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

2.11 **Creditor's name**

Zion Consulting and Advisory LLC
Creditor's Name

**Creditor's mailing address**

Mike Meyer
Notice Name

2940 Le Bateau Drive
Street

Palm Beach Gardens | FL | 33410
City | State | ZIP Code

Country

**Creditor's email address, if known**

mikemeyer@optonline.net

**Date debt was incurred**    3/12/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.

     Senior Secured

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

All Company Assets                              $    163,760.89    $    Undetermined

**Describe the lien**

UCC

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                              $    113,088,030.43

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|---|
| AGO III, GP LLC | | | Line  2.1 | |
| Name | | | | |
| Joseph Sanberg | | | | |
| Notice Name | | | | |
| c/o Judd Burstein | | | | |
| Street | | | | |
| 825 Third Avenue | | | | |
| 21st Floor | | | | |
| New York | NY | 10022 | | |
| City | State | ZIP Code | | |
| | | | | |
| Country | | | | |
| AGO III, GP LLC | | | Line  2.5 | |
| Name | | | | |
| Joseph Sanberg | | | | |
| Notice Name | | | | |
| c/o Judd Burstein | | | | |
| Street | | | | |
| 825 Third Avenue | | | | |
| 21st Floor | | | | |
| New York | NY | 10022 | | |
| City | State | ZIP Code | | |
| | | | | |
| Country | | | | |
| AGO III, GP LLC | | | Line  2.9 | |
| Name | | | | |
| Joseph Sanberg | | | | |
| Notice Name | | | | |
| c/o Judd Burstein | | | | |
| Street | | | | |
| 825 Third Avenue | | | | |
| 21st Floor | | | | |
| New York | NY | 10022 | | |
| City | State | ZIP Code | | |
| | | | | |
| Country | | | | |

| Debtor: | CTN Holdings, Inc. | | Case number *(if known)*: | 25-10603 |
|---|---|---|---|---|
| | Name | | | |

---

AGO III, GP LLC                                                                                      Line  2.11
Name

Joseph Sanberg
Notice Name

c/o Judd Burstein
Street

825 Third Avenue

21st Floor

| New York | NY | 10022 |
|---|---|---|
| City | State | ZIP Code |

Country

---

AGO III, GP LLC                                                                                      Line  2.2
Name

Joseph Sanberg
Notice Name

c/o Judd Burstein
Street

825 Third Avenue

21st Floor

| New York | NY | 10022 |
|---|---|---|
| City | State | ZIP Code |

Country

---

AGO III, GP LLC                                                                                      Line  2.3
Name

Joseph Sanberg
Notice Name

c/o Judd Burstein
Street

825 Third Avenue

21st Floor

| New York | NY | 10022 |
|---|---|---|
| City | State | ZIP Code |

Country

---

AGO III, GP LLC                                                                                      Line  2.4
Name

Joseph Sanberg
Notice Name

c/o Judd Burstein
Street

825 Third Avenue

21st Floor

| New York | NY | 10022 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| Debtor: | CTN Holdings, Inc. | Case number *(if known)*: | 25-10603 |
|---|---|---|---|
| | Name | | |

AGO III, GP LLC
Name

Line 2.7

Joseph Sanberg
Notice Name

c/o Judd Burstein
Street

825 Third Avenue

21st Floor

| New York | NY | 10022 |
|---|---|---|
| City | State | ZIP Code |

Country

---

AGO III, GP LLC
Name

Line 2.8

Joseph Sanberg
Notice Name

c/o Judd Burstein
Street

825 Third Avenue

21st Floor

| New York | NY | 10022 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Inherent Group, LP
Name

Line 2.1

Michael Ellis
Notice Name

450 Lexington Avenue
Street

#4503

| New York | NY | 10163 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Inherent Group, LP
Name

Line 2.5

Michael Ellis
Notice Name

450 Lexington Avenue
Street

#4503

| New York | NY | 10163 |
|---|---|---|
| City | State | ZIP Code |

Country

**Schedule D: Creditors Who Have Claims Secured by Property**

Debtor: CTN Holdings, Inc.
_____
Name

Case number *(if known)*: 25-10603

Inherent Group, LP
Name

Line 2.9

Michael Ellis
Notice Name

450 Lexington Avenue
Street

#4503

New York | NY | 10163
City | State | ZIP Code

Country

Inherent Group, LP
Name

Line 2.11

Michael Ellis
Notice Name

450 Lexington Avenue
Street

#4503

New York | NY | 10163
City | State | ZIP Code

Country

Inherent Group, LP
Name

Line 2.2

Michael Ellis
Notice Name

450 Lexington Avenue
Street

#4503

New York | NY | 10163
City | State | ZIP Code

Country

Inherent Group, LP
Name

Line 2.3

Michael Ellis
Notice Name

450 Lexington Avenue
Street

#4503

New York | NY | 10163
City | State | ZIP Code

Country

Debtor:   CTN Holdings, Inc.
_____
Name

Case number (if known):   25-10603
_____

Inherent Group, LP
_____
Name

Michael Ellis
_____
Notice Name

450 Lexington Avenue
_____
Street

#4503
_____

Line   2.4
_____

| New York | NY | 10163 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Inherent Group, LP
_____
Name

Michael Ellis
_____
Notice Name

450 Lexington Avenue
_____
Street

#4503
_____

Line   2.7
_____

| New York | NY | 10163 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Inherent Group, LP
_____
Name

Michael Ellis
_____
Notice Name

450 Lexington Avenue
_____
Street

#4503
_____

Line   2.8
_____

| New York | NY | 10163 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Morris Nichols Arsht & Tunnell, LLP
_____
Name

Robert J. Dehney, Sr. BK Counsel for Inherent
_____
Notice Name

1201 North Market Street, 16th Floor
_____
Street

P.O. Box 1347
_____

Line   2.5
_____

| Wilmington | DE | 19899-1347 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor: CTN Holdings, Inc.
_____
Name

Case number *(if known):* 25-10603

Morris Nichols Arsht & Tunnell, LLP
Name

Line 2.6

Robert J. Dehney, Sr. BK Counsel for Inherent
Notice Name

1201 North Market Street, 16th Floor
Street

P.O. Box 1347

| Wilmington | DE | 19899-1347 |
|---|---|---|
| City | State | ZIP Code |

Country

Proskauer Rose, LP - Counsel for Inherant
Name

Line 2.5

Vinny Indelicato
Notice Name

Eleven Times Square
Street

Eighth Aveneu & 41st Street

| New York | NY | 10036-8299 |
|---|---|---|
| City | State | ZIP Code |

Country

Proskauer Rose, LP - Counsel for Inherant
Name

Line 2.6

Vinny Indelicato
Notice Name

Eleven Times Square
Street

Eighth Aveneu & 41st Street

| New York | NY | 10036-8299 |
|---|---|---|
| City | State | ZIP Code |

Country

Proskauer Rose, LP- Counsel for Inherant
Name

Line 2.5

Philip Kaminski
Notice Name

Eleven Times Square
Street

Eighth Aveneu & 41st Street

| New York | NY | 10036-8299 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: CTN Holdings, Inc.
_____
Name

Case number *(if known)*: 25-10603
_____

Proskauer Rose, LP- Counsel for Inherant
_____
Name

Line 2.6 _____    _____

Philip Kaminski
_____
Notice Name

Eleven Times Square
_____
Street

Eighth Aveneu & 41st Street
_____

New York                          NY               10036-8299
_____  _____  _____
City                          State            ZIP Code

_____
Country

**Fill in this information to identify the case:**

Debtor Name: In re : CTN Holdings, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10603 (TMH)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

☐ No. Go to Part 2.

☑ Yes. Go to Line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: $ | 94.62 | $ 94.62 |

2.1 **Priority creditor's name and mailing address**

Colorado Department of Labor and Employment
Creditor Name

FAMLI
Creditor's Notice name

P.O. Box 2330
Address

Denver          CO          80201-2330
City             State        ZIP Code

Country

**Date or dates debt was incurred**

March 2024 to June 2024

**Last 4 digits of account number** X1600

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((8))

As of the petition filing date, the claim is: $    94.62    $    94.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Payroll Related Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: CTN Holdings, Inc.
_____
Name

Case number *(if known)*: 25-10603
_____

**2.2 Priority creditor's name and mailing address**

Department of Treasury c/o Internal Revenue Service
Creditor Name

Internal Revenue Service
Creditor's Notice name

_____
Address

| Ogden | UT | 84201-0039 |
|-------|-----|-----------|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

2020 to 2023

**Last 4 digits of account number** X9122

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((8))

**As of the petition filing date, the claim is:** $ 75,197.52    $ 75,197.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Payroll Related Taxes

**Is the claim subject to offset?**
☒ No

☐ Yes

**2.3 Priority creditor's name and mailing address**

Michigan Department of Treasury
Creditor Name

_____
Creditor's Notice name

_____
Address

| Lansing | MI | 48922 |
|---------|-----|-------|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

July 2024 to September 2024

**Last 4 digits of account number** X4000

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((8))

**As of the petition filing date, the claim is:** $ 840.78    $ 840.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Payroll Related Taxes

**Is the claim subject to offset?**
☒ No

☐ Yes

Debtor: CTN Holdings, Inc.
Name

Case number *(if known)*    25-10603

**2.4 Priority creditor's name and mailing address**

Michigan Unepmloyment Insurance Agency
Creditor Name

Creditor's Notice name

P.O. Box 33598
Address

| Detroit | MI | 48232-5598 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2020 to 2021

**Last 4 digits of account number** X4000

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((8))

**As of the petition filing date, the claim is:** $ 3,578.48   $ 3,578.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Payroll Related Taxes

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.5 Priority creditor's name and mailing address**

Oregon Department of Revenue
Creditor Name

Creditor's Notice name

P.O. Box 14800
Address

| Salem | OR | 97309-0920 |
|-------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

October 2020 to June 2021

**Last 4 digits of account number** X977-7

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((8))

**As of the petition filing date, the claim is:** $ 21,668.85   $ 21,668.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☒ Disputed

**Basis for the claim:**

Payroll Related Taxes

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
| --- | --- |

3.1 **Nonpriority creditor's name and mailing address**

8020 Consulting LLC
_Creditor Name_


_Creditor's Notice name_


6303 Owensmouth Ave
_Address_

10th Floor


| Woodland Hills | CA | 91367 |
| --- | --- | --- |
| _City_ | _State_ | _ZIP Code_ |


_Country_

**Date or dates debt was incurred**

12/6/24-12/13/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  11,042.50
_Check all that apply._

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

3.2 **Nonpriority creditor's name and mailing address**

Amazon Web Services
_Creditor Name_


_Creditor's Notice name_


410 Terry Avenue North
_Address_



| Seattle | WA | 98109 |
| --- | --- | --- |
| _City_ | _State_ | _ZIP Code_ |


_Country_

**Date or dates debt was incurred**

3/14/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  418.28
_Check all that apply._

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: CTN Holdings, Inc.

Case number *(if known)*: 25-10603

**3.3** **Nonpriority creditor's name and mailing address**

APT 304, LLC
Creditor Name

Creditor's Notice name

5000 Birch Street
Address

Suite 300

| North Beach | CA | 92660 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/11/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 195,033.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**

Athletes Unlimited
Creditor Name

Creditor's Notice name

888 7th Avenue
Address

Floor 40

| New York | NY | 10106 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

8/31/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 17,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: CTN Holdings, Inc.
_____
Name

Case number *(if known)*  25-10603
_____

**3.5 Nonpriority creditor's name and mailing address**

Backupify, Inc.
_____
Creditor Name

_____
Creditor's Notice name

101 Merritt
_____
Address

Suite 7
_____

_____

| Norwalk | CT | 06851 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

3/24/24-6/24/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ _____ 11,712.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.6 Nonpriority creditor's name and mailing address**

Baker & Hostetler LLP
_____
Creditor Name

_____
Creditor's Notice name

P.O. Box 70189
_____
Address

_____

| Cleveland | OH | 44190 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

9/7/23-10/9/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ _____ 106,170.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: CTN Holdings, Inc.
_____

Case number *(if known)*: 25-10603
_____

**3.7** **Nonpriority creditor's name and mailing address**

Baker McKenzie
Creditor Name

_____
Creditor's Notice name

10250 Constellation Blvd
Address

Suite 1850

_____

Los Angeles          CA          90067
City          State          ZIP Code

_____
Country

**Date or dates debt was incurred**

3/31/24-8/31/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    34,485.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.8** **Nonpriority creditor's name and mailing address**

Bartko Zankel Bunzel & Miller
Creditor Name

_____
Creditor's Notice name

One Embarcadero Center
Address

Suite 800

_____

San Francisco          CA          94111
City          State          ZIP Code

_____
Country

**Date or dates debt was incurred**

8/5/24-3/1/25

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    328,868.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: CTN Holdings, Inc.

Case number *(if known)*: 25-10603

---

3.9 **Nonpriority creditor's name and mailing address**

Beneficial State Bank
Creditor Name

Creditor's Notice name

1438 Webster Street
Address

Suite 100

| Oakland | CA | 94612 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
5/31/2024

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 56,250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.10 **Nonpriority creditor's name and mailing address**

Boston Red Sox Baseball Club Limited Partnership
Creditor Name

Creditor's Notice name

Fenway Park
Address

4 Jersey Street

| Boston | MA | 02215 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
4/19/2024

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,965,883.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Contract Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor:  CTN Holdings, Inc.

Name

Case number *(if known)*    25-10603

**3.11** **Nonpriority creditor's name and mailing address**

Cabin Editing Company LLC

Creditor Name

Creditor's Notice name

1754 14th Street

Address

| Santa Monica | CA | 90404 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

10/22/222

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               80,000.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.12** **Nonpriority creditor's name and mailing address**

Camuti Law Group APC

Creditor Name

Nathan Camuti

Creditor's Notice name

33 Brookline

Address

| Aliso Viejo | CA | 92656 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/4/23-3/3/25

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               82,450.90

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: CTN Holdings, Inc.

Case number *(if known)* 25-10603

**3.13 Nonpriority creditor's name and mailing address**

Capitol Outdoor, Inc

Creditor Name

Creditor's Notice name

3286 M ST, NW

Address

Suite 300

| Washington | DC | 20007 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

7/6/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 51,944.44

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.14 Nonpriority creditor's name and mailing address**

CDP North America Inc.

Creditor Name

Creditor's Notice name

127 West 26th Street

Address

Suite 300

| New York | NY | 10001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/26/2024

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,320.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: CTN Holdings, Inc.

Name

Case number *(if known)*: 25-10603

**3.15 Nonpriority creditor's name and mailing address**

Chipman Brown Cicero & Cole, LLP

Creditor Name

Creditor's Notice name

Hercules Plaza

Address

1313 N. Market St

Suite 5400

| Wilmington | DE | 19801 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

9/30/24-11/29/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 31,903.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.16 Nonpriority creditor's name and mailing address**

Chloris Geospatial Inc.

