**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CTN HOLDINGS, INC. *et al*,[1] | Case No. 25-10603 (TMH) |
| Debtors. | (Jointly Administered) |

**AMENDED STATEMENT OF FINANCIAL AFFAIRS FOR**
**CTN HOLDINGS, INC.  (CASE NO. 25-10603)**

Amended herein:

- SOFA 4 - Payments/transfers to insiders within 1 year
- SOFA 29 - Former officers, directors/controlling shareholders

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are CTN Holdings, Inc. (9122), CTN SPV Holdings, LLC (8689), Make Earth Green Again, LLC (4441), Aspiration QFZ, LLC (1532), Aspiration Fund Adviser, LLC (4214), Catona Climate Solutions, LLC (3375) and Zero Carbon Holdings, LLC (1679).  The mailing address for the Debtors is 548 Market Street, PMB 72015, San Francisco, CA 94104-5401.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CTN Holdings, Inc., *et al.*,[1] | Case No. 25-10603 (TMH) |
| Debtors. | (Jointly Administered) |

**AMENDED GLOBAL NOTES, METHODOLOGY, AND SPECIFIC DISCLOSURES**
**REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND**
**LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

CTN Holdings, Inc. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (each, a "Debtor," and collectively, the "Debtors") are filing their respective Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements," and together with the Schedules, the "Schedules and Statements") in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors, with the assistance of their professional advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (these "Global Notes") are incorporated by reference in, and comprise an integral part of, the Debtors' respective Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

While the Debtors' management and their advisors have made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information that was available at the time of preparation, inadvertent errors, inaccuracies, or omissions may have occurred, or the Debtors may discover subsequent information that requires material changes to the Schedules and Statements. Additionally, because the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete. The Debtors and their estates reserve all rights to amend or supplement the Schedules and Statements as may be necessary and appropriate.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are CTN Holdings, Inc. (9122), CTN SPV Holdings, LLC (8689), Make Earth Green Again, LLC (4441), Aspiration QFZ, LLC (1532), Aspiration Fund Adviser, LLC (4214), Catona Climate Solutions, LLC (3375) and Zero Carbon Holdings, LLC (1679). The mailing address for the Debtors is 548 Market Street, PMB 72015, San Francisco, CA  94104-5401.

The Schedules and Statements have been signed by Miles Staglik, Chief Restructuring Officer of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Staglik necessarily relied upon the efforts, statements, and representations of the Debtors' management and advisors. Mr. Staglik has not, and could not have, personally verified the accuracy of each such statement and representation, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and respective creditor addresses.

These Global Notes supplement, and are in addition to, any specific notes contained in the Debtors' Schedules or Statements. Furthermore, the fact that the Debtors have prepared specific notes with respect to any of the Debtors' Schedules and Statements and not to another should not be interpreted as a decision by the Debtors to exclude the applicability of such specific notes to any other of the Debtors' Schedules and Statements.

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

## GLOBAL NOTES AND OVERVIEW OF METHODOLOGY

1. **Description of These Chapter 11 Cases and "As of" Information Date**. On March 30, 2025 (the "Petition Date"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code. The Debtors are authorized to continue to operate their business and manage their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. To the best of the Debtors' knowledge, the information included in the Schedules and Statements is presented as of the Petition Date, unless otherwise indicated herein or in the Schedules and Statements.

2. **General Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements. However, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including the right to (a) amend the Schedules and Statements with respect to any claim (each, a "Claim") description or designation; (b) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; (c) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or (d) object to the extent, validity, enforceability, priority, security, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of (i) liability, or (ii) amounts due or owing, if any, by the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to these chapter 11 cases, including issues involving Claims, substantive consolidation, defenses, equitable subordination, or Causes of Action (as defined below), including those arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant bankruptcy

or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in these Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

3.   **Basis of Presentation**. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles, nor are they intended to fully reconcile to any financial statements prepared by the Debtors. Additionally, the Schedules and Statements reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

4.   **Book Value**. Except as otherwise noted, each asset and liability of each Debtor is shown on the basis of net book value of the asset or liability in accordance with such Debtor's accounting books and records. Therefore, unless otherwise noted, the Schedules and Statements are not based upon any estimate of the current market values of the Debtors' assets and liabilities, which may not correspond to book values. It would be cost prohibitive and unduly burdensome to obtain current market valuations of all of the Debtors' interests. Except as otherwise noted, the Debtors' assets are presented, in detail, as they appear on the Debtors' accounting sub-ledgers. As such, the detail may include error corrections and value adjustments (shown as negative values or multiple line items for an individual asset). The Debtors believe that certain of their assets, including (a) goodwill and (b) intangibles, may have been significantly impaired by, among other things, the events leading to, and the commencement of, these chapter 11 cases. The Debtors have not yet formally evaluated the appropriateness of the carrying values ascribed to their assets prior to the Petition Date.

5.   **Property and Equipment**. Owned property and equipment are recorded at cost and are shown net of depreciation. Depreciation is recorded using the straight-line method over the estimated useful lives of the assets, which range from three (3) to ten (10) years for furniture, fixtures, equipment, and software. Leasehold improvements are amortized on the straight-line method over the expected lease term. Nothing in the Schedules and Statements is, or shall be construed as, an admission as to the determination of the legal status of any lease (including, without limitation, whether any lease is a true lease or a financing arrangement, and whether such lease is unexpired), and the Debtors and their estates reserve all rights with respect to such issues.

6.   **Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in the Schedules and Statements. The Debtors reserve all of their rights with respect to any Claim or cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, whether known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or

3

pursuant to any other right or theory of law (collectively, the "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

7. **Litigation.** Certain litigation actions (collectively, the "Litigation Actions") reflected as claims against a particular Debtor may relate to other Debtors. The Debtors made reasonable efforts to accurately record the Litigation Actions in the Schedules and Statements of the Debtor(s) that is the party to the Litigation Action. The inclusion of any Litigation Action in the Schedules and Statements does not constitute an admission by the Debtors of liability, the validity of any Litigation Action, the amount of any potential claim that may result from any claims with respect to any Litigation Action, or the amount and treatment of any potential claim resulting from any Litigation Action currently pending or that may arise in the future.

8. **Credits and Adjustments**. In the ordinary course of their business, the Debtors apply credits against amounts otherwise due to vendors. These credits arise because, among other things, (a) materials ordered and paid for may not be delivered, (b) materials delivered may be damaged or unusable, (c) the Debtors have entered into co-marketing arrangements with certain vendors, (d) the vendor provided volume rebates and cash discounts; and (e) quantity and/or shipping variances and violations may have occurred. Certain of these credits are subject to change. Claims of vendors and creditors are listed in the amounts entered on the Debtors' books and records, and may not reflect certain credits, allowances, or other adjustments due from such vendors or creditors to the Debtors. The Debtors and their estates reserve all rights with regard to any such credits, allowances, and other adjustments, including, without limitation, the right to assert claims, objections, setoffs, and recoupments with respect to the same.

9. **First Day Orders**. Pursuant to various "first day" orders (each, a "First Day Order," and collectively, the "First Day Orders") entered by the Court, the Debtors and their estates are authorized to pay certain prepetition Claims, including, without limitation, certain Claims related to employees and taxes. To the extent certain prepetition Claims were paid pursuant to the relief granted by the First Day Orders, such Claims have been omitted from the Schedules and Statements. Additionally, certain Claims on the Schedules and Statements may have been, or may in the future be, satisfied pursuant to the First Day Orders.

10. **Recharacterization**. The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the Claims, assets, executory contracts, interests, and other items reported in the Schedules and Statements. Nevertheless, the Debtors may not have accurately characterized, classified, categorized, or designated certain items. The Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate.

11. **Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional

information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtors reserve the right to amend the Schedules and Statements as they deem appropriate in this regard.

12. **Excluded Assets and Liabilities**. The Debtors have excluded rejection damage Claims of counterparties to executory contracts that may be rejected, if any, to the extent such damage Claims exist. In addition, certain immaterial or *de minimis* assets and liabilities may have been excluded.

13. **Estimates**. To prepare and file the Schedules and Statements in accordance with the deadline established in these chapter 11 cases, management may have made certain estimates and assumptions that affected the reported amounts of the Debtors' assets and liabilities. The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions, if any.

14. **Currency**. The financial statements for each Debtor are recorded in United States currency.

15. **Executory Contracts and Unexpired Leases**. The Debtors have not set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates. Rather, executory contracts and unexpired leases have been set forth solely on Schedule G. Although the Debtors have made diligent attempts to properly identify the parties to each executory contract on Schedule G, it is possible that there are more counterparties to certain executory contracts on Schedule G than listed herein. The Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G. In addition, although the Debtors have made diligent attempts to properly identify executory contracts, the inclusion of a contract on Schedule G does not constitute an admission as to the executory nature (or non-executory nature) of the contract, or an admission as to the existence or validity of any Claims held by the any counterparty to such contract. Furthermore, while the Debtors have made diligent attempts to properly identify all executory contracts, inadvertent errors, omissions, or over inclusion may have occurred.

16. **Insiders**. The Debtors have attempted to include all payments made on or within twelve (12) months before the Petition Date to any individual or entity deemed an "insider." An individual or entity may be an "insider" if such individual or entity, based on the totality of the circumstances, has at least a controlling interest in, or exercises sufficient authority over, the Debtors so as to dictate corporate policy and the disposition of corporate assets.

The listing of a party as an "insider" or the inclusion of transactions with any party designated as such in the Schedules and Statements is made here to provide parties in interest with information and is not intended to be nor should be construed as a legal characterization of such party as an insider or to reflect any legal conclusions made by the Debtors and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Furthermore, certain of the

individuals identified above may not have been insiders for the entirety of the twelve (12)-month period, but the Debtors have included them herein out of an abundance of caution. The Debtors reserve all rights with respect thereto.

17. **Accounts Payable and Disbursement Systems**. The Debtors maintain a cash management system (the "Cash Management System") to collect and disburse funds in the ordinary course. A more complete description of the Cash Management System is set forth in the *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Existing Cash Management System, (B) Pay or Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Their Bank Accounts, Existing Business Forms and Corporate Card Program, and (D) Implement Changes to the Existing Cash Management System as Necessary, (II) Waiving Deposit and Investment Requirements, (III) Allowing Intercompany Transactions and Affording Administrative Expense Priority to Postpetition Intercompany Claims, and (IV) Granting Related Relief* [Docket No. 5].

18. **Totals**. All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Schedules and Statements. To the extent there are unknown, disputed, contingent, unliquidated, or otherwise undetermined amounts, the actual total may be different than the listed total.

19. **Undetermined Amounts**. The description of an amount as "unknown," "disputed," "contingent," "unliquidated," or "undetermined" is not intended to reflect upon the materiality of such amount.

20. **Global Notes Control**. In the event that the Schedules and Statements differ from these Global Notes, these Global Notes shall control.

## SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' SCHEDULES

### A.   Schedule A/B – Real and Personal Property

21. **Item 15.** Debtor CTN Holdings, Inc. is the sole owner of seven (7) Debtor and non-debtor entities and is a member of Catona Climate Foundation which is a 501(c)(3) non-profit organization. Of the seven (7) entities, six (6) entities are Debtors in this jointly administered chapter 11 case. These Debtor entities are Catona Climate Solutions, LLC, CTN SPV Holdings, LLC, Make Earth Green Again, LLC, Aspiration QFZ, LLC, Zero Carbon Holdings, LLC, and Aspiration Fund Adviser, LLC. The majority of the assets and liabilities of the Debtors are maintained on the books and records of Debtors CTN Holdings, Inc. and Catona Climate Solutions, LLC. At the time of the filing, the Debtors were in the process of winding down the non-Debtor entity, Aspiration Realty, LLC. The wind-down had not completed as of the Petition Date. Debtor Make Earth Green Again, LLC is the sole owner of five (5) non-debtor entities. Four (4) of the non-debtor entities, Carbon Sequestration I, LLC, Carbon Sequestration II, LLC, Reforestation Initiative I, LLC and Reforestation Initiative II, LLC, are considered dormant companies. The remaining non-debtor entity Carbon Sequestration III, LLC does not maintain any books

6

and records and is a special purpose entity to serve as a contracting party to two contracts. The current value of Debtors' interest in subsidiary companies has not been determined.

22.   **Item 21.**  Inventory for the Debtors consists primarily of carbon credits that were either created or earned through the normal course of the Debtors' business.  The Debtors make no representation regarding the current market value of the carbon credits.  The last analysis completed by the Debtors to adjust inventory to market value was on December 31, 2024. The inventory accounts are reconciled by the Debtors at the end of each month based on new credits that have been received and credits that may have been sold, and they maintain an actual inventory count.  Prior to any market adjustments, the Debtors account for carbon credit at cost.   Inventory book value related to the pre-paid card stock has been amended to reflect the amount listed in the books and records of the Debtor, CTN Holdings, Inc.

23.   **Part 7.**  Immediately prior to the filing of these chapter 11 bankruptcy cases,  Debtor CTN Holdings, Inc. was  party to a lease for  property located at 4551 Glencoe Avenue, Suite 300, Marina Del Ray, CA 90292.  On the Petition Date, the Debtors filed the *Debtors' Motion for Entry of an Order Authorizing the Debtors to Reject and Unexpired Lease of Nonresidential Real Property and Abandon Personal Property Effective as of the Petition Date* [Docket No. 7].   The book value of these assets had already been fully depreciated at the time of the filing.  The company does maintain miscellaneous computer equipment and electronics in the possession and control of certain employees.  The vast majority of this equipment has been fully depreciated on the Debtors' books and records.  In addition, in 2023 a batch of old computers were sold.  The sold computers had been fully depreciated at the time, and this equipment has not been reconciled or removed from the books and records of the Debtors as of the filing of Statements and Schedules.  The values listed in this section are the unreconciled net book values.  The current value of the remaining electronics is undetermined.

24.   **Item 72.**  The Debtors in these chapter 11 bankruptcy cases file consolidated tax returns under CTN Holdings, Inc.  The amount of net operating losses reported are based on the loss carry forward as stated on the Debtors' 2023 tax return.  At the time of the filing of the Statements and Schedules, the 2024 tax return had not been prepared.

25.   **Item 73**.  Item 73 has been amended to include two legacy D&O insurance policies of the Debtor, CTN Holdings, Inc.

26.   **Item 74**.  Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their respective Causes of Action or potential Causes of Action against third parties as assets in Schedule A/B, Part 11, Item 74, including, but not limited to, Causes of Action arising under the Bankruptcy Code or any other applicable laws.  The Debtors and their estates reserve all rights with respect to any claims and Causes of Action that they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims and Causes of Actions, or in any way waive, prejudice, impair, or otherwise affect the assertion of such claims and Causes of Action.

27.  **Item 77.**  The items described on this Item 77 reflect contractual projects that the Debtors participate in for the future creation of carbon credits.  These are long term assets of the Debtors and no determination of value be conducted.

## B.    Schedule D – Creditors Who Have Claims Secured by Property

28.  The Debtors and their estates reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of the Debtors.  Moreover, although the Debtors may have scheduled Claims of various creditors as secured Claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's Claim.  Except as specifically stated herein or in the Schedules and Statements, real property lessors, utility companies, customers, and other parties which may hold security deposits have not been listed on Schedule D.  Moreover, the Debtors have not or may not have included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

By listing a party on Schedule D based on a UCC-1 filing, the Debtors are solely acknowledging that an interest has been asserted by the party that filed such UCC-1 filing, and do not concede that such party actually holds a perfected, unavoidable security interest in the asset that is the subject of such filing.  The Debtors reserve all rights with respect to all UCC-1 filings, as set forth in these Global Notes.  For the avoidance of doubt, Schedule D does not include Claims for which a lien was filed prepetition, but which was subsequently released postpetition.

No Claim set forth on Schedule D is intended to acknowledge Claims of creditors that are otherwise satisfied or discharged by other entities.  The descriptions provided in Schedule D are intended only as a summary.

