**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CTN HOLDINGS, INC. *et al*,[1] | Case No. 25-10603 (TMH) |
| Debtors. | (Jointly Administered) |

**SCHEDULES OF ASSETS AND LIABILITIES FOR
CARBON SEQUESTRATION III, LLC (CASE NO. 25-10918)**

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are CTN Holdings, Inc. (9122), CTN SPV Holdings, LLC (8689), Make Earth Green Again, LLC (4441), Aspiration QFZ, LLC (1532), Aspiration Fund Adviser, LLC (4214), Catona Climate Solutions, LLC (3375), Zero Carbon Holdings, LLC (1679) and Carbon Sequestration III, LLC (2344). The mailing address for the Debtors is 548 Market Street, PMB 72015, San Francisco, CA 94104-5401.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CTN HOLDINGS, INC. , *et al.*,[1] | Case No. 25-10603 (TMH) |
| Debtors. | (Jointly Administered) |

## GLOBAL NOTES, METHODOLOGY, AND SPECIFIC DISCLOSURES REGARDING THE  SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS OF DEBTOR CARBON SEQUESTRATION III, LLC

Carbon Sequestration III, LLC in the above-captioned chapter 11 case is filing its Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements," and together with the Schedules, the "Schedules and Statements") in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtor, with the assistance of its professional advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

These *Global Notes, Methodology, and Specific Disclosures Regarding the Schedules of Assets and Liabilities and Statements of Financial Affairs of Debtor Carbon Sequestration III, LLC* (these "Global Notes") are incorporated by reference in, and comprise an integral part of, the Debtor's respective Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

While the Debtor's management and its advisors have made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information that was available at the time of preparation, inadvertent errors, inaccuracies, or omissions may have occurred, or the Debtor may discover subsequent information that requires material changes to the Schedules and Statements. Additionally, because the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete. The Debtor and its estate reserve all rights to amend or supplement the Schedules and Statements as may be necessary and appropriate.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are CTN Holdings, Inc. (9122), CTN SPV Holdings, LLC (8689), Make Earth Green Again, LLC (4441), Aspiration QFZ, LLC (1532), Aspiration Fund Adviser, LLC (4214), Catona Climate Solutions, LLC (3375) and Zero Carbon Holdings, LLC (1679) and Carbon Sequestration III, LLC (2344).  The mailing address for the Debtors is 548 Market Street, PMB 72015, San Francisco, CA  94104-5401.

The Schedules and Statements have been signed by Miles Staglik, Chief Restructuring Officer of the Debtor.  In reviewing and signing the Schedules and Statements, Mr. Staglik necessarily relied upon the efforts, statements, and representations of the Debtor's management and advisors.  Mr. Staglik has not, and could not have, personally verified the accuracy of each such statement and representation, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and respective creditor addresses.

These Global Notes supplement, and are in addition to, any specific notes contained in the Debtor's Schedules or Statements.  Furthermore, the fact that the Debtor has prepared specific notes with respect to any of the Debtor's Schedules and Statements and not to another should not be interpreted as a decision by the Debtor to exclude the applicability of such specific notes to any other of the Debtor's Schedules and Statements.

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

## GLOBAL NOTES AND OVERVIEW OF METHODOLOGY

1. **Description of This Chapter 11 Cases and "As of" Information Date**.  On May 22, 2025(the "Petition Date"), the Debtor commenced a voluntary case under chapter 11 of the Bankruptcy Code.  Prior to this filing, on March 30, 2025, seven affiliate debtor entities commenced voluntary cases under chapter 11 of the Bankruptcy Code.   On May 27, 2025, the Court entered an Order authorizing the joint administration of the chapter 11 cases.  The Debtor is authorized to continue to operate its business and manage its property as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.   To the best of the Debtor's knowledge, the information included in the Schedules and Statements is presented as of the Petition Date, unless otherwise indicated herein or in the Schedules and Statements.

2. **General Reservation of Rights**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements.  However, inadvertent errors or omissions may exist.  The Debtor reserves all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including the right to (a) amend the Schedules and Statements with respect to any claim (each, a "Claim") description or designation; (b) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; (c) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or (d) object to the extent, validity, enforceability, priority, security, or avoidability of any Claim.  Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such Claim or amount is not "disputed," "contingent," or "unliquidated."  Listing a Claim does not constitute an admission of (i) liability, or (ii) amounts due or owing, if any, by the Debtor.  Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to this chapter 11 case, including issues involving

Claims, substantive consolidation, defenses, equitable subordination, or Causes of Action (as defined below), including those arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in these Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

1.  **Basis of Presentation**. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles, nor are they intended to fully reconcile to any financial statements prepared by the Debtor. Additionally, the Schedules and Statements reflect the Debtor's reasonable best efforts to report the assets and liabilities of the Debtor on an unconsolidated basis.

2.  **Book Value**. Except as otherwise noted, each asset and liability of the Debtor is shown on the basis of net book value of the asset or liability in accordance with such Debtor's accounting books and records. Therefore, unless otherwise noted, the Schedules and Statements are not based upon any estimate of the current market values of the Debtor's assets and liabilities, which may not correspond to book values. It would be cost prohibitive and unduly burdensome to obtain current market valuations of all of the Debtor's interests. Except as otherwise noted, the Debtor's assets are presented, in detail, as they appear on the Debtor's accounting sub-ledgers. As such, the detail may include error corrections and value adjustments (shown as negative values or multiple line items for an individual asset). The Debtor believes that certain of its assets, including (a) goodwill and (b) intangibles, may have been significantly impaired by, among other things, the events leading to, and the commencement of, this chapter 11 case. The Debtor has not yet formally evaluated the appropriateness of the carrying values ascribed to its assets prior to the Petition Date.

3.  **Causes of Action**. Despite its reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action or potential causes of action against third parties as assets in the Schedules and Statements. The Debtor reserves all of its rights with respect to any Claim or cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, whether known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other right or theory of law (collectively, the "Causes of Action") it may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

4.   **Recharacterization**.  The Debtor has made reasonable efforts to correctly characterize, classify, categorize, and designate the Claims, assets, executory contracts, interests, and other items reported in the Schedules and Statements.  Nevertheless, the Debtor may not have accurately characterized, classified, categorized, or designated certain items.  The Debtor reserves all of its rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate.

5.   **Liabilities**.  The Debtor has sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.  The Debtor reserves the right to amend the Schedules and Statements as it deems appropriate in this regard.

6.   **Excluded Assets and Liabilities**.  The Debtor has excluded rejection damage Claims of counterparties to executory contracts that may be rejected, if any, to the extent such damage Claims exist.  In addition, certain immaterial or *de minimis* assets and liabilities may have been excluded.

7.   **Estimates**.  To prepare and file the Schedules and Statements in accordance with the deadline established in these chapter 11 cases, management may have made certain estimates and assumptions that affected the reported amounts of the Debtor's assets and liabilities.  The Debtor reserves all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions, if any.

8.   **Currency**.  The financial statements for the Debtor are recorded in United States currency.

9.   **Executory Contracts and Unexpired Leases**.  The Debtor has not set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtor's estate.  Rather, executory contracts and unexpired leases have been set forth solely on Schedule G.  Although the Debtor has made diligent attempts to properly identify the parties to each executory contract on Schedule G, it is possible that there are more counterparties to certain executory contracts on Schedule G than listed herein.  The Debtor reserves all of its rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.  In addition, although the Debtor has made diligent attempts to properly identify executory contracts, the inclusion of a contract on Schedule G does not constitute an admission as to the executory nature (or non-executory nature) of the contract, or an admission as to the existence or validity of any Claims held by the any counterparty to such contract.  Furthermore, while the Debtor has made diligent attempts to properly identify all executory contracts, inadvertent errors, omissions, or over inclusion may have occurred.

10.  **Insiders**.  The Debtor has attempted to include all payments made on or within twelve (12) months before the Petition Date to any individual or entity deemed an "insider."  An individual or entity may be an "insider" if such individual or entity, based on the totality

of the circumstances, has at least a controlling interest in, or exercises sufficient authority over, the Debtor so as to dictate corporate policy and the disposition of corporate assets.

The listing of a party as an "insider" or the inclusion of transactions with any party designated as such in the Schedules and Statements is made here to provide parties in interest with information and is not intended to be nor should be construed as a legal characterization of such party as an insider or to reflect any legal conclusions made by the Debtor and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved.  Furthermore, certain of the individuals identified above may not have been insiders for the entirety of the twelve (12)-month period, but the Debtor has included them herein out of an abundance of caution.  The Debtor reserves all rights with respect thereto. See Paragraph 22 for additional details.

11.  **Accounts Payable and Disbursement Systems**.  The Debtor does not maintain its own cash management system.  The Debtor's cash management system is controlled and managed by an affiliate debtor, CTN Holdings, Inc.  CTN Holdings, Inc. and other affiliated Debtors maintain a cash management system (the "Cash Management System") to collect and disburse funds in the ordinary course.  A more complete description of the Cash Management System is set forth in the *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Existing Cash Management System, (B) Pay or Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Their Bank Accounts, Existing Business Forms and Corporate Card Program, and (D) Implement Changes to the Existing Cash Management System as Necessary, (II) Waiving Deposit and Investment Requirements, (III) Allowing Intercompany Transactions and Affording Administrative Expense Priority to Postpetition Intercompany Claims, and (IV) Granting Related Relief* [Docket No. 5].

12.  **Totals**.  All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Schedules and Statements.  To the extent there are unknown, disputed, contingent, unliquidated, or otherwise undetermined amounts, the actual total may be different than the listed total.

13.  **Undetermined Amounts**.  The description of an amount as "unknown," "disputed," "contingent," "unliquidated," or "undetermined" is not intended to reflect upon the materiality of such amount.

14.  **Global Notes Control**.  In the event that the Schedules and Statements differ from these Global Notes, these Global Notes shall control.

**SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTOR'S SCHEDULES**

A.  **Schedule A/B – Real and Personal Property**

15.  **Item 21.**  Inventory for the Debtor consists primarily of carbon credits that were either created or earned through the normal course of the Debtor's business.  The Debtor makes

no representation regarding the current market value of the carbon credits and there has been no analysis of the Debtor's inventory to determine the market value of said inventory. The inventory accounts are reconciled by the Debtor at the end of each month based on new credits that have been received and credits that may have been sold, and it maintains an actual inventory count.  Prior to any market adjustments, the Debtor accounts for carbon credit at cost.

16.    **Item 74**.  Despite its commercially reasonable efforts to identify all known assets, the Debtor may not have listed all of its respective Causes of Action or potential Causes of Action against third parties as assets in Schedule A/B, Part 11, Item 74, including, but not limited to, Causes of Action arising under the Bankruptcy Code or any other applicable laws.  The Debtor and its  estate reserves all rights with respect to any claims and Causes of Action that it  may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims and Causes of Actions, or in any way waive, prejudice, impair, or otherwise affect the assertion of such claims and Causes of Action.

## B.    Schedule D – Creditors Who Have Claims Secured by Property

17.    The Debtor and its estate reserves its rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of the Debtor.  Moreover, although the Debtor may have scheduled Claims of various creditors as secured Claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's Claim.  Except as specifically stated herein or in the Schedules and Statements, real property lessors, utility companies, customers, and other parties which may hold security deposits have not been listed on Schedule D.  Moreover, the Debtor has not or may not have included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

By listing a party on Schedule D based on a UCC-1 filing, the Debtor is solely acknowledging that an interest has been asserted by the party that filed such UCC-1 filing, and does not concede that such party actually holds a perfected, unavoidable security interest in the asset that is the subject of such filing.  The Debtor reserves all rights with respect to all UCC-1 filings, as set forth in these Global Notes.  For the avoidance of doubt, Schedule D does not include Claims for which a lien was filed prepetition, but which was subsequently released postpetition.

No Claim set forth on Schedule D is intended to acknowledge Claims of creditors that are otherwise satisfied or discharged by other entities.  The descriptions provided in Schedule D are intended only as a summary.

Reference to the applicable contracts or loan agreements and related documents and applicable law is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.  Nothing in these Global Notes or the Schedules and

Statements shall be deemed a modification or interpretation of the terms of any of the Debtor's agreements.

The Debtor has made reasonable efforts to locate and identify guaranties in each of the secured financings, debt instruments, and other such agreements to which the Debtor is a party. The Debtor reserves its rights to amend its respective Schedules and Statements to the extent additional guaranties are identified or such guaranties are discovered to have expired or be unenforceable. In addition, the Debtor reserves the right to amend its respective Schedules and Statements and to re-characterize or reclassify any such contract or Claim, whether by amending the Schedules and Statements or in another appropriate filing.

During the three weeks immediately preceding the bankruptcy filing the senior secured creditor Inherent Aspiration, LLC provided $1.175M in protective advances that were rolled over into the DIP financing as set forth in *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Term Loan Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing and (VI) Granting Related Relief* [Docket No. 21]. These protective advances are included in Inherent Aspiration, LLC's stated pre-petition secured debt.

## C.     Schedule E/F – Creditors Who Have Unsecured Claims

18.     Unless otherwise specified, the amounts listed in Schedule E/F are listed as of the Petition Date.

*Part 1: Creditors Holding Priority Unsecured Claims*. The listing of any Claim on Schedule E/F does not constitute an admission by the Debtor that such Claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtor reserves all of its rights to dispute the amount and the priority status of any Claim on any basis at any time. Additionally, the Debtor did not list any Claims of any potential priority unsecured creditors whose Claims were satisfied in accordance with the First Day Orders, if any.

*Part 2: Creditors Holding Non-Priority Unsecured Claims*. The Debtor has used reasonable efforts to list all general unsecured Claims against the Debtor on Schedule E/F based upon the Debtor's existing books and records. However, additional Claims may exist.

Certain creditors listed on Schedule E/F may owe amounts to the Debtor or its affiliated Debtor entities, and as such, the Debtor may have valid setoff or recoupment rights with respect to such amounts. The amounts listed on Schedule E/F do not reflect any such right of setoff or recoupment rights, and the Debtor reserves all rights to assert any such setoff or recoupment rights. Additionally, certain creditors may assert liens against the Debtor for amounts listed on Schedule E/F. The Debtor reserves its  right to dispute or challenge

the validity, perfection, or immunity from avoidance of any lien by a creditor listed on Schedule E/F of the Debtor.

In addition, Schedule E/F does not include rejection damage Claims of the counterparties to the executory contracts that may be rejected, to the extent such damage Claims exist.

## D.   Schedule G – Executory Contracts

19.   While the Debtor's existing books, records, and financial systems have been relied upon to identify and schedule executory contracts of the Debtor, and although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or inclusions may have occurred. The Debtor does not make, and specifically disclaims, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G. The Debtor hereby reserves all of its rights to dispute the validity, status, or enforceability of any contract or agreement set forth in Schedule G and to amend or supplement Schedule G as necessary. The contracts and agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtor's use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract, without respect to whether such agreement, instrument, or other document is listed thereon.

The Debtor hereby reserves all of its rights, claims, and Causes of Action with respect to the contracts and agreements whether or not listed on Schedule G, including, but not limited to, all of its property rights, the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's Claim, to dispute the validity, status, or enforceability of any contract or agreement set forth in Schedule G, and to amend or supplement Schedule G as necessary. The inclusion of a contract on Schedule G does not constitute an admission as to the executory nature (or non-executory nature) of the contract, or an admission as to the existence or validity of any Claims held by the counterparty to such contract, and the Debtor reserves all rights in that regard, including, without limitation, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

In the ordinary course of business, the Debtor may have entered into confidentiality agreements. To the extent that such confidentiality agreements constitute executory contracts, they are not listed individually on Schedule G.

**SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTOR'S STATEMENTS**

20.    **Statement 1 and 2.**   The Debtor is a non-operating contracting entity used to hold investment in carbon projects for the benefit of its affiliated Debtor entities.  Therefore, the Debtor does not have income.

21.    **Statement 3:** The Debtor does not maintain a centralized banking system and does not maintain bank accounts.

22.    **Statement 4**.  The Debtor does not maintain a centralized banking system and does not maintain bank accounts.  Any payments made to an Insider have been listed and disclosed on the Statements of Schedules of the affiliate Debtor entity, CTN Holdings, Inc.

23.    **Statement 11.**  This Debtor and the affiliated Debtors in this jointly administered case required payments to bankruptcy professionals in the one year period prior to filing this chapter 11 case.  Out of an abundance of caution, all payments made to bankruptcy professionals listed in Statement 11 have been listed in each Debtor's Statement 11 in duplicate.  All payments made to professionals were made by Debtor CTN Holdings, Inc. for the benefit of all Debtors.  To bifurcate or allocate  professional fees between the Debtor entities would be unduly burdensome and not provide any incremental value to the estate of the Debtor entities.

24.    **Statement 26**.  From time to time, the Debtor provides financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing, and other reasons.  Recipients may include regulatory and tax agencies, financial institutions, investment banks, vendors, debtholders, legal and financial advisors and other parties in the two (2) years immediately before the Petition Date.  Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtor's knowledge or consent or subject to confidentiality agreements, the Debtor has not disclosed all parties that may have received such financial statements for the purposes of Question 26d.

25.    **Statement 27.**  The Debtor's inventory consists of various carbon credits. These carbon credits are maintained in the books and records of the Debtor on a cost basis.

**Fill in this information to identify the case:**

Debtor Name: In re : Carbon Sequestration III, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10918 (TMH)

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**

        Copy line 88 from *Schedule A/B* ........................................................................................

$         0.00

    1b. **Total personal property:**

        Copy line 91A from *Schedule A/B* ....................................................................................

$      17,954,228.45

    1c. **Total of all property:**

        Copy line 92 from *Schedule A/B* ........................................................................................

$      17,954,228.45

## Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ....................

$    103,088,030.43

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

        Copy the total claims from Part 1 from line 5a of *Schedule E/F* .............................................

$         0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**

        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ..................................

+ $      750,011.00

4. **Total liabilities**

    Lines 2 + 3a + 3b ....................................................................................................

$    103,838,041.43

**Fill in this information to identify the case:**

Debtor Name: In re : Carbon Sequestration III, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10918 (TMH)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.

   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**

   _____   $ _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)      Type of account      Last 4 digits of account number

   _____   _____   _____   $ _____

4. **Other cash equivalents** *(Identify all)*

   _____   $ _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $ _____ 0.00

Debtor: Carbon Sequestration III, LLC
_____
Name

Case number *(if known)*: 25-10918
_____

---

**Part 2:   Deposits and prepayments**

6.  **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7.  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

_____     $ _____

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

_____     $ _____

9.  **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ _____ 0.00

Debtor: Carbon Sequestration III, LLC
_____
Name

Case number *(if known)*:   25-10918

---

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | | Description | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | _____ | $ _____ | - $ | _____ | =..... ➜ | $ _____ |
| 11b. | Over 90 days old: | _____ | $ _____ | - $ | _____ | =..... ➜ | $ _____ |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ _____ 0.00

---

Debtor:  Carbon Sequestration III, LLC
Name

Case number *(if known)*:  25-10918

---

## Part 4: Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

_____  _____  $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                          % of ownership:

_____  _____  _____  $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

_____  _____  $ _____

17. **Total of Part 4.**

Add lines 14 through 16. Copy the total to line 83.

$ _____ 0.00

Debtor: Carbon Sequestration III, LLC

Name

Case number *(if known)*: 25-10918

---

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 None | | $ | | $ |
| **20. Work in progress** | | | | |
| 20.1 None | | $ | | $ |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 VCS/Northern Great Plains Regenerative Grazing Project | 4/30/2025 | $            52,496.00 | Cost | $            Undetermined |
| **22. Other inventory or supplies** | | | | |
| 22.1 None | | $ | | $ |

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$                    0.00

24. **Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Description_____ Book value $_____ Valuation method_____ Current value $_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

| Debtor: | Carbon Sequestration III, LLC | Case number *(if known):* | 25-10918 |
|---|---|---|---|
| | Name | | |

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    ☑ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

    $ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**
    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes.  Description_____ Book value $ _____ Valuation method _____ Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor: Carbon Sequestration III, LLC

Name

Case number *(if known)*: 25-10918

---

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | $ | | $ |
| **40.** **Office fixtures** | $ | | $ |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | $ | | $ |
| **42.** **Collectibles** *Examples:* Antiques and figurines; paintings,prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | $ | | $ |

**43.** **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$ _____ 0.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor: Carbon Sequestration III, LLC
_____
Name

Case number *(if known)*:   25-10918

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| | $ | | $ |
| **49. Aircraft and accessories** | | | |
| | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $ | | $ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ _____ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor: Carbon Sequestration III, LLC

Name

Case number *(if known)*: 25-10918

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $ _____ | _____ | $ _____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?`**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor: Carbon Sequestration III, LLC

Name

Case number *(if known)*: 25-10918

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| **61. Internet domain names and websites** | $ | | $ |
| **62. Licenses, franchises, and royalties** | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | $ | | $ |
| **64. Other intangibles, or intellectual property** | $ | | $ |
| **65. Goodwill** | $ | | $ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor: Carbon Sequestration III, LLC

Name

Case number *(if known):* 25-10918

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)              Total face amount              doubtful or uncollectible accounts

71.1 Notes Receivable -Native Contract    $    17,954,228.45    - $    0.00    =..... ➔ $    17,954,228.45

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

72.1 None              Tax year    $

73. **Interests in insurance policies or annuities**

73.1 None    $

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 Native, a Public Benefit Corporation    $    Undetermined

**Nature of claim**    Breach of Contract

**Amount requested**    $    21,883,333.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1 None    $

**Nature of claim**

**Amount requested**    $

76. **Trusts, equitable or future interests in property**

76.1 None    $

77. **Other property of any kind not already listed** *Examples*: Season tickets, country club membership

77.1 None    $

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $    17,954,228.45

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: Carbon Sequestration III, LLC
_____
Name

Case number *(if known)*: 25-10918

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ........................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 17,954,228.45 | |
| 91. **Total.** Add lines 80 through 90 for each column...............91a. | $ 17,954,228.45 | + 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............ | | $ 17,954,228.45 |

**Fill in this information to identify the case:**

Debtor Name: In re : Carbon Sequestration III, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10918 (TMH)

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.1 **Creditor's name**

AGO Special Situations Credit, LP
Creditor's Name

**Describe debtor's property that is subject to a lien**

All Company Assets

$    32,694,096.89    $    Undetermined

**Creditor's mailing address**

Joseph Sanberg
Notice Name

c/o Judd Burstein
Street

825 Third Avenue, 21st Floor

| New York | NY | 10022 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

jburstein@burlaw.com

**Date debt was incurred**    08/09/23 to 02/28/25

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.

    Junior Secured

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe the lien**

UCC

**Is the creditor an insider or related party?**

☐ No

☑ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors*(Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| Debtor: | Carbon Sequestration III, LLC | Case number *(if known):* | 25-10918 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.2 Creditor's name**

AGO Special Situations II LP

Creditor's Name

**Creditor's mailing address**

Joseph Sanberg

Notice Name

c/o Judd Burstein

Street

825 Third Avenue, 21st Floor

New York        NY        10022

City        State        ZIP Code

Country

**Creditor's email address, if known**

jburstein@burlaw.com

**Date debt was incurred**    7/12/23 to 12/08/23

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

  Junior Secured

  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

All Company Assets        $        700,000.00    $        Undetermined

**Describe the lien**

UCC

**Is the creditor an insider or related party?**

☐ No

☑ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* *(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| Debtor: | Carbon Sequestration III, LLC | | Case number *(if known):* | 25-10918 |
|---|---|---|---|---|
| | Name | | | |

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.3 Creditor's name**

AGO Special Situations, LP

Creditor's Name

**Creditor's mailing address**

Joseph Sanberg

Notice Name

c/o Judd Burstein

Street

825 Third Avenue, 21st Floor

| New York | NY | 10022 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

jburstein@burlaw.com

**Date debt was incurred**   7/31/2021

**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

  Senior Secured

  ☐ Yes. The relative priority of creditors is specified on lines

  _____

**Describe debtor's property that is subject to a lien**

All Company Assets   $    2,800,107.47  $    Undetermined

**Describe the lien**

UCC

**Is the creditor an insider or related party?**

☐ No

☑ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* *(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| Debtor: | Carbon Sequestration III, LLC | Case number *(if known):* | 25-10918 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that**<br>**supports this claim** |
|---|---|---|

2.4 **Creditor's name**

Harmony Holdings, LLC

Creditor's Name

**Creditor's mailing address**

Faisal AlHusseini

Notice Name

c/o Jessica Nall

Street

Baker McKenzie

101 California Avenue, Suite 4100

San Francisco    CA    94111

City    State    ZIP Code

Country

**Creditor's email address, if known**

falhusseini@hotmail.com

**Date debt was incurred**    8/15/2023

**Last 4 digits of account number**    _____

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

  Junior Secured

  ☐ Yes. The relative priority of creditors is specified on lines

  _____

**Describe debtor's property that is subject to a lien**

All Company Assets    $    2,307,945.21    $    Undetermined

**Describe the lien**

UCC

**Is the creditor an insider or related party?**

☐ No

☑ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| Debtor: | Carbon Sequestration III, LLC | Case number *(if known):* | 25-10918 |
|---|---|---|---|
| | Name | | |

| Part 1: | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|

2.5 **Creditor's name**

Inherent Aspiration, LLC

Creditor's Name

**Creditor's mailing address**

Michael Ellis

Notice Name

450 Lexington Avenue, #4503

Street

| New York | NY | 10022 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

michael@inherentgroup.com

**Date debt was incurred**   7/13/21 to 3/30/24

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.

   Senior Secured

   ☐ Yes. The relative priority of creditors is specified on lines

---

**Describe debtor's property that is subject to a lien**

All Company Assets      $ 47,577,948.80   $   Undetermined

**Describe the lien**

UCC

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor: | Carbon Sequestration III, LLC | Case number *(if known):* | 25-10918 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.6 Creditor's name**

Inherent Aspiration, LLC

Creditor's Name

**Creditor's mailing address**

Michael Ellis

Notice Name

450 Lexington Avenue, #4503

Street

| New York | NY | 10022 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

michael@inherentgroup.com

**Date debt was incurred**     7/13/21 to
                               3/30/24

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   Senior Secured

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

All Company Assets          $ 9,959,023.00    $    Undetermined

**Describe the lien**

UCC

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

| Debtor: | Carbon Sequestration III, LLC | Case number *(if known):* | 25-10918 |
|---|---|---|---|

Name

**Part 1:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|

**2.7 Creditor's name**

Long Live Bruce, LLC

Creditor's Name

**Creditor's mailing address**

Joseph Sanberg

Notice Name

c/o Judd Burstein

Street

825 Third Avenue, 21st Floor

| New York | NY | 10022 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

jburstein@burlaw.com

**Date debt was incurred**   7/13/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

- ☐ No
- ☒ Yes. Have you already specified the relative priority?
  - ☒ No. Specify each creditor, including this creditor, and its relative priority.
  
    Junior Secured
  - ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

All Company Assets      $    3,509,605.21   $    Undetermined

**Describe the lien**

UCC

**Is the creditor an insider or related party?**

- ☐ No
- ☒ Yes

**Is anyone else liable on this claim?**

- ☐ No
- ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Debtor: Carbon Sequestration III, LLC

Name

Case number *(if known):*   25-10918

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.8 **Creditor's name**

Lonsdale Group Limited

Creditor's Name

**Creditor's mailing address**

Joseph Sanberg

Notice Name

c/o Judd Burstein

Street

825 Third Avenue, 21st Floor

New York            NY            10022

City            State            ZIP Code

Country

**Creditor's email address, if known**

jburstein@burlaw.com

**Date debt was incurred**            8/13/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.

Junior Secured

☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

All Company Assets            $ 3,334,602.74   $ Undetermined

**Describe the lien**

UCC

**Is the creditor an insider or related party?**

☐ No

☑ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| Debtor: | Carbon Sequestration III, LLC | Case number *(if known):* | 25-10918 |
|---|---|---|---|
| | Name | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.9 **Creditor's name**

Mark Villanueva
Creditor's Name

**Creditor's mailing address**

Notice Name

333 Centre Street
Street

| South Orange | NJ | 07079 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    3/30/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   Senior Secured

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

All Company Assets                    $        40,940.22    $    Undetermined

**Describe the lien**

UCC

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor: Carbon Sequestration III, LLC
_____
Name

Case number *(if known):*  25-10918

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.10 **Creditor's name**

Zion Consulting and Advisory LLC
_____
Creditor's Name

**Creditor's mailing address**

Mike Meyer
_____
Notice Name

2940 Le Bateau Drive
_____
Street

_____

Palm Beach Gardens | FL | 33410
_____
City | State | ZIP Code

_____
Country

**Creditor's email address, if known**

mikemeyer@optonline.net

**Date debt was incurred**  3/12/2021

**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

  ☒ No. Specify each creditor, including this creditor, and its relative priority.

    Senior Secured
    _____

  ☐ Yes. The relative priority of creditors is specified on lines

  _____

**Describe debtor's property that is subject to a lien**

All Company Assets     $      163,760.89    $     Undetermined
_____

**Describe the lien**

UCC
_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out *Schedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$      103,088,030.43

**Part 2:**     List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|---|
| Morris Nichols Arsht & Tunnell, LLP<br>Name | | | Line 2.5 | |
| Robert J. Dehney, Sr. BK Counsel for Inherent<br>Notice Name | | | | |
| 1201 North Market Street, 16th Floor<br>Street | | | | |
| P.O. Box 1347 | | | | |
| Wilmington<br>City | DE<br>State | 19899-1347<br>ZIP Code | | |
| Country | | | | |
| Proskauer Rose, LP<br>Name | | | Line 2.5 | |
| Vinny Indelicato<br>Notice Name | | | | |
| Eleven Times Square<br>Street | | | | |
| Eighth Avenue & 41st Street | | | | |
| New York<br>City | NY<br>State | 10036-8299<br>ZIP Code | | |
| Country | | | | |
| Proskauer Rose, LP- Counsel for Inherant<br>Name | | | Line 2.5 | |
| Philip Kaminski<br>Notice Name | | | | |
| Eleven Times Square<br>Street | | | | |
| Eighth Avenue & 41st Street | | | | |
| New York<br>City | NY<br>State | 10036-8299<br>ZIP Code | | |
| Country | | | | |

**Fill in this information to identify the case:**

Debtor Name: In re : Carbon Sequestration III, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10918 (TMH)

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

☒ No. Go to Part 2.

☐ Yes. Go to Line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | Total claim | Priority amount |
|---|---|---|
| 2.1 **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: $ | $ |

*Check all that apply.*

Creditor Name

☐ Contingent

Creditor's Notice name

☐ Unliquidated

☐ Disputed

Address

**Basis for the claim:**

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) ( )

☐ Yes

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

3.1 **Nonpriority creditor's name and mailing address**

Mission Financial Partners
Creditor Name


Creditor's Notice name

1 Embarcadero Center
Address

Suite 800


| San Francisco | CA | 94111 |
|---|---|---|
| City | State | ZIP Code |


Country

**Date or dates debt was incurred**
10/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ _____ 750,011.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Contract Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**
**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | Line | |
| Name | ☐ Not Listed.Explain | |
| Notice Name | | |
| Street | | |
| | | |
| | | |
| City          State          ZIP Code | | |
| Country | | |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 750,011.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 750,011.00 |

**Fill in this information to identify the case:**

Debtor Name: In re : Carbon Sequestration III, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10918 (TMH)

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐  No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑  Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Carbon Credit Purchase Agreement | Mission Financial Partners LLC |
| | | | Name |
| | | | Notice Name |
| | | | 1 Embarcadero Ctr |
| | State the term remaining | Until Terminated | Address |
| | | | Suite 800 |
| | List the contract number of any government contract | | |

| City | State | ZIP Code |
|---|---|---|
| San Francisco | CA | 94111-3666 |

Country

**Fill in this information to identify the case:**

Debtor Name: In re : Carbon Sequestration III, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10918 (TMH)

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Aspiration Card Services, LLC | 548 Market Street<br>Street<br>PMB 72015 | AGO Special Situations Credit, LP | ☑ D |
| | | | ☐ E/F |
| | | | ☐ G |
| | San Francisco / CA / 94104-5401<br>City / State / ZIP Code<br>Country | | |
| 2.2 Aspiration Card Services, LLC | 548 Market Street<br>Street<br>PMB 72015 | AGO Special Situations II LP | ☑ D |
| | | | ☐ E/F |
| | | | ☐ G |
| | San Francisco / CA / 94104-5401<br>City / State / ZIP Code<br>Country | | |

Debtor: Carbon Sequestration III, LLC

Name

Case number *(if known)*:    25-10918

| 2.3 | Aspiration Card Services, LLC | 548 Market Street | | | Harmony Holdings, LLC | ☑ D |
| | | Street | | | | |
| | | PMB 72015 | | | | ☐ E/F |
| | | | | | | |
| | | | | | | ☐ G |
| | | | | | | |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | | | | | |
| | | Country | | | | |

| 2.4 | Aspiration Card Services, LLC | 548 Market Street | | | Long Live Bruce, LLC | ☑ D |
| | | Street | | | | |
| | | PMB 72015 | | | | ☐ E/F |
| | | | | | | |
| | | | | | | ☐ G |
| | | | | | | |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | | | | | |
| | | Country | | | | |

| 2.5 | Aspiration Insurance Agency, LLC | 548 Market Street | | | AGO Special Situations Credit, LP | ☑ D |
| | | Street | | | | |
| | | PMB 72015 | | | | ☐ E/F |
| | | | | | | |
| | | | | | | ☐ G |
| | | | | | | |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | | | | | |
| | | Country | | | | |

| 2.6 | Aspiration Insurance Agency, LLC | 548 Market Street | | | AGO Special Situations II LP | ☑ D |
| | | Street | | | | |
| | | PMB 72015 | | | | ☐ E/F |
| | | | | | | |
| | | | | | | ☐ G |
| | | | | | | |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | | | | | |
| | | Country | | | | |

| 2.7 | Aspiration Insurance Agency, LLC | 548 Market Street | | | Harmony Holdings, LLC | ☑ D |
| | | Street | | | | |
| | | PMB 72015 | | | | ☐ E/F |
| | | | | | | |
| | | | | | | ☐ G |
| | | | | | | |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | | | | | |
| | | Country | | | | |

Debtor: Carbon Sequestration III, LLC
Name

Case number *(if known):* 25-10918

| 2.8 | Aspiration Insurance Agency, LLC | 548 Market Street | | | Long Live Bruce, LLC | ☑ D |
| | | Street | | | | |
| | | PMB 72015 | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.9 | Aspiration QFZ, LLC | 548 Market Street | | | AGO Special Situations Credit, LP | ☑ D |
| | | Street | | | | |
| | | PMB 72015 | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.10 | Aspiration QFZ, LLC | 548 Market Street | | | AGO Special Situations II LP | ☑ D |
| | | Street | | | | |
| | | PMB 72015 | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.11 | Aspiration QFZ, LLC | 548 Market Street | | | AGO Special Situations, LP | ☑ D |
| | | Street | | | | |
| | | PMB 72015 | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.12 | Aspiration QFZ, LLC | 548 Market Street | | | Harmony Holdings, LLC | ☑ D |
| | | Street | | | | |
| | | PMB 72015 | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

Debtor:  Carbon Sequestration III, LLC
Name

Case number *(if known):*  25-10918

| 2.13 | Aspiration QFZ, LLC | 548 Market Street | | | Inherent Aspiration, LLC | ☑ D |
| | | Street | | | | |
| | | PMB 72015 | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.14 | Aspiration QFZ, LLC | 548 Market Street | | | Long Live Bruce, LLC | ☑ D |
| | | Street | | | | |
| | | PMB 72015 | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.15 | Aspiration QFZ, LLC | 548 Market Street | | | Mark Villanueva | ☑ D |
| | | Street | | | | |
| | | PMB 72015 | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.16 | Aspiration QFZ, LLC | 548 Market Street | | | Zion Consulting and Advisory LLC | ☑ D |
| | | Street | | | | |
| | | PMB 72015 | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.17 | Aspiration Sustainable Impact Services, LLC | 548 Market Street | | | AGO Special Situations Credit, LP | ☑ D |
| | | Street | | | | |
| | | PMB 72015 | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

Debtor: Carbon Sequestration III, LLC
Name

Case number *(if known)*: 25-10918

| 2.18 | Aspiration Sustainable Impact Services, LLC | 548 Market Street | | | AGO Special Situations II LP | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.19 | Aspiration Sustainable Impact Services, LLC | 548 Market Street | | | Harmony Holdings, LLC | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.20 | Aspiration Sustainable Impact Services, LLC | 548 Market Street | | | Long Live Bruce, LLC | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.21 | Carbon Sequestration I, LLC | 548 Market Street | | | AGO Special Situations Credit, LP | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.22 | Carbon Sequestration I, LLC | 548 Market Street | | | AGO Special Situations II LP | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

Debtor: Carbon Sequestration III, LLC

Name

Case number *(if known):*  25-10918

| 2.23 | Carbon Sequestration I, LLC | 548 Market Street | | AGO Special Situations, LP | ☑ D |
| | | Street | | | ☐ E/F |
| | | PMB 72015 | | | |
| | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | |
| | | City | State | ZIP Code | |
| | | Country | | | |

| 2.24 | Carbon Sequestration I, LLC | 548 Market Street | | Harmony Holdings, LLC | ☑ D |
| | | Street | | | ☐ E/F |
| | | PMB 72015 | | | |
| | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | |
| | | City | State | ZIP Code | |
| | | Country | | | |

| 2.25 | Carbon Sequestration I, LLC | 548 Market Street | | Inherent Aspiration, LLC | ☑ D |
| | | Street | | | ☐ E/F |
| | | PMB 72015 | | | |
| | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | |
| | | City | State | ZIP Code | |
| | | Country | | | |

| 2.26 | Carbon Sequestration I, LLC | 548 Market Street | | Long Live Bruce, LLC | ☑ D |
| | | Street | | | ☐ E/F |
| | | PMB 72015 | | | |
| | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | |
| | | City | State | ZIP Code | |
| | | Country | | | |

| 2.27 | Carbon Sequestration I, LLC | 548 Market Street | | Mark Villanueva | ☑ D |
| | | Street | | | ☐ E/F |
| | | PMB 72015 | | | |
| | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | |
| | | City | State | ZIP Code | |
| | | Country | | | |

Debtor: Carbon Sequestration III, LLC
Name

Case number *(if known)*    25-10918

| 2.28 | Carbon Sequestration I, LLC | 548 Market Street | | Zion Consulting and Advisory LLC | ☑ D |
|---|---|---|---|---|---|
| | | Street | | | |
| | | PMB 72015 | | | ☐ E/F |
| | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | |
| | | City | State | ZIP Code | |
| | | Country | | | |

| 2.29 | Carbon Sequestration II, LLC | 548 Market Street | | AGO Special Situations, LP | ☑ D |
|---|---|---|---|---|---|
| | | Street | | | |
| | | PMB 72015 | | | ☐ E/F |
| | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | |
| | | City | State | ZIP Code | |
| | | Country | | | |

| 2.30 | Carbon Sequestration II, LLC | 548 Market Street | | Inherent Aspiration, LLC | ☑ D |
|---|---|---|---|---|---|
| | | Street | | | |
| | | PMB 72015 | | | ☐ E/F |
| | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | |
| | | City | State | ZIP Code | |
| | | Country | | | |

| 2.31 | Carbon Sequestration II, LLC | 548 Market Street | | Mark Villanueva | ☑ D |
|---|---|---|---|---|---|
| | | Street | | | |
| | | PMB 72015 | | | ☐ E/F |
| | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | |
| | | City | State | ZIP Code | |
| | | Country | | | |

| 2.32 | Carbon Sequestration II, LLC | 548 Market Street | | Zion Consulting and Advisory LLC | ☑ D |
|---|---|---|---|---|---|
| | | Street | | | |
| | | PMB 72015 | | | ☐ E/F |
| | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | |
| | | City | State | ZIP Code | |
| | | Country | | | |

Debtor:  Carbon Sequestration III, LLC
Name

Case number *(if known)*:    25-10918

| | | | | |
|---|---|---|---|---|
| 2.33 Catona Climate Solutions, LLC | 548 Market Street | | AGO Special Situations Credit, LP | ☑ D |
| | Street | | | ☐ E/F |
| | PMB 72015 | | | ☐ G |
| | San Francisco | CA | 94104-5401 | |
| | City | State | ZIP Code | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 2.34 Catona Climate Solutions, LLC | 548 Market Street | | AGO Special Situations II LP | ☑ D |
| | Street | | | ☐ E/F |
| | PMB 72015 | | | ☐ G |
| | San Francisco | CA | 94104-5401 | |
| | City | State | ZIP Code | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 2.35 Catona Climate Solutions, LLC | 548 Market Street | | AGO Special Situations, LP | ☑ D |
| | Street | | | ☐ E/F |
| | PMB 72015 | | | ☐ G |
| | San Francisco | CA | 94104-5401 | |
| | City | State | ZIP Code | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 2.36 Catona Climate Solutions, LLC | 548 Market Street | | Harmony Holdings, LLC | ☑ D |
| | Street | | | ☐ E/F |
| | PMB 72015 | | | ☐ G |
| | San Francisco | CA | 94104-5401 | |
| | City | State | ZIP Code | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 2.37 Catona Climate Solutions, LLC | 548 Market Street | | Inherent Aspiration, LLC | ☑ D |
| | Street | | | ☐ E/F |
| | PMB 72015 | | | ☐ G |
| | San Francisco | CA | 94104-5401 | |
| | City | State | ZIP Code | |
| | Country | | | |

Debtor: Carbon Sequestration III, LLC

Name

Case number *(if known):*   25-10918

| 2.38 | Catona Climate Solutions, LLC | 548 Market Street | | | Long Live Bruce, LLC | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.39 | Catona Climate Solutions, LLC | 548 Market Street | | | Mark Villanueva | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.40 | Catona Climate Solutions, LLC | 548 Market Street | | | Zion Consulting and Advisory LLC | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.41 | CTN Holdings, Inc. | 548 Market Street | | | AGO Special Situations Credit, LP | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.42 | CTN Holdings, Inc. | 548 Market Street | | | AGO Special Situations II LP | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

Schedule H: Codebtors

Debtor: Carbon Sequestration III, LLC

Name

Case number *(if known):*  25-10918

| 2.43 | CTN Holdings, Inc. | 548 Market Street | | | AGO Special Situations, LP | ☑ D |
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.44 | CTN Holdings, Inc. | 548 Market Street | | | Harmony Holdings, LLC | ☑ D |
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.45 | CTN Holdings, Inc. | 548 Market Street | | | Inherent Aspiration, LLC | ☑ D |
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.46 | CTN Holdings, Inc. | 548 Market Street | | | Long Live Bruce, LLC | ☑ D |
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.47 | CTN Holdings, Inc. | 548 Market Street | | | Mark Villanueva | ☑ D |
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

Debtor: Carbon Sequestration III, LLC

Name

Case number *(if known)*: 25-10918

| 2.48 | CTN Holdings, Inc. | 548 Market Street | | | Zion Consulting and Advisory LLC | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.49 | Develop, LLC | 548 Market Street | | | AGO Special Situations Credit, LP | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.50 | Develop, LLC | 548 Market Street | | | AGO Special Situations II LP | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.51 | Develop, LLC | 548 Market Street | | | Harmony Holdings, LLC | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.52 | Develop, LLC | 548 Market Street | | | Long Live Bruce, LLC | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

Debtor: Carbon Sequestration III, LLC
Name

Case number *(if known)*: 25-10918

| 2.53 | Make Earth Green Again, LLC | 548 Market Street | AGO Special Situations Credit, LP | ☑ D |
|---|---|---|---|---|
| | | Street | | ☐ E/F |
| | | PMB 72015 | | |
| | | | | ☐ G |
| | | San Francisco    CA    94104-5401 | | |
| | | City    State    ZIP Code | | |
| | | Country | | |

| 2.54 | Make Earth Green Again, LLC | 548 Market Street | AGO Special Situations II LP | ☑ D |
|---|---|---|---|---|
| | | Street | | ☐ E/F |
| | | PMB 72015 | | |
| | | | | ☐ G |
| | | San Francisco    CA    94104-5401 | | |
| | | City    State    ZIP Code | | |
| | | Country | | |

| 2.55 | Make Earth Green Again, LLC | 548 Market Street | AGO Special Situations, LP | ☑ D |
|---|---|---|---|---|
| | | Street | | ☐ E/F |
| | | PMB 72015 | | |
| | | | | ☐ G |
| | | San Francisco    CA    94104-5401 | | |
| | | City    State    ZIP Code | | |
| | | Country | | |

| 2.56 | Make Earth Green Again, LLC | 548 Market Street | Harmony Holdings, LLC | ☑ D |
|---|---|---|---|---|
| | | Street | | ☐ E/F |
| | | PMB 72015 | | |
| | | | | ☐ G |
| | | San Francisco    CA    94104-5401 | | |
| | | City    State    ZIP Code | | |
| | | Country | | |

| 2.57 | Make Earth Green Again, LLC | 548 Market Street | Inherent Aspiration, LLC | ☑ D |
|---|---|---|---|---|
| | | Street | | ☐ E/F |
| | | PMB 72015 | | |
| | | | | ☐ G |
| | | San Francisco    CA    94104-5401 | | |
| | | City    State    ZIP Code | | |
| | | Country | | |

Debtor: Carbon Sequestration III, LLC
Name

Case number *(if known):*    25-10918

| 2.58 | Make Earth Green Again, LLC | 548 Market Street | Long Live Bruce, LLC | ☑ D |

Street
PMB 72015

☐ E/F

☐ G

| San Francisco | CA | 94104-5401 |
| City | State | ZIP Code |

Country

| 2.59 | Make Earth Green Again, LLC | 548 Market Street | Mark Villanueva | ☑ D |

Street
PMB 72015

☐ E/F

☐ G

| San Francisco | CA | 94104-5401 |
| City | State | ZIP Code |

Country

| 2.60 | Make Earth Green Again, LLC | 548 Market Street | Zion Consulting and Advisory LLC | ☑ D |

Street
PMB 72015

☐ E/F

☐ G

| San Francisco | CA | 94104-5401 |
| City | State | ZIP Code |

Country

| 2.61 | Reforestation Initiatives I, LLC | 548 Market Street | AGO Special Situations Credit, LP | ☑ D |

Street
PMB 72015

☐ E/F

☐ G

| San Francisco | CA | 94104-5401 |
| City | State | ZIP Code |

Country

| 2.62 | Reforestation Initiatives I, LLC | 548 Market Street | AGO Special Situations II LP | ☑ D |

Street
PMB 72015

☐ E/F

☐ G

| San Francisco | CA | 94104-5401 |
| City | State | ZIP Code |

Country

Debtor: Carbon Sequestration III, LLC

Name

Case number *(if known)*: 25-10918

| 2.63 | Reforestation Initiatives I, LLC | 548 Market Street | | | AGO Special Situations, LP | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.64 | Reforestation Initiatives I, LLC | 548 Market Street | | | Harmony Holdings, LLC | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.65 | Reforestation Initiatives I, LLC | 548 Market Street | | | Inherent Aspiration, LLC | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.66 | Reforestation Initiatives I, LLC | 548 Market Street | | | Long Live Bruce, LLC | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.67 | Reforestation Initiatives I, LLC | 548 Market Street | | | Mark Villanueva | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | PMB 72015 | | | | |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

Debtor: Carbon Sequestration III, LLC
Name

Case number *(if known)*: 25-10918

| 2.68 | Reforestation Initiatives I, LLC | 548 Market Street | | | Zion Consulting and Advisory LLC | ☑ D |
| | | Street | | | | |
| | | PMB 72015 | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.69 | Reforestation Initiatives II, LLC | 548 Market Street | | | AGO Special Situations, LP | ☑ D |
| | | Street | | | | |
| | | PMB 72015 | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.70 | Reforestation Initiatives II, LLC | 548 Market Street | | | Inherent Aspiration, LLC | ☑ D |
| | | Street | | | | |
| | | PMB 72015 | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.71 | Reforestation Initiatives II, LLC | 548 Market Street | | | Mark Villanueva | ☑ D |
| | | Street | | | | |
| | | PMB 72015 | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.72 | Reforestation Initiatives II, LLC | 548 Market Street | | | Zion Consulting and Advisory LLC | ☑ D |
| | | Street | | | | |
| | | PMB 72015 | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | San Francisco | CA | 94104-5401 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

Debtor: Carbon Sequestration III, LLC

Name

Case number *(if known):*   25-10918

| | | | |
|---|---|---|---|
| 2.73 Zero Carbon Holdings, LLC | 548 Market Street | AGO Special Situations, LP | ☑ D |
| | Street | | |
| | PMB 72015 | | ☐ E/F |
| | | | |
| | | | ☐ G |
| | San Francisco | CA | 94104-5401 | |
| | City | State | ZIP Code | |
| | Country | | |

| | | | |
|---|---|---|---|
| 2.74 Zero Carbon Holdings, LLC | 548 Market Street | Inherent Aspiration, LLC | ☑ D |
| | Street | | |
| | PMB 72015 | | ☐ E/F |
| | | | |
| | | | ☐ G |
| | San Francisco | CA | 94104-5401 | |
| | City | State | ZIP Code | |
| | Country | | |

| | | | |
|---|---|---|---|
| 2.75 Zero Carbon Holdings, LLC | 548 Market Street | Mark Villanueva | ☑ D |
| | Street | | |
| | PMB 72015 | | ☐ E/F |
| | | | |
| | | | ☐ G |
| | San Francisco | CA | 94104-5401 | |
| | City | State | ZIP Code | |
| | Country | | |

| | | | |
|---|---|---|---|
| 2.76 Zero Carbon Holdings, LLC | 548 Market Street | Zion Consulting and Advisory LLC | ☑ D |
| | Street | | |
| | PMB 72015 | | ☐ E/F |
| | | | |
| | | | ☐ G |
| | San Francisco | CA | 94104-5401 | |
| | City | State | ZIP Code | |
| | Country | | |

**Fill in this information to identify the case:**

Debtor Name: In re : Carbon Sequestration III, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10918 (TMH)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/30/2025
              MM / DD / YYYY

✖ / s / Miles Staglik
Signature of individual signing on behalf of debtor

Miles Staglik
Printed name

Chief Restructuring Officer
Position or relationship to debtor