IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CTN HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10603 (TMH)<br><br>(Jointly Administered)<br><br>Related Docket Nos. 211 & 263 |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS'
PROPOSED SALE ORDER**

The undersigned hereby certifies as follows:

1. On May 22, 2025, the above-captioned debtors and debtors in possession (the "Debtors") filed *Notice of Filing Proposed Sale Order* [Docket No. 211] (the "Proposed Sale Order"), with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. On June 1, 2025, the Debtors filed the *Notice of Filing of Revised Proposed Sale Order* (the "Revised Sale Order") [Docket No. 263] with the Court.

3. Following the filing of the Revised Sale Order, counsel to TREES for the Future ("TREES") had informal comments to the Revised Sale Order.

4. The Debtors made additional revisions to the Revised Sale Order based upon the Court's findings of fact and conclusions of law made at the June 2, 2025, hearing before the Court to consider the approval Revised Sale Order (the "Sale Hearing").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are CTN Holdings, Inc. (9122), CTN SPV Holdings, LLC (8689), Make Earth Green Again, LLC (4441), Aspiration QFZ, LLC (1532), Aspiration Fund Adviser, LLC (4214), Catona Climate Solutions, LLC (3375), Zero Carbon Holdings, LLC (1679), and Carbon Sequestration III, LLC (2344). The mailing address for the Debtors is 548 Market Street, PMB 72015, San Francisco, CA 94104-5401.

5. Attached as **Exhibit A** hereto is the further revised Sale Order (the "Further Revised Sale Order") that addresses the comments presented by TREES and the Court's findings of fact and conclusions of law at the Sale Hearing.

6. For the convenience of the Court and all parties in interest, a redline of the Further Revised Order marked against the Revised Sale Order is attached hereto as **Exhibit B**.

7. The Further Revised Sale Order has been circulated to the Official Committee of Unsecured Creditors, the United States Trustee, the stalking horse bidder Inherent Aspiration, LLC, and TREES, each of which do not oppose the entry of the Further Revised Sale Order.

**WHEREFORE**, the Debtors respectfully request that the Further Revised Sale Order, substantially in the form attached hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: June 3, 2025  Respectfully submitted,
Wilmington, Delaware

/s/ *Bradley P. Lehman*
**WHITEFORD, TAYLOR & PRESTON LLC**[2]
William F. Taylor, Jr. (DE No. 2936)
Bradley P. Lehman (DE No. 5921)
600 North King Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 353-4144
Facsimile: (302) 661-7950
Email: wtaylor@whitefordlaw.com
         blehman@whitefordlaw.com

---

[2] Whiteford, Taylor & Preston operates as Whiteford, Taylor & Preston LLC in Delaware.

-and-

**WHITEFORD, TAYLOR & PRESTON, L.L.P.**
David W. Gaffey (admitted *pro hac vice*)
Brandy M. Rapp (admitted *pro hac vice*)
J. Daniel Vorsteg (admitted *pro hac vice*)
Joshua D. Stiff (admitted *pro hac vice*)
Alexandra G. DeSimone (admitted *pro hac vice*)
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042-4510
Telephone: (703) 280-9260
Email: dgaffey@whitefordlaw.com
         brapp@whitefordlaw.com
         jdvorsteg@whitefordlaw.com
         jstiff@whitefordlaw.com
         adesimone@whitefordlaw.com

*Counsel to the Debtors and Debtors in Possession*