Claims Register by Number

| Date Filed | Claim No. | Creditor Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/31/2025 | 1 | Massachusetts Department of Revenue | Attn Bankruptcy Unit | PO Box 7090 | | Boston | MA | 02204-7090 | | $424.00 | Priority | | | | CTN Holdings, Inc. | 25-10603 |
| 04/14/2025 | 2 | Missouri Department of Revenue | | PO Box 475 | | Jefferson City | MO | 65105 | | $59.77 | Priority | | | | CTN Holdings, Inc. | 25-10603 |
| 04/14/2025 | 3 | Missouri Department of Revenue | | PO Box 475 | | Jefferson City | MO | 65105 | | $1,564.76 | General Unsecured | | | | CTN Holdings, Inc. | 25-10603 |
| 04/14/2025 | 3 | Missouri Department of Revenue | | PO Box 475 | | Jefferson City | MO | 65105 | | $7,914.37 | Priority | | | | CTN Holdings, Inc. | 25-10603 |
| 05/05/2025 | 4 | 8020 Consulting LLC | | 6303 Owensmouth Ave., 10th Floor | | Woodland Hills | CA | 91367 | | $11,042.50 | General Unsecured | | | | Aspiration QFZ, LLC | 25-10609 |
| 05/07/2025 | 5 | Department of Treasury - Internal Revenue Service | Internal Revenue Service | PO Box 7346 | | Philadelphia | PA | 19101-7346 | | $60,041.69 | General Unsecured | | | | CTN Holdings, Inc. | 25-10603 |
| 05/07/2025 | 5 | Department of Treasury - Internal Revenue Service | Internal Revenue Service | PO Box 7346 | | Philadelphia | PA | 19101-7346 | | $17,312.60 | Priority | | | | CTN Holdings, Inc. | 25-10603 |
| 05/16/2025 | 6 | Mitchell Silberberg & Knupp LLP | | 2049 Century Park East 18th Floor | | Los Angeles | CA | 90067 | | $2,310.50 | General Unsecured | | | | CTN Holdings, Inc. | 25-10603 |
| 05/16/2025 | 7 | Sandline Discovery, LLC | c/o Kristen Reilly, Esquire | Combs and Taylor LLP | 2101 L Street NW, Ste 300 | Washington | DC | 20037 | | $490,038.90 | General Unsecured | | | | CTN Holdings, Inc. | 25-10603 |
| 05/19/2025 | 8 | Cole Robert Hillis | Robert A. Simon | 301 Commerce Street, Suite 3500 | | Fort Worth | TX | 76102 | | $250,000.00 | General Unsecured | | | | CTN Holdings, Inc. | 25-10603 |
| 05/20/2025 | 9 | Camuti Law Group APC | Nathan Camuti | 33 Brookline | | Aliso Viejo | CA | 92656 | | $93,679.59 | General Unsecured | | | | CTN Holdings, Inc. | 25-10603 |
| 05/20/2025 | 10 | Donnelley Financial Solutions | Jamie Toombs | 391 Steel Way | | Lancaster | PA | 17601 | | $720,220.06 | General Unsecured | | | | CTN Holdings, Inc. | 25-10603 |
| 05/20/2025 | 11 | CAB Assignee of LinkedIn | | 4340 Fulton Avenue, Third Fl. | | Sherman Oaks | CA | 91423 | | $52,764.56 | General Unsecured | | | | Aspiration QFZ, LLC | 25-10609 |
| 05/21/2025 | 12 | Illinois Department of Revenue | Illinois Department of Revenue Bankruptcy Section | PO Box 19035 | | Springfield | IL | 62794-9035 | | $159.28 | General Unsecured | | | | CTN Holdings, Inc. | 25-10603 |
| 05/21/2025 | 13 | Pearl Media Holdings, LLC | Jerrold S. Kulback | Archer and Greiner, P.C. | 1025 Laurel Oak Road | Voorhees | NJ | 08043 | | $382,000.00 | General Unsecured | | | | CTN Holdings, Inc. | 25-10603 |
| 05/27/2025 | 14 | FactSet Research Systems Inc. | Danielle Friedel | 45 Glover Avenue | | Norwalk | CT | 06850 | | $25,587.25 | General Unsecured | | | | Aspiration Fund Adviser, LLC | 25-10613 |
| 05/30/2025 | 15 | Arizona Department of Revenue | Office of the Arizona Attorney General - BCE | 2005 N Central Ave Suite 100 | | Phoenix | AZ | 85004 | | $11.25 | General Unsecured | | | | CTN Holdings, Inc. | 25-10603 |
| 05/30/2025 | 15 | Arizona Department of Revenue | Office of the Arizona Attorney General - BCE | 2005 N Central Ave Suite 100 | | Phoenix | AZ | 85004 | | $111.01 | Priority | | | | CTN Holdings, Inc. | 25-10603 |
| 06/02/2025 | 16 | Franchise Tax Board | | Bankruptcy Section MS A340 | PO Box 2952 | Sacramento | CA | 95812-2952 | | $800.00 | Priority | | | | Make Earth Green Again, LLC | 25-10607 |
| 06/02/2025 | 17 | Franchise Tax Board | | Bankruptcy Section MS A340 | PO Box 2952 | Sacramento | CA | 95812-2952 | | $800.00 | Priority | | | | CTN Holdings, Inc. | 25-10603 |
| 06/03/2025 | 18 | Franchise Tax Board | | Bankruptcy Section MS A340 | PO Box 2952 | Sacramento | CA | 95812-2952 | | $127.41 | General Unsecured | | | | Make Earth Green Again, LLC | 25-10607 |
| 06/03/2025 | 18 | Franchise Tax Board | | Bankruptcy Section MS A340 | PO Box 2952 | Sacramento | CA | 95812-2952 | | $46.03 | Priority | | | | Make Earth Green Again, LLC | 25-10607 |
| 06/03/2025 | 19 | Keesal, Young and Logan | Marilyn Whitcomb | 310 Golden Shore Ste. 400 | | Long Beach | CA | 90802 | | $148,505.57 | General Unsecured | | | | CTN Holdings, Inc. | 25-10603 |
| 06/04/2025 | 20 | Michael Shuckerow | | Address on File | | | | | | $670,125.00 | General Unsecured | | | | CTN Holdings, Inc. | 25-10603 |
| 06/04/2025 | 21 | WNS Global Services (UK) International Limited | | Acre House | 11-15 William Road | London | | NW1 3ER | United Kingdom | $156,184.00 | General Unsecured | | | | CTN Holdings, Inc. | 25-10603 |
| 06/09/2025 | 22 | Socure Inc. | | 885 Tahoe Blvd | Suite 11 | Incline Village | NV | 89451 | | $5,872,885.73 | General Unsecured | | | | CTN Holdings, Inc. | 25-10603 |
| 06/09/2025 | 23 | Davis Wright Tremaine LLP | Margie Laketa | 920 Fifth Avenue Suite 3300 | | Seattle | WA | 98104 | | $609,791.50 | General Unsecured | | | | CTN Holdings, Inc. | 25-10603 |
| 06/10/2025 | 24 | Clarity AI Inc | | 379 West Broadway, 5th Floor, Office 550 | | New York | NY | 10012 | | $600,000.00 | General Unsecured | | | | Aspiration QFZ, LLC | 25-10609 |
| 06/12/2025 | 25 | Oregon Department of Revenue | | 955 Center st NE | | Salem | OR | 97301-2555 | | $30,987.40 | General Unsecured | | | | CTN Holdings, Inc. | 25-10603 |
| 06/12/2025 | 25 | Oregon Department of Revenue | | 955 Center st NE | | Salem | OR | 97301-2555 | | $117.70 | Priority | | | | CTN Holdings, Inc. | 25-10603 |
| 06/16/2025 | 26 | State of New Jersey- Division of Taxation Bankruptcy Unit | Stephanie Harle | PO Box 245 | | Trenton | NJ | 08695 | | $4,694.15 | Priority | | | | CTN Holdings, Inc. | 25-10603 |
| 06/18/2025 | 27 | LPF Marina Park Venture, LLC | Charles McClure, Regional VP | 3335 South Susan Street, Suite 250 | | Costa Mesa | CA | 92626 | | $969,061.48 | General Unsecured | | | | CTN Holdings, Inc. | 25-10603 |
| 06/18/2025 | 28 | InterPrivate III Financial Partners Inc. | Brandon Bentley | 290 6th Avenue, 5H | | New York | NY | 10014 | | $7,000,000.00 | General Unsecured | | | | CTN Holdings, Inc. | 25-10603 |
| 06/23/2025 | 29 | Tycksen & Shattuck LLC | | 12401 South 450 East, Suite E1 | | Draper | UT | 84020 | | $1,411.00 | General Unsecured | | | | CTN Holdings, Inc. | 25-10603 |
| 06/26/2025 | 30 | Tennessee Department of Revenue | c/o Attorney General | PO Box 20207 | | Nashville | TN | 37202-0207 | | $4,186.00 | Priority | | | | CTN Holdings, Inc. | 25-10603 |
| 07/01/2025 | 31 | Texas Comptroller of Public Accounts | Office of the Attorney General Bankruptcy & Collections Division | PO Box 12548, MC-008 | | Austin | TX | 78711 | | $9,764.49 | Priority | | | | CTN Holdings, Inc. | 25-10603 |
| 07/01/2025 | 32 | California Department of Tax and Fee Administration | | PO Box 942879 | | Sacramento | CA | 94279-0029 | | $1,407.08 | Priority | | | | CTN Holdings, Inc. | 25-10603 |
| 07/01/2025 | 33 | Franchise Tax Board | | Bankruptcy Section MS A340 | PO Box 2952 | Sacramento | CA | 95812-2952 | | $800.00 | Priority | | | | Aspiration Fund Adviser, LLC | 25-10613 |
| 07/01/2025 | 34 | NM Taxation & Revenue Department | | PO Box 8575 | | Albuquerque | NM | 87198-8575 | | $2,785.00 | General Unsecured | | | | CTN Holdings, Inc. | 25-10603 |
| 07/01/2025 | 34 | NM Taxation & Revenue Department | | PO Box 8575 | | Albuquerque | NM | 87198-8575 | | $17,990.52 | Priority | | | | CTN Holdings, Inc. | 25-10603 |
| 07/07/2025 | 35 | SS KS LLC dba Sunshine Sachs Morgan & Lylis | The Law Offices of Gary A Bemis | 3870 La Sierra Ave Ste 239 | | Riverside | CA | 92505 | | $61,480.50 | General Unsecured | | | | CTN Holdings, Inc. | 25-10603 |

In re CTN Holdings, Inc., et al.
Case No. 25-10603 (TMH)

Page 1 of 2

**Claims Register by Number**

| Date Filed | Claim No. | Creditor Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/08/2025 | 36 | Clear Channel Outdoor, Inc. | The Law Offices of Gary A Bemis | 3870 La Sierra Ave Ste 239 | | Riverside | CA | 92505 | | $78,000.00 | General Unsecured | | | | CTN Holdings, Inc. | 25-10603 |
| 07/14/2025 | 37 | NEV Alternatives LLC | Adam Milstein | 15910 Ventura Blvd, Suite 700 | | Encino | CA | 91436 | | $749,991.00 | General Unsecured | | | | CTN Holdings, Inc. | 25-10603 |
| 07/14/2025 | 38 | PWM Alternatives LLC | Adam Milstein | 15910 Ventura Blvd, Suite 700 | | Encino | CA | 91436 | | $749,991.00 | General Unsecured | | | | CTN Holdings, Inc. | 25-10603 |
| 07/14/2025 | 39 | Adam Milstein | | 15910 Ventura Blvd, Suite 700 | | Encino | CA | 91436 | | $1,000,000.00 | General Unsecured | | | | CTN Holdings, Inc. | 25-10603 |
| 07/15/2025 | 40 | Kroll Associates Inc. | | 1 World Trade Center | 285 Fulton Street, 31st Floor | New York | NY | 10007 | | $20,833.33 | General Unsecured | | | | CTN Holdings, Inc. | 25-10603 |
| 07/15/2025 | 41 | Nixon Peabody LLP | Diane Gerardi | 275 Broadhollow Road Suite 300 | | Melville | NY | 11747 | | $105,820.47 | General Unsecured | | | | CTN Holdings, Inc. | 25-10603 |
| 07/31/2025 | 42 | Oaktree Capital Management, L.P. | Jordan Mikes | 333 South Grand Avenue 28th Floor | | Los Angeles | CA | 90071 | | $5,000,000.00 | General Unsecured | | | | CTN Holdings, Inc. | 25-10603 |
| 07/31/2025 | 43 | Cision US Inc. | | 300 S Riverside Plaza | | Chicago | IL | 60606 | | $21,290.04 | General Unsecured | | | | CTN Holdings, Inc. | 25-10603 |
| 08/06/2025 | 44 | Jackson Lewis P.C. | | 1133 Westchester Ave Suite S125 | | West Harrison | NY | 10604 | | $9,597.50 | General Unsecured | | | | CTN Holdings, Inc. | 25-10603 |

In re CTN Holdings, Inc., et al.
Case No. 25-10603 (TMH)

Page 2 of 2