# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CTN HOLDINGS, INC., *et al.*,[1] | Case No. 25-10603 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Related Docket No. 351** |

## NOTICE OF FILING OF FINAL REPORT AND ACCOUNT

**PLEASE TAKE NOTICE** that on August 7, 2025, the United States Bankruptcy Court for the District of Delaware entered its *Order (I) Converting Chapter 11 Cases to Cases Under Chapter 7, (II) Approving Transition Services Agreement, (III) Establishing Deadline for Filing Final Chapter 11 Fee Applications and Setting a Hearing Thereon, and (IV) Granting Related Relief* [D.I. 351] (the "Conversion Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Conversion Order, the chapter 11 cases of the above-captioned debtors and debtors in possession (the "Debtors") were converted to cases under chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, effective as of August 7, 2025 (the "Conversion Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 1019(e) of the Federal Rules of Bankruptcy Procedure and the Conversion Order, attached hereto is the Debtors' final report and account as follows:

---

[1] The Debtors in these bankruptcy cases, along with the last four digits of the Debtors' federal tax identification numbers, are CTN Holdings, Inc. (9122), CTN SPV Holdings, LLC (8689), Make Earth Green Again, LLC (4441), Aspiration QFZ, LLC (1532), Aspiration Fund Adviser, LLC (4214), Catona Climate Solutions, LLC (3375), Zero Carbon Holdings, LLC (1679), and Carbon Sequestration III, LLC (2344). The mailing address for the Debtors is 548 Market Street, PMB 72015, San Francisco, CA 94104-5401.

| Exhibit | Description |
|---|---|
| 1 | Summary of Bank Accounts and Cash Balances as of the Conversion Date |
| 2 | Accounts Receivable |
| 3 | Deposits and Prepayments |
| 4 | Fixed Assets |
| 5 | Executory Contracts and Unexpired Leases |
| 6 | Pre-Conversion Quarterly Fees |

Dated: September 10, 2025  
Wilmington, Delaware

Respectfully submitted,

/s/ *Bradley P. Lehman*  
**WHITEFORD, TAYLOR & PRESTON LLC**[2]  
William F. Taylor, Jr. (DE No. 2936)  
Bradley P. Lehman (DE No. 5921)  
600 North King Street, Suite 300  
Wilmington, Delaware 19801  
Telephone: (302) 353-4144  
Facsimile: (302) 661-7950  
Email: wtaylor@whitefordlaw.com  
         blehman@whitefordlaw.com

-and-

**WHITEFORD, TAYLOR & PRESTON, L.L.P.**  
David W. Gaffey (admitted *pro hac vice*)  
Brandy M. Rapp (admitted *pro hac vice*)  
J. Daniel Vorsteg (admitted *pro hac vice*)  
Joshua D. Stiff (admitted *pro hac vice*)  
Alexandra G. DeSimone (admitted *pro hac vice*)  
3190 Fairview Park Drive, Suite 800  
Falls Church, Virginia 22042-4510  
Telephone: (703) 280-9260  
Email: dgaffey@whitefordlaw.com  
         brapp@whitefordlaw.com  
         jdvorsteg@whitefordlaw.com  
         jstiff@whitefordlaw.com  
         adesimone@whitefordlaw.com

*Former counsel to the Debtors and former Debtors-in-Possession*

---

[2] Whiteford, Taylor & Preston operates as Whiteford, Taylor & Preston LLC in Delaware.