# Exhibit 1

## Summary of Bank Accounts and Cash Balances as of the Conversion Date

**CTN Holdings, Inc., et al**
**Bank Accounts as of August 7, 2025**

| Entity | Bank | Account Number | Balance 8/7/2025 | Description |
|---|---|---|---|---|
| Catona Climate Solutions, LLC | Silicon Valley Bank* | X9261 | - | Analysis Checking |
| CTN Holdings, Inc. | Silicon Valley Bank* | X8604 | 24,367.17 | Debtor in Possession Operating Account |
| CTN Holdings, Inc. | Beneficial State Bank | X1529 | - | Business Money Market |
| CTN Holdings, Inc. | Burke & Herbert Bank | X1326 | - | Business Advantage Checking |
| CTN Holdings, Inc. | Coastal Community Bank | X4886 | - | Commercial Interest Checking |
| CTN Holdings, Inc. | Coastal Community Bank | X9884 | 75,246.58 | Commercial Interest Checking |
| CTN Holdings, Inc. | Flagstar | X2424 | 1,708,604.44 | Professional Fee Escrow |
| CTN Holdings, Inc. | Silicon Valley Bank* | X4480 | - | Analysis Checking |
| CTN Holdings, Inc. | Silicon Valley Bank* | X7543 | 14.20 | Analysis Checking |
| CTN Holdings, Inc. | Silicon Valley Bank* | X7017 | 1,175.73 | Analysis Checking |
| CTN Holdings, Inc. | Silicon Valley Bank* | X9988 | - | Collateral MMA (Microsoft Letter of Credit) |

*Silicon Valley Bank is a division of First Citizens Bank and Trust (UST Approved)