**Exhibit 3**

**Deposits and Prepayments**

As of the Conversion Date, there were no deposits or prepayments remaining with the Debtors as all deposits and prepayments were acquired under the Asset Purchase Agreement by and among Inherent Aspiration, LLC as purchaser and CTN Holdings, Inc. and its subsidiaries as sellers approved by order of the Bankruptcy Court entered June 5, 2025 [Dkt. No. 278].