## Exhibit 4

### Fixed Assets

As of the Conversion Date, there were no fixed assets remaining with the Debtors as all fixed assets were acquired under the Asset Purchase Agreement by and among Inherent Aspiration, LLC as purchaser and CTN Holdings, Inc. and its subsidiaries as sellers approved by order of the Bankruptcy Court entered June 5, 2025 [Dkt. No. 278].