Creditor Name

Creditor's Notice name

399 Boylston St

Address

Suite 600

| Boston | MA | 02116 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/1/2025

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 13,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:    CTN Holdings, Inc.
_____    Case number *(if known)*    25-10603
_____

**3.17** **Nonpriority creditor's name and mailing address**

Clarity AI
Creditor Name

Creditor's Notice name

609 Greenwich Street
Address

5th Floor

New York          NY          10014
City          State          ZIP Code

Country

**Date or dates debt was incurred**

10/16/23-9/25/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $          600,000.00
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒    No

☐    Yes

---

**3.18** **Nonpriority creditor's name and mailing address**

Clear Link Technologies, LLC d/b/a The Penny Hoarder
Creditor Name

Kennedy D. Tate
Creditor's Notice name

Ray Quinney& Nebeker, PC
Address

36 South State Street

Suite 1400

Salt Lake City          UT          84111
City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $          1,049,598.26
*Check all that apply.*

☒    Contingent

☒    Unliquidated

☒    Disputed

**Basis for the claim:**

Litigated Judgement

**Is the claim subject to offset?**

☒    No

☐    Yes

Debtor: CTN Holdings, Inc.

Case number *(if known)*: 25-10603

---

**3.19** **Nonpriority creditor's name and mailing address**

Clover Private Credit Opportunities Organization (Levered) II, LP
Creditor Name

Michael A. Sanfilippo
Creditor's Notice name

Kobre & Kim, LLP
Address

800 Third Avenue

| New York | NY | 10022 |
|----------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.20** **Nonpriority creditor's name and mailing address**

CNM LLP
Creditor Name

Creditor's Notice name

6320 Canoga Avenue
Address

Suite 150

| Woodland Hills | CA | 91367 |
|----------------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/5/2024

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    27,289.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: CTN Holdings, Inc.

Case number *(if known)*: 25-10603

**3.21 Nonpriority creditor's name and mailing address**

Cole Hillis
Creditor Name

Creditor's Notice name

6737 Greendale Court
Address

| North Richland Hills | TX | 76182 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              250,000.00
*Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Litigation Claim

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

**3.22 Nonpriority creditor's name and mailing address**

Competiscan, LLC
Creditor Name

Creditor's Notice name

205 West Wacker Drive
Address

Suite 1900

| Chicago | IL | 60606 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
9/22/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                2,500.00
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor:  CTN Holdings, Inc.
Name

Case number *(if known)*:  25-10603

**3.23  Nonpriority creditor's name and mailing address**

Creative Artists Agency
Creditor Name

Creditor's Notice name

2000 Avenue of the Stars
Address

Los Angeles          CA          90067
City          State          ZIP Code

Country

**Date or dates debt was incurred**
10/1/22-11/1/22

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              105,000.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.24  Nonpriority creditor's name and mailing address**

Crown Castle Fiber LLC
Creditor Name

Creditor's Notice name

1220 Augusta Drive
Address

Suite 600

Houston          TX          77057
City          State          ZIP Code

Country

**Date or dates debt was incurred**
1/1/23-3/1/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               27,270.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor:  CTN Holdings, Inc.

Name

Case number *(if known)*    25-10603

**3.25 Nonpriority creditor's name and mailing address**

Davis Wright Tremaine LLP

Creditor Name

Creditor's Notice name

920 Fifth Avenue

Address

Suite 330

| Seattle | WA | 98104 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

03/31/2022-3/30/25

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              478,215.49

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.26 Nonpriority creditor's name and mailing address**

Dechert LLP

Creditor Name

Creditor's Notice name

2929 Arch Street

Address

| Philadelphia | PA | 19104 |
|--------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/3/23-8/28/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              167,081.07

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: CTN Holdings, Inc.

Case number *(if known)* 25-10603

**3.27 Nonpriority creditor's name and mailing address**

Deloitte Services LP

Creditor Name

Creditor's Notice name

30 Rockefeller Plaza

Address

New York | NY | 10122

City | State | ZIP Code

Country

**Date or dates debt was incurred**

10/17/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 500,000.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Contract Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.28 Nonpriority creditor's name and mailing address**

Donnelley Financial Solutions

Creditor Name

Creditor's Notice name

35 W Wacker Dr

Address

Chicago | IL | 60601

City | State | ZIP Code

Country

**Date or dates debt was incurred**

12/7/22-11/30/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 667,120.52

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:    CTN Holdings, Inc.

Case number *(if known):*    25-10603

**3.29** **Nonpriority creditor's name and mailing address**

Dosh Holdings, Inc
Creditor Name

Creditor's Notice name

13501 Galleria Circle
Address

Suite 300

| Austin | TX | 78738 |
|--------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/3/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    2,000.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.30** **Nonpriority creditor's name and mailing address**

Eden Reforestation Projects
Creditor Name

Creditor's Notice name

303 W Foothill Blvd.
Address

Unit 13-17

| Glendora | CA | 91741 |
|----------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

10/14/22-1/23/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    1,732,170.76
*Check all that apply.*

☒  Contingent

☒  Unliquidated

☒  Disputed

**Basis for the claim:**

Mediated Settlement

**Is the claim subject to offset?**

☐  No

☒  Yes

Debtor: CTN Holdings, Inc.

Case number *(if known)*: 25-10603

---

**3.31  Nonpriority creditor's name and mailing address**

Encore Professionals Group

Creditor Name

Creditor's Notice name

2335 E.Colorado Blvd

Address

Suite 115-134

| Pasadena | CA | 91107 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/12/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,553.75

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.32  Nonpriority creditor's name and mailing address**

Eneida Quijas

Creditor Name

Johnny Rundell

Creditor's Notice name

Hershey Law PC

Address

16255 Ventura Blvd.

Suite 1205

| Encino | CA | 91436 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Undetermined

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Litigation Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: CTN Holdings, Inc.
Name

Case number *(if known)*: 25-10603

**3.33 Nonpriority creditor's name and mailing address**

Facebook, Inc.
Creditor Name

Creditor's Notice name

1601 Willow Road
Address

| Menlo Park | CA | 94025 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

7/6/22-3/14/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 740,892.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.34 Nonpriority creditor's name and mailing address**

FactSet Research Systems Inc.
Creditor Name

Creditor's Notice name

45 Glover Avenue
Address

| Norwalk | CT | 06850 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

6/3/24-2/2/25

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 17,714.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:    CTN Holdings, Inc.

Case number *(if known)*    25-10603

---

**3.35  Nonpriority creditor's name and mailing address**

Feedzai Inc
Creditor Name

Creditor's Notice name

1875 S Grant Street
Address

Suite 950

| San Mateo | CA | 94402 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/30/22-3/23/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                930,000.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.36  Nonpriority creditor's name and mailing address**

Finders.com, LLC
Creditor Name

Brett Ramsaur
Creditor's Notice name

Ramsaur Law Office
Address

27075 Cabot Road

Suite 110

| Laguna Hills | CA | 92653 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                Undetermined
*Check all that apply.*

☒  Contingent

☒  Unliquidated

☒  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor: CTN Holdings, Inc.
Name

Case number *(if known)*  25-10603

**3.37 Nonpriority creditor's name and mailing address**

Fivetran Inc.
Creditor Name

Creditor's Notice name

405 14th Street
Address

Suite 1100

Oakland                CA              94612
City                   State           ZIP Code

Country

**Date or dates debt was incurred**

6/8/22-10/7/22

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    28,167.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.38 Nonpriority creditor's name and mailing address**

FUSED LABS, INC.
Creditor Name

Creditor's Notice name

500 El Camino Real
Address

Apt 113

Burlingame             CA              94010
City                   State           ZIP Code

Country

**Date or dates debt was incurred**

3/4/2025

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                     5,806.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: CTN Holdings, Inc.

Case number *(if known)* 25-10603

Name

**3.39 Nonpriority creditor's name and mailing address**

Gibson Dunn & Crutcher LLP

Creditor Name

Creditor's Notice name

333 South Grand Avenue

Address

| Las Angeles | CA | 90071 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/2/24-3/1/25

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    321,939.88

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.40 Nonpriority creditor's name and mailing address**

Giesecke+Devrient ePayments America, Inc.

Creditor Name

Creditor's Notice name

45925 Horseshoe Dr

Address

| Dulles | VA | 20166 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/9/24-1/31/25

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    7,581.22

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:    CTN Holdings, Inc.
Name

Case number *(if known)*    25-10603

---

**3.41** **Nonpriority creditor's name and mailing address**

Google, LLC
Creditor Name

Creditor's Notice name

1600 Amphitheatre Pkwy
Address

Mountain View          CA          94043
City                          State          ZIP Code

Country

**Date or dates debt was incurred**

7/17/1905

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    0.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.42** **Nonpriority creditor's name and mailing address**

Headlight Labs, Inc
Creditor Name

Creditor's Notice name

766 Live Oak Ave
Address

Apt. 6

Melo Park          CA          94025
City                    State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              Undetermined
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☒  Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: CTN Holdings, Inc.
_____
Name

Case number (if known): 25-10603
_____

**3.43** **Nonpriority creditor's name and mailing address**

ICONOCLAST Content, Inc
_____
Creditor Name

_____
Creditor's Notice name

25 Woodseer Street
_____
Address

_____

_____

London _____ E1 5HA _____
City              State        ZIP Code

United Kingdom
_____
Country

**Date or dates debt was incurred**

9/30/22-10/20/22

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $              58,379.38
_____
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.44** **Nonpriority creditor's name and mailing address**

ICR, LLC
_____
Creditor Name

_____
Creditor's Notice name

685 Third Avenue
_____
Address

2nd Floor
_____

New York _____ NY _____ 10017 _____
City              State        ZIP Code

_____
Country

**Date or dates debt was incurred**

9/1/22-1/1/23

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $             104,000.00
_____
*Check all that apply.*

☒  Contingent

☒  Unliquidated

☒  Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: CTN Holdings, Inc.
Name

Case number *(if known)*  25-10603

---

**3.45** **Nonpriority creditor's name and mailing address**

IETA (International Emissions Trading Association)
Creditor Name

Creditor's Notice name

Grand-Rue 11
Address

| Geneva | | 1204 |
| City | State | ZIP Code |

Switzerland
Country

**Date or dates debt was incurred**
1/1/2025

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                    9,950.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.46** **Nonpriority creditor's name and mailing address**

Impact Tech, Inc
Creditor Name

Creditor's Notice name

223 East De La Guerra Street
Address

| Santa Barbara | CA | 93101 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
10/3/22-11/3/22

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                  851,549.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor:   CTN Holdings, Inc.

Case number *(if known)*:   25-10603

Name

**3.47 Nonpriority creditor's name and mailing address**

InnReg LLC

Creditor Name

Creditor's Notice name

P.O. Box 430074

Address

| Miami | FL | 33243 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

10/1/2024

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                5,000.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.48 Nonpriority creditor's name and mailing address**

Interprivate III Financial Partners Inc.

Creditor Name

Creditor's Notice name

1350 Avenue of the Americas

Address

2nd Floor

| New York | NY | 10019 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

8/29/2023

**Last 4 digits of account**

**number**  Unknown

**As of the petition filing date, the claim is:**  $            7,000,000.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☒  Disputed

**Basis for the claim:**

Contract Termination Fee Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: CTN Holdings, Inc.

Case number *(if known)*: 25-10603

---

3.49 **Nonpriority creditor's name and mailing address**

IQTalent Partners Inc.
Creditor Name

Creditor's Notice name

1407 Alamo Avenue
Address

| Murfreesboro | TN | 37129 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/30/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 10,800.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.50 **Nonpriority creditor's name and mailing address**

JacksonLewis
Creditor Name

Creditor's Notice name

Bank of America N.A
Address

One Bryant Park

32nd Floor

| New York | NY | 10036 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/29/24-7/24/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 9,597.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: CTN Holdings, Inc.
_____
Name

Case number *(if known)*: 25-10603
_____

**3.51** **Nonpriority creditor's name and mailing address**

Keesal, Young & Logan
_____
Creditor Name

_____
Creditor's Notice name

400 Oceangate
_____
Address

_____

| Long Beach | CA | 90802 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

9/21/23-6/30/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                 142,799.63

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.52** **Nonpriority creditor's name and mailing address**

KL2 Aspire LLC
_____
Creditor Name

_____
Creditor's Notice name

12220 Westerly Trail
_____
Address

_____

| Moreno Valley | CA | 92557 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

2/7/2024

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              7,000,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: CTN Holdings, Inc.

Name

Case number *(if known)*: 25-10603

**3.53** **Nonpriority creditor's name and mailing address**

Kroll Associates, Inc

Creditor Name

Creditor's Notice name

55 East 52nd Street

Address

17th Floor

| New York | NY | 10005 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

9/30/24-1/3/25

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 20,833.66

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.54** **Nonpriority creditor's name and mailing address**

LA Clippers LLC

Creditor Name

Creditor's Notice name

1212 Flower Street

Address

| Los Angeles | CA | 90015 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/2/22-2/7/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 10,997,095.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: CTN Holdings, Inc.
Name

Case number (if known)    25-10603

**3.55 Nonpriority creditor's name and mailing address**

Lamar Texas Limited Partnership
Creditor Name

Creditor's Notice name

5321 Corporate Blvd.
Address

| Batton Rouge | CA | 70808 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
7/5/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 70,388.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.56 Nonpriority creditor's name and mailing address**

Laurel Strategies, Inc
Creditor Name

Creditor's Notice name

4A Oxford Street
Address

| Chevy Chase | MD | 20815 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
3/1/22-10/15/22

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 492,977.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: CTN Holdings, Inc.

Case number *(if known)*: 25-10603

---

**3.57 Nonpriority creditor's name and mailing address**

LinkedIn
Creditor Name

Creditor's Notice name

1000 W. Maude Ave.
Address

| Sunnyvale | CA | 94085 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/26/23-2/26/24

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 52,764.56

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.58 Nonpriority creditor's name and mailing address**

Littler
Creditor Name

Creditor's Notice name

101 2nd Street
Address

Suite 1000

| San Francisco | CA | 94105 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/29/24-2/1/25

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 4,267.50

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F **Schedule E/F: Creditors Who Have Unsecured Claims** Page 32 of 70

Debtor: CTN Holdings, Inc.
Name

Case number *(if known)*     25-10603

**3.59 Nonpriority creditor's name and mailing address**

LPF Marina Park - AB/SW Marina Owner, LLC (Steelwave, Inc.)
Creditor Name

Creditor's Notice name

333 West Wacker Drive
Address

| Chicago | IL | 60606 |
|---------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/3/25-3/30/25

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                85,660.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.60 Nonpriority creditor's name and mailing address**

LPF Marina Park - AB/SW Marina Owner, LLC (Steelwave, Inc.)
Creditor Name

Creditor's Notice name

333 West Wacker Drive
Address

| Chicago | IL | 60606 |
|---------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
04/01/2025 - 05/01/2034

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                Undetermined
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: CTN Holdings, Inc.

Case number *(if known)*: 25-10603

---

**3.61** **Nonpriority creditor's name and mailing address**

Lumivero
Creditor Name

Creditor's Notice name

1331 17th Street
Address

Suite 404

| Denver | CO | 80202 |
|--------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
3/1/2025

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,225.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.62** **Nonpriority creditor's name and mailing address**

Madrivo Media, LLC
Creditor Name

Creditor's Notice name

10300 W Charleston Blvd
Address

Suite 13-196

| Las Vegas | NV | 89135 |
|-----------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
4/1/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,600.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: CTN Holdings, Inc.

Case number *(if known)*: 25-10603

---

**3.63 Nonpriority creditor's name and mailing address**

McPherson Strategies LLC

Creditor Name

Creditor's Notice name

199 State Street

Address

PH A

Brooklyn                NY              11201

City            State           ZIP Code

Country

**Date or dates debt was incurred**

9/14/23-10/16/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    16,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.64 Nonpriority creditor's name and mailing address**

Media Force Communications (2007), Ltd.

Creditor Name

Tyler R. Dowdall

Creditor's Notice name

Tarter Krinsky & Drogan LLP

Address

2029 Century Park East

Suite 400N

Los Angeles             CA              90067

City            State           ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                   Undetermined

*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Litigation Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor:    CTN Holdings, Inc.

Case number *(if known)*    25-10603

| | |
|---|---|
| 3.65 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 18,786.00 |

Michael Best & Friedrich LLP
Creditor Name

Creditor's Notice name

790 North Water Street
Address

Suite 2500

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

| Milwaukee | WI | 53202 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/31/22-2/1/24

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.66 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** $ Undetermined

Michael Shuckerow
Creditor Name

Creditor's Notice name

548 Market Street
Address

PMB 72015

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Contract Claim

| San Francisco | CA | 94104 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

6/5/2023

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 36 of 70

Debtor:    CTN Holdings, Inc.

Case number *(if known)*    25-10603

**3.67  Nonpriority creditor's name and mailing address**

Mission Financial Partners

Creditor Name

Creditor's Notice name

1 Embarcadero Center

Address

Suite 800

| San Francisco | CA | 94111 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Oct-23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    750,011.00

*Check all that apply.*

☑  Contingent

☑  Unliquidated

☐  Disputed

**Basis for the claim:**

Contract Claim

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.68  Nonpriority creditor's name and mailing address**

Mission Financial Partners

Creditor Name

Creditor's Notice name

1 Embarcadero Center

Address

Suite 800

| San Francisco | CA | 94111 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

10/2023 - 03/2024

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    3,347,226.94

*Check all that apply.*

☑  Contingent

☑  Unliquidated

☑  Disputed

**Basis for the claim:**

Contract Claim

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor:    CTN Holdings, Inc.
_____
Name

Case number *(if known)*    25-10603
_____

**3.69** **Nonpriority creditor's name and mailing address**

Mission Financial Partners
_____
Creditor Name

_____
Creditor's Notice name

1 Embarcadero Center
_____
Address

Suite 800
_____

_____

San Francisco     CA          94111
_____  _____  _____
City             State       ZIP Code

_____
Country

**Date or dates debt was incurred**

10/2023 - 03/2024

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ _____ 17,269.68
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Contract Claim
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.70** **Nonpriority creditor's name and mailing address**

Mitchell Sandler LLC
_____
Creditor Name

_____
Creditor's Notice name

1120 20th Street NW
_____
Address

Suite 725
_____

_____

Washington       DC          20036
_____  _____  _____
City             State       ZIP Code

_____
Country

**Date or dates debt was incurred**

12/30/22-1/10/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ _____ 6,800.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:   CTN Holdings, Inc.
_____
Name

Case number *(if known)*    25-10603
_____

**3.71** **Nonpriority creditor's name and mailing address**

Mitchell Silberberg & Knupp LLP
_____
Creditor Name

_____
Creditor's Notice name

2049 Century Park East
_____
Address

18th Floor
_____

_____

Los Angeles          CA          90067
_____
City          State          ZIP Code

_____
Country

**Date or dates debt was incurred**

4/18/24-2/1/25

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $          2,356.00
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.72** **Nonpriority creditor's name and mailing address**

Navex Global, Inc.
_____
Creditor Name

_____
Creditor's Notice name

5500 Meadows Road
_____
Address

Suite 500
_____

_____

Lake Oswego          OR          97035
_____
City          State          ZIP Code

_____
Country

**Date or dates debt was incurred**

3/1/2025

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $          2,005.10
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☒   No

☐   Yes

Debtor: CTN Holdings, Inc.
Name

Case number *(if known)*    25-10603

---

**3.73 Nonpriority creditor's name and mailing address**

Nixon Peabody LLP
Creditor Name

Creditor's Notice name

1300 Clinton Square
Address

| Rochester | NY | 14604-1792 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

9/23/22-11/28/22

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                105,820.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.74 Nonpriority creditor's name and mailing address**

Noble People
Creditor Name

Creditor's Notice name

96 Morton Street
Address

| New York | NY | 10014 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

10/5/22-11/2/22

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                3,889,494.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor:    CTN Holdings, Inc.

Case number *(if known)*:    25-10603

**3.75 Nonpriority creditor's name and mailing address**

Oak Tree Capital Management
Creditor Name

Brian Laibow
Creditor's Notice name

333 South Grand Avenue
Address

28th Floor

| Los Angeles | CA | 90071 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/15/2021

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 215,000.00
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Warrant Liability for Series X

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.76 Nonpriority creditor's name and mailing address**

Oil Price Information Service, LLC
Creditor Name

Creditor's Notice name

P.O. Box 300
Address

| Princeton | NJ | 08543 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/31/2024

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 30,520.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: CTN Holdings, Inc.

Case number *(if known)* 25-10603

**3.77 Nonpriority creditor's name and mailing address**

Onfido, Inc.

Creditor Name

Creditor's Notice name

2140 S. Dupont Highway

Address

| Camden Wyoming | DE | 19934 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/28/2025

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 532.10

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.78 Nonpriority creditor's name and mailing address**

Openpath

Creditor Name

Creditor's Notice name

600 Corporate Pointe

Address

Suite 1000

| Culver City | CA | 90230 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

3/1/2025

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,440.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: CTN Holdings, Inc.

Case number *(if known)*    25-10603

**3.79  Nonpriority creditor's name and mailing address**

OurOffice, Inc.
Creditor Name

Angie Hong Hoar
Creditor's Notice name

Gurstel Law Firm, PC
Address

3914 Murphy Canyon Road

Suite A125

San Diego | CA | 92123
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    Undetermined
*Check all that apply.*

☑  Contingent
☑  Unliquidated
☑  Disputed

**Basis for the claim:**

Litigation Claim

**Is the claim subject to offset?**

☑  No
☐  Yes

**3.80  Nonpriority creditor's name and mailing address**

Outfront Media
Creditor Name

Claudio E. Iannitelli
Creditor's Notice name

2 Park Avenue
Address

20th Floor

New York | NY | 10016
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    Undetermined
*Check all that apply.*

☑  Contingent
☑  Unliquidated
☑  Disputed

**Basis for the claim:**

Litigation Claim

**Is the claim subject to offset?**

☑  No
☐  Yes

Debtor: CTN Holdings, Inc.
_____
Name

Case number *(if known)*    25-10603
_____

**3.81  Nonpriority creditor's name and mailing address**

Pandoblox
_____
Creditor Name

_____
Creditor's Notice name

14622 Ventura Blvd
_____
Address

Suite 2047
_____

_____

| Sherman Oaks | Ca | 91403 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

3/4/2025

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ _____ 1,480.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.82  Nonpriority creditor's name and mailing address**

Path2Response LLC
_____
Creditor Name

_____
Creditor's Notice name

11001 West 120th Avenue
_____
Address

Suite 400
_____

| Broomfield | CO | 80021 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

8/3/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ _____ 23,750.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☒  No

☐  Yes

| Debtor: | CTN Holdings, Inc. | Case number *(if known)* | 25-10603 |
| | Name | | |

**3.83** **Nonpriority creditor's name and mailing address**

Pearl Media Holdings, LLC
Creditor Name

Patrick Papalia
Creditor's Notice name

Archer & Greiner, PC
Address

21 Main Street, Suite 353

Court Plaza South, West Wing

| Hackensack | NJ | 07601-7095 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.84** **Nonpriority creditor's name and mailing address**

Pendo.io, Inc.
Creditor Name

Creditor's Notice name

150 Fayetteville Street
Address

Suite 1400

| Raleigh | NC | 27601 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

8/22/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    52,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: CTN Holdings, Inc.

Name

Case number *(if known)*    25-10603

**3.85 Nonpriority creditor's name and mailing address**

Performcb LLC

Creditor Name

Creditor's Notice name

2389 E Venice Ave

Address

#410

Venice     FL     34292

City     State     ZIP Code

Country

**Date or dates debt was incurred**

8/31/22-3/29/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $     626,834.39

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.86 Nonpriority creditor's name and mailing address**

Pineapple Sustainable Partnerships Ltd

Creditor Name

Creditor's Notice name

29 Stocks Lane

Address

Steventon

Abingdon     OX13 6SS

City     State     ZIP Code

United Kingdom

Country

**Date or dates debt was incurred**

8/31/23-10/25/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $     94,161.78

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: CTN Holdings, Inc.
Name

Case number *(if known)*   25-10603

**3.87** **Nonpriority creditor's name and mailing address**

Pivot Media Ventures LLC
Creditor Name

Creditor's Notice name

270 Lafayette Street
Address

Suite 410

New York | NY | 10012
City | State | ZIP Code

Country

**Date or dates debt was incurred**
7/28/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                21,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.88** **Nonpriority creditor's name and mailing address**

Planet Labs PBC
Creditor Name

Creditor's Notice name

645 Harrison St
Address

4th Floor

San Francisco | CA | 94107
City | State | ZIP Code

Country

**Date or dates debt was incurred**
2/1/2025

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                50,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Official Form 206E/F **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: CTN Holdings, Inc.

Name

Case number *(if known)* 25-10603

**3.89 Nonpriority creditor's name and mailing address**

Power Digital Marketing, Inc.

Creditor Name

Creditor's Notice name

2251 San Diego

Address

Apt. A250

| San Diego | Ca | 92110 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/1/2022-7/1/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 140,811.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.90 Nonpriority creditor's name and mailing address**

PricewaterhouseCoopers LLP

Creditor Name

Creditor's Notice name

P.O. Box 952282

Address

| Dallas | TX | 75395-2282 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

8/11/22-2/2/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 167,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: CTN Holdings, Inc.

Name

Case number *(if known)* 25-10603

**3.91 Nonpriority creditor's name and mailing address**

Prodege, LLC

Creditor Name

Creditor's Notice name

100 N Pacific Coast Highway

Address

Suite 1600

| El Segundo | CA | 90245 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/5/2021

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 220,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.92 Nonpriority creditor's name and mailing address**

Q2 Software, Inc. (Formerly ClickSWITCH)

Creditor Name

Creditor's Notice name

10355 Pecan Park Blvd

Address

Building 4, Suite 100

| Austin | TX | 78729 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

9/15/22-11/15/22

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 27,333.33

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: CTN Holdings, Inc.
Name

Case number (if known)    25-10603

**3.93** **Nonpriority creditor's name and mailing address**

Quantiphi, Inc.
Creditor Name

Creditor's Notice name

33 Boston Post Road West
Address

Suite 600

| Marlborough | MA | 01752 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
9/19/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 24,750.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.94** **Nonpriority creditor's name and mailing address**

ReliaStar Life Insurance Company
Creditor Name

Creditor's Notice name

5780 Powers Ferry Road NW
Address

| Atlanta | GA | 30327 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
7/1/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,532.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: CTN Holdings, Inc.

Case number *(if known)*: 25-10603

Name

**3.95** **Nonpriority creditor's name and mailing address**

Rokt Corp

Creditor Name

Creditor's Notice name

175 Varick Street

Address

Level 3

New York | NY | 10014

City | State | ZIP Code

Country

**Date or dates debt was incurred**

7/31/22-8/31/22

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 20,615.69

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.96** **Nonpriority creditor's name and mailing address**

S&P Global Inc.

Creditor Name

Creditor's Notice name

55 Water Street

Address

New York | NY | 10041

City | State | ZIP Code

Country

**Date or dates debt was incurred**

2/12/24-11/18/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 45,891.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: CTN Holdings, Inc.

Case number *(if known)*: 25-10603

**3.97 Nonpriority creditor's name and mailing address**

Sandline Discovery LLC

Creditor Name

Creditor's Notice name

105 North Virginia Avenue

Address

Suite 302

| Falls Church | VA | 22046 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/11/24-3/1/25

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 433,767.59

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.98 Nonpriority creditor's name and mailing address**

Sidley Austin LLP

Creditor Name

Creditor's Notice name

555 California Street

Address

| Chicago | IL | 60603 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

8/10/21-6/23/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 911,129.18

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: CTN Holdings, Inc.
_____
Name

Case number *(if known)*   25-10603
_____

**3.99** **Nonpriority creditor's name and mailing address**

Sky-High Murals - Colossal Media, LLC
_____
Creditor Name

_____
Creditor's Notice name

5321 Corporate Blvd
_____
Address

_____

_____

| | | | |
|---|---|---|---|
| Baton Rouge | LA | 70808 | |
| City | State | ZIP Code | |

_____
Country

**Date or dates debt was incurred**

7/5/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $            105,800.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.100** **Nonpriority creditor's name and mailing address**

Slack Technologies, LLC
_____
Creditor Name

_____
Creditor's Notice name

500 Howard Street
_____
Address

_____

_____

| | | | |
|---|---|---|---|
| San Francisco | CA | 94105 | |
| City | State | ZIP Code | |

_____
Country

**Date or dates debt was incurred**

12/29/23-1/28/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $             23,760.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: CTN Holdings, Inc.

Case number *(if known)*: 25-10603

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 2,617,224.85 |

Slalom, LLC
Creditor Name

Creditor's Notice name

821 2nd Avenue
Address

Suite 1900

| Seattle | WA | 98104 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
7/31/22-11/30/22

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,617,224.85
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 4,140,120.39 |

Socure. Inc.
Creditor Name

Creditor's Notice name

330 7th Ave
Address

| New York | NY | 10001 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
11/30/22-12/31/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,140,120.39
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor:  CTN Holdings, Inc.

Case number *(if known)*    25-10603

---

3.103 **Nonpriority creditor's name and mailing address**

Stephen Klee
Creditor Name

Creditor's Notice name

123 Main Street
Address

| Anytown | NY | 12345 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

10/4/22-1/31/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                68,750.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

---

3.104 **Nonpriority creditor's name and mailing address**

Sunshine Sachs
Creditor Name

Creditor's Notice name

600 Broadway
Address

Suite 200

| New York | NY | 10012 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/1/21-4/16/21

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                61,480.50

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: CTN Holdings, Inc.

Case number *(if known)*: 25-10603

---

**3.105** **Nonpriority creditor's name and mailing address**

SuperMoney LLC
Creditor Name

Creditor's Notice name

65 Enterprise
Address

| Aliso Viejo | CA | 92656 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
12/3/2021

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 20,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.106** **Nonpriority creditor's name and mailing address**

Taylor Media Corp
Creditor Name

Creditor's Notice name

490 1st Avenue S
Address

| St. Petersburg | FL | 33701 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
6/13/22-11/8/22

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 1,031,250.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: CTN Holdings, Inc.
Name

Case number *(if known)* 25-10603

**3.107 Nonpriority creditor's name and mailing address**

The Free Ride Inc (Circuit)
Creditor Name

Creditor's Notice name

501 E Las Olas Blvd
Address

Suite 300

| Fort Lauderdale | FL | 33301 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

7/28/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 18,958.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.108 Nonpriority creditor's name and mailing address**

The Hanover Insurance Group, Inc.
Creditor Name

Creditor's Notice name

440 Lincoln Street
Address

| Worchester | MA | 01653 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/8/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,745.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  CTN Holdings, Inc.

Name

Case number *(if known)*:  25-10603

---

**3.109 Nonpriority creditor's name and mailing address**

The Hartford

Creditor Name

Creditor's Notice name

One Hartford Plaza

Address

| Hartford | CT | 06155 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

3/1/2025

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            838.05

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.110 Nonpriority creditor's name and mailing address**

The Morning Consult, LLC

Creditor Name

Creditor's Notice name

729 15th Street NW

Address

6th Floor

| Washington | DC | 20005 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

10/3/22-1/1/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $         80,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| Debtor: | CTN Holdings, Inc. | Case number *(if known)* | 25-10603 |
|---|---|---|---|
| | Name | | |

**3.111 Nonpriority creditor's name and mailing address**

The National Society of Leadership and Success, LLC
Creditor Name

Creditor's Notice name

1 University Plaza Drive
Address

Suite 512

| Hackensack | NJ | 07601 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
9/1/22-10/5/22
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    103,300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.112 Nonpriority creditor's name and mailing address**

The Nottingham Company, Inc.
Creditor Name

Creditor's Notice name

116 South Franklin Ave
Address

PO Box 69

| Rocky Mount | NC | 27802 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
6/28/24-7/31/24
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    3,810.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor:  CTN Holdings, Inc.

Case number *(if known)*   25-10603

**3.113  Nonpriority creditor's name and mailing address**

The Young Turks, Inc.
Creditor Name

Creditor's Notice name

6230 Wilshire Boulevard
Address

Suite 1300

Los Angeles            CA            90048
City                      State          ZIP Code

Country

**Date or dates debt was incurred**

11/12/20-10/31/22

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                68,069.80
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.114  Nonpriority creditor's name and mailing address**

TikTok Inc
Creditor Name

Creditor's Notice name

5800 Bristol Parkway
Address

Culver City            CA            90230
City                      State          ZIP Code

Country

**Date or dates debt was incurred**

10/2/22-11/2/22

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                68,216.12
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: CTN Holdings, Inc.

Case number *(if known)*: 25-10603

**3.115 Nonpriority creditor's name and mailing address**

Trees for the Future
Creditor Name

Creditor's Notice name

10770 Columbia Pike
Address

#300

| Silver Spring | MD | 20901 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 590,628.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Contract Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.116 Nonpriority creditor's name and mailing address**

Trove Research Limited
Creditor Name

Creditor's Notice name

Ten Bishops Square
Address

9th Floor

| London | | E1 6EC |
|---|---|---|
| City | State | ZIP Code |

United Kingdom
Country

**Date or dates debt was incurred**

7/30/2024

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 37,495.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  CTN Holdings, Inc.

Case number *(if known)*   25-10603

**3.117** **Nonpriority creditor's name and mailing address**

Tycksen & Shattuck, LLC

Creditor Name

Creditor's Notice name

12401 South 450 East

Address

Suite E1

Draper | UT | 84020
City | State | ZIP Code

Country

**Date or dates debt was incurred**

1/31/2025

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $   1,233.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.118** **Nonpriority creditor's name and mailing address**

U.S. Chamber of Commerce

Creditor Name

Creditor's Notice name

1615 H Street, NW

Address

Washington | DE | 20062
City | State | ZIP Code

Country

**Date or dates debt was incurred**

12/20/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $   50,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: CTN Holdings, Inc.
Name

Case number *(if known)*    25-10603

**3.119 Nonpriority creditor's name and mailing address**

UBS Asset Management (Americas), Inc
Creditor Name

Creditor's Notice name

One North Wacker Drive
Address

| Chicago | IL | 60606 |
|---------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

6/3/24-12/10/24

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $         143,263.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.120 Nonpriority creditor's name and mailing address**

Unit21, Inc
Creditor Name

Creditor's Notice name

95 Federal Street
Address

Unit 3A

| San Francisco | Ca | 94107 |
|---------------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

9/30/24-11/15/24

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $          40,495.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

| Debtor: | CTN Holdings, Inc. | | Case number *(if known)* | 25-10603 |
| | Name | | | |

**3.121 Nonpriority creditor's name and mailing address**

Uptech
Creditor Name


Creditor's Notice name

4546 El Camino Real
Address

#B10


| Los Altos | Ca | 94002 |
| City | State | ZIP Code |


Country

**Date or dates debt was incurred**
4/30/2024

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              40,505.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim


**Is the claim subject to offset?**

☒  No

☐  Yes

**3.122 Nonpriority creditor's name and mailing address**

URP XII XIII LLC
Creditor Name


Creditor's Notice name

550 Newport Center Dr.
Address


| Newport Beach | CA | 92660 |
| City | State | ZIP Code |


Country

**Date or dates debt was incurred**
9/1/23-4/1/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $             113,998.23
*Check all that apply.*

☒  Contingent

☒  Unliquidated

☒  Disputed

**Basis for the claim:**

Landlord Claim


**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: CTN Holdings, Inc.

Case number *(if known)*: 25-10603

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 25,000.00 |

US Qatar Business Council

Creditor Name

Creditor's Notice name

1101 17th Street NW

Address

Suite 1220

| Washington | DC | 20036 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/11/2022

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 3,937.26 |

Validity, Inc.

Creditor Name

Creditor's Notice name

200 Claredon Street

Address

22nd Floor

| Boston | MA | 02116 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/11/2023

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: CTN Holdings, Inc.

Case number *(if known)*: 25-10603

3.125 **Nonpriority creditor's name and mailing address**

Vector Media Holdings, LLC
Creditor Name

Brian Katz
Creditor's Notice name

1325 Avenue of the Americas
Address

New York | NY | 10019
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ Undetermined
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

Litigation Claim

**Is the claim subject to offset?**

☒ No
☐ Yes

3.126 **Nonpriority creditor's name and mailing address**

Wallsworth WFBM LLP
Creditor Name

Creditor's Notice name

19900 MacArthur Blvd
Address

Suite 1150

Irvine | CA | 92612
City | State | ZIP Code

Country

**Date or dates debt was incurred**
9/30/2023-8/30/24

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 14,372.50
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor:  CTN Holdings, Inc.

Case number *(if known)*: 25-10603

**3.127 Nonpriority creditor's name and mailing address**

WildMon
Creditor Name

Creditor's Notice name

16192 Costal Highway
Address

| Lewes | DE | 19958 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

3/1/2025

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                3,917.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.128 Nonpriority creditor's name and mailing address**

WNS Global Services UK International Limited
Creditor Name

Creditor's Notice name

1st Floor, 2 More London Riverside
Address

| London |  | SE1 2AP |
|---|---|---|
| City | State | ZIP Code |

United Kingdom
Country

**Date or dates debt was incurred**

6/7/22-11/14/22

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            124,409.00
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Litigation Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  CTN Holdings, Inc.

Name

Case number *(if known)*   25-10603

3.129 **Nonpriority creditor's name and mailing address**

Woodruff Sawyer

Creditor Name

Creditor's Notice name

PO Box 45057

Address

| | | |
|---|---|---|
| San Francisco | CA | 94145-9950 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/18/2024

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                111,470.00

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒   No

☐   Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**
**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 Windels Marx Lane & Mittendorf<br>Name<br><br>Eloy A. Peral<br>Notice Name<br><br>156 West 56th Street<br>Street | Line  3.74<br><br>☐   Not Listed.Explain | |

| New York | NY | 10019 |
|---|---|---|
| City | State | ZIP Code |

Country

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $ 101,380.25 |
| 5b. | **Total claims from Part 2** | 5b. + | $ 61,557,138.08 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 61,658,518.33 |

**Fill in this information to identify the case:**

Debtor Name: In re : CTN Holdings, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10603 (TMH)

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement | APT 304. |
|---|---|---|---|
| | | | Name |
| | | | APT 304. |
| | | | Notice Name |
| | | | 5000 Birch Street |
| | **State the term remaining** | Until Terminated | Address |
| | | | Suite 3000 |
| | **List the contract number of any government contract** | | |

| | | | Newport Beach | CA | 92660 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | D&O (Underlying policy to Excess) Insurance Policy, $2,500,000 x SIR - P-001-001481237-01 | AXIS Insurance Company |
|---|---|---|---|
| | | | Name |
| | | | AXIS Insurance Company |
| | | | Notice Name |
| | | | 10000 Avalon Blvd |
| | **State the term remaining** | 208 Days | Address |
| | | | Ste 200 |
| | **List the contract number of any government contract** | | |

| | | | Alpharetta | GA | 30009-2531 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: CTN Holdings, Inc.

Name

Case number *(if known)*: 25-10603

---

**2.3** State what the contract or lease is for and the nature of the debtor's interest

Carbon Credit Purchase Agreement

Bank of America NA

Name

Bank of America NA

Notice Name

100 N Tryon St

Address

State the term remaining: Until Terminated

List the contract number of any government contract

| Charlotte | NC | 28255 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.4** State what the contract or lease is for and the nature of the debtor's interest

Bartko, Zankel, Bunzel & Miller Engagement Letter

Bartko, Zankel, Bunzel & Miller

Name

Bartko, Zankel, Bunzel & Miller

Notice Name

11845 W. Olympic Blvd

Address

State the term remaining: Until Terminated

Suite 845W

List the contract number of any government contract

| Los Angeles | CA | 90064 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.5** State what the contract or lease is for and the nature of the debtor's interest

BDO Engagement Letter

BDO USA, LLP

Name

BDO USA, LLP

Notice Name

600 Anton Boulevard

Address

State the term remaining: Until Terminated

Suite 500

List the contract number of any government contract

| Costa Mesa | CA | 92626 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: CTN Holdings, Inc.
_____
Name

Case number (if known): 25-10603
_____

| | | |
|---|---|---|
| 2.6 **State what the contract or lease is for and the nature of the debtor's interest** | Emission Reductions Purchase Agreement | Blue Source LLC |
| | | Name |
| | | Blue Source LLC |
| | | Notice Name |
| **State the term remaining** | 750 Days | 2825 East Cottonwood Parkway |
| | | Address |
| | | Suite 400 |
| **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Cottonwood Heights | UT | 84121 |

Country
_____

| | | |
|---|---|---|
| 2.7 **State what the contract or lease is for and the nature of the debtor's interest** | Boston Red Sox Advertising and Sponsorship Agreement | Boston Red Sox Baseball Club Limited Partnership |
| | | Name |
| | | Boston Red Sox Baseball Club Limited Partnership |
| | | Notice Name |
| **State the term remaining** | 2405 Days | Fenway Park |
| | | Address |
| | | 4 Jersey Street |
| **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Boston | MA | 02215 |

Country
_____

| | | |
|---|---|---|
| 2.8 **State what the contract or lease is for and the nature of the debtor's interest** | Confidential Settlement Agreement And Release | Boston Red Sox Baseball Club Limited Partnership |
| | | Name |
| | | Boston Red Sox Baseball Club Limited Partnership |
| | | Notice Name |
| **State the term remaining** | 640 Days | 4 Jersey Street |
| | | Address |
| **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Boston | MA | 02215 |

Country
_____

Debtor: CTN Holdings, Inc.
_____
Name

Case number *(if known)*: 25-10603

| | | |
|---|---|---|
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Sustainability LetterAgreement |

CAA Sports, LLC
_____
Name

CAA Sports, LLC
_____
Notice Name

2000 Avenue of the Stars
_____
Address

**State the term remaining**   0 Days

**List the contract number of any government contract**

| | | |
|---|---|---|
| Los Angeles | CA | 90067 |
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Editing Statement Of Work And Services Agreement |

Cabin Editing Company
_____
Name

Cabin Editing Company
_____
Notice Name

1754 14th Street
_____
Address

**State the term remaining**   Until Terminated

**List the contract number of any government contract**

| | | |
|---|---|---|
| Santa Monica | CA | 90404 |
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Camuti Law Group Engagement Letter |

Camuti Law Group APC
_____
Name

Camuti Law Group APC
_____
Notice Name

33 Brookline
_____
Address

**State the term remaining**   Until Terminated

**List the contract number of any government contract**

| | | |
|---|---|---|
| Aliso Viejo | CA | 92656 |
| City | State | ZIP Code |

_____
Country

Debtor: CTN Holdings, Inc.

Name

Case number *(if known)*: 25-10603

---

**2.12** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment To The Distribution Agreement

Capital Investment Group, Inc.

Name

Capital Investment Group, Inc.

Notice Name

P.O. Box 4365

**State the term remaining** Until Terminated

Address

**List the contract number of any government contract**

| Rocky Mount | NC | 27803 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.13** **State what the contract or lease is for and the nature of the debtor's interest**

Distribution Agreement

Capital Investment Group, Inc.

Name

Capital Investment Group, Inc.

Notice Name

P.O. Box 4365

**State the term remaining** Until Terminated

Address

**List the contract number of any government contract**

| Rocky Mount | NC | 27803 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.14** **State what the contract or lease is for and the nature of the debtor's interest**

Settlement and Release

Capitol Outdoor, Inc.

Name

Capitol Outdoor, Inc.

Notice Name

3286 M Street NW

**State the term remaining** 462 Days

Address

3rd Floor

**List the contract number of any government contract**

| Washington | DC | 20007 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: CTN Holdings, Inc.
Name

Case number *(if known)*: 25-10603

| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Carbon Services Program Agreement | Chamber of Commerce of the United States of America |
|---|---|---|---|
| | | | Name |
| | | | Chamber of Commerce of the United States of America |
| | | | Notice Name |
| | | | 1615 H Street NW |
| | State the term remaining | 221 Days | Address |
| | List the contract number of any government contract | | |

| Washington | DC | 20062 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Settlement and Release | Circuit Transit Inc. |
|---|---|---|---|
| | | | Name |
| | | | Circuit Transit Inc. |
| | | | Notice Name |
| | | | 501 E. Las Olas Blvd |
| | State the term remaining | 491 Days | Address |
| | | | Suite 300 |
| | List the contract number of any government contract | | |

| Fort Lauderdale | FL | 33301 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Insurance Policy (Property, Commercial, and Auto Coverage - OB3-H406385-05) | Citizens Insurance Company of America |
|---|---|---|---|
| | | | Name |
| | | | Citizens Insurance Company of America |
| | | | Notice Name |
| | | | 440 Lincoln Street |
| | State the term remaining | 198 Days | Address |
| | List the contract number of any government contract | | |

| Worcester | MA | 01653 |
|---|---|---|
| City | State | ZIP Code |

Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: CTN Holdings, Inc.

Name

Case number (if known): 25-10603

**2.18** **State what the contract or lease is for and the nature of the debtor's interest**

Master Services Agreement

ClickSWITCH, LLC

Name

ClickSWITCH, LLC

Notice Name

**State the term remaining** Until Terminated

244 1st Avenue North

Address

#100

**List the contract number of any government contract**

| Minneapolis | MN | 55401 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.19** **State what the contract or lease is for and the nature of the debtor's interest**

Master Services Agreement

Corporation Service Company

Name

Corporation Service Company

Notice Name

**State the term remaining** Until Terminated

251 Little Falls Drive

Address

Attn: General Counsel

**List the contract number of any government contract**

| Wilmington | DE | 19808 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.20** **State what the contract or lease is for and the nature of the debtor's interest**

Revised Engagement Letter

CR3 Partners, LLC

Name

CR3 Partners, LLC

Notice Name

**State the term remaining** Until Terminated

13355 Noel Road

Address

Suite 2005

**List the contract number of any government contract**

| Dallas | TX | 75240 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:   CTN Holdings, Inc.
_____
Name

Case number *(if known)*:   25-10603

| | | |
|---|---|---|
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement of Davis Wright Tremaine LLP |

Davis Wright Tremaine LLP
_____
Name

Davis Wright Tremaine LLP
_____
Notice Name

Suite 3300
_____
Address

920 Fifth Avenue

| | |
|---|---|
| **State the term remaining** | Until Terminated |

| | | |
|---|---|---|
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Seattle | WA | 98104-1610 |
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | Dechert LLP Engagement Letter |

Dechert LLP
_____
Name

Dechert LLP
_____
Notice Name

One Bush Street
_____
Address

Suite 1600

| | |
|---|---|
| **State the term remaining** | Until Terminated |

| | | |
|---|---|---|
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| San Francisco | CA | 94104-4446 |
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | Carbon Credit Purchase Agreement |

Deloitte Consulting LLP
_____
Name

Deloitte Consulting LLP
_____
Notice Name

30 Rockefeller Plaza
_____
Address

| | |
|---|---|
| **State the term remaining** | Until Terminated |

| | | |
|---|---|---|
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| New York | NY | 10112 |
| City | State | ZIP Code |

_____
Country

Debtor:  CTN Holdings, Inc.

Name

Case number *(if known)*:  25-10603

| | | | |
|---|---|---|---|
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | Harvest Deferral Agreement | DF Development, LLC |
| | | | Name |
| | | | DF Development, LLC |
| | | | Notice Name |
| | **State the term remaining** | 641 Days | 777 Main St |
| | | | Address |
| | **List the contract number of** | | Suite 3900 |
| | **any government contract** | | |

| Fort Worth | TX | 76102 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | Contribution Partner Agreement | Eden Reforestation Projects |
| | | | Name |
| | | | Eden Reforestation Projects |
| | | | Notice Name |
| | **State the term remaining** | 5804 Days | 303 W Foothill Blvd |
| | | | Address |
| | **List the contract number of** | | Unit 13 |
| | **any government contract** | | |

| Glendora | CA | 91741 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Contribution Partner Agreement | Eden Reforestation Projects |
| | | | Name |
| | | | Eden Reforestation Projects |
| | | | Notice Name |
| | **State the term remaining** | 5804 Days | 303 W Foothill Blvd |
| | | | Address |
| | **List the contract number of** | | Unit 13 |
| | **any government contract** | | |

| Glendora | CA | 91741 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: CTN Holdings, Inc.

Name

Case number *(if known)*: 25-10603

| | | |
|---|---|---|
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidential Settlement Agreement and Mutual Release |

Eden Reforestation Projects

Name

Eden Reforestation Projects

Notice Name

303 W. Foothill Blvd.

Address

| **State the term remaining** | Until Terminated |
|---|---|

Unit 13

| **List the contract number of** | |
|---|---|
| **any government contract** | |

| Glendora | CA | 91741 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement |

FactSet HR

Name

FactSet HR

Notice Name

7324 SW 54th Ave

Address

| **State the term remaining** | 0 Days |
|---|---|

| **List the contract number of** | |
|---|---|
| **any government contract** | |

| Portland | WA | 97219 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | SAAS Agreement |

Feedzai, Inc.

Name

Feedzai, Inc.

Notice Name

1875 South Grant Street

Address

| **State the term remaining** | Until Terminated |
|---|---|

Suite 950

| **List the contract number of** | |
|---|---|
| **any government contract** | |

| San Mateo | CA | 94402 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: CTN Holdings, Inc.                                        Case number *(if known)*: 25-10603
_____
Name

**2.30** State what the contract or lease is for and the nature of the debtor's interest | Settlement Agreement | Firefly Systems, Inc.
_____
Name

Firefly Systems, Inc.
_____
Notice Name

1612 Remuda Lane
_____
Address

State the term remaining | Until Terminated

List the contract number of any government contract

San Jose | CA | 95112
_____
City | State | ZIP Code

_____
Country

**2.31** State what the contract or lease is for and the nature of the debtor's interest | Amended And Restated Sustainability Master Services Agreement | Forum Entertainment LLC
_____
Name

Forum Entertainment LLC
_____
Notice Name

3900 W. Manchester Avenue
_____
Address

State the term remaining | 713 Days

List the contract number of any government contract

Inglewood | CA | 90305
_____
City | State | ZIP Code

_____
Country

**2.32** State what the contract or lease is for and the nature of the debtor's interest | Statement of Work | Gibson, Dunn & Crutcher LLP
_____
Name

Gibson, Dunn & Crutcher LLP
_____
Notice Name

105 N. Virginia Avenue
_____
Address

Suite 302

State the term remaining | Until Terminated

List the contract number of any government contract

Falls Church | VA | 22046
_____
City | State | ZIP Code

_____
Country

Debtor: CTN Holdings, Inc.
Name

Case number *(if known)*: 25-10603

---

**2.33** **State what the contract or lease is for and the nature of the debtor's interest**

Agreement to Provide Investment Banking Services

Hilco Corporate Finance, LLC
Name

Hilco Corporate Finance, LLC
Notice Name

401 N. Michigan Ave
Address

**State the term remaining**   Until Terminated

Suite 1630

**List the contract number of any government contract**

| Chicago | IL | 60611 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.34** **State what the contract or lease is for and the nature of the debtor's interest**

Excess Liability Insurance Insurance Policy, $1.25 excess of $3.75M - HE-0303-12185

Hudson Excess Insurance Company
Name

Hudson Excess Insurance Company
Notice Name

100 William Street
Address

**State the term remaining**   208 Days

**List the contract number of any government contract**

| New York | NY | 10038 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.35** **State what the contract or lease is for and the nature of the debtor's interest**

First Addendum To Consulting Agreement

ICR, LLC
Name

ICR, LLC
Notice Name

761 Main Avenue
Address

**State the term remaining**   0 Days

**List the contract number of any government contract**

| Norwalk | CT | 06851 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: CTN Holdings, Inc.

Name

Case number *(if known)*: 25-10603

| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement | ICR, LLC |
| | | | Name |

ICR, LLC

Notice Name

761 Main Avenue

| **State the term remaining** | Until Terminated | Address |

**List the contract number of any government contract**

| Norwalk | CT | 06851 |
| City | State | ZIP Code |

Country

| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | Advertising Contract | Impact Tech/Launch Potato |
| | | | Name |

Impact Tech/Launch Potato

Notice Name

223 E De La Guerra

| **State the term remaining** | Until Terminated | Address |

**List the contract number of any government contract**

| Santa Barbara | CA | 93101 |
| City | State | ZIP Code |

Country

| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | Carbon Credit Prepayment Agreement | Imperative Global Investments, Inc. |
| | | | Name |

Imperative Global Investments, Inc.

Notice Name

2617 Bissonnet St

| **State the term remaining** | Until Terminated | Address |

#442

**List the contract number of any government contract**

| Houston | TX | 77005 |
| City | State | ZIP Code |

Country

Debtor: CTN Holdings, Inc.
_____
Name

Case number *(if known)*: 25-10603

| | | |
|---|---|---|
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | Recruiting Service Engagement Letter |
| | **State the term remaining** | Until Terminated |
| | **List the contract number of any government contract** | |

IQTalent Partners, Inc.
_____
Name

IQTalent Partners, Inc.
_____
Notice Name

201 4th Ave N
_____
Address

Ste 1300

Attn: Account Management

| | | |
|---|---|---|
| Nashville | TN | 37219 |
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | Advertising Contract through Noble People |
| | **State the term remaining** | 0 Days |
| | **List the contract number of any government contract** | |

J.C. Decaux Street Furniture
_____
Name

J.C. Decaux Street Furniture
_____
Notice Name

13 Crosby Street
_____
Address

#402

| | | |
|---|---|---|
| New York | NY | 10013 |
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | Advertising Contract |
| | **State the term remaining** | Until Terminated |
| | **List the contract number of any government contract** | |

Joy Wallet, LLC
_____
Name

Joy Wallet, LLC
_____
Notice Name

1270 Ave of the Americas
_____
Address

7th Floor - 1075

| | | |
|---|---|---|
| New York | NY | 10020 |
| City | State | ZIP Code |

_____
Country

Debtor: CTN Holdings, Inc.
_____
Name

Case number *(if known)*: 25-10603

**2.42** **State what the contract or lease is for and the nature of the debtor's interest**

Keesal, Young & Logan Engagement Letter

Keesal, Young & Logan
_____
Name

Keesal, Young & Logan
_____
Notice Name

400 OCEAN GATE
_____
Address

**State the term remaining** Until Terminated

Suite 1400
_____

**List the contract number of any government contract**

| Long Beach | CA | 90802 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.43** **State what the contract or lease is for and the nature of the debtor's interest**

Endorsement Agreement

KL2 ASPIRE LLC
_____
Name

KL2 ASPIRE LLC
_____
Notice Name

12220 Westerly Trail
_____
Address

**State the term remaining** 365 Days

**List the contract number of any government contract**

| Moreno Valley | CA | 92557 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.44** **State what the contract or lease is for and the nature of the debtor's interest**

Verita Agreement For Services

Kurtzman Carson Consultants, LLC
_____
Name

Kurtzman Carson Consultants, LLC
_____
Notice Name

222 N Pacific Coast Hwy
_____
Address

**State the term remaining** Until Terminated

Suite 300
_____

**List the contract number of any government contract**

| El Segundo | CA | 90245 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor:  CTN Holdings, Inc.                                        Case number *(if known)*:  25-10603
_____
Name

**2.45** **State what the contract or lease is for and the nature of the debtor's interest**  Addendum to the Founding Sponsorship Agreement

LA Clippers LLC
_____
Name

LA Clippers LLC
_____
Notice Name

1212 S. Flower Street
_____
Address

**State the term remaining**  0 Days

5th Floor

**List the contract number of**

**any government contract**

Attention: Chief Global Partnerships Officer

| Los Angeles | CA | 90015 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.46** **State what the contract or lease is for and the nature of the debtor's interest**  Sustainability Master Services Agreement

LA Clippers LLC and Murphy's Bowl LLC
_____
Name

LA Clippers LLC
_____
Notice Name

1212 S. Flower Street
_____
Address

**State the term remaining**  7031 Days

5th Floor

**List the contract number of**

**any government contract**

Attention: Chief Global Partnerships Officer

| Los Angeles | CA | 90015 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.47** **State what the contract or lease is for and the nature of the debtor's interest**  Amendment to Sustainability Master Services Agreement

LA Clippers LLC and Murphy's Bowl LLC
_____
Name

LA Clippers LLC
_____
Notice Name

1212 S. Flower Street
_____
Address

**State the term remaining**  7031 Days

5th Floor

**List the contract number of**

**any government contract**

Attention: Chief Global Partnerships Officer

| Los Angeles | CA | 90015 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  CTN Holdings, Inc.
_____
Name

Case number *(if known)*:  25-10603

| | | | |
|---|---|---|---|
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | Aspiration and Laurel Strategies Engagement Letter | Laurel Strategies, Inc. |
| | | | Name |
| | | | Laurel Strategies, Inc. |
| | | | Notice Name |
| | | | 2101 L Street |
| | **State the term remaining** | Until Terminated | Address |
| | | | Suite 300 |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | |
|---|---|---|
| Washington | DC | 20037 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | Advertising Contract | Liberty Media Group |
| | | | Name |
| | | | Liberty Media Group |
| | | | Notice Name |
| | | | 1925 Arapahoe St |
| | **State the term remaining** | Until Terminated | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | |
|---|---|---|
| Los Angeles | CA | 90007 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | Marina Park Fourth Amendment To Lease | LPF Marina Park Venture, LLC |
| | | | Name |
| | | | LPF Marina Park Venture, LLC |
| | | | Notice Name |
| | | | 400 E third avenue |
| | **State the term remaining** | 3348 Days | Address |
| | | | Suite 500 |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | |
|---|---|---|
| Foster City | CA | 94404 |
| City | State | ZIP Code |

Country

Debtor: CTN Holdings, Inc.
_____
Name

Case number (if known): 25-10603

| | | |
|---|---|---|
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | Marina Park Third Amendment To Lease |

LPF Marina Park Venture, LLC
Name

LPF Marina Park Venture, LLC
Notice Name

400 E third avenue
Address

**State the term remaining** 3348 Days

Suite 500

**List the contract number of any government contract**

| Foster City | CA | 94404 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | Advertiser Services Agreement |

Media Force Communications (2007), Ltd.
Name

Media Force Communications (2007), Ltd.
Notice Name

54 Jabotinksi St
Address

**State the term remaining** Until Terminated

**List the contract number of any government contract**

| Holon | | 58293 |
|---|---|---|
| City | State | ZIP Code |

Israel
Country

| | | |
|---|---|---|
| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | Carbon Credit Purchase Agreement |

Meta Platforms, Inc.
Name

Meta Platforms, Inc.
Notice Name

1 Hacker Way
Address

**State the term remaining** Until Terminated

**List the contract number of any government contract**

| Menlo Park | CA | 94025 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: CTN Holdings, Inc.
_____
Name

Case number *(if known)*: 25-10603
_____

| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | Settlement and Release | Michael Best & Friedrich, LLP |
|---|---|---|---|

Name: Michael Best & Friedrich, LLP

Notice Name: Michael Best & Friedrich, LLP

**State the term remaining** — Until Terminated

Address: 790 N. Water Street

Suite 2500

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Milaukee | WI | 53202 |

Country

| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | Separation Agreement and General Release | Michael Shuckerow |
|---|---|---|---|

Name: Michael Shuckerow

Notice Name: Michael Shuckerow

**State the term remaining** — 1162 Days

Address: 48 Chanticleer Road

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Sudbury | MA | 01776 |

Country

| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Agreement | Mission Financial Partners LLC |
|---|---|---|---|

Name: Mission Financial Partners LLC

Notice Name: Mission Financial Partners LLC

Address: 1 Embarcadero Ctr

**State the term remaining** — Until Terminated

Suite 800

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| San Francisco | CA | 94111-3666 |

Country

Debtor:    CTN Holdings, Inc.                                             Case number *(if known):*    25-10603
           Name

| | | |
|---|---|---|
| **2.57** | **State what the contract or lease is for and the nature of the debtor's interest** | Wind Down and Services Agreement |

Mission Financial Partners LLC
Name

Mission Financial Partners LLC
Notice Name

1 Embarcadero Ctr
Address

**State the term remaining**    Until Terminated

Suite 800

**List the contract number of any government contract**

| San Francisco | CA | 94111-3666 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.58** | **State what the contract or lease is for and the nature of the debtor's interest** | Carbon Credit Purchase Agreement |

Mission Financial Partners LLC
Name

Mission Financial Partners LLC
Notice Name

1 Embarcadero Ctr
Address

**State the term remaining**    Until Terminated

Suite 800

**List the contract number of any government contract**

| San Francisco | CA | 94111-3666 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.59** | **State what the contract or lease is for and the nature of the debtor's interest** | Promissory note |

Mission Financial Partners LLC
Name

Mission Financial Partners LLC
Notice Name

1 Embarcadero Ctr
Address

**State the term remaining**    Unknown

Suite 800

**List the contract number of any government contract**

| San Francisco | CA | 94111-3666 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: CTN Holdings, Inc.
Name

Case number (if known): 25-10603

| | | |
|---|---|---|
| **2.60** | **State what the contract or lease is for and the nature of the debtor's interest** | Murphy & McGonigle Engagement Letter |
| | | |

Murphy & McGonigle, P.C.
Name

Murphy & McGonigle, P.C.
Notice Name

| | |
|---|---|
| **State the term remaining** | Until Terminated |

1185 Avenue of the Americas
Address

Floor 21

| | | |
|---|---|---|
| **List the contract number of** | | |
| **any government contract** | | |

| | | |
|---|---|---|
| New York | NY | 10036 |
| City | State | ZIP Code |

Country

---

| | | |
|---|---|---|
| **2.61** | **State what the contract or lease is for and the nature of the debtor's interest** | Marketing Services Contract |

National Society of Leadership and Success
Name

National Society of Leadership and Success
Notice Name

| | |
|---|---|
| **State the term remaining** | Until Terminated |

1 Evertrust Plaza
Address

Suite 101

| | | |
|---|---|---|
| **List the contract number of** | | |
| **any government contract** | | |

| | | |
|---|---|---|
| Jersey City | NJ | 07302 |
| City | State | ZIP Code |

Country

---

| | | |
|---|---|---|
| **2.62** | **State what the contract or lease is for and the nature of the debtor's interest** | Native Term Sheet |

Native, A Public Benefit Corporation,
Name

Native, A Public Benefit Corporation,
Notice Name

| | |
|---|---|
| **State the term remaining** | 889 Days |

3 Main Street
Address

Suite 212

| | | |
|---|---|---|
| **List the contract number of** | | |
| **any government contract** | | |

| | | |
|---|---|---|
| Burlington | VT | 05401 |
| City | State | ZIP Code |

Country

---

Debtor: CTN Holdings, Inc.
_____
Name

Case number *(if known)*: 25-10603

**2.63** **State what the contract or lease is for and the nature of the debtor's interest**

Master Services Agreement

Noble People, LLC
_____
Name

Noble People, LLC
_____
Notice Name

96 Morton Street
_____
Address

4th Floor

**State the term remaining** Until Terminated

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| New York | NY | 10014 |

_____
Country

**2.64** **State what the contract or lease is for and the nature of the debtor's interest**

Noble People Revised Campaign Order

Noble People, LLC
_____
Name

Noble People, LLC
_____
Notice Name

96 Morton Street
_____
Address

4th Floor

**State the term remaining** Until Terminated

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| New York | NY | 10014 |

_____
Country

**2.65** **State what the contract or lease is for and the nature of the debtor's interest**

Dividend Disbursing And Transfer Agent Agreement

Nottingham Shareholder Services, LLC
_____
Name

Nottingham Shareholder Services, LLC
_____
Notice Name

116 South Franklin Street
_____
Address

**State the term remaining** Until Terminated

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Rocky Mount | NC | 27804 |

_____
Country

Debtor: CTN Holdings, Inc.
Name

Case number *(if known)*: 25-10603

**2.66** **State what the contract or lease is for and the nature of the debtor's interest**

Nova Administrative Services Agreement

Nova Associates, Inc.
Name

Nova Associates, Inc.
Notice Name

10777 NORTHWEST FREEWAY
Address

**State the term remaining** Until Terminated

SUITE 440

**List the contract number of any government contract**

| Houston | TX | 77092 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.67** **State what the contract or lease is for and the nature of the debtor's interest**

Advertising Contract

Overall Murals, Inc.
Name

Overall Murals, Inc.
Notice Name

874 Kent Avenue
Address

**State the term remaining** Until Terminated

#1

**List the contract number of any government contract**

| Brooklyn | NY | 11205 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.68** **State what the contract or lease is for and the nature of the debtor's interest**

Independent Contractor Agreement

Pineapple Sustainable Partnerships Ltd
Name

Notice Name

29 Stocks Lane, Steventon,
Address

**State the term remaining** Until Terminated

**List the contract number of any government contract**

| Abingdon | | OX13 6SS |
|---|---|---|
| City | State | ZIP Code |

United Kingdom
Country

Debtor: CTN Holdings, Inc.
_____
Name

Case number *(if known)*: 25-10603

| | | |
|---|---|---|
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | Settlement and Release |
| | | |
| | **State the term remaining** | 0 Days |
| | **List the contract number of any government contract** | |

Pivot Media Ventures
_____
Name

Pivot Media Ventures
_____
Notice Name

270 Lafayette Street
_____
Address

| | | |
|---|---|---|
| New York | NY | 10012 |
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | Advertising Agreement through Noble People (as agent to CTN Holdings, Inc.) |
| | | |
| | **State the term remaining** | 0 Days |
| | **List the contract number of any government contract** | |

POP! Media, Inc.
_____
Name

POP! Media, Inc.
_____
Notice Name

970 N Broadway
_____
Address

#201

| | | |
|---|---|---|
| Los Angeles | CA | 90012 |
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | PWC Engagement Letter |
| | | |
| | **State the term remaining** | Until Terminated |
| | **List the contract number of any government contract** | |

PricewaterhouseCoopers LLC
_____
Name

PricewaterhouseCoopers LLC
_____
Notice Name

405 Howard Street
_____
Address

Suite 600

| | | |
|---|---|---|
| San Francisco | CA | 94105 |
| City | State | ZIP Code |

_____
Country

Debtor: CTN Holdings, Inc.
Name

Case number *(if known)*: 25-10603

---

**2.72** State what the contract or lease is for and the nature of the debtor's interest

Marketing Services Provider Agreement

Prodege, LLC
Name

Prodege, LLC
Notice Name

State the term remaining: Until Terminated

100 N Pacific Coast highway
Address

8th Floor

List the contract number of any government contract

| | | |
|---|---|---|
| El Segundo | CA | 90245 |
| City | State | ZIP Code |

Country

---

**2.73** State what the contract or lease is for and the nature of the debtor's interest

Master Professional Services Agreement

Quantiphi, Inc.
Name

Quantiphi, Inc.
Notice Name

State the term remaining: Until Terminated

33 Boston Post Road West
Address

Suite 600

List the contract number of any government contract

| | | |
|---|---|---|
| Marlborough | MA | 01752 |
| City | State | ZIP Code |

Country

---

**2.74** State what the contract or lease is for and the nature of the debtor's interest

Excess D&O Insurance Policy, $1.25M - EFI1203316-00

Republic Van guard Insurance Company
Name

Republic Van guard Insurance Company
Notice Name

State the term remaining: 208 Days

5525 LBJ Freeway
Address

List the contract number of any government contract

| | | |
|---|---|---|
| Dallas | TX | 75240 |
| City | State | ZIP Code |

Country

---

Debtor: CTN Holdings, Inc.

Case number (if known): 25-10603

Name

| | | |
|---|---|---|
| **2.75** **State what the contract or lease is for and the nature of the debtor's interest** | Employment Practiced Liability Insurance Policy, $1M - NEP710070 | RSUI Indemnity Company |
| | | Name |
| | | RSUI Indemnity Company |
| | | Notice Name |
| **State the term remaining** | 30 Days | 945 East Paces Ferry Road |
| | | Address |
| | | Suite 1800 |
| **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Atlanta | GA | 30326-1125 |

Country

| | | |
|---|---|---|
| **2.76** **State what the contract or lease is for and the nature of the debtor's interest** | Sandline Statement of Work | Sandline Discovery LLC |
| | | Name |
| | | Sandline Discovery LLC |
| | | Notice Name |
| **State the term remaining** | Until Terminated | 105 N. Virginia Avenue |
| | | Address |
| | | Suite 302 |
| **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Falls Church | VA | 22046 |

Country

| | | |
|---|---|---|
| **2.77** **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work | Slalom, LLC |
| | | Name |
| | | Slalom, LLC |
| | | Notice Name |
| **State the term remaining** | Until Terminated | 821 2nd Avenue |
| | | Address |
| | | Suite 1900 |
| **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Seattle | WA | 98104 |

Country

Debtor: CTN Holdings, Inc.                                     Case number *(if known)*:    25-10603
_____
Name

| | | |
|---|---|---|
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement |
| | | |
| | **State the term remaining** | Until Terminated |
| | **List the contract number of any government contract** | |

Slalom, LLC
_____
Name

Slalom, LLC
_____
Notice Name

821 2nd Avenue
_____
Address

Suite 1900
_____

| Seattle | WA | 98104 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | Socure Inc. Data Study Agreement |
| | | |
| | **State the term remaining** | Until Terminated |
| | **List the contract number of any government contract** | |

Socure Inc.
_____
Name

Socure Inc.
_____
Notice Name

885 Tahoe Blvd
_____
Address

Suite 11
_____

| Incline Village | NV | 89451 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | Advertising Services |
| | | |
| | **State the term remaining** | Until Terminated |
| | **List the contract number of any government contract** | |

Summit Media, LLC
_____
Name

Summit Media, LLC
_____
Notice Name

1925 Arapahoe St
_____
Address

| Los Angeles | CA | 90007 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor: CTN Holdings, Inc.

Name

Case number *(if known)*: 25-10603

---

**2.81** **State what the contract or lease is for and the nature of the debtor's interest**

Warrant to Purchase Common Stock

Taylor Media Corp.
Name

Taylor Media Corp.
Notice Name

490 1st Ave South
Address

Suite 800

| | | |
|---|---|---|
| Saint Petersburg | FL | 33701 |
| City | State | ZIP Code |

Country

**State the term remaining** 2085 Days

**List the contract number of any government contract**

---

**2.82** **State what the contract or lease is for and the nature of the debtor's interest**

Insertion Order

Taylor Media Corp.
Name

Taylor Media Corp.
Notice Name

490 1st Ave South
Address

Suite 800

| | | |
|---|---|---|
| Saint Petersburg | FL | 33701 |
| City | State | ZIP Code |

Country

**State the term remaining** Until Terminated

**List the contract number of any government contract**

---

**2.83** **State what the contract or lease is for and the nature of the debtor's interest**

Master Services Agreement

The H Company, Inc.
Name

The H Company, Inc.
Notice Name

14622 Ventura Blvd
Address

Ste 2047

| | | |
|---|---|---|
| Sherman Oaks | CA | 91403 |
| City | State | ZIP Code |

Country

**State the term remaining** 316 Days

**List the contract number of any government contract**

Debtor:  CTN Holdings, Inc.
_____
Name

Case number *(if known)*:  25-10603

| | | |
|---|---|---|
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest** | IT Services Agreement |

The H Company, Inc.
_____
Name

The H Company, Inc.
_____
Notice Name

14622 Ventura Blvd
_____
Address

**State the term remaining**  316 Days

Ste 2047

**List the contract number of**

**any government contract**

| Sherman Oaks | CA | 91403 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest** | Website Managed Services Agreement |

The H Company, Inc.
_____
Name

The H Company, Inc.
_____
Notice Name

14622 Ventura Blvd
_____
Address

**State the term remaining**  316 Days

Ste 2047

**List the contract number of**

**any government contract**

| Sherman Oaks | CA | 91403 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest** | Worker's Compensation Insurance Policy, $1M/$1M/$1M - 72 WE BD4GK1 |

The Hartford
_____
Name

The Hartford
_____
Notice Name

One Hartford Plaza
_____
Address

**State the term remaining**  307 Days

**List the contract number of**

**any government contract**

| Hartford | CT | 06155 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor: CTN Holdings, Inc.
Name

Case number (if known): 25-10603

| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | Contract | The Morning Consult LLC |
| | | | Name |
| | | | The Morning Consult LLC |
| | | | Notice Name |
| | State the term remaining | 0 Days | 1025 F St NW |
| | | | Address |
| | | | Suite 800 |
| | List the contract number of any government contract | | |

| | | | Washington | DC | 20004 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | Fund Accounting And Administration Service Agreement | The Nottingham Company |
| | | | Name |
| | | | The Nottingham Company |
| | | | Notice Name |
| | State the term remaining | Until Terminated | 116 South Franklin Street |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Rocky Mount | NC | 27804 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | Auction Services Agreement | TickTok, Inc. |
| | | | Name |
| | | | TickTok, Inc. |
| | | | Notice Name |
| | State the term remaining | Until Terminated | 5800 Bristol Parkway |
| | | | Address |
| | | | Suite 100 |
| | List the contract number of any government contract | | |

| | | | Culver City | CA | I90230 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: CTN Holdings, Inc.
_____
Name

Case number *(if known)*: 25-10603

| | | |
|---|---|---|
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** | Trees Program Agreement |
| | **State the term remaining** | Until Terminated |
| | **List the contract number of any government contract** | |

Trees for the Future
_____
Name

Trees for the Future
_____
Notice Name

P.O. Box 7027
_____
Address

| | | |
|---|---|---|
| Silver Spring | MD | 20907 |
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Agreement |
| | **State the term remaining** | 0 Days |
| | **List the contract number of any government contract** | |

Trove Research Limited
_____
Name

_____
Notice Name

Ten Bishops Square
_____
Address

Ninth Floor

| | | |
|---|---|---|
| London | | E1 6EG |
| City | State | ZIP Code |

United Kingdom
_____
Country

| | | |
|---|---|---|
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** | Excess D&O Insurance Policy, $1.25M - EFI1203316-00 |
| | **State the term remaining** | 208 Days |
| | **List the contract number of any government contract** | |

Underwriters at Lloyd's of London
_____
Name

Underwriters at Lloyd's of London
_____
Notice Name

280 Park Avenue East Tower
_____
Address

25th Floor

| | | |
|---|---|---|
| New York | NY | 10017 |
| City | State | ZIP Code |

_____
Country

Debtor: CTN Holdings, Inc.
Name

Case number (if known): 25-10603

| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | 5281 California Avenue, Irvine, CA 92617 Lease | URP XII XIII LLC |
|---|---|---|---|
| | | | Name |
| | | | URP XII XIII LLC |
| | | | Notice Name |
| | | | 550 Newport Center Drive |
| | State the term remaining | 487 Days | Address |
| | List the contract number of any government contract | | |

| | | | Newport Beach | CA | 92660 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | Settlement and Release | Vizible Media Group, LLC |
|---|---|---|---|
| | | | Name |
| | | | Vizible Media Group, LLC |
| | | | Notice Name |
| | | | 833 Chretien Point Ave |
| | State the term remaining | 0 Days | Address |
| | | | Attn: Daniel Barnes |
| | List the contract number of any government contract | | |

| | | | Covington | LA | 70433 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | VRS Engagement Letter | VRS Restructuring Services, LLC |
|---|---|---|---|
| | | | Name |
| | | | VRS Restructuring Services, LLC |
| | | | Notice Name |
| | | | 20 Tumble Road |
| | State the term remaining | Until Terminated | Address |
| | List the contract number of any government contract | | |

| | | | Bedford | NH | 03110 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: CTN Holdings, Inc.
_____
Name

Case number *(if known)*: 25-10603

| | | |
|---|---|---|
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | Advertiser Services Agreement |
| | | W4 Holdings, llc d/b/a Digital Media Solutions, LLC |
| | | Name |
| | | W4 Holdings |
| | | Notice Name |
| | | 11833 Mississippi Ave |
| | **State the term remaining** | Until Terminated |
| | | Address |
| | | 2nd Floor |
| | **List the contract number of any government contract** | |
| | | Los Angeles          CA          90025 |
| | | City          State          ZIP Code |
| | | Country |
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | Whiteford Engagement Letter |
| | | Whiteford Taylor & Preston LLP |
| | | Name |
| | | Whiteford Taylor & Preston LLP |
| | | Notice Name |
| | | 1021 E Cary St |
| | **State the term remaining** | Until Terminated |
| | | Address |
| | | Suite 2001 |
| | **List the contract number of any government contract** | |
| | | Richmond          VA          23219 |
| | | City          State          ZIP Code |
| | | Country |
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | Whiteford, Taylor & Preston, LLP Engagement Letter |
| | | Whiteford, Taylor & Preston, LLP |
| | | Name |
| | | Whiteford, Taylor & Preston, LLP |
| | | Notice Name |
| | | 1021 E Cary St |
| | **State the term remaining** | Until Terminated |
| | | Address |
| | | Suite 2001 |
| | **List the contract number of any government contract** | |
| | | Richmond          VA          23219 |
| | | City          State          ZIP Code |
| | | Country |

Debtor: CTN Holdings, Inc.
Name

Case number *(if known)*: 25-10603

| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO THE Letter of Engagement dated 4th April 2022 | WNS Global Services (UK) Intl. Ltd. |
|---|---|---|---|

WNS Global Services (UK) Intl. Ltd.
Name

WNS Global Services (UK) Intl. Ltd.
Notice Name

**State the term remaining**    Until Terminated

515 Madison Avenue
Address

8th Floor

**List the contract number of**

**any government contract**

| New York | NY | 10022 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Of Engagement For WNS Services | WNS Global Services (UK) Intl. Ltd. |
|---|---|---|---|

WNS Global Services (UK) Intl. Ltd.
Name

WNS Global Services (UK) Intl. Ltd.
Notice Name

**State the term remaining**    Until Terminated

515 Madison Avenue
Address

8th Floor

**List the contract number of**

**any government contract**

| New York | NY | 10022 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | Fee Agreement | Woodruff-Sawyer & Co. |
|---|---|---|---|

Woodruff-Sawyer & Co.
Name

Woodruff-Sawyer & Co.
Notice Name

**State the term remaining**    Until Terminated

50 California St
Address

Floor 12

**List the contract number of**

**any government contract**

| San Francisco | CA | 94111 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: CTN Holdings, Inc.

Name

Case number (if known): 25-10603

---

**2.102** **State what the contract or lease is for and the nature of the debtor's interest**

Prepaid Forward Confirmation

Zero Carbon Holdings, LLC

Name

Zero Carbon Holdings, LLC

Notice Name

109 E. 17th St

Address

**State the term remaining**   0 Days

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Cheyenne | WY | 82001 |

Country

---

**2.103** **State what the contract or lease is for and the nature of the debtor's interest**

Equity Pledge Agreement

Zero Carbon Holdings, LLC and Four Thirteen, LLC

Name

Zero Carbon Holdings, LLC

Notice Name

109 E. 17th St

Address

**State the term remaining**   Until Terminated

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Cheyenne | WY | 82001 |

Country

---

**2.104** **State what the contract or lease is for and the nature of the debtor's interest**

Employed Lawyers Coverage Insurance Policy, $2M/$2M - EOC 6182960-01

Zurich American Insurance Company

Name

Zurich American Insurance Company

Notice Name

1299 Zurich Way

Address

**State the term remaining**   208 Days

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Schaumburg | IL | 60196 |

Country

---

Debtor: CTN Holdings, Inc.
_____
Name

Case number *(if known)*: 25-10603

| | |
|---|---|
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest** |

Cyber Liability Insurance Policy, $5M - SPR
5630977-01

Zurich in North America
_____
Name

Zurich in North America
_____
Notice Name

1299 Zurich Way
_____
Address

**State the term remaining**       205 Days

**List the contract number of**

**any government contract**

| | | |
|---|---|---|
| Schaumburg | IL | 60196 |
| City | State | ZIP Code |

_____
Country

**Fill in this information to identify the case:**

Debtor Name: In re : CTN Holdings, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10603 (TMH)

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

    ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☑ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  Aspiration Card Services, LLC | 548 Market Street <br> Street <br> PMB 72015 | AGO Special Situations Credit, LP | ☑ D <br><br> ☐ E/F <br><br> ☐ G |
| | San Francisco      CA      94104-5401 <br> City         State        ZIP Code <br><br> Country | | |
| 2.2  Aspiration Card Services, LLC | 548 Market Street <br> Street <br> PMB 72015 | AGO Special Situations II LP | ☑ D <br><br> ☐ E/F <br><br> ☐ G |
| | San Francisco      CA      94104-5401 <br> City         State        ZIP Code <br><br> Country | | |

Debtor: CTN Holdings, Inc.
_____
Name

Case number *(if known)*: 25-10603

| | | | |
|---|---|---|---|
| 2.3 Aspiration Card Services, LLC | 548 Market Street<br>Street<br>PMB 72015 | Harmony Holdings, LLC | ☑ D<br><br>☐ E/F<br><br>☐ G |
| | San Francisco | CA | 94104-5401 |
| | City | State | ZIP Code |
| | Country | | |

| | | | |
|---|---|---|---|
| 2.4 Aspiration Card Services, LLC | 548 Market Street<br>Street<br>PMB 72015 | Long Live Bruce, LLC | ☑ D<br><br>☐ E/F<br><br>☐ G |
| | San Francisco | CA | 94104-5401 |
| | City | State | ZIP Code |
| | Country | | |

| | | | |
|---|---|---|---|
| 2.5 Aspiration Insurance Agency, LLC | 548 Market Street<br>Street<br>PMB 72015 | AGO Special Situations Credit, LP | ☑ D<br><br>☐ E/F<br><br>☐ G |
| | San Francisco | CA | 94104-5401 |
| | City | State | ZIP Code |
| | Country | | |

| | | | |
|---|---|---|---|
| 2.6 Aspiration Insurance Agency, LLC | 548 Market Street<br>Street<br>PMB 72015 | AGO Special Situations II LP | ☑ D<br><br>☐ E/F<br><br>☐ G |
| | San Francisco | CA | 94104-5401 |
| | City | State | ZIP Code |
| | Country | | |

| | | | |
|---|---|---|---|
| 2.7 Aspiration Insurance Agency, LLC | 548 Market Street<br>Street<br>PMB 72015 | Harmony Holdings, LLC | ☑ D<br><br>☐ E/F<br><br>☐ G |
| | San Francisco | CA | 94104-5401 |
| | City | State | ZIP Code |
| | Country | | |

| Debtor: | CTN Holdings, Inc. | | Case number *(if known):* | 25-10603 |
|---|---|---|---|---|
| | Name | | | |

| 2.8 | Aspiration Insurance Agency, LLC | 548 Market Street | | Long Live Bruce, LLC | ☑ D |
|---|---|---|---|---|---|
| | | Street | | | ☐ E/F |
| | | PMB 72015 | | | |
| | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | |
| | | City | State | ZIP Code | |
| | | Country | | | |

| 2.9 | Aspiration Partners, LLC | 548 Market Street | | AGO Special Situations Credit, LP | ☑ D |
|---|---|---|---|---|---|
| | | Street | | | ☐ E/F |
| | | PMB 72015 | | | |
| | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | |
| | | City | State | ZIP Code | |
| | | Country | | | |

| 2.10 | Aspiration Partners, LLC | 548 Market Street | | AGO Special Situations II LP | ☑ D |
|---|---|---|---|---|---|
| | | Street | | | ☐ E/F |
| | | PMB 72015 | | | |
| | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | |
| | | City | State | ZIP Code | |
| | | Country | | | |

| 2.11 | Aspiration Partners, LLC | 548 Market Street | | Harmony Holdings, LLC | ☑ D |
|---|---|---|---|---|---|
| | | Street | | | ☐ E/F |
| | | PMB 72015 | | | |
| | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | |
| | | City | State | ZIP Code | |
| | | Country | | | |

| 2.12 | Aspiration Partners, LLC | 548 Market Street | | Long Live Bruce, LLC | ☑ D |
|---|---|---|---|---|---|
| | | Street | | | ☐ E/F |
| | | PMB 72015 | | | |
| | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | |
| | | City | State | ZIP Code | |
| | | Country | | | |

Debtor:  CTN Holdings, Inc.

Name

Case number *(if known)*:  25-10603

| 2.13 | Aspiration QFZ, LLC | 548 Market Street | | | AGO Special Situations Credit, LP | ☑ D |
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.14 | Aspiration QFZ, LLC | 548 Market Street | | | AGO Special Situations II LP | ☑ D |
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.15 | Aspiration QFZ, LLC | 548 Market Street | | | AGO Special Situations, LP | ☑ D |
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.16 | Aspiration QFZ, LLC | 548 Market Street | | | Harmony Holdings, LLC | ☑ D |
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.17 | Aspiration QFZ, LLC | 548 Market Street | | | Inherent Aspiration, LLC | ☑ D |
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

Debtor: CTN Holdings, Inc.
_____
Name

Case number *(if known)*: 25-10603

| | | | | |
|---|---|---|---|---|
| 2.18 Aspiration QFZ, LLC | 548 Market Street<br>Street<br>PMB 72015 | | Long Live Bruce, LLC | ☑ D<br><br>☐ E/F<br><br>☐ G |
| | San Francisco<br>City | CA<br>State | 94104-5401<br>ZIP Code | |
| | Country | | | |
| 2.19 Aspiration QFZ, LLC | 548 Market Street<br>Street<br>PMB 72015 | | Mark Villanueva | ☑ D<br><br>☐ E/F<br><br>☐ G |
| | San Francisco<br>City | CA<br>State | 94104-5401<br>ZIP Code | |
| | Country | | | |
| 2.20 Aspiration QFZ, LLC | 548 Market Street<br>Street<br>PMB 72015 | | Zion Consulting and Advisory LLC | ☑ D<br><br>☐ E/F<br><br>☐ G |
| | San Francisco<br>City | CA<br>State | 94104-5401<br>ZIP Code | |
| | Country | | | |
| 2.21 Aspiration Sustainable Impact Services, LLC | 548 Market Street<br>Street<br>PMB 72015 | | AGO Special Situations Credit, LP | ☑ D<br><br>☐ E/F<br><br>☐ G |
| | San Francisco<br>City | CA<br>State | 94104-5401<br>ZIP Code | |
| | Country | | | |
| 2.22 Aspiration Sustainable Impact Services, LLC | 548 Market Street<br>Street<br>PMB 72015 | | AGO Special Situations II LP | ☑ D<br><br>☐ E/F<br><br>☐ G |
| | San Francisco<br>City | CA<br>State | 94104-5401<br>ZIP Code | |
| | Country | | | |

Debtor: CTN Holdings, Inc.
Name

Case number *(if known):*    25-10603

| 2.23 | Aspiration Sustainable Impact Services, LLC | 548 Market Street | | | Harmony Holdings, LLC | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.24 | Aspiration Sustainable Impact Services, LLC | 548 Market Street | | | Long Live Bruce, LLC | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.25 | Carbon Sequestration I, LLC | 548 Market Street | | | AGO Special Situations Credit, LP | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.26 | Carbon Sequestration I, LLC | 548 Market Street | | | AGO Special Situations II LP | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.27 | Carbon Sequestration I, LLC | 548 Market Street | | | AGO Special Situations, LP | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

Debtor: CTN Holdings, Inc.
Name

Case number *(if known):* 25-10603

| 2.28 | Carbon Sequestration I, LLC | 548 Market Street | | | Harmony Holdings, LLC | ☑ D |

Street
PMB 72015

☐ E/F

☐ G

| San Francisco | CA | 94104-5401 |
| City | State | ZIP Code |

Country

| 2.29 | Carbon Sequestration I, LLC | 548 Market Street | | | Inherent Aspiration, LLC | ☑ D |

Street
PMB 72015

☐ E/F

☐ G

| San Francisco | CA | 94104-5401 |
| City | State | ZIP Code |

Country

| 2.30 | Carbon Sequestration I, LLC | 548 Market Street | | | Long Live Bruce, LLC | ☑ D |

Street
PMB 72015

☐ E/F

☐ G

| San Francisco | CA | 94104-5401 |
| City | State | ZIP Code |

Country

| 2.31 | Carbon Sequestration I, LLC | 548 Market Street | | | Mark Villanueva | ☑ D |

Street
PMB 72015

☐ E/F

☐ G

| San Francisco | CA | 94104-5401 |
| City | State | ZIP Code |

Country

| 2.32 | Carbon Sequestration I, LLC | 548 Market Street | | | Zion Consulting and Advisory LLC | ☑ D |

Street
PMB 72015

☐ E/F

☐ G

| San Francisco | CA | 94104-5401 |
| City | State | ZIP Code |

Country

Debtor: CTN Holdings, Inc.
Name
Case number *(if known):*    25-10603

| | | | | |
|---|---|---|---|---|
| 2.33 | Carbon Sequestration II, LLC | 548 Market Street | AGO Special Situations, LP | ☑ D |
| | | Street | | ☐ E/F |
| | | PMB 72015 | | ☐ G |
| | | | | |
| | | San Francisco / CA / 94104-5401 | | |
| | | City / State / ZIP Code | | |
| | | Country | | |

2.33 Carbon Sequestration II, LLC
548 Market Street
Street
PMB 72015

San Francisco   CA   94104-5401
City   State   ZIP Code
Country

AGO Special Situations, LP
☑ D
☐ E/F
☐ G

2.34 Carbon Sequestration II, LLC
548 Market Street
Street
PMB 72015

San Francisco   CA   94104-5401
City   State   ZIP Code
Country

Inherent Aspiration, LLC
☑ D
☐ E/F
☐ G

2.35 Carbon Sequestration II, LLC
548 Market Street
Street
PMB 72015

San Francisco   CA   94104-5401
City   State   ZIP Code
Country

Mark Villanueva
☑ D
☐ E/F
☐ G

2.36 Carbon Sequestration II, LLC
548 Market Street
Street
PMB 72015

San Francisco   CA   94104-5401
City   State   ZIP Code
Country

Zion Consulting and Advisory LLC
☑ D
☐ E/F
☐ G

2.37 Carbon Sequestration III, LLC
548 Market Street
Street
PMB 72015

San Francisco   CA   94104-5401
City   State   ZIP Code
Country

AGO Special Situations Credit, LP
☑ D
☐ E/F
☐ G

Debtor: CTN Holdings, Inc.
Name

Case number *(if known)*:  25-10603

| | | | |
|---|---|---|---|
| 2.38 Carbon Sequestration III, LLC | 548 Market Street | | AGO Special Situations II LP | ☑ D |
| | Street | | | ☐ E/F |
| | PMB 72015 | | | ☐ G |
| | San Francisco | CA | 94104-5401 | |
| | City | State | ZIP Code | |
| | Country | | | |

| | | | |
|---|---|---|---|
| 2.39 Carbon Sequestration III, LLC | 548 Market Street | | AGO Special Situations, LP | ☑ D |
| | Street | | | ☐ E/F |
| | PMB 72015 | | | ☐ G |
| | San Francisco | CA | 94104-5401 | |
| | City | State | ZIP Code | |
| | Country | | | |

| | | | |
|---|---|---|---|
| 2.40 Carbon Sequestration III, LLC | 548 Market Street | | Harmony Holdings, LLC | ☑ D |
| | Street | | | ☐ E/F |
| | PMB 72015 | | | ☐ G |
| | San Francisco | CA | 94104-5401 | |
| | City | State | ZIP Code | |
| | Country | | | |

| | | | |
|---|---|---|---|
| 2.41 Carbon Sequestration III, LLC | 548 Market Street | | Inherent Aspiration, LLC | ☑ D |
| | Street | | | ☐ E/F |
| | PMB 72015 | | | ☐ G |
| | San Francisco | CA | 94104-5401 | |
| | City | State | ZIP Code | |
| | Country | | | |

| | | | |
|---|---|---|---|
| 2.42 Carbon Sequestration III, LLC | 548 Market Street | | Long Live Bruce, LLC | ☑ D |
| | Street | | | ☐ E/F |
| | PMB 72015 | | | ☐ G |
| | San Francisco | CA | 94104-5401 | |
| | City | State | ZIP Code | |
| | Country | | | |

Debtor: CTN Holdings, Inc.
Name

Case number *(if known)*:    25-10603

| 2.43 | Carbon Sequestration III, LLC | 548 Market Street | Mark Villanueva | ☑ D |
|---|---|---|---|---|
| | | Street | | |
| | | PMB 72015 | | ☐ E/F |
| | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 |
| | | City | State | ZIP Code |
| | | Country | | |

| 2.44 | Carbon Sequestration III, LLC | 548 Market Street | Zion Consulting and Advisory LLC | ☑ D |
|---|---|---|---|---|
| | | Street | | |
| | | PMB 72015 | | ☐ E/F |
| | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 |
| | | City | State | ZIP Code |
| | | Country | | |

| 2.45 | Catona Climate Solutions, LLC | 548 Market Street | AGO Special Situations Credit, LP | ☑ D |
|---|---|---|---|---|
| | | Street | | |
| | | PMB 72015 | | ☐ E/F |
| | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 |
| | | City | State | ZIP Code |
| | | Country | | |

| 2.46 | Catona Climate Solutions, LLC | 548 Market Street | AGO Special Situations II LP | ☑ D |
|---|---|---|---|---|
| | | Street | | |
| | | PMB 72015 | | ☐ E/F |
| | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 |
| | | City | State | ZIP Code |
| | | Country | | |

| 2.47 | Catona Climate Solutions, LLC | 548 Market Street | AGO Special Situations, LP | ☑ D |
|---|---|---|---|---|
| | | Street | | |
| | | PMB 72015 | | ☐ E/F |
| | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 |
| | | City | State | ZIP Code |
| | | Country | | |

| Debtor: | CTN Holdings, Inc. | | Case number *(if known):* | 25-10603 |
|---|---|---|---|---|
| | Name | | | |

| 2.48 | Catona Climate Solutions, LLC | 548 Market Street | | Harmony Holdings, LLC | ☑ D |
|---|---|---|---|---|---|
| | | Street | | | |
| | | PMB 72015 | | | ☐ E/F |
| | | | | | |
| | | | | | ☐ G |
| | | | | | |
| | | San Francisco | CA | 94104-5401 | |
| | | City | State | ZIP Code | |
| | | | | | |
| | | Country | | | |

| 2.49 | Catona Climate Solutions, LLC | 548 Market Street | | Inherent Aspiration, LLC | ☑ D |
|---|---|---|---|---|---|
| | | Street | | | |
| | | PMB 72015 | | | ☐ E/F |
| | | | | | |
| | | | | | ☐ G |
| | | | | | |
| | | San Francisco | CA | 94104-5401 | |
| | | City | State | ZIP Code | |
| | | | | | |
| | | Country | | | |

| 2.50 | Catona Climate Solutions, LLC | 548 Market Street | | Long Live Bruce, LLC | ☑ D |
|---|---|---|---|---|---|
| | | Street | | | |
| | | PMB 72015 | | | ☐ E/F |
| | | | | | |
| | | | | | ☐ G |
| | | | | | |
| | | San Francisco | CA | 94104-5401 | |
| | | City | State | ZIP Code | |
| | | | | | |
| | | Country | | | |

| 2.51 | Catona Climate Solutions, LLC | 548 Market Street | | Mark Villanueva | ☑ D |
|---|---|---|---|---|---|
| | | Street | | | |
| | | PMB 72015 | | | ☐ E/F |
| | | | | | |
| | | | | | ☐ G |
| | | | | | |
| | | San Francisco | CA | 94104-5401 | |
| | | City | State | ZIP Code | |
| | | | | | |
| | | Country | | | |

| 2.52 | Catona Climate Solutions, LLC | 548 Market Street | | Zion Consulting and Advisory LLC | ☑ D |
|---|---|---|---|---|---|
| | | Street | | | |
| | | PMB 72015 | | | ☐ E/F |
| | | | | | |
| | | | | | ☐ G |
| | | | | | |
| | | San Francisco | CA | 94104-5401 | |
| | | City | State | ZIP Code | |
| | | | | | |
| | | Country | | | |

Debtor:  CTN Holdings, Inc.
Name

Case number *(if known)*:   25-10603

| 2.53 | Develop, LLC | 548 Market Street | | | AGO Special Situations Credit, LP | ☒ D |
| | | Street | | | | |
| | | PMB 72015 | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.54 | Develop, LLC | 548 Market Street | | | AGO Special Situations II LP | ☒ D |
| | | Street | | | | |
| | | PMB 72015 | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.55 | Develop, LLC | 548 Market Street | | | Harmony Holdings, LLC | ☒ D |
| | | Street | | | | |
| | | PMB 72015 | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.56 | Develop, LLC | 548 Market Street | | | Long Live Bruce, LLC | ☒ D |
| | | Street | | | | |
| | | PMB 72015 | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.57 | Make Earth Green Again, LLC | 548 Market Street | | | AGO Special Situations Credit, LP | ☒ D |
| | | Street | | | | |
| | | PMB 72015 | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

Debtor:  CTN Holdings, Inc.
_____
Name

Case number *(if known)*:  25-10603
_____

| 2.58 | Make Earth Green Again, LLC | 548 Market Street | | AGO Special Situations II LP | ☑ D |
|---|---|---|---|---|---|
| | | Street | | | ☐ E/F |
| | | PMB 72015 | | | |
| | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | |
| | | City | State | ZIP Code | |
| | | Country | | | |

| 2.59 | Make Earth Green Again, LLC | 548 Market Street | | AGO Special Situations, LP | ☑ D |
|---|---|---|---|---|---|
| | | Street | | | ☐ E/F |
| | | PMB 72015 | | | |
| | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | |
| | | City | State | ZIP Code | |
| | | Country | | | |

| 2.60 | Make Earth Green Again, LLC | 548 Market Street | | Harmony Holdings, LLC | ☑ D |
|---|---|---|---|---|---|
| | | Street | | | ☐ E/F |
| | | PMB 72015 | | | |
| | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | |
| | | City | State | ZIP Code | |
| | | Country | | | |

| 2.61 | Make Earth Green Again, LLC | 548 Market Street | | Inherent Aspiration, LLC | ☑ D |
|---|---|---|---|---|---|
| | | Street | | | ☐ E/F |
| | | PMB 72015 | | | |
| | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | |
| | | City | State | ZIP Code | |
| | | Country | | | |

| 2.62 | Make Earth Green Again, LLC | 548 Market Street | | Long Live Bruce, LLC | ☑ D |
|---|---|---|---|---|---|
| | | Street | | | ☐ E/F |
| | | PMB 72015 | | | |
| | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | |
| | | City | State | ZIP Code | |
| | | Country | | | |

Debtor: CTN Holdings, Inc.
Name

Case number (if known): 25-10603

| 2.63 | Make Earth Green Again, LLC | 548 Market Street | | | Mark Villanueva | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | | | | | |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.64 | Make Earth Green Again, LLC | 548 Market Street | | | Zion Consulting and Advisory LLC | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | | | | | |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.65 | Reforestation Initiatives I, LLC | 548 Market Street | | | AGO Special Situations Credit, LP | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | | | | | |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.66 | Reforestation Initiatives I, LLC | 548 Market Street | | | AGO Special Situations II LP | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | | | | | |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.67 | Reforestation Initiatives I, LLC | 548 Market Street | | | AGO Special Situations, LP | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | | | | | |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

Debtor: CTN Holdings, Inc.

Name

Case number *(if known)*:  25-10603

| 2.68 | Reforestation Initiatives I, LLC | 548 Market Street | | | Harmony Holdings, LLC | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.69 | Reforestation Initiatives I, LLC | 548 Market Street | | | Inherent Aspiration, LLC | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.70 | Reforestation Initiatives I, LLC | 548 Market Street | | | Long Live Bruce, LLC | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.71 | Reforestation Initiatives I, LLC | 548 Market Street | | | Mark Villanueva | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.72 | Reforestation Initiatives I, LLC | 548 Market Street | | | Zion Consulting and Advisory LLC | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| Debtor: | CTN Holdings, Inc. | | Case number *(if known):* | 25-10603 |
| | Name | | | |

| 2.73 | Reforestation Initiatives II, LLC | 548 Market Street | | AGO Special Situations, LP | ☑ D |
| | | Street | | | |
| | | PMB 72015 | | | ☐ E/F |
| | | | | | |
| | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | |
| | | City | State | ZIP Code | |
| | | Country | | | |

| 2.74 | Reforestation Initiatives II, LLC | 548 Market Street | | Inherent Aspiration, LLC | ☑ D |
| | | Street | | | |
| | | PMB 72015 | | | ☐ E/F |
| | | | | | |
| | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | |
| | | City | State | ZIP Code | |
| | | Country | | | |

| 2.75 | Reforestation Initiatives II, LLC | 548 Market Street | | Mark Villanueva | ☑ D |
| | | Street | | | |
| | | PMB 72015 | | | ☐ E/F |
| | | | | | |
| | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | |
| | | City | State | ZIP Code | |
| | | Country | | | |

| 2.76 | Reforestation Initiatives II, LLC | 548 Market Street | | Zion Consulting and Advisory LLC | ☑ D |
| | | Street | | | |
| | | PMB 72015 | | | ☐ E/F |
| | | | | | |
| | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | |
| | | City | State | ZIP Code | |
| | | Country | | | |

| 2.77 | Zero Carbon Holdings, LLC | 548 Market Street | | AGO Special Situations, LP | ☑ D |
| | | Street | | | |
| | | PMB 72015 | | | ☐ E/F |
| | | | | | |
| | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | |
| | | City | State | ZIP Code | |
| | | Country | | | |

Debtor: CTN Holdings, Inc.
Name

Case number *(if known)*: 25-10603

| 2.78 | Zero Carbon Holdings, LLC | 548 Market Street | | Inherent Aspiration, LLC | ☑ D |

Street
PMB 72015
☐ E/F

☐ G

San Francisco
CA
94104-5401
City
State
ZIP Code

Country

| 2.79 | Zero Carbon Holdings, LLC | 548 Market Street | | Mark Villanueva | ☑ D |

Street
PMB 72015
☐ E/F

☐ G

San Francisco
CA
94104-5401
City
State
ZIP Code

Country

| 2.80 | Zero Carbon Holdings, LLC | 548 Market Street | | Zion Consulting and Advisory LLC | ☑ D |

Street
PMB 72015
☐ E/F

☐ G

San Francisco
CA
94104-5401
City
State
ZIP Code

Country

| Fill in this information to identify the case: |
| --- |
| Debtor Name: In re : CTN Holdings, Inc. |
| United States Bankruptcy Court for the:  District of Delaware |
| Case number (if known): 25-10603 (TMH) |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/02/2025
         MM / DD / YYYY

✖ / s / Miles Staglik
Signature of individual signing on behalf of debtor

Miles Staglik
Printed name

Chief Restructuring Officer
Position or relationship to debtor