Reference to the applicable contracts or loan agreements and related documents and applicable law is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.  Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of any of the Debtors' agreements.

The Debtors have made reasonable efforts to locate and identify guaranties in each of the secured financings, debt instruments, and other such agreements to which the Debtors are a party.  The Debtors reserve their rights to amend their respective Schedules and Statements to the extent additional guaranties are identified or such guaranties are discovered to have expired or be unenforceable.  In addition, the Debtors reserve the right to amend their respective Schedules and Statements and to re-characterize or reclassify any such contract or Claim, whether by amending the Schedules and Statements or in another appropriate filing.

During the three weeks immediately preceding the bankruptcy filing the senior secured creditor Inherent Aspiration, LLC provided $1.175M in protective advances that were rolled over into the DIP financing as set forth in *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Term Loan Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing and (VI) Granting Related Relief* [Docket No. 21]. These protective advances are included in Inherent Aspiration, LLC's stated pre-petition secured debt.

## C.     Schedule E/F – Creditors Who Have Unsecured Claims

29.     Unless otherwise specified, the amounts listed in Schedule E/F are listed as of the Petition Date.

*Part 1: Creditors Holding Priority Unsecured Claims*. The listing of any Claim on Schedule E/F does not constitute an admission by the Debtors that such Claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve all of their rights to dispute the amount and the priority status of any Claim on any basis at any time. Additionally, the Debtors did not list any Claims of any potential priority unsecured creditors whose Claims were satisfied in accordance with the First Day Orders, if any.

*Part 2: Creditors Holding Non-Priority Unsecured Claims*. The Debtors have used reasonable efforts to list all general unsecured Claims against the Debtors on Schedule E/F based upon the Debtors' existing books and records. However, additional Claims may exist.

Certain creditors listed on Schedule E/F may owe amounts to the Debtors, and as such, the Debtors may have valid setoff or recoupment rights with respect to such amounts. The amounts listed on Schedule E/F do not reflect any such right of setoff or recoupment rights, and the Debtors reserve all rights to assert any such setoff or recoupment rights. Additionally, certain creditors may assert liens against the Debtors for amounts listed on Schedule E/F. The Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien by a creditor listed on Schedule E/F of the Debtors.

In addition, Schedule E/F does not include rejection damage Claims of the counterparties to the executory contracts that may be rejected, to the extent such damage Claims exist.

Certain of the Claims listed on Schedule E/F are marked as unliquidated out of an abundance of caution, but are the Debtors' best estimates of such Claims based on the Debtors' books and records.

D.    **Schedule G – Executory Contracts**

30.    While the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts of the Debtors, and although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or inclusions may have occurred.  The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G.  The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contract or agreement set forth in Schedule G and to amend or supplement Schedule G as necessary.  The contracts and agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.  Further, unless otherwise specified on Schedule G, each executory contract listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract, without respect to whether such agreement, instrument, or other document is listed thereon.

The Debtors hereby reserve all of their rights, claims, and Causes of Action with respect to the contracts and agreements whether or not listed on Schedule G, including, but not limited to, all of their property rights, the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's Claim, to dispute the validity, status, or enforceability of any contract or agreement set forth in Schedule G, and to amend or supplement Schedule G as necessary.  The inclusion of a contract on Schedule G does not constitute an admission as to the executory nature (or non-executory nature) of the contract, or an admission as to the existence or validity of any Claims held by the counterparty to such contract, and the Debtors reserve all rights in that regard, including, without limitation, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

In the ordinary course of business, the Debtors may have entered into confidentiality agreements.  To the extent that such confidentiality agreements constitute executory contracts, they are not listed individually on Schedule G.

**SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' STATEMENTS**

31.    **Statement 1 and 2.**  The Debtors are a climate finance company that delivers high-quality carbon solutions to businesses everywhere, bridging the gap between and connecting companies with robust decarbonization plans to a breadth of carbon removal projects. Immediately preceding the filing of these chapter 11 bankruptcy cases, revenue was generated by the production and sale of carbon credits.  Prior to 2024, the Debtors also operated a consumer finance company which was wound down in 2024.  As a result, there was significant other income reflected on the Schedules that represent interest earned through the consumer banking business. These statements contain the unreconciled book

value of the 1) income and 2) other income as represented on the income statements of the Debtors.

32.    **Statement 3:** The Debtors have relied on the financial data and information available to them at the time of the filing of the Schedules and Statements.  The Debtors maintain a centralized banking system and fund operations primarily out of bank accounts in the name of CTN Holdings, Inc.  The payments listed in this Statement are consolidated for all Debtors and listed on the Statements of Debtor CTN Holdings, Inc.  Out of an abundance of caution Statement 3 contains payments made to bankruptcy professionals within the 90-day period prior to filing.  The payments made to bankruptcy professionals are also listed in Statement 11.

33.    **Statement 4**.  The Debtors have relied on the financial data and information available to them at the time of filing the Schedules and Statements, and have made reasonable efforts to accurately describe the transfers listed in Statement 4.  However, the Debtors are continuing to review their books and records and reserve all rights to recharacterize the transfers listed therein, and to amend or supplement the information provided, to the extent that additional information becomes available and the Debtors determine it is necessary to do so.  Statement 4 has been amended to include payments made on behalf of current or former officers and/or directors by the legacy D&O insurance carriers Capitol Specialty Insurance Corporation and Crum & Forster on behalf of the Debtor, CTN Holdings, Inc.

34.    **Statement 7**.  The Debtors and their estates reserve all rights, claims, and defenses with respect to all listed lawsuits and administrative proceedings (or potential lawsuits and administrative proceedings).  The listing of any such lawsuits and proceedings shall not constitute an admission by the Debtors and their estates of any liabilities.

35.    **Statement 11.**   The Debtors in this jointly administered case require the payment to bankruptcy professionals.  Out of an abundance of caution, all payments made to bankruptcy professionals listed in Statement 11 have been listed in each Debtor's Statement 11 in duplicate.  All payments made to professionals were made by Debtor CTN Holdings, Inc. for the benefit of all Debtors.  To bifurcate or allocate  professional fees between the Debtor entities would be unduly burdensome and not provide any incremental value to the estate of the Debtor entities.

36.    **Statement 14.**  As of the Petition date, the Debtors leased a property located in Marina Del Ray, California.  On the Petition Date, the Debtors filed the *Debtors' Motion for Entry of an Order Authorizing the Debtors to Reject and Unexpired Lease of Nonresidential Real Property and Abandon Personal Property Effective as of the Petition Date* [Docket No. 7].  The Irvine, California location was leased by the Debtors, however the Debtors did not occupy or operate from this location.  The Irvine, California location is listed out of an abundance of caution.

37.    **Statement 16**.  The Debtors maintain customer information related to the formerly operated consumer finance business as required by the guidelines of the security exchange

commission and FINRA.  This information is maintained by a third party vendor and complies with all required privacy and security regulations.

38.    **Statement 26**.  From time to time, the Debtors provide financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing, and other reasons.  Recipients may include regulatory and tax agencies, financial institutions, investment banks, vendors, debtholders, legal and financial advisors and other parties in the two (2) years immediately before the Petition Date.  Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent or subject to confidentiality agreements, the Debtors have not disclosed all parties that may have received such financial statements for the purposes of Question 26d.

39.    **Statement 27.**    The Debtors' inventory consists of various carbon credits, where applicable.  The Debtors also have inventory that consists of preprinted credit card stock for the inactive consumer finance business.  Although the Debtors maintain this inventory at cost value on the books and records, the card stock value is de minimus for any other purpose than licensing the Aspiration Financial consumer finance business trademarks.

40.    **Statement 29.**  Certain former officers and/or directors were identified as having received payments made on their behalf within one year of the filings date of these bankruptcy cases (see Statement 4).  Since the filing of the original Statement of Financial Affairs of CTN Holdings, three additional former officers were identified and included in this Amended Statement 29.  Although these officers were not affiliated with CTN Holdings, Inc. in the one-year period prior to the bankruptcy case (as required by this Statement), they have been included out of an abundance of caution.

41.    **Statement 30**.  Unless otherwise indicated in a Debtors' specific response to Statement 30, the Debtors have included a comprehensive response to Statement 30 in Statement 4.

**Fill in this information to identify the case:**

Debtor Name: In re : CTN Holdings, Inc.

United States Bankruptcy Court for the:  District Of Delaware

Case number (if known): 25-10603 (TMH)

☑ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

| Part 1: | Income |
|---|---|

### 1. Gross revenue from business

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 1/1/2025<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 0.00 |
| For prior year: | From 1/1/2024<br>MM / DD / YYYY | to | 12/31/2024<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 6,484,086.91 |
| For the year before that: | From 1/1/2023<br>MM / DD / YYYY | to | 12/31/2023<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 28,540,443.72 |

Debtor: CTN Holdings, Inc.

Case number *(if known)*: 25-10603

Name

## 2. Non-business revenue

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From | 1/1/2025 <br> MM / DD / YYYY | to | Filing date | Interest Earned | $ 42,747.43 |
| | | | | Non-Cash Interest Earned | $ 363,742.61 |
| **For prior year:** | From | 1/1/2024 <br> MM / DD / YYYY | to | 12/31/2024 <br> MM / DD / YYYY | Interest Earned | $ 751,998.31 |
| | | | | Non-Cash Interest Earned | $ 1,481,563.86 |
| | | | | Gain on Sale of Assets | $ 1,809,275.16 |
| **For the year before that:** | From | 1/1/2023 <br> MM / DD / YYYY | to | 12/31/2023 <br> MM / DD / YYYY | Interest Earned | $ 1,639,551.12 |
| | | | | Non-Cash Interest Earned | $ 1,127,671.26 |
| | | | | Gain on Sale of Assets | $ 278,614.38 |

Debtor: CTN Holdings, Inc.
_____
Name

Case number *(if known)*    25-10603
_____

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575 . (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1  See SOFA 3 Attachment<br>Creditor's Name<br><br>Street<br><br>City        State        ZIP Code<br><br>Country | | $ | ☐  Secured debt<br><br>☐  Unsecured loan repayments<br><br>☐  Suppliers or vendors<br><br>☐  Services<br><br>☐  Other |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's Name and Address | Dates | Total amount or value | Reason for payment or transfer |
|---|---|---|---|
| 4.1  Alexandra Horigan<br>Insider's Name<br><br>Address on file<br>Street<br><br><br>City        State        ZIP Code<br><br>Country | 03/30/2024 -<br>03/30/2025 | $        17,111.07 | Employee Gross Pay |

**Relationship to Debtor**

Former Trustee

Debtor:  CTN Holdings, Inc.

Case number *(if known)*:  25-10603

Name

| | | | | |
|---|---|---|---|---|
| 4.2 | Andrei Cherny | 7/10/2024 | $ 6,434.10 | Legal Fees Paid by Crum & Forster Specialty Insurance Company |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO

*Amended herein - Added*

| | | | | |
|---|---|---|---|---|
| 4.3 | Andrei Cherny | 7/10/2024 | $ 9,855.23 | Legal Fees Paid by Crum & Forster Specialty Insurance Company |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO

*Amended herein - Added*

| | | | | |
|---|---|---|---|---|
| 4.4 | Andrei Cherny | 7/10/2024 | $ 16,667.37 | Legal Fees Paid by Crum & Forster Specialty Insurance Company |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO

*Amended herein - Added*

Debtor: CTN Holdings, Inc.

Name

Case number *(if known)*:  25-10603

| 4.5 | Andrei Cherny | 7/10/2024 | $ | 34,697.04 | Legal Fees Paid by Crum & Forster Specialty Insurance Company |

Insider's Name

Address on File

Street

City                State          ZIP Code

Country

**Relationship to Debtor**

Former CEO

*Amended herein - Added*

| 4.6 | Andrei Cherny | 7/10/2024 | $ | 66,001.34 | Legal Fees Paid by Crum & Forster Specialty Insurance Company |

Insider's Name

Address on File

Street

City                State          ZIP Code

Country

**Relationship to Debtor**

Former CEO

*Amended herein - Added*

| 4.7 | Andrei Cherny | 7/10/2024 | $ | 85,054.74 | Legal Fees Paid by Crum & Forster Specialty Insurance Company |

Insider's Name

Address on File

Street

City                State          ZIP Code

Country

**Relationship to Debtor**

Former CEO

*Amended herein - Added*

Debtor: CTN Holdings, Inc.

Name

Case number *(if known)*:   25-10603

| | | | |
|---|---|---|---|
| 4.8 Andrei Cherny | 9/20/2024 | $ 3,660.94 | Legal Fees Paid by Crum & Forster Specialty Insurance Company |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO

*Amended herein - Added*

| | | | |
|---|---|---|---|
| 4.9 Andrei Cherny | 9/20/2024 | $ 12,491.08 | Legal Fees Paid by Crum & Forster Specialty Insurance Company |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO

*Amended herein - Added*

| | | | |
|---|---|---|---|
| 4.10 Andrei Cherny | 11/26/2024 | $ 503.58 | Legal Fees Paid by Crum & Forster Specialty Insurance Company |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO

*Amended herein - Added*

Debtor: CTN Holdings, Inc.

Case number *(if known)*: 25-10603

Name

| | | | |
|---|---|---|---|
| 4.11 Andrei Cherny | 11/26/2024 | $ 2,168.58 | Legal Fees Paid by Crum & Forster Specialty Insurance Company |
| Insider's Name | | | |

Address on File

Street

| City | State | ZIP Code |
|---|---|---|

Country

**Relationship to Debtor**

Former CEO

*Amended herein - Added*

| | | | |
|---|---|---|---|
| 4.12 Andrei Cherny | 2/19/2025 | $ 232.08 | Legal Fees Paid by Crum & Forster Specialty Insurance Company |
| Insider's Name | | | |

Address on File

Street

| City | State | ZIP Code |
|---|---|---|

Country

**Relationship to Debtor**

Former CEO

*Amended herein - Added*

| | | | |
|---|---|---|---|
| 4.13 Andrei Cherny | 2/19/2025 | $ 4,342.08 | Legal Fees Paid by Crum & Forster Specialty Insurance Company |
| Insider's Name | | | |

Address on File

Street

| City | State | ZIP Code |
|---|---|---|

Country

**Relationship to Debtor**

Former CEO

*Amended herein - Added*

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    Page 7

Debtor: CTN Holdings, Inc.

Name

Case number *(if known)*:    25-10603

| | | | |
|---|---|---|---|
| 4.14 Andrei Cherny | 2/19/2025 | $ 15,627.39 | Legal Fees Paid by Crum & Forster Specialty Insurance Company |

Insider's Name

Address on File

Street

| City | State | ZIP Code |
|---|---|---|

Country

**Relationship to Debtor**

Former CEO

*Amended herein - Added*

| | | | |
|---|---|---|---|
| 4.15 Andrei Cherny | 2/19/2025 | $ 32,634.64 | Legal Fees Paid by Crum & Forster Specialty Insurance Company |

Insider's Name

Address on File

Street

| City | State | ZIP Code |
|---|---|---|

Country

**Relationship to Debtor**

Former CEO

*Amended herein - Added*

| | | | |
|---|---|---|---|
| 4.16 Andrei Cherny | 2/27/2025 | $ 150,000.00 | Legal Fees Paid by Capitol Specialty Insurance Corporation |

Insider's Name

Address on File

Street

| City | State | ZIP Code |
|---|---|---|

Country

**Relationship to Debtor**

Former CEO

*Amended herein - Added*

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        Page 8

Debtor: CTN Holdings, Inc.

Name

Case number *(if known)*:    25-10603

| | | | |
|---|---|---|---|
| 4.17 Daniel Duran | 03/30/2024 - 03/30/2025 | $  10,358.48 | Employer 401(k) Contributions |

Insider's Name

548 Market Street
Street

PMB 72015

San Francisco        CA        94104-5401
City                State        ZIP Code

Country

**Relationship to Debtor**

Chief Brand Officer

| | | | |
|---|---|---|---|
| 4.18 Daniel Duran | 03/30/2024 - 03/30/2025 | $  16,193.53 | Employer Paid Benefits |

Insider's Name

548 Market Street
Street

PMB 72015

San Francisco        CA        94104-5401
City                State        ZIP Code

Country

**Relationship to Debtor**

Chief Brand Officer

| | | | |
|---|---|---|---|
| 4.19 Daniel Duran | 03/30/2024 - 03/30/2025 | $  18,252.07 | Reimbursable Expenses |

Insider's Name

548 Market Street
Street

PMB 72015

San Francisco        CA        94104-5401
City                State        ZIP Code

Country

**Relationship to Debtor**

Chief Brand Officer

Debtor: CTN Holdings, Inc.

Name

Case number *(if known)*:   25-10603

| 4.20 | Daniel Duran | 03/30/2024 - 03/30/2025 | $ | 353,258.91 | Gross Payroll |
|---|---|---|---|---|---|

Insider's Name

548 Market Street
Street

PMB 72015

San Francisco       CA       94104-5401
City               State     ZIP Code

Country

**Relationship to Debtor**

Chief Brand Officer

| 4.21 | Gregory Shadwick | 03/30/2024 - 03/30/2025 | $ | 2,853.88 | Reimbursable Expenses |
|---|---|---|---|---|---|

Insider's Name

548 Market Street
Street

PMB 72015

San Francisco       CA       94104-5401
City               State     ZIP Code

Country

**Relationship to Debtor**

Chief Marketing Officer

| 4.22 | Gregory Shadwick | 03/30/2024 - 03/30/2025 | $ | 10,682.01 | Employer 401(k) Contributions |
|---|---|---|---|---|---|

Insider's Name

548 Market Street
Street

PMB 72015

San Francisco       CA       94104-5401
City               State     ZIP Code

Country

**Relationship to Debtor**

Chief Marketing Officer

Debtor: CTN Holdings, Inc.                                                    Case number *(if known)*:    25-10603

Name

| | | | | |
|---|---|---|---|---|
| 4.23 | Gregory Shadwick | 03/30/2024 - 03/30/2025 | $ 16,737.16 | Employer Paid Benefits |

Insider's Name

548 Market Street
Street

PMB 72015

San Francisco          CA          94104-5401
City                          State          ZIP Code

Country

**Relationship to Debtor**

Chief Marketing Officer

| | | | | |
|---|---|---|---|---|
| 4.24 | Gregory Shadwick | 03/30/2024 - 03/30/2025 | $ 353,258.91 | Gross Payroll |

Insider's Name

548 Market Street
Street

PMB 72015

San Francisco          CA          94104-5401
City                          State          ZIP Code

Country

**Relationship to Debtor**

Chief Marketing Officer

| | | | | |
|---|---|---|---|---|
| 4.25 | Joseph Sanberg | 7/10/2024 | $ 1,572.50 | Legal Fees Paid by Crum & Forster Specialty Insurance Company |

Insider's Name

c/o Judd Burnstein, PC
Street

825 Third Avenue

New York          NY          10022
City                          State          ZIP Code

Country

**Relationship to Debtor**

Co-Founder/Former Board Member

*Amended herein - Added*

Debtor: CTN Holdings, Inc.

Name

Case number *(if known)*:    25-10603

| 4.26 | Joseph Sanberg | 7/10/2024 | $ | 2,083.75 | Legal Fees Paid by Crum & Forster Specialty Insurance Company |

Insider's Name

c/o Judd Burnstein, PC

Street

825 Third Avenue

| New York | NY | 10022 |
| City | State | ZIP Code |

Country

**Relationship to Debtor**

Co-Founder/Former Board Member

*Amended herein - Added*

| 4.27 | Joseph Sanberg | 7/10/2024 | $ | 2,775.00 | Legal Fees Paid by Crum & Forster Specialty Insurance Company |

Insider's Name

c/o Judd Burnstein, PC

Street

825 Third Avenue

| New York | NY | 10022 |
| City | State | ZIP Code |

Country

**Relationship to Debtor**

Co-Founder/Former Board Member

*Amended herein - Added*

| 4.28 | Joseph Sanberg | 7/10/2024 | $ | 4,875.00 | Legal Fees Paid by Capitol Specialty Insurance Corporation |

Insider's Name

c/o Judd Burnstein, PC

Street

825 Third Avenue

| New York | NY | 10022 |
| City | State | ZIP Code |

Country

**Relationship to Debtor**

Co-Founder/Former Board Member

*Amended herein - Added*

Debtor: CTN Holdings, Inc.

Name

Case number *(if known)*   25-10603

4.29 Joseph Sanberg
Insider's Name

c/o Judd Burnstein, PC
Street

825 Third Avenue

| New York | NY | 10022 |
|---|---|---|
| City | State | ZIP Code |

Country

**Relationship to Debtor**

Co-Founder/Former Board Member

*Amended herein - Added*

7/10/2024   $   5,876.25   Legal Fees Paid by Capitol Specialty Insurance Corporation

4.30 Joseph Sanberg
Insider's Name

c/o Judd Burnstein, PC
Street

825 Third Avenue

| New York | NY | 10022 |
|---|---|---|
| City | State | ZIP Code |

Country

**Relationship to Debtor**

Co-Founder/Former Board Member

*Amended herein - Added*

7/10/2024   $   6,753.75   Legal Fees Paid by Crum & Forster Specialty Insurance Company

4.31 Joseph Sanberg
Insider's Name

c/o Judd Burnstein, PC
Street

825 Third Avenue

| New York | NY | 10022 |
|---|---|---|
| City | State | ZIP Code |

Country

**Relationship to Debtor**

Co-Founder/Former Board Member

*Amended herein - Added*

7/10/2024   $   7,803.00   Legal Fees Paid by Crum & Forster Specialty Insurance Company

Debtor: CTN Holdings, Inc.

Name

Case number *(if known)*:    25-10603

| | | | | |
|---|---|---|---|---|
| 4.32 | Joseph Sanberg | 7/10/2024 | $ 7,902.50 | Legal Fees Paid by Crum & Forster Specialty Insurance Company |

Insider's Name

c/o Judd Burnstein, PC

Street

825 Third Avenue

New York          NY          10022

City              State       ZIP Code

Country

**Relationship to Debtor**

Co-Founder/Former Board Member

*Amended herein - Added*

| | | | | |
|---|---|---|---|---|
| 4.33 | Joseph Sanberg | 7/10/2024 | $ 9,637.50 | Legal Fees Paid by Crum & Forster Specialty Insurance Company |

Insider's Name

c/o Judd Burnstein, PC

Street

825 Third Avenue

New York          NY          10022

City              State       ZIP Code

Country

**Relationship to Debtor**

Co-Founder/Former Board Member

*Amended herein - Added*

| | | | | |
|---|---|---|---|---|
| 4.34 | Joseph Sanberg | 7/10/2024 | $ 24,110.25 | Legal Fees Paid by Crum & Forster Specialty Insurance Company |

Insider's Name

c/o Judd Burnstein, PC

Street

825 Third Avenue

New York          NY          10022

City              State       ZIP Code

Country

**Relationship to Debtor**

Co-Founder/Former Board Member

*Amended herein - Added*

Debtor:  CTN Holdings, Inc.

Case number *(if known)*    25-10603

Name

4.35  Joseph Sanberg

Insider's Name

c/o Judd Burnstein, PC

Street

825 Third Avenue

New York          NY          10022

City          State          ZIP Code

Country

**Relationship to Debtor**

Co-Founder/Former Board Member

*Amended herein - Added*

7/10/2024          $          90,434.51

Legal Fees Paid by Crum & Forster Specialty Insurance Company

4.36  Joseph Sanberg

Insider's Name

c/o Judd Burnstein, PC

Street

825 Third Avenue

New York          NY          10022

City          State          ZIP Code

Country

**Relationship to Debtor**

Co-Founder/Former Board Member

*Amended herein - Added*

7/10/2024          $          99,741.12

Legal Fees Paid by Crum & Forster Specialty Insurance Company

4.37  Joseph Sanberg

Insider's Name

c/o Judd Burnstein, PC

Street

825 Third Avenue

New York          NY          10022

City          State          ZIP Code

Country

**Relationship to Debtor**

Co-Founder/Former Board Member

*Amended herein - Added*

7/10/2024          $          181,035.97

Legal Fees Paid by Crum & Forster Specialty Insurance Company

Debtor: CTN Holdings, Inc.
Name

Case number *(if known)*    25-10603

4.38  Joseph Sanberg
Insider's Name

9/20/2024

$    216.75

Legal Fees Paid by Crum & Forster Specialty Insurance Company

c/o Judd Burnstein, PC
Street

825 Third Avenue

| New York | NY | 10022 |
| City | State | ZIP Code |

Country

**Relationship to Debtor**

Co-Founder/Former Board Member

*Amended herein - Added*

4.39  Joseph Sanberg
Insider's Name

9/20/2024

$    451.75

Legal Fees Paid by Crum & Forster Specialty Insurance Company

c/o Judd Burnstein, PC
Street

825 Third Avenue

| New York | NY | 10022 |
| City | State | ZIP Code |

Country

**Relationship to Debtor**

Co-Founder/Former Board Member

*Amended herein - Added*

4.40  Joseph Sanberg
Insider's Name

9/20/2024

$    451.75

Legal Fees Paid by Crum & Forster Specialty Insurance Company

c/o Judd Burnstein, PC
Street

825 Third Avenue

| New York | NY | 10022 |
| City | State | ZIP Code |

Country

**Relationship to Debtor**

Co-Founder/Former Board Member

*Amended herein - Added*

Debtor:  CTN Holdings, Inc.
_____

Name

Case number *(if known)*:  25-10603
_____

| | | | | |
|---|---|---|---|---|
| 4.41 | Joseph Sanberg | 9/20/2024 | $ 451.75 | Legal Fees Paid by Crum & Forster Specialty Insurance Company |

Insider's Name

c/o Judd Burnstein, PC
_____
Street

825 Third Avenue
_____

New York          NY          10022
_____
City          State          ZIP Code

_____
Country

**Relationship to Debtor**

Co-Founder/Former Board Member
_____

*Amended herein - Added*

| | | | | |
|---|---|---|---|---|
| 4.42 | Joseph Sanberg | 9/20/2024 | $ 5,252.57 | Legal Fees Paid by Crum & Forster Specialty Insurance Company |

Insider's Name

c/o Judd Burnstein, PC
_____
Street

825 Third Avenue
_____

New York          NY          10022
_____
City          State          ZIP Code

_____
Country

**Relationship to Debtor**

Co-Founder/Former Board Member
_____

*Amended herein - Added*

| | | | | |
|---|---|---|---|---|
| 4.43 | Joseph Sanberg | 9/20/2024 | $ 13,265.10 | Legal Fees Paid by Crum & Forster Specialty Insurance Company |

Insider's Name

c/o Judd Burnstein, PC
_____
Street

825 Third Avenue
_____

New York          NY          10022
_____
City          State          ZIP Code

_____
Country

**Relationship to Debtor**

Co-Founder/Former Board Member
_____

*Amended herein - Added*

Debtor: CTN Holdings, Inc.

Case number *(if known)*:  25-10603

Name

| | | | |
|---|---|---|---|
| 4.44 | Joseph Sanberg | 11/26/2024 | $ 451.75 | Legal Fees Paid by Crum & Forster Specialty Insurance Company |

Insider's Name

c/o Judd Burnstein, PC

Street

825 Third Avenue

New York        NY        10022

City                State      ZIP Code

Country

**Relationship to Debtor**

Co-Founder/Former Board Member

*Amended herein - Added*

| | | | |
|---|---|---|---|
| 4.45 | Joseph Sanberg | 11/26/2024 | $ 451.75 | Legal Fees Paid by Crum & Forster Specialty Insurance Company |

Insider's Name

c/o Judd Burnstein, PC

Street

825 Third Avenue

New York        NY        10022

City                State      ZIP Code

Country

**Relationship to Debtor**

Co-Founder/Former Board Member

*Amended herein - Added*

| | | | |
|---|---|---|---|
| 4.46 | Joseph Sanberg | 11/26/2024 | $ 451.75 | Legal Fees Paid by Crum & Forster Specialty Insurance Company |

Insider's Name

c/o Judd Burnstein, PC

Street

825 Third Avenue

New York        NY        10022

City                State      ZIP Code

Country

**Relationship to Debtor**

Co-Founder/Former Board Member

*Amended herein - Added*

Debtor: CTN Holdings, Inc.
Name

Case number *(if known):* 25-10603

4.47 Joseph Sanberg
Insider's Name

11/26/2024     $ 700.82

Legal Fees Paid by Crum & Forster Specialty Insurance Company

c/o Judd Burnstein, PC
Street

825 Third Avenue

New York          NY          10022
City              State       ZIP Code

Country

**Relationship to Debtor**

Co-Founder/Former Board Member

*Amended herein - Added*

4.48 Joseph Sanberg
Insider's Name

11/26/2024     $ 10,404.00

Legal Fees Paid by Crum & Forster Specialty Insurance Company

c/o Judd Burnstein, PC
Street

825 Third Avenue

New York          NY          10022
City              State       ZIP Code

Country

**Relationship to Debtor**

Co-Founder/Former Board Member

*Amended herein - Added*

4.49 Joseph Sanberg
Insider's Name

2/19/2025     $ 451.75

Legal Fees Paid by Crum & Forster Specialty Insurance Company

c/o Judd Burnstein, PC
Street

825 Third Avenue

New York          NY          10022
City              State       ZIP Code

Country

**Relationship to Debtor**

Co-Founder/Former Board Member

*Amended herein - Added*

Debtor: CTN Holdings, Inc.

Name

Case number *(if known)*:  25-10603

| | | | |
|---|---|---|---|
| 4.50 Joseph Sanberg | 2/19/2025 | $ 3,251.25 | Legal Fees Paid by Crum & Forster Specialty Insurance Company |

Insider's Name

c/o Judd Burnstein, PC

Street

825 Third Avenue

New York          NY          10022

City          State          ZIP Code

Country

**Relationship to Debtor**

Co-Founder/Former Board Member

*Amended herein - Added*

| | | | |
|---|---|---|---|
| 4.51 Joseph Sanberg | 2/19/2025 | $ 8,670.00 | Legal Fees Paid by Crum & Forster Specialty Insurance Company |

Insider's Name

c/o Judd Burnstein, PC

Street

825 Third Avenue

New York          NY          10022

City          State          ZIP Code

Country

**Relationship to Debtor**

Co-Founder/Former Board Member

*Amended herein - Added*

| | | | |
|---|---|---|---|
| 4.52 Matthew Bergin | 03/30/2024 - 03/30/2025 | $ 43,807.81 | Gross Payroll |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO of Aspiration Financial, LLC

Debtor: CTN Holdings, Inc.                                              Case number *(if known)*:   25-10603

Name

| | | | | |
|---|---|---|---|---|
| 4.53 Michael Shuckerow<br>Insider's Name | 03/30/2024 -<br>03/30/2025 | $ | 9,249.09 | Employer Paid Benefits |

548 Market Street
Street

PMB 72015

San Francisco        CA         94104-5401
City                State      ZIP Code

Country

**Relationship to Debtor**

Chief Operating Officer/General Counsel

| | | | | |
|---|---|---|---|---|
| 4.54 Michael Shuckerow<br>Insider's Name | 03/30/2024 -<br>03/30/2025 | $ | 22,907.61 | Reimbursable Expenses |

548 Market Street
Street

PMB 72015

San Francisco        CA         94104-5401
City                State      ZIP Code

Country

**Relationship to Debtor**

Chief Operating Officer/General Counsel

| | | | | |
|---|---|---|---|---|
| 4.55 Michael Shuckerow<br>Insider's Name | 03/30/2024 -<br>03/30/2025 | $ | 666,343.80 | Gross Payroll |

548 Market Street
Street

PMB 72015

San Francisco        CA         94104-5401
City                State      ZIP Code

Country

**Relationship to Debtor**

Chief Operating Officer/General Counsel

Debtor:  CTN Holdings, Inc.

Name

Case number *(if known)*:    25-10603

4.56  Nate Redmond
Insider's Name

548 Market Street
Street

PMB 72015

San Francisco        CA        94101-5401
City                State       ZIP Code

Country

**Relationship to Debtor**

Chairman of the Board

*Amended herein - Added*

11/26/2024        $            38,282.63        Legal Fees Paid by Crum & Forster Specialty Insurance Company

4.57  Nate Redmond
Insider's Name

548 Market Street
Street

PMB 72015

San Francisco        CA        94101-5401
City                State       ZIP Code

Country

**Relationship to Debtor**

Chairman of the Board

*Amended herein - Added*

12/3/2024        $            10,606.05        Legal Fees Paid by Crum & Forster Specialty Insurance Company

4.58  Nate Redmond
Insider's Name

548 Market Street
Street

PMB 72015

San Francisco        CA        94101-5401
City                State       ZIP Code

Country

**Relationship to Debtor**

Chairman of the Board

*Amended herein - Added*

12/4/2024        $            13,949.50        Legal Fees Paid by Crum & Forster Specialty Insurance Company

Debtor:  CTN Holdings, Inc.                                        Case number *(if known)*    25-10603
_____
Name

4.59  Nate Redmond                          12/4/2024        $              26,405.00     Legal Fees Paid by Crum & Forster Specialty
Insider's Name                                                                            Insurance Company

548 Market Street
Street

PMB 72015

San Francisco        CA        94101-5401
City                 State     ZIP Code

Country

**Relationship to Debtor**

Chairman of the Board

*Amended herein - Added*

4.60  Nate Redmond                          12/4/2024        $              94,456.00     Legal Fees Paid by Crum & Forster Specialty
Insider's Name                                                                            Insurance Company

548 Market Street
Street

PMB 72015

San Francisco        CA        94101-5401
City                 State     ZIP Code

Country

**Relationship to Debtor**

Chairman of the Board

*Amended herein - Added*

4.61  Nate Redmond                          2/19/2025        $              20,725.50     Legal Fees Paid by Crum & Forster Specialty
Insider's Name                                                                            Insurance Company

548 Market Street
Street

PMB 72015

San Francisco        CA        94101-5401
City                 State     ZIP Code

Country

**Relationship to Debtor**

Chairman of the Board

*Amended herein - Added*

Debtor: CTN Holdings, Inc.
Name

Case number *(if known)*: 25-10603

| | | | | |
|---|---|---|---|---|
| 4.62 Nate Redmond | 2/19/2025 | $ | 35,724.68 | Legal Fees Paid by Crum & Forster Specialty Insurance Company |

Insider's Name

548 Market Street
Street

PMB 72015

San Francisco   CA   94101-5401
City   State   ZIP Code

Country

**Relationship to Debtor**

Chairman of the Board

*Amended herein - Added*

| | | | | |
|---|---|---|---|---|
| 4.63 Olivia Albrecht | 7/10/2024 | $ | 8,230.50 | Legal Fees Paid by Crum & Forster Specialty Insurance Company |

Insider's Name

Address on file
Street

City   State   ZIP Code

Country

**Relationship to Debtor**

Former CEO

*Amended herein - Added*

| | | | | |
|---|---|---|---|---|
| 4.64 Olivia Albrecht | 7/10/2024 | $ | 40,036.35 | Legal Fees Paid by Capitol Specialty Insurance Corporation |

Insider's Name

Address on file
Street

City   State   ZIP Code

Country

**Relationship to Debtor**

Former CEO

*Amended herein - Added*

Debtor:  CTN Holdings, Inc.

Case number *(if known)*:  25-10603

Name

---

4.65  Olivia Albrecht

Insider's Name

7/10/2024    $    40,557.02    Legal Fees Paid by Crum & Forster Specialty Insurance Company

Address on file

Street

| City | State | ZIP Code |

Country

**Relationship to Debtor**

Former CEO

*Amended herein - Added*

---

4.66  Olivia Albrecht

Insider's Name

7/10/2024    $    45,458.50    Legal Fees Paid by Crum & Forster Specialty Insurance Company

Address on file

Street

| City | State | ZIP Code |

Country

**Relationship to Debtor**

Former CEO

*Amended herein - Added*

---

4.67  Olivia Albrecht

Insider's Name

7/10/2024    $    198,717.08    Legal Fees Paid by Crum & Forster Specialty Insurance Company

Address on file

Street

| City | State | ZIP Code |

Country

**Relationship to Debtor**

Former CEO

*Amended herein - Added*

---

Official Form 207              **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**              Page 25

Debtor: CTN Holdings, Inc.

Name

Case number *(if known)*: 25-10603

| | | | |
|---|---|---|---|
| 4.68 Olivia Albrecht | 7/10/2024 | $ 274,256.15 | Legal Fees Paid by Crum & Forster Specialty Insurance Company |

Insider's Name

Address on file

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO

*Amended herein - Added*

| | | | |
|---|---|---|---|
| 4.69 Olivia Albrecht | 9/20/2024 | $ 14,110.56 | Legal Fees Paid by Crum & Forster Specialty Insurance Company |

Insider's Name

Address on file

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO

*Amended herein - Added*

| | | | |
|---|---|---|---|
| 4.70 Olivia Albrecht | 9/20/2024 | $ 70,944.03 | Legal Fees Paid by Crum & Forster Specialty Insurance Company |

Insider's Name

Address on file

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO

*Amended herein - Added*

Debtor: CTN Holdings, Inc.

Case number *(if known)*: 25-10603

Name

| | | | | |
|---|---|---|---|---|
| 4.71 | Olivia Albrecht | 9/20/2024 | $ 128,916.99 | Legal Fees Paid by Crum & Forster Specialty Insurance Company |

Insider's Name

Address on file
Street

City                State         ZIP Code

Country

**Relationship to Debtor**

Former CEO

*Amended herein - Added*

| | | | | |
|---|---|---|---|---|
| 4.72 | Olivia Albrecht | 11/26/2024 | $ 19,994.00 | Legal Fees Paid by Crum & Forster Specialty Insurance Company |

Insider's Name

Address on file
Street

City                State         ZIP Code

Country

**Relationship to Debtor**

Former CEO

*Amended herein - Added*

| | | | | |
|---|---|---|---|---|
| 4.73 | Olivia Albrecht | 11/26/2024 | $ 40,064.50 | Legal Fees Paid by Crum & Forster Specialty Insurance Company |

Insider's Name

Address on file
Street

City                State         ZIP Code

Country

**Relationship to Debtor**

Former CEO

*Amended herein - Added*

Debtor: CTN Holdings, Inc.
Name

Case number *(if known)*    25-10603

4.74  Olivia Albrecht                     2/19/2025        $            13,236.87      Legal Fees Paid by Crum & Forster Specialty
Insider's Name                                                                        Insurance Company

Address on file
Street

City                State       ZIP Code

Country

**Relationship to Debtor**

Former CEO

*Amended herein - Added*

4.75  Robert Lee            03/30/2024 -   $             9,507.72     Employer 401(k) Contributions
Insider's Name              03/30/2025

548 Market Street
Street

PMB 72015

San Francisco       CA          94104-5401
City                State       ZIP Code

Country

**Relationship to Debtor**

Chief Executive Officer

4.76  Robert Lee            03/30/2024 -   $            18,411.31     Reimbursable Expenses
Insider's Name              03/30/2025

548 Market Street
Street

PMB 72015

San Francisco       CA          94104-5401
City                State       ZIP Code

Country

**Relationship to Debtor**

Chief Executive Officer

Debtor: CTN Holdings, Inc.                                                    Case number *(if known)*:   25-10603

Name

| | | | |
|---|---|---|---|
| 4.77 Robert Lee | 03/30/2024 - 03/30/2025 | $ 22,600.14 | Employer Paid Benefits |

Insider's Name

548 Market Street
Street

PMB 72015

San Francisco        CA        94104-5401
City                State      ZIP Code

Country

**Relationship to Debtor**

Chief Executive Officer

| | | | |
|---|---|---|---|
| 4.78 Robert Lee | 03/30/2024 - 03/30/2025 | $ 399,732.20 | Gross Payroll |

Insider's Name

548 Market Street
Street

PMB 72015

San Francisco        CA        94104-5401
City                State      ZIP Code

Country

**Relationship to Debtor**

Chief Executive Officer

| | | | |
|---|---|---|---|
| 4.79 Rojeh Avanesian | 9/20/2024 | $ 13,912.50 | Legal Fees Paid by Crum & Forster Specialty Insurance Company |

Insider's Name

Address on File
Street


City                State      ZIP Code

Country

**Relationship to Debtor**

Former CFO

*Amended herein - Added*

Debtor:  CTN Holdings, Inc.

Case number *(if known)*    25-10603

Name

| | | | | |
|---|---|---|---|---|
| 4.80 | Rojeh Avanesian | 2/4/2025 | $ 52,020.00 | Legal Fees Paid by Crum & Forster Specialty Insurance Company |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former CFO

*Amended herein - Added*

| | | | | |
|---|---|---|---|---|
| 4.81 | Tate Mill | 03/30/2024 - 03/30/2025 | $ 10,892.34 | Employer 401(k) Contributions |

Insider's Name

Address on file

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former Co-CEO & Board Member

| | | | | |
|---|---|---|---|---|
| 4.82 | Tate Mill | 03/30/2024 - 03/30/2025 | $ 15,368.87 | Employer Paid Benefits |

Insider's Name

Address on file

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former Co-CEO & Board Member

Debtor: CTN Holdings, Inc.

Name

Case number *(if known)*: 25-10603

| | | |
|---|---|---|
| 4.83 Tate Mill | 03/30/2024 - 03/30/2025 | $ 51,804.75 Reimbursable Expenses |
| Insider's Name | | |

Address on file
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former Co-CEO & Board Member

| | | |
|---|---|---|
| 4.84 Tate Mill | 03/30/2024 - 03/30/2025 | $ 655,993.43 Gross Payroll |
| Insider's Name | | |

Address on file
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Former Co-CEO & Board Member

| | | |
|---|---|---|
| 4.85 Timothy Newell | 03/30/2024 - 03/30/2025 | $ 44,290.99 Gross Payroll |
| Insider's Name | | |

c/o Joseph C. Swanson Paul Hasting, LP
Street

1920 Main Street

Irvine          CA          92614
City          State          ZIP Code

Country

**Relationship to Debtor**

Former CEO

Debtor:  CTN Holdings, Inc.

Case number *(if known):*  25-10603

Name

5.  **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's Name and Address | Description of the Property | Date | Value of property |
|---|---|---|---|
| 5.1 Eden Reforestation Projects | Cash that was garnished from SVB bank account x4480 | 11/20/2024 | $            6,127.79 |
| *Creditor's Name* | | | |
| Spencer Hosie | | | |
| *Street* | | | |
| Hosie Rice, LLP, 149 New Montgomery Street, 4th Floor | | | |
| San Francisco        CA        94105 | | | |
| *City        State        ZIP Code* | | | |
| *Country* | | | |

6.  **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's Name and Address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| 6.1 | | | | $ |
| | *Creditor's Name* | | | |
| | *Street* | | | |
| | | Last 4 digits of account number: XXXX– | | |
| | *City        State        ZIP Code* | | | |
| | *Country* | | | |

Debtor: CTN Holdings, Inc.

Name

Case number *(if known)*    25-10603

## Part 3:    Legal Actions or Assignments

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1 | 510 Pal Valley, LLC vs. Alicia A Golz, US Land Investors, Aspiration Financial, LLC and Coastal Community Bank | Temporary Injunction | District Court, Williamson County, Texas <br> Name <br><br> 405 Martin Luther King, Jr. Street <br> Street <br><br> Georgetown     TX     78626 <br> City     State     ZIP Code <br><br> Country | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | **Case number** <br> 23-0553-C480 | | | |
| 7.2 | Andrei Cherney - Arbitration | Breach of Contract | N/A <br> Name <br><br> NA <br> Street <br><br><br> City     State     ZIP Code <br><br> Country | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | **Case number** <br> N/A | | | |
| 7.3 | Aspiration Partners, Inc. vs. Eden Reforestation Projects and Compassionate Carbons, LLC | Breach of Contract | Undetermined <br> Name <br><br> Undetermined <br> Street <br><br><br> City     State     ZIP Code <br><br> Country | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> 23SMCP00651 | | | |
| 7.4 | Aspiration Partners, Inc. vs. Socure, Inc. | Breach of Contract | Supreme Court of the State of New York, County of New York. <br> Name <br><br> 100 Centre Street <br> Street <br><br> New York     NY     10013 <br> City     State     ZIP Code <br><br> Country | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> 652069/2024 | | | |

Debtor: CTN Holdings, Inc.                                                    Case number *(if known)*: 25-10603

**Name**

**7.5** Big Outdoor vs. Aspiration Financial, LLC | Breach of Contract | Superior Court of the State of California - County of Los Angeles
Name

☐ Pending
☐ On appeal
☑ Concluded

Santa Monica Courthouse
Street

**Case number**

23STCV19779

1725 Main Street

Santa Monica       CA       90401-3299
City                State    ZIP Code

Country

**7.6** Cabin Editing Company, LLC vs. Aspiration Partners, Inc. | Breach of Contract | Superior Court of the State of California - County of Los Angeles
Name

☑ Pending
☐ On appeal
☐ Concluded

111 North Hill Street
Street

**Case number**

24STCV09968

Los Angeles        CA       90012
City                State    ZIP Code

Country

**7.7** Charles McElfresh - Employee Claim vs. Aspiration Partners | Wrongful Termination | NA
Name

☐ Pending
☐ On appeal
☑ Concluded

NA
Street

**Case number**

NA

City                State    ZIP Code

Country

**7.8** Clear Link Technologies, LLC d/b/a The Penny Hoarder vs. Aspiration Fund Adviser, Inc. and Aspiration Partners, Inc. | Breach of Contract | US District Court, Utah, Central Division
Name

☐ Pending
☐ On appeal
☑ Concluded

Orrin G. Hatch United States Courthouse
Street

**Case number**

2:23-CV-00419

351 South West Temple, Room 1.100

Salt Lake City      UT       84101
City                State    ZIP Code

Country

**7.9** Clover Private Credit Opportunities Organization (Levered) II, LP vs. CTN Holdings, Inc., et al | Fraudulent Transfer | Superior Court of the State of California - County of Los Angeles
Name

☑ Pending
☐ On appeal
☐ Concluded

Beverly Hills Courthouse
Street

**Case number**

24SMCV00639

9355 Burton Way

Beverly Hills       CA       90210
City                State    ZIP Code

Country

Debtor: CTN Holdings, Inc.

Case number (if known): 25-10603

Name

| | | | | | |
|---|---|---|---|---|---|
| 7.10 | Eden Reforestation Projects and Compassionate Carbons, LLC vs. Aspiration Partners, Inc. | Enforcement of Settlement Agreement | Superior Court of the State of California - County of Los Angeles | ☑ | Pending |
| | | | Name | ☐ | On appeal |
| | | | Santa Monica Courthouse | ☐ | Concluded |
| | | | Street | | |
| | **Case number** | | 1725 Main Street | | |
| | 23SMCP00651 | | Santa Monica    CA    90401-3299 | | |
| | | | City    State    ZIP Code | | |
| | | | Country | | |

| | | | | | |
|---|---|---|---|---|---|
| 7.11 | Eneida Quijas vs. Aspiration Partners, Inc., et al | Employee Claim | Superior Court of the State of California - County of Los Angeles | ☐ | Pending |
| | | | Name | ☐ | On appeal |
| | | | Santa Monica Courthouse | ☑ | Concluded |
| | | | Street | | |
| | **Case number** | | 1725 Main Street | | |
| | 22SMCV02011 | | Santa Monica    CA    90401-3299 | | |
| | | | City    State    ZIP Code | | |
| | | | Country | | |

| | | | | | |
|---|---|---|---|---|---|
| 7.12 | Finders.com, LLC vs. Aspiration Partners, Inc. | Breach of Contract | Superior Court of the State of California - County of Los Angeles | ☑ | Pending |
| | | | Name | ☐ | On appeal |
| | | | Santa Monica Courthouse | ☐ | Concluded |
| | | | Street | | |
| | **Case number** | | 1725 Main Street | | |
| | 23SMCV02162 | | Santa Monica    CA    90401-3299 | | |
| | | | City    State    ZIP Code | | |
| | | | Country | | |

| | | | | | |
|---|---|---|---|---|---|
| 7.13 | Headlight Labs, Inc. vs. Aspiration partners, Inc. | Breach of Contract | Superior Court of the State of California - County of Los Angeles | ☐ | Pending |
| | | | Name | ☐ | On appeal |
| | | | Santa Monica Courthouse | ☑ | Concluded |
| | | | Street | | |
| | **Case number** | | 1725 Main Street | | |
| | 23STCV12611 | | Santa Monica    CA    90401-3299 | | |
| | | | City    State    ZIP Code | | |
| | | | Country | | |

| | | | | | |
|---|---|---|---|---|---|
| 7.14 | ICR, LLC vs. Aspiration Partners, Inc. | Breach of Contract | Superior Court of the State of California - County of Los Angeles | ☑ | Pending |
| | | | Name | ☐ | On appeal |
| | | | 111 North Hill Street | ☐ | Concluded |
| | | | Street | | |
| | **Case number** | | | | |
| | 23SMCV02645 | | Los Angeles    CA    90012 | | |
| | | | City    State    ZIP Code | | |
| | | | Country | | |

Debtor: CTN Holdings, Inc.
Case number (if known): 25-10603

Name

**7.15** In re Aspiration Partners, Inc; Joseph Sanberg; Andrei Cherney (C4606)

Subpoena of Records

Commodity Futures Trading Commission
Name

77 West Jackson Blvd.
Street

☑ Pending
☐ On appeal
☐ Concluded

**Case number**

C4606

Chicago                IL           60604
City                   State        ZIP Code

Country

**7.16** In the Matter of Aspiration Partners, Inc. LA-05405

Subpoena of Records

Security and Exchange Commission
Name

444 South Flower Street, Suite 900
Street

☑ Pending
☐ On appeal
☐ Concluded

**Case number**

LA-05405

Los Angeles            CA           90071
City                   State        ZIP Code

Country

**7.17** Media Force Communications (2007), Ltd. vs. Aspiration Partners, Inc.

Breach of Contract

US District Court, Central District of California
Name

350 W. 1st Street, Suite 4311
Street

☑ Pending
☐ On appeal
☐ Concluded

**Case number**

2:23-CV-03799

Los Angeles            CA           90012-4565
City                   State        ZIP Code

Country

**7.18** Nano Banc vs. Aspiration Partners, Inc. et al

Breach of Contract

Superior Court of the State of California - County of Orange
Name

Civil Complex Center
Street

☐ Pending
☐ On appeal
☑ Concluded

**Case number**

3-2022-01257513-CU-BC-CjC

751 West Santa Ana Blvd.

Santa Ana              CA           92701
City                   State        ZIP Code

Country

**7.19** OurOffice, Inc. Vs. Aspiration Partners, Inc.

Breach of Contract

Superior Court of the State of California - County of Los Angeles
Name

Santa Monica Courthouse
Street

☐ Pending
☐ On appeal
☑ Concluded

**Case number**

23SMCV02645

1725 Main Street

Santa Monica           CA           90401-3299
City                   State        ZIP Code

Country

Debtor: CTN Holdings, Inc.
Name

Case number *(if known)*:    25-10603

| | | | | |
|---|---|---|---|---|
| 7.20 | Outfront Media, LLC vs. Aspiration Financial, LLC and Aspiration Partners, Inc. | Breach of Contract | Supreme Court of the State of New York County of New York <br> Name | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

**Case number**

Docket # 654809/2023

100 Centre Street
Street

| New York | NY | 10013 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | | |
|---|---|---|---|---|
| 7.21 | Pearl Media Holdings, LLC vs. Aspiration Partners, Inc. | Breach of Contract | Superior Court of New Jersey, Law Division Essex County <br> Name | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

**Case number**

ESX-L-006310-23

Middlesex County Courthouse
Street

56 Patterson Street

| New Brunswick | NJ | 08903-0964 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | | |
|---|---|---|---|---|
| 7.22 | Perform, LLC vs. Aspiration Partners, Inc. | Breach of Contract | Superior Court of the State of California - County of Los Angeles <br> Name | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

**Case number**

24STVC02437

Stanley Mosk Courthouse
Street

111 N. Hill Street

| Los Angeles | CA | 90012 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | | |
|---|---|---|---|---|
| 7.23 | Seven Outdoor, Inc. vs. Aspiration Partners, Inc. | Breach of Contract | Supreme Court of the State of New York, County of New York <br> Name | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |

**Case number**

656124-2023

100 Centre Street
Street

| New York | NY | 10013 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | | |
|---|---|---|---|---|
| 7.24 | Slalom, LLC vs. Aspiration Partners, Inc. | Breach of Contract | Superior Court of the State of California - County of Los Angeles <br> Name | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

**Case number**

23SMCV04139

Santa Monica Courthouse
Street

1725 Main Street

| Santa Monica | CA | 90401-3299 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: CTN Holdings, Inc.                                                          Case number *(if known)*:    25-10603

Name

| 7.25 | Socure, Inc. vs. Aspiration Partners, Inc. | Breach of Contract | Supreme Court of the State of New York, County of New York. | ☑ Pending |
|---|---|---|---|---|
| | | | Name | ☐ On appeal |
| | | | 100 Centre Street | ☐ Concluded |
| | | | Street | |

| **Case number** | | | | |
|---|---|---|---|---|
| 652069/2024 | | New York | NY | 10013 |
| | | City | State | ZIP Code |
| | | Country | | |

| 7.26 | Subpoena for documents regarding Federal Investigation by the US Postal Inspector | Grand Jury Subpoena | United States Department of Justice | ☑ Pending |
|---|---|---|---|---|
| | | | Name | ☐ On appeal |
| | | | 1100 United States Courthouse | ☐ Concluded |
| | | | Street | |

| **Case number** | | | | |
|---|---|---|---|---|
| | | 312 North Spring Street | | |
| NA | | Los Angeles | CA | 90012 |
| | | City | State | ZIP Code |
| | | Country | | |

| 7.27 | Vector Media Holdings, LLC vs. Aspiration Partners, inc. | Breach of Contract | Supreme Court of the State of New York, County of New York | ☑ Pending |
|---|---|---|---|---|
| | | | Name | ☐ On appeal |
| | | | 100 Centre Street | ☐ Concluded |
| | | | Street | |

| **Case number** | | | | |
|---|---|---|---|---|
| 650069-2004 | | New York | NY | 10013 |
| | | City | State | ZIP Code |
| | | Country | | |

| 7.28 | WNS Global vs. Aspiration Partners, Inc. | Breach of Contract | Superior Court of the State of California - County of Los Angeles | ☐ Pending |
|---|---|---|---|---|
| | | | Name | ☐ On appeal |
| | | | Beverly Hills Courthouse | ☑ Concluded |
| | | | Street | |

| **Case number** | | | | |
|---|---|---|---|---|
| | | 9355 Burton Way | | |
| 23SMCV02649 | | Beverly Hills | CA | 90210 |
| | | City | State | ZIP Code |
| | | Country | | |

| 7.29 | Zero Carbon Holdings, LLC and Four Thirteen, LLC vs. Aspiration Partners, Inc. | Relief from Foreclosure | US District Court, Southern District of New York | ☐ Pending |
|---|---|---|---|---|
| | | | Name | ☐ On appeal |
| | | | 100 Centre Street | ☑ Concluded |
| | | | Street | |

| **Case number** | | | | |
|---|---|---|---|---|
| 23-CV-5262 | | New York | NY | 10013 |
| | | City | State | ZIP Code |
| | | Country | | |

Debtor: CTN Holdings, Inc.
_____
Name

Case number *(if known)*: 25-10603
_____

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the Property | Value |
|---|---|---|
| 8.1 _____ | | $ _____ |
| Custodian's name | | |
| | **Case title** | **Court name and address** |
| _____ | _____ | _____ |
| Street | | Name |
| _____ | _____ | _____ |
| | **Case number** | Street |
| _____ | _____ | _____ |
| City          State          ZIP Code | | |
| _____ | _____ | _____ |
| Country | **Date of order or assignment** | City          State          ZIP Code |
| | _____ | _____ |
| | | Country |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: CTN Holdings, Inc.

Name

Case number *(if known)*:  25-10603

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1 | | | | $ |
| | Creditor's Name | | | |
| | Street | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |
| | **Recipient's relationship to debtor** | | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: CTN Holdings, Inc.

Name

Case number *(if known)*: 25-10603

---

**Part 5:**    **Certain Losses**

10.    **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1 | | | $ |

Debtor:  CTN Holdings, Inc.

Case number *(if known)*:    25-10603

Name

| Part 6: | Certain Payments or Transfers |
|---|---|

**11.    Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐  None

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1 | CR3 Partners, LLC | | 3/12/2025 | $                50,000.00 |

**Address**

13355 Noel Road
Street

Suite 2005

Dallas            TX            75240
City               State          ZIP Code

Country

**Email or website address**

www.cr3partners.com

**Who made the payment, if not debtor?**

| | | | | |
|---|---|---|---|---|
| 11.2 | CR3 Partners, LLC | | 3/26/2025 | $              230,300.00 |

**Address**

13355 Noel Road
Street

Suite 2005

Dallas            TX            75240
City               State          ZIP Code

Country

**Email or website address**

www.cr3partners.com

**Who made the payment, if not debtor?**

Debtor: CTN Holdings, Inc.
_____    Case number *(if known)*:    25-10603
Name

| | | |
|---|---|---|
| 11.3 Verita Global LLC (KCC Parent LLC) | 3/25/2025 | $ 25,000.00 |

**Address**

222 N. Pacific Coast Highway
Street

3rd Floor

El Segundo          CA          90245
City          State          ZIP Code

Country

**Email or website address**

www.veritaglobal.net

**Who made the payment, if not debtor?**

| | | |
|---|---|---|
| 11.4 VRS Restructuring Services, LLC | 3/25/2025 | $ 12,097.00 |

**Address**

20 Tumble Road
Street

Bedford          NH          03110
City          State          ZIP Code

Country

**Email or website address**

https://www.vrsrestructuring.com/

**Who made the payment, if not debtor?**

| | | |
|---|---|---|
| 11.5 Whiteford, Taylor & Preston LLP | 4/2/2024 | $    $ 25,000.00 |

**Address**

7 Saint Paul Street
Street

Suite 1500

Baltimore          MD          21202
City          State          ZIP Code

Country

**Email or website address**

https://www.whitefordlaw.com/

**Who made the payment, if not debtor?**

Debtor: CTN Holdings, Inc.

Case number *(if known)*: 25-10603

Name

---

11.6  Whiteford, Taylor & Preston LLP                          4/3/2024          $          $   20,000.00

**Address**

7 Saint Paul Street
Street

Suite 1500

Baltimore          MD          21202
City          State          ZIP Code

Country

**Email or website address**

https://www.whitefordlaw.com/

**Who made the payment, if not debtor?**

---

11.7  Whiteford, Taylor & Preston LLP                          4/25/2024         $          $   50,000.00

**Address**

7 Saint Paul Street
Street

Suite 1500

Baltimore          MD          21202
City          State          ZIP Code

Country

**Email or website address**

https://www.whitefordlaw.com/

**Who made the payment, if not debtor?**

---

11.8  Whiteford, Taylor & Preston LLP                          6/7/2024          $          $   125,000.00

**Address**

7 Saint Paul Street
Street

Suite 1500

Baltimore          MD          21202
City          State          ZIP Code

Country

**Email or website address**

https://www.whitefordlaw.com/

**Who made the payment, if not debtor?**

---

Debtor: CTN Holdings, Inc.                                    Case number *(if known)*:    25-10603

Name

| | | | |
|---|---|---|---|
| 11.9 Whiteford, Taylor & Preston LLP | | 6/27/2024 | $ $ 25,000.00 |

**Address**

7 Saint Paul Street
Street

Suite 1500

Baltimore          MD          21202
City               State       ZIP Code

Country

**Email or website address**

https://www.whitefordlaw.com/

**Who made the payment, if not debtor?**

| | | | |
|---|---|---|---|
| 11.10 Whiteford, Taylor & Preston LLP | | 8/30/2024 | $ $ 50,000.00 |

**Address**

7 Saint Paul Street
Street

Suite 1500

Baltimore          MD          21202
City               State       ZIP Code

Country

**Email or website address**

https://www.whitefordlaw.com/

**Who made the payment, if not debtor?**

| | | | |
|---|---|---|---|
| 11.11 Whiteford, Taylor & Preston LLP | | 10/2/2024 | $ $ 75,000.00 |

**Address**

7 Saint Paul Street
Street

Suite 1500

Baltimore          MD          21202
City               State       ZIP Code

Country

**Email or website address**

https://www.whitefordlaw.com/

**Who made the payment, if not debtor?**

Debtor: CTN Holdings, Inc.

Case number *(if known)*:    25-10603

Name

| 11.12 | Whiteford, Taylor & Preston LLP | | 10/23/2024 | $ | $ 25,000.00 |

**Address**

7 Saint Paul Street
Street

Suite 1500

Baltimore          MD          21202
City               State       ZIP Code

Country

**Email or website address**

https://www.whitefordlaw.com/

**Who made the payment, if not debtor?**

| 11.13 | Whiteford, Taylor & Preston LLP | | 11/4/2024 | $ | $ 10,000.00 |

**Address**

7 Saint Paul Street
Street

Suite 1500

Baltimore          MD          21202
City               State       ZIP Code

Country

**Email or website address**

https://www.whitefordlaw.com/

**Who made the payment, if not debtor?**

| 11.14 | Whiteford, Taylor & Preston LLP | | 12/6/2024 | $ | $ 37,500.00 |

**Address**

7 Saint Paul Street
Street

Suite 1500

Baltimore          MD          21202
City               State       ZIP Code

Country

**Email or website address**

https://www.whitefordlaw.com/

**Who made the payment, if not debtor?**

Debtor: CTN Holdings, Inc.

Case number *(if known)*:  25-10603

Name

| 11.15 | Whiteford, Taylor & Preston LLP | | 12/20/2024 | $ | $ | 10,000.00 |

**Address**

7 Saint Paul Street
Street

Suite 1500

Baltimore            MD            21202
City                 State         ZIP Code

Country

**Email or website address**

https://www.whitefordlaw.com/

**Who made the payment, if not debtor?**

| 11.16 | Whiteford, Taylor & Preston LLP | | 12/23/2024 | $ | $ | 37,500.00 |

**Address**

7 Saint Paul Street
Street

Suite 1500

Baltimore            MD            21202
City                 State         ZIP Code

Country

**Email or website address**

https://www.whitefordlaw.com/

**Who made the payment, if not debtor?**

| 11.17 | Whiteford, Taylor & Preston LLP | | 12/31/2024 | $ | 60,800.00 |

**Address**

7 Saint Paul Street
Street

Suite 1500

Baltimore            MD            21202
City                 State         ZIP Code

Country

**Email or website address**

https://www.whitefordlaw.com/

**Who made the payment, if not debtor?**

Debtor: CTN Holdings, Inc.

Case number *(if known)*:  25-10603

Name

| 11.18 | Whiteford, Taylor & Preston LLP | 2/28/2025 | $ | 25,000.00 |

**Address**

7 Saint Paul Street
Street

Suite 1500

Baltimore  MD  21202
City  State  ZIP Code

Country

**Email or website address**

https://www.whitefordlaw.com/

**Who made the payment, if not debtor?**

| 11.19 | Whiteford, Taylor & Preston LLP | 3/24/2025 | $ | 75,000.00 |

**Address**

7 Saint Paul Street
Street

Suite 1500

Baltimore  MD  21202
City  State  ZIP Code

Country

**Email or website address**

https://www.whitefordlaw.com/

**Who made the payment, if not debtor?**

| 11.20 | Whiteford, Taylor & Preston LLP | 3/25/2025 | $ | 40,000.00 |

**Address**

7 Saint Paul Street
Street

Suite 1500

Baltimore  MD  21202
City  State  ZIP Code

Country

**Email or website address**

https://www.whitefordlaw.com/

**Who made the payment, if not debtor?**

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: CTN Holdings, Inc.

Case number (if known): 25-10603

Name

| 11.21 | Whiteford, Taylor & Preston LLP | | 3/27/2025 | $ | 25,000.00 |

**Address**

7 Saint Paul Street
Street

Suite 1500

Baltimore          MD          21202
City          State          ZIP Code

Country

**Email or website address**

https://www.whitefordlaw.com/

**Who made the payment, if not debtor?**

| 11.22 | Whiteford, Taylor & Preston LLP | | 3/28/2025 | $ | 12,166.00 |

**Address**

7 Saint Paul Street
Street

Suite 1500

Baltimore          MD          21202
City          State          ZIP Code

Country

**Email or website address**

https://www.whitefordlaw.com/

**Who made the payment, if not debtor?**

## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| 12.1 | | | | $ |

| | **Trustee** |
|---|---|
| | |

Debtor: CTN Holdings, Inc.
_____
Name

Case number *(if known)*:  25-10603
_____

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | | | | $ |

**Address**

_____
Street

_____

_____
City          State          ZIP Code

_____
Country

**Relationship to Debtor**

_____

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: CTN Holdings, Inc.

Name

Case number *(if known)*: 25-10603

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1  4551 Glencoe Avenue

Street

Suite 300

Marina Del Ray     CA          90292

City          State          ZIP Code

Country

From 6/26/2017     To 3/30/2025

14.2  UCI Research Park

Street

5281 California Avenue, Suite 200

Irvine        CA          92618

City          State          ZIP Code

Country

From 10/01/2023     To 10/1/2023

Debtor: CTN Holdings, Inc.

Name

Case number *(if known)*    25-10603

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | **Facility Name and Address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|---|
| 15.1 | | | |
| | Facility Name | | |
| | Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | | Check all that apply: |
| | City        State        ZIP Code | | ☐ Electronically |
| | | | ☐ Paper |
| | Country | | |

Debtor:  CTN Holdings, Inc.

Name

Case number *(if known)*:  25-10603

---

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained.  Names, addresses, social security numbers, contact information, emails, and previous account activity from consumer finance business;        Names, addresses, contact information, and emails related to potential carbon credit buyers

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

☑ No. Go to Part 10.

☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| 17.1   Aspiration Partners Welfare Benefits Plan | EIN:  47-5059122 |

Has the plan been terminated?

☑ No

☐ Yes

| Name of plan | Employer identification number of the plan |
|---|---|
| 17.2   Aspiration Partners 401(k) Plan | EIN:  47-5059122 |

Has the plan been terminated?

☑ No

☐ Yes

| Name of plan | Employer identification number of the plan |
|---|---|
| 17.3   TriNet Passport 401(k) Plan | EIN:  47-5059122 |

Has the plan been terminated?

☐ No

☑ Yes

---

Debtor:  CTN Holdings, Inc.
_____
Name

Case number *(if known)*:  25-10603

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18.  **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | Bank of America<br>*Name*<br><br>PO Box 15284<br>*Street*<br><br>Wilmington  DE  19850<br>*City  State  ZIP Code*<br><br>*Country* | XXXX-4677 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | 12/23/2024 | $ 5.00 |
| 18.2 | Bank of America<br>*Name*<br><br>PO Box 15284<br>*Street*<br><br>Wilmington  DE  19850<br>*City  State  ZIP Code*<br><br>*Country* | XXXX-4680 | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☑ Other  Payroll | 4/5/2024 | $ 78.40 |
| 18.3 | Burke & Hebert<br>*Name*<br><br>PO Box 268<br>*Street*<br><br>Alexandria  VA  22313<br>*City  State  ZIP Code*<br><br>*Country* | XXXX-1300 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | 2/21/2025 | $ 5,174.03 |
| 18.4 | Coastal Community Bank<br>*Name*<br><br>PO Box 12220<br>*Street*<br><br>Everett  WA  98206<br>*City  State  ZIP Code*<br><br>*Country* | XXXX-3771 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | 2/28/2025 | $ 0.00 |

---

Debtor: CTN Holdings, Inc.

Case number *(if known)*: 25-10603

Name

| 18.5 | Coastal Community Bank | XXXX-3797 | ☑ Checking | 2/5/2025 | $ | 164,584.93 |
|---|---|---|---|---|---|---|

Name

PO Box 12220
Street

| Everett | WA | 98206 |
|---|---|---|
| City | State | ZIP Code |

Country

☐ Savings
☐ Money market
☐ Brokerage
☐ Other

| 18.6 | Coastal Community Bank | XXXX-8744 | ☑ Checking | 2/5/2025 | $ | 0.00 |
|---|---|---|---|---|---|---|

Name

PO Box 12220
Street

| Everett | WA | 98206 |
|---|---|---|
| City | State | ZIP Code |

Country

☐ Savings
☐ Money market
☐ Brokerage
☐ Other

| 18.7 | Nano Banc | XXXX-9121 | ☑ Checking | 9/3/2024 | $ | 4,500.00 |
|---|---|---|---|---|---|---|

Name

7755 Irvine Center Dr.
Street

Floor #3

| Irvine | CA | 92618 |
|---|---|---|
| City | State | ZIP Code |

Country

☐ Savings
☐ Money market
☐ Brokerage
☐ Other

| 18.8 | Silicon Valley Bank | XXXX-4115 | ☐ Checking | 1/31/2025 | $ | 0.00 |
|---|---|---|---|---|---|---|

Name

3003 Tasman Dr.
Street

| Santa Clara | CA | 95054 |
|---|---|---|
| City | State | ZIP Code |

Country

☐ Savings
☑ Money market
☐ Brokerage
☐ Other

| 18.9 | Silicon Valley Bank | XXXX-5934 | ☐ Checking | 1/31/2025 | $ | 0.00 |
|---|---|---|---|---|---|---|

Name

3003 Tasman Dr.
Street

| Santa Clara | CA | 95054 |
|---|---|---|
| City | State | ZIP Code |

Country

☐ Savings
☑ Money market
☐ Brokerage
☐ Other

Debtor: CTN Holdings, Inc.                                      Case number *(if known):*    25-10603

Name

| 18.10 | Silicon Valley Bank | XXXX-7106 | ☐ Checking | 10/9/2024 | $ | 250,000.00 |

Name

3003 Tasman Dr.

Street

☐ Checking
☐ Savings
☑ Money market
☐ Brokerage
☐ Other

Santa Clara        CA        95054

City        State        ZIP Code

Country

| 18.11 | Silicon Valley Bank | XXXX-8993 | ☐ Checking | 1/31/2025 | $ | 0.00 |

Name

3003 Tasman Dr.

Street

☐ Checking
☐ Savings
☑ Money market
☐ Brokerage
☐ Other

Santa Clara        CA        95054

City        State        ZIP Code

Country

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| 19.1 | | | | ☐ No |
| | Name | | | |
| | Street | | | ☐ Yes |
| | | **Address** | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

Debtor: CTN Holdings, Inc.

Name

Case number *(if known)*: 25-10603

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| 20.1 | | | | ☐ No |
| | Name | | | |
| | Street | | | ☐ Yes |
| | | | **Address** | |
| | City   State   ZIP Code | | | |
| | Country | | | |

Debtor: CTN Holdings, Inc.
Name

Case number *(if known)*: 25-10603

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| 21.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City    State    ZIP Code<br><br>_____<br>Country | _____ | _____ | $ _____ |

Debtor: CTN Holdings, Inc.

Case number *(if known)*: 25-10603

Name

---

**Part 12:** **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No

☐ Yes. Provide details below.

| | Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|---|
| 22.1 | | Name | 0 | ☐ Pending |
| | | | | ☐ On appeal |
| | | Street | | ☐ Concluded |
| | Case Number | | | |
| | | City        State        ZIP Code | | |
| | | Country | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No

☐ Yes. Provide details below.

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| 23.1 | Name | Name | | |
| | Street | Street | | |
| | City        State        ZIP Code | City        State        ZIP Code | | |
| | Country | Country | | |

Debtor: CTN Holdings, Inc.

Name

Case number *(if known)*:  25-10603

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| 24.1 | Name _____ | Name _____ | _____ | _____ |
| | Street _____ | Street _____ | | |
| | _____ | _____ | | |
| | City    State    ZIP Code | City    State    ZIP Code | | |
| | Country _____ | Country _____ | | |

Debtor: CTN Holdings, Inc.

Name

Case number *(if known)*    25-10603

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1 | Aspiration Card Services, LLC<br>Name | Former consumer business enterprise | EIN: 85-3650992 |
| | 548 Market Street<br>Street | | **Dates business existed** |
| | PMB 72015 | | From  10/23/2020  To  11/7/2024 |
| | San Francisco   CA   94104-5401<br>City   State   ZIP Code | | |
| | Country | | |

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.2 | Aspiration Financial, LLC<br>Name | Former consumer business enterprise | EIN: 82-3636537 |
| | 548 Market Street<br>Street | | **Dates business existed** |
| | PMB 72015 | | From  12/4/2017  To  11/7/2024 |
| | San Francisco   CA   94104-5401<br>City   State   ZIP Code | | |
| | Country | | |

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.3 | Aspiration Fund Adviser, LLC<br>Name | Former advisor to the Redwood Fund | EIN: 35-2504214 |
| | 548 Market Street<br>Street | | **Dates business existed** |
| | PMB 72015 | | From  10/31/2013  To  Present |
| | San Francisco   CA   94104-5401<br>City   State   ZIP Code | | |
| | Country | | |

Debtor: CTN Holdings, Inc.
Name

Case number *(if known)*:  25-10603

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.4 Aspiration Insurance Agency, LLC<br>Name | Former consumer business enterprise | EIN: 84-3702001 |
| 548 Market Street<br>Street | | **Dates business existed** |
| PMB 72015 | | From  11/8/2019   To  11/7/2024 |
| San Francisco    CA    94104-5401<br>City          State    ZIP Code | | |
| Country | | |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.5 Aspiration QFZ, LLC<br>Name | Qatar business development company | EIN: 87-4301532 |
| 548 Market Street<br>Street | | **Dates business existed** |
| PMB 72015 | | From  1/4/2022   To  Present |
| San Francisco    CA    94104-5401<br>City          State    ZIP Code | | |
| Country | | |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.6 Aspiration Realty, LLC<br>Name | Consumer business enterprise | EIN: 86-3843082 |
| 548 Market Street<br>Street | | **Dates business existed** |
| PMB 72015 | | From  5/5/2021   To  Present |
| San Francisco    CA    94104-5401<br>City          State    ZIP Code | | |
| Country | | |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.7 Catona Climate Foundation<br>Name | 501(c)(3) non-profit organization | EIN: 46-5074564 |
| 548 Market Street<br>Street | | **Dates business existed** |
| PMB 72015 | | From  11/24/2014   To  Present |
| San Francisco    CA    94104-5401<br>City          State    ZIP Code | | |
| Country | | |

Debtor: CTN Holdings, Inc.

Name

Case number *(if known)*:  25-10603

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |

**25.8** Catona Climate Solutions, LLC
Name

Carbon project services company

EIN: 86-1853375

**Dates business existed**

548 Market Street
Street

PMB 72015

From  1/20/2021    To  Present

San Francisco    CA    94104-5401
City    State    ZIP Code

Country

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |

**25.9** CTN SPV Holdings, LLC
Name

Carbon project investment vehicle

EIN: 33-2458689

**Dates business existed**

548 Market Street
Street

PMB 72015

From  12/6/2024    To  Present

San Francisco    CA    94104-5401
City    State    ZIP Code

Country

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |

**25.10** Make Earth Green Again, LLC
Name

Carbon project investment parent company

EIN: 85-1794441

**Dates business existed**

548 Market Street
Street

PMB 72015

From  7/1/2020    To  Present

San Francisco    CA    94104-5401
City    State    ZIP Code

Country

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |

**25.11** Zero Carbon Holdings, LLC
Name

Carbon project development company

EIN: 84-2561679

**Dates business existed**

548 Market Street
Street

PMB 72015

From  7/19/2019    To  Present

San Francisco    CA    94104-5401
City    State    ZIP Code

Country

Debtor: CTN Holdings, Inc.

Name

Case number *(if known)*:   25-10603

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and Address | | | Dates of service | | | |
|---|---|---|---|---|---|---|
| 26a.1 8020 Consulting LLC | | | From | 1/19/2021 | To | 12/15/2024 |
| Name | | | | | | |
| 6303 Owensmouth Ave | | | | | | |
| Street | | | | | | |
| 10th Floor | | | | | | |
| Woodland Hills | CA | 91367 | | | | |
| City | State | ZIP Code | | | | |
| Country | | | | | | |
| 26a.2 Accounting and Compliance International (ACI) | | | From | 10/1/2019 | To | 4/30/2024 |
| Name | | | | | | |
| 40 Wall Street | | | | | | |
| Street | | | | | | |
| Suite 1704 | | | | | | |
| New York | NY | 10005 | | | | |
| City | State | ZIP Code | | | | |
| Country | | | | | | |
| 26a.3 BDO | | | From | 2022 | To | Present |
| Name | | | | | | |
| 600 Anton Blvd. | | | | | | |
| Street | | | | | | |
| Costa Mesa | CA | 92626 | | | | |
| City | State | ZIP Code | | | | |
| Country | | | | | | |
| 26a.4 Dan Bier | | | From | 2/15/2023 | To | 12/1/2023 |
| Name | | | | | | |
| 548 Market Street | | | | | | |
| Street | | | | | | |
| PMB 72015 | | | | | | |
| San Francisco | CA | 94104 | | | | |
| City | State | ZIP Code | | | | |
| Country | | | | | | |

Debtor: CTN Holdings, Inc.

Case number (if known): 25-10603

Name

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 26a.5 | David Cosner | | | From | 10/11/2022 | To | Present |
| | Name | | | | | | |
| | 548 Market Street | | | | | | |
| | Street | | | | | | |
| | PMB 72015 | | | | | | |
| | San Francisco | CA | | 94104 | | | |
| | City | State | | ZIP Code | | | |
| | Country | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 26a.6 | Kevin Harris | | | From | 2/14/2022 | To | 6/1/2023 |
| | Name | | | | | | |
| | 548 Market Street | | | | | | |
| | Street | | | | | | |
| | PMB 72015 | | | | | | |
| | San Francisco | CA | | 94104 | | | |
| | City | State | | ZIP Code | | | |
| | Country | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 26a.7 | Logan Lindabury | | | From | 1/10/2022 | To | 8/3/2023 |
| | Name | | | | | | |
| | 548 Market Street | | | | | | |
| | Street | | | | | | |
| | PMB 72015 | | | | | | |
| | San Francisco | CA | | 94104 | | | |
| | City | State | | ZIP Code | | | |
| | Country | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 26a.8 | Nahrain Shallow | | | From | 8/15/2022 | To | 12/3/2024 |
| | Name | | | | | | |
| | 548 Market Street | | | | | | |
| | Street | | | | | | |
| | PMB 72015 | | | | | | |
| | San Francisco | CA | | 94104 | | | |
| | City | State | | ZIP Code | | | |
| | Country | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 26a.9 | Ryan Earley | | | From | 10/7/2024 | To | Present |
| | Name | | | | | | |
| | 548 Market Street | | | | | | |
| | Street | | | | | | |
| | PMB 72015 | | | | | | |
| | San Francisco | CA | | 94104 | | | |
| | City | State | | ZIP Code | | | |
| | Country | | | | | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor:  CTN Holdings, Inc.                                                    Case number *(if known):*    25-10603

Name

26a.10  Sam Teplin                                              From  11/21/2022      To  3/12/2024
        Name

        548 Market Street
        Street

        PMB 72015


        San Francisco            CA                 94104
        City                     State              ZIP Code


        Country


26b.    List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared  a financial
        statement within 2 years before filing this case.

        ☐ None

| Name and Address | Dates of service | | |
|---|---|---|---|
| 26b.1  BDO<br>Name<br><br>600 Anton Blvd.<br>Street<br><br><br>Costa Mesa    CA    92626<br>City    State    ZIP Code<br><br>Country | From  2022 | To | Present |


26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

        ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1  BDO<br>Name<br><br>600 Anton Blvd.<br>Street<br><br><br>Costa Mesa    CA    92626<br>City    State    ZIP Code<br><br>Country | |

Debtor: CTN Holdings, Inc.

Case number *(if known)*:    25-10603

Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2  David Cosner
Name

548 Market Street
Street

PMB 72015

| San Francisco | CA | 94104 |
|---|---|---|
| City | State | ZIP Code |

Country

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.3  Michael Shuckerow
Name

548 Market Street
Street

PMB 72015

| San Francisco | CA | 94104 |
|---|---|---|
| City | State | ZIP Code |

Country

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.4  Rob Lee
Name

548 Market Street
Street

PMB 72015

| San Francisco | CA | 94104 |
|---|---|---|
| City | State | ZIP Code |

Country

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.5  Ryan Earley
Name

548 Market Street
Street

PMB 72015

| San Francisco | CA | 94104 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: CTN Holdings, Inc.                                          Case number *(if known)*:     25-10603

Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1 AGO Special Situations II, LP

Name

Joseph Sanberg

Street

c/o Judd Bernstein 825 Third Avenue 21st Floor

| New York | NY | 10022 |
|---|---|---|
| City | State | ZIP Code |

Country

| Name and address |
|---|

26d.2 AGO Special Situations, LP

Name

Joseph Sanberg

Street

c/o Judd Bernstein 825 Third Avenue 21st Floor

| New York | NY | 10022 |
|---|---|---|
| City | State | ZIP Code |

Country

| Name and address |
|---|

26d.3 BDO

Name

600 Anton Blvd.

Street

| Costa Mesa | CA | 92626 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: CTN Holdings, Inc.

Name

Case number *(if known)*    25-10603

| Name and address |
| --- |

26d.4  Inherent Aspiration MM, LLC
Name

Michael Ellis
Street

450 Lexington Avenue #4503

| New York | NY | 10163 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

| Name and address |
| --- |

26d.5  Inherent Aspiration, LLC
Name

Michael Ellis
Street

450 Lexington Avenue #4503

| New York | NY | 10163 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

| Name and address |
| --- |

26d.6  Inherent Group GP, LLC
Name

Michael Ellis
Street

450 Lexington Avenue #4503

| New York | NY | 10163 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

| Name and address |
| --- |

26d.7  Inherent Group, LP
Name

Michael Ellis
Street

450 Lexington Avenue #4503

| New York | NY | 10163 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

Debtor: CTN Holdings, Inc.

Name

Case number *(if known)*:  25-10603

| **Name and address** |
|---|

26d.8  IPV ASP, LLC
Name

Ahmed Fattouh
Street

290 6th Avenue

| New York | NY | 10014 |
|---|---|---|
| City | State | ZIP Code |

Country

| **Name and address** |
|---|

26d.9  Mark Villanueva
Name

333 Centre Street
Street

| South Orange | NJ | 07079 |
|---|---|---|
| City | State | ZIP Code |

Country

| **Name and address** |
|---|

26d.10  Nano Banc
Name

7700 Irvine Center Drive
Street

Suite 700

| Irvine | CA | 92618 |
|---|---|---|
| City | State | ZIP Code |

Country

| **Name and address** |
|---|

26d.11  Oak Tree Capital Management
Name

Brian Laibow
Street

333 South Grand Avenue 28th Floor

| Los Angeles | CA | 90071 |
|---|---|---|
| City | State | ZIP Code |

Country

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: CTN Holdings, Inc.                                    Case number *(if known)*:    25-10603
_____
Name

| | Name and address |
|---|---|
| 26d.12 | Zion Consulting and Advisory LLC |
| | Name |
| | Mike Meyer |
| | Street |
| | 2940 Le Bateau Drive |
| | |
| | Palm Beach Gardens              FL              33410 |
| | City                         State          ZIP Code |
| | |
| | Country |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Rob Lee | 2/28/2025 | $              $1,516,165.40; Market |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|
| 27.1 Ryan Earley | | |
| Name | | |
| 548 Market Street | | |
| Street | | |
| PMB 72015 | | |
| | | |
| San Francisco          CA          94104-5401 | | |
| City                State        ZIP Code | | |
| | | |
| Country | | |

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Rob Lee | 12/1/2024 | $              $3,232,463.35; Cost |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|
| 27.2 Ryan Earley | | |
| Name | | |
| 548 Market Street | | |
| Street | | |
| PMB 72015 | | |
| | | |
| San Francisco          CA          94104-5401 | | |
| City                State        ZIP Code | | |
| | | |
| Country | | |

Debtor: CTN Holdings, Inc.
_____
Name

Case number *(if known)*   25-10603

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| | Name | Address | Position and Nature of any interest | % of interest, if any |
|---|---|---|---|---|
| 28.1 | Danny Duran | 548 Market Street, PMB 72015, San Francisco, CA 94104-5401 | Chief Brand Officer | 0.00% |
| 28.2 | Greg Shadwick | 548 Market Street, PMB 72015, San Francisco, CA 94104-5401 | CMO | 0.00% |
| 28.3 | Jeffrey Varsalone | 548 Market Street, PMB 72015, San Francisco, CA 94104-5401 | Independent Board Member | 0.00% |
| 28.4 | Michael Shuckerow | 548 Market Street, PMB 72015, San Francisco, CA 94104-5401 | COO/General Counsel | 0.00% |
| 28.5 | Miles Staglik | c/o CR3 Partners, 13355 Noel Road, Suite 2005, Dallas, TX 75240 | CRO | 0.00% |
| 28.6 | Nate Redmond | 548 Market Street, PMB 72015, San Francisco, CA 94104-5401 | Chairman of the Board | 0.00% |
| 28.7 | Rob Lee | 548 Market Street, PMB 72015, San Francisco, CA 94104-5401 | Co-CEO & Board Member | 0.00% |
| 28.8 | Tate Mill | 548 Market Street, PMB 72015, San Francisco, CA 94104-5401 | Board Member | 0.00% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners,   members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| | Name | Address | Position and Nature of any interest | Period during which position or interest was held | | |
|---|---|---|---|---|---|---|
| 29.1 | Andrei Cherny | Address on file | Former CEO | From | 8/5/2015 | To 10/13/2022 |
| | *Amended herein - Added* | | | | | |
| 29.2 | Ibrahim Al-Husseini | c/o Jessica Nall, Baker McKenzie, 101 California Avenue, Suite 4100, San Francisco, CA 94111-6107 | Former Board Member | From 2019 | To 10/15/2024 | |
| 29.3 | Joseph Sanberg | c/o Judd Burstein, Judd Burstein, PC, 825 Third Avenue, 21st Floor, New York, NY 10022 | Co-Founder/Former Board Member | From 8/5/2015 | To 3/3/2025 | |
| 29.4 | Olivia Albrecht | Address on file | Former CEO | From | 10/13/2022 | To 10/3/2023 |
| | *Amended herein - Added* | | | | | |
| 29.5 | R. Lawrence Roth | c/o Berkshire Global Advisors , 50 California Street, Suite 1500, San Francisco, CA 94111 | Former Independent Board Member | From 3/17/2025 | To 3/24/2025 | |
| 29.6 | Rojeh Avanesian | Address on file | Former CFO | From | 5/10/2021 | To 9/2/2022 |
| | *Amended herein - Added* | | | | | |
| 29.7 | Tate Mill | 548 Market Street, PMB 72015, San Francisco, CA 94104-5401 | Co-CEO | From 2/8/2024 | To 3/29/2024 | |

Debtor: CTN Holdings, Inc.
Name

Case number *(if known)*    25-10603

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans,credits on loans, stock redemptions, and options exercised?

☐ No

☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | See SOFA Question 4 | | | |
| | Name | | | |
| | Street | | | |
| | | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |
| | **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| | Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|---|
| 31.1 | | EIN: |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| | Name of the pension fund | Employer Identification number of the pension fund |
|---|---|---|
| 32.1 | | EIN: |

**Part 14:**  Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.

18 U.S.C.§§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/13/2025
                MM / DD / YYYY

✘    / s / Miles Staglik                                    Printed name    Miles Staglik

        Signature of individual signing on behalf of the debtor

        Position or relationship to debtor    Chief Restructuring Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐    No

☑    Yes

In re: CTN Holdings, Inc.
Case No. 25-10603
Attachment 3
Certain payments or transfers to creditors within 90 days before filing this case

| Payee's name | Address 1 | Address 2 | City | State | Zip | Date | Total amount or value | Reason for payment or transfer |
|---|---|---|---|---|---|---|---|---|
| 3GC GROUP | 14622 Ventura Blvd | Suite 2047 | Sherman Oaks | CA | 91403 | 1/2/2025 | $3,000 | Vendor |
| 3GC GROUP | 14622 Ventura Blvd | Suite 2047 | Sherman Oaks | CA | 91403 | 2/3/2025 | $3,000 | Vendor |
| 3GC GROUP | 14622 Ventura Blvd | Suite 2047 | Sherman Oaks | CA | 91403 | 2/26/2025 | $3,000 | Vendor |
| 8020 Consulting LLC | 6303 Owensmouth Avenue | 10th Floor | Woodland Hills | CA | 91367 | 1/3/2025 | $6,585 | Vendor |
| 8020 Consulting LLC | 6303 Owensmouth Avenue | 10th Floor | Woodland Hills | CA | 91367 | 2/3/2025 | $2,000 | Vendor |
| 8020 Consulting LLC | 6303 Owensmouth Avenue | 10th Floor | Woodland Hills | CA | 91367 | 2/12/2025 | $1,500 | Vendor |
| Anthem | P.O. Box 51011 | | Los Angeles | CA | 90051 | 1/23/2025 | $24,012 | Other - Employee Benefits |
| Anthem | P.O. Box 51011 | | Los Angeles | CA | 90051 | 1/24/2025 | $24,012 | Other - Employee Benefits |
| Anthem | P.O. Box 51011 | | Los Angeles | CA | 90051 | 2/12/2025 | $2,984 | Other - Employee Benefits |
| Anthem | P.O. Box 51011 | | Los Angeles | CA | 90051 | 3/13/2025 | $25,504 | Other - Employee Benefits |
| Anthem | P.O. Box 51011 | | Los Angeles | CA | 90051 | 3/31/2025 | $19,537 | Other - Employee Benefits |
| Bartko Zankel Bunzel & Miller | One Embarcadero Center | Suite 800 | San Francisco | CA | 94111 | 1/13/2025 | $250,000 | Other - Legal Settlement Payment |
| Bartko Zankel Bunzel & Miller | One Embarcadero Center | Suite 800 | San Francisco | CA | 94111 | 1/14/2025 | $20,000 | Services |
| Bartko Zankel Bunzel & Miller | One Embarcadero Center | Suite 800 | San Francisco | CA | 94111 | 2/12/2025 | $25,000 | Services |
| BDO USA, LLP | 5300 Patterson Avenue SE | Suite 100 | Grand Rapids | MI | 49512 | 3/26/2025 | $58,225.00 | Services |
| Boston Red Sox Baseball Club Limited Partnership | Mandy Petrillo | Fenway Park, 4 Jersey Street | Boston | MA | 02215 | 1/6/2025 | $2,055 | Other - Legal Settlement Payments |
| Boston Red Sox Baseball Club Limited Partnership | Mandy Petrillo | Fenway Park, 4 Jersey Street | Boston | MA | 02215 | 1/6/2025 | $500,000 | Other - Legal Settlement Payments |
| Boston Red Sox Baseball Club Limited Partnership | Mandy Petrillo | Fenway Park, 4 Jersey Street | Boston | MA | 02215 | 2/7/2025 | $14,618 | Other - Value of Sold Carbon Credits - Legal Settlement |
| Boston Red Sox Baseball Club Limited Partnership | Mandy Petrillo | Fenway Park, 4 Jersey Street | Boston | MA | 02215 | 2/14/2025 | $10,478 | Other - Value of Sold Carbon Credits - Legal Settlement |
| Boston Red Sox Baseball Club Limited Partnership | Mandy Petrillo | Fenway Park, 4 Jersey Street | Boston | MA | 02215 | 3/10/2025 | $9,020 | Other - Value of Sold Carbon Credits - Legal Settlement |
| Carta, Inc. | 33 Bush Street | Suite 2300 | San Francisco | CA | 94104 | 2/9/2025 | $9,737 | Vendor |
| CDW Direct | 40 E Rio Salado Pkwy | Suite 200 | Tempe | AZ | 85281 | 1/8/2025 | $75 | Vendor |
| CDW Direct | 40 E Rio Salado Pkwy | Suite 200 | Tempe | AZ | 85281 | 1/31/2025 | $4,645 | Vendor |
| CDW Direct | 40 E Rio Salado Pkwy | Suite 200 | Tempe | AZ | 85281 | 3/4/2025 | $4,614 | Vendor |
| Coupa Software, Inc. | 1855 South Grant Street | | San Mateo | CA | 94402 | 2/11/2025 | $10,000 | Vendor |
| CR3 Partners, LLC | 13355 Noel Road | Suite 2005 | Dallas | TX | 75240 | 3/12/2025 | $50,000.00 | Professional Services |
| CR3 Partners, LLC | 13355 Noel Road | Suite 2005 | Dallas | TX | 75240 | 3/26/2025 | $230,300.00 | Professional Services |
| Davis Wright Tremaine LLP | 920 Fifth Avenue | Suite 330 | Seattle | WA | 98104 | 1/14/2025 | $25,000 | Services |
| Davis Wright Tremaine LLP | 920 Fifth Avenue | Suite 330 | Seattle | WA | 98104 | 1/31/2025 | $25,000 | Services |
| Davis Wright Tremaine LLP | 920 Fifth Avenue | Suite 330 | Seattle | WA | 98104 | 2/18/2025 | $25,000 | Services |
| Davis Wright Tremaine LLP | 920 Fifth Avenue | Suite 330 | Seattle | WA | 98104 | 2/28/2025 | $25,000.00 | Services |
| Empower Retirement | 8525 E. Orchard Rd 3T3 | | Greenwood Village | CO | 80111 | 1/6/2025 | $22,074 | Other - Employee Benefits |
| Empower Retirement | 8525 E. Orchard Rd 3T3 | | Greenwood Village | CO | 80111 | 1/21/2025 | $21,574 | Other - Employee Benefits |
| Empower Retirement | 8525 E. Orchard Rd 3T3 | | Greenwood Village | CO | 80111 | 2/4/2025 | $21,278 | Other - Employee Benefits |
| Empower Retirement | 8525 E. Orchard Rd 3T3 | | Greenwood Village | CO | 80111 | 2/18/2025 | $16,335 | Other - Employee Benefits |
| Empower Retirement | 8525 E. Orchard Rd 3T3 | | Greenwood Village | CO | 80111 | 3/13/2025 | $16,758 | Other - Employee Benefits |
| Empower Retirement | 8525 E. Orchard Rd 3T3 | | Greenwood Village | CO | 80111 | 3/18/2025 | $16,758 | Other - Employee Benefits |

**In re: CTN Holdings, Inc.**
**Case No. 25-10603**
Attachment 3
Certain payments or transfers to creditors within 90 days before filing this case

| Payee's name | Address 1 | Address 2 | City | State | Zip | Date | Total amount or value | Reason for payment or transfer |
|---|---|---|---|---|---|---|---|---|
| Empower Retirement | 8525 E. Orchard Rd 3T3 | | Greenwood Village | CO | 80111 | 3/31/2025 | $15,169 | Other - Employee Benefits |
| Figma, Inc. | 760 Market Street | Foor 10 | San Francisco | CA | 94102 | 2/27/2025 | $60 | Vendor |
| Figma, Inc. | 760 Market Street | Foor 10 | San Francisco | CA | 94102 | 2/27/2025 | $600 | Vendor |
| Figma, Inc. | 760 Market Street | Foor 10 | San Francisco | CA | 94102 | 2/27/2025 | $5,940 | Vendor |
| Figma, Inc. | 760 Market Street | Foor 10 | San Francisco | CA | 94102 | 2/27/2025 | $6,600 | Vendor |
| Gibson Dunn & Crutcher LLP | 333 South Grand Avenue | | Los Angeles | CA | 90071 | 1/14/2025 | $50,000 | Services |
| Gibson Dunn & Crutcher LLP | 333 South Grand Avenue | | Los Angeles | CA | 90071 | 1/31/2025 | $50,000 | Services |
| Google LLC | 1600 Amphiltheatre Parkway | | Mountain View | CA | 94043 | 1/1/2025 | $14 | Services |
| Google LLC | 1600 Amphiltheatre Parkway | | Mountain View | CA | 94043 | 1/1/2025 | $72 | Services |
| Google LLC | 1600 Amphiltheatre Parkway | | Mountain View | CA | 94043 | 1/1/2025 | $1,016 | Services |
| Google LLC | 1600 Amphiltheatre Parkway | | Mountain View | CA | 94043 | 1/7/2025 | $1,391 | Services |
| Google LLC | 1600 Amphiltheatre Parkway | | Mountain View | CA | 94043 | 1/7/2025 | $5,643 | Services |
| Google LLC | 1600 Amphiltheatre Parkway | | Mountain View | CA | 94043 | 1/27/2025 | $2,664 | Services |
| Google LLC | 1600 Amphiltheatre Parkway | | Mountain View | CA | 94043 | 1/27/2025 | $11,129 | Services |
| Google LLC | 1600 Amphiltheatre Parkway | | Mountain View | CA | 94043 | 1/27/2025 | $12,433 | Services |
| Google LLC | 1600 Amphiltheatre Parkway | | Mountain View | CA | 94043 | 2/1/2025 | $14 | Services |
| Google LLC | 1600 Amphiltheatre Parkway | | Mountain View | CA | 94043 | 2/1/2025 | $74 | Services |
| Google LLC | 1600 Amphiltheatre Parkway | | Mountain View | CA | 94043 | 2/1/2025 | $936 | Services |
| Google LLC | 1600 Amphiltheatre Parkway | | Mountain View | CA | 94043 | 3/1/2025 | $14 | Services |
| Google LLC | 1600 Amphiltheatre Parkway | | Mountain View | CA | 94043 | 3/1/2025 | $70 | Services |
| Google LLC | 1600 Amphiltheatre Parkway | | Mountain View | CA | 94043 | 3/1/2025 | $836 | Services |
| GreenBiz Group, Inc. | 1333 Broadway | Suite 250 | Oakland | CA | 94612 | 2/3/2025 | $35,000 | Vendor |
| Guardian | P.O. Box 981590 | | El Paso | TX | 79998 | 2/21/2025 | $3,176 | Other - Employee Benefits |
| Guardian | P.O. Box 981590 | | El Paso | TX | 79998 | 3/13/2025 | $3,176 | Other - Employee Benefits |
| Guardian | P.O. Box 981590 | | El Paso | TX | 79998 | 3/24/2025 | $3,176.24 | Other - Employee Benefits |
| Guardian | P.O. Box 981590 | | El Paso | TX | 79998 | 3/31/2025 | $3,176 | Other - Employee Benefits |
| Headlight Labs, Inc | 766 Live Oak Avenue | Apt. 6 | Menlo Park | CA | 94025 | 1/31/2025 | $11,667 | Vendor |
| Hotel Erwin | 1697 Pacific Avenue | | Venice | CA | 90291 | 1/24/2025 | $33,406 | Vendor |
| Hotel Erwin | 1697 Pacific Avenue | | Venice | CA | 90291 | 2/5/2025 | $1,435 | Vendor |
| Inherent | Michael Ellis | 450 Lexington Avenue, #4503 | New York | NY | 10163 | 1/31/2025 | $702,880 | Secured Debt |

**In re: CTN Holdings, Inc.**
**Case No. 25-10603**
Attachment 3
Certain payments or transfers to creditors within 90 days before filing this case

| Payee's name | Address 1 | Address 2 | City | State | Zip | Date | Total amount or value | Reason for payment or transfer |
|---|---|---|---|---|---|---|---|---|
| Inherent | Michael Ellis | 450 Lexington Avenue, #4503 | New York | NY | 10163 | 2/28/2025 | $702,880.00 | Secured Debt |
| LPF Marina Park - AB/SW Marina Owner, LLC (Steelwave, Inc.) | 333 West Wacker Drive | | Chicago | IL | 60606 | 1/5/2025 | $1,540 | Other - Lease Payment |
| LPF Marina Park - AB/SW Marina Owner, LLC (Steelwave, Inc.) | 333 West Wacker Drive | | Chicago | IL | 60606 | 1/9/2025 | $39,944 | Other - Lease Payment |
| LPF Marina Park - AB/SW Marina Owner, LLC (Steelwave, Inc.) | 333 West Wacker Drive | | Chicago | IL | 60606 | 2/18/2025 | $1,617 | Other - Lease Payment |
| LPF Marina Park - AB/SW Marina Owner, LLC (Steelwave, Inc.) | 333 West Wacker Drive | | Chicago | IL | 60606 | 2/18/2025 | $40,561 | Other - Lease Payment |
| NetSuite Inc. | 2300 Oracle Way | | Austin | TX | 78741 | 2/12/2025 | $10,158 | Vendor |
| Rippling | People Center, Inc. | 55 2nd Street, Suite 1500 | San Francisco | CA | 94105 | 1/3/2025 | $1,575 | Other - Employee Related Payroll, Benefits, and Reimbursable Expenses |
| Rippling | People Center, Inc. | 55 2nd Street, Suite 1500 | San Francisco | CA | 94105 | 1/3/2025 | $1,950 | Other - Employee Related Payroll, Benefits, and Reimbursable Expenses |
| Rippling | People Center, Inc. | 55 2nd Street, Suite 1500 | San Francisco | CA | 94105 | 1/3/2025 | $11,159 | Other - Employee Related Payroll, Benefits, and Reimbursable Expenses |
| Rippling | People Center, Inc. | 55 2nd Street, Suite 1500 | San Francisco | CA | 94105 | 1/3/2025 | $26,736 | Other - Employee Related Payroll, Benefits, and Reimbursable Expenses |
| Rippling | People Center, Inc. | 55 2nd Street, Suite 1500 | San Francisco | CA | 94105 | 1/3/2025 | $229,593 | Other - Employee Related Payroll, Benefits, and Reimbursable Expenses |
| Rippling | People Center, Inc. | 55 2nd Street, Suite 1500 | San Francisco | CA | 94105 | 1/10/2025 | $7,304 | Other - Employee Related Payroll, Benefits, and Reimbursable Expenses |
| Rippling | People Center, Inc. | 55 2nd Street, Suite 1500 | San Francisco | CA | 94105 | 1/17/2025 | $7,011 | Other - Employee Related Payroll, Benefits, and Reimbursable Expenses |
| Rippling | People Center, Inc. | 55 2nd Street, Suite 1500 | San Francisco | CA | 94105 | 1/17/2025 | $224,726 | Other - Employee Related Payroll, Benefits, and Reimbursable Expenses |
| Rippling | People Center, Inc. | 55 2nd Street, Suite 1500 | San Francisco | CA | 94105 | 1/21/2025 | $1,609 | Other - Employee Related Payroll, Benefits, and Reimbursable Expenses |
| Rippling | People Center, Inc. | 55 2nd Street, Suite 1500 | San Francisco | CA | 94105 | 1/24/2025 | $9,276 | Other - Employee Related Payroll, Benefits, and Reimbursable Expenses |
| Rippling | People Center, Inc. | 55 2nd Street, Suite 1500 | San Francisco | CA | 94105 | 1/31/2025 | $6,357 | Other - Employee Related Payroll, Benefits, and Reimbursable Expenses |
| Rippling | People Center, Inc. | 55 2nd Street, Suite 1500 | San Francisco | CA | 94105 | 1/31/2025 | $22,243 | Other - Employee Related Payroll, Benefits, and Reimbursable Expenses |
| Rippling | People Center, Inc. | 55 2nd Street, Suite 1500 | San Francisco | CA | 94105 | 1/31/2025 | $24,537 | Other - Employee Related Payroll, Benefits, and Reimbursable Expenses |
| Rippling | People Center, Inc. | 55 2nd Street, Suite 1500 | San Francisco | CA | 94105 | 1/31/2025 | $211,402 | Other - Employee Related Payroll, Benefits, and Reimbursable Expenses |
| Rippling | People Center, Inc. | 55 2nd Street, Suite 1500 | San Francisco | CA | 94105 | 2/3/2025 | $4,623 | Other - Employee Related Payroll, Benefits, and Reimbursable Expenses |
| Rippling | People Center, Inc. | 55 2nd Street, Suite 1500 | San Francisco | CA | 94105 | 2/7/2025 | $50,183 | Other - Employee Related Payroll, Benefits, and Reimbursable Expenses |
| Rippling | People Center, Inc. | 55 2nd Street, Suite 1500 | San Francisco | CA | 94105 | 2/14/2025 | $6,434 | Other - Employee Related Payroll, Benefits, and Reimbursable Expenses |

**In re: CTN Holdings, Inc.**
**Case No. 25-10603**
Attachment 3
Certain payments or transfers to creditors within 90 days before filing this case

| Payee's name | Address 1 | Address 2 | City | State | Zip | Date | Total amount or value | Reason for payment or transfer |
|---|---|---|---|---|---|---|---|---|
| Rippling | People Center, Inc. | 55 2nd Street, Suite 1500 | San Francisco | CA | 94105 | 2/14/2025 | $219,564 | Other - Employee Related Payroll, Benefits, and Reimbursable Expenses |
| Rippling | People Center, Inc. | 55 2nd Street, Suite 1500 | San Francisco | CA | 94105 | 2/17/2025 | $83 | Other - Employee Related Payroll, Benefits, and Reimbursable Expenses |
| Rippling | People Center, Inc. | 55 2nd Street, Suite 1500 | San Francisco | CA | 94105 | 2/21/2025 | $26,433 | Other - Employee Related Payroll, Benefits, and Reimbursable Expenses |
| Rippling | People Center, Inc. | 55 2nd Street, Suite 1500 | San Francisco | CA | 94105 | 2/28/2025 | $6,488.03 | Other - Employee Related Payroll, Benefits, and Reimbursable Expenses |
| Rippling | People Center, Inc. | 55 2nd Street, Suite 1500 | San Francisco | CA | 94105 | 2/28/2025 | $21,619.18 | Other - Employee Related Payroll, Benefits, and Reimbursable Expenses |
| Rippling | People Center, Inc. | 55 2nd Street, Suite 1500 | San Francisco | CA | 94105 | 2/28/2025 | $219,077.54 | Other - Employee Related Payroll, Benefits, and Reimbursable Expenses |
| Rippling | People Center, Inc. | 55 2nd Street, Suite 1500 | San Francisco | CA | 94105 | 3/4/2025 | $2,551 | Other - Employee Related Payroll, Benefits, and Reimbursable Expenses |
| Rippling | People Center, Inc. | 55 2nd Street, Suite 1500 | San Francisco | CA | 94105 | 3/14/2025 | $6,728 | Other - Employee Related Payroll, Benefits, and Reimbursable Expenses |
| Rippling | People Center, Inc. | 55 2nd Street, Suite 1500 | San Francisco | CA | 94105 | 3/14/2025 | $23,982 | Other - Employee Related Payroll, Benefits, and Reimbursable Expenses |
| Rippling | People Center, Inc. | 55 2nd Street, Suite 1500 | San Francisco | CA | 94105 | 3/14/2025 | $212,041 | Other - Employee Related Payroll, Benefits, and Reimbursable Expenses |
| Rippling | People Center, Inc. | 55 2nd Street, Suite 1500 | San Francisco | CA | 94105 | 3/18/2025 | $1,100 | Other - Employee Related Payroll, Benefits, and Reimbursable Expenses |
| Rippling | People Center, Inc. | 55 2nd Street, Suite 1500 | San Francisco | CA | 94105 | 3/21/2025 | $533 | Other - Employee Related Payroll, Benefits, and Reimbursable Expenses |
| Rippling | People Center, Inc. | 55 2nd Street, Suite 1500 | San Francisco | CA | 94105 | 3/28/2025 | $6,364.11 | Other - Employee Related Payroll, Benefits, and Reimbursable Expenses |
| Rippling | People Center, Inc. | 55 2nd Street, Suite 1500 | San Francisco | CA | 94105 | 3/28/2025 | $231,722.03 | Other - Employee Related Payroll, Benefits, and Reimbursable Expenses |
| Rippling | People Center, Inc. | 55 2nd Street, Suite 1500 | San Francisco | CA | 94105 | 3/31/2025 | $24,927 | Other - Employee Related Payroll, Benefits, and Reimbursable Expenses |
| Verita Global LLC (KCC Parent LLC) | 222 N. Pacific Coast Highway | 3rd Floor | El Segundo | CA | 90245 | 3/25/2025 | $25,000.00 | Professional Services |
| Vizible Media | 833 Chretien Point Avenie | | Covington | LA | 70433 | 1/14/2025 | $15,000 | Vendor |
| Vizible Media | 833 Chretien Point Avenie | | Covington | LA | 70433 | 2/11/2025 | $15,000 | Vendor |
| VRS Restructuring Services, LLC | 20 Tumble Road | | Bedford | NH | 03110 | 3/25/2025 | $12,097.00 | Professional Services |
| Whiteford, Taylor & Preston LLP | 7 Saint Paul Street | Suite 1500 | Baltimore | MD | 21202 | 12/31/2024 | $60,800.00 | Professional Services |
| Whiteford, Taylor & Preston LLP | 7 Saint Paul Street | Suite 1500 | Baltimore | MD | 21202 | 2/28/2025 | $25,000.00 | Professional Services |
| Whiteford, Taylor & Preston LLP | 7 Saint Paul Street | Suite 1500 | Baltimore | MD | 21202 | 3/24/2025 | $75,000.00 | Professional Services |
| Whiteford, Taylor & Preston LLP | 7 Saint Paul Street | Suite 1500 | Baltimore | MD | 21202 | 3/25/2025 | $40,000.00 | Professional Services |
| Whiteford, Taylor & Preston LLP | 7 Saint Paul Street | Suite 1500 | Baltimore | MD | 21202 | 3/27/2025 | $25,000.00 | Professional Services |
| Whiteford, Taylor & Preston LLP | 7 Saint Paul Street | Suite 1500 | Baltimore | MD | 21202 | 3/28/2025 | $12,166.00 | Professional Services |
| Woodruff Sawyer | P.O. Box 45057 | | San Francisco | CA | 94145-9950 | 1/16/2025 | $36,113 | Other - Insurance |
| Woodruff Sawyer | P.O. Box 45057 | | San Francisco | CA | 94145-9950 | 1/30/2025 | $94,458 | Other - Insurance |
| Woodruff Sawyer | P.O. Box 45057 | | San Francisco | CA | 94145-9950 | 2/5/2025 | $5,644 | Other - Insurance |
| Woodruff Sawyer | P.O. Box 45057 | | San Francisco | CA | 94145-9950 | 3/12/2025 | $33,533.50 | Other - Insurance |