**<u>Exhibit 5</u>**

**Executory Contracts and Unexpired Leases**

The following executory contracts and unexpired leases remain with the Debtors following the Conversion Date:

**CTN Holdings, Inc, et al**
**Executory Contracts**

| # | Contract Name | Company Party | Counterparty | Date Entered | Address |
|---|---|---|---|---|---|
| 1 | Master Services Agreement | Aspiration Partners, Inc. | APT 304. | 8/18/2020 | 5000 Birch Street Suite 3000 Newport Beach, CA 92660 |
| 2 | Greenhouse Gas (GHG) Footprinting Services Agreement | Catona Climate Solutions, LLC | Athletes Unlimited, LLC | 3/20/2024 | 888 7th Avenue, FL 40 New York, NY 10106 |
| 3 | D&O (Underlying policy to Excess) Insurance Policy, $2,500,000 x SIR - P-001-001481237-01 | CTN Holdings, Inc. | AXIS Insurance Company | 10/25/2024 | 10000 Avalon Blvd Ste 200 Alpharetta, GA, 30009-2531 |
| 4 | Carbon Credit Purchase Agreement | Aspiration Partners, Inc. | Bank of America NA | 5/5/2023 | 100 N Tryon St. Charlotte, NC 28255 |
| 5 | Emission Reductions Purchase Agreement | Aspiration Partners, Inc. | Blue Source LLC | 4/20/2022 | 2825 East Cottonwood Parkway, Suite 400, Cottonwood Heights, UT 84121 |
| 6 | Boston Red Sox Advertising and Sponsorship Agreement | Aspiration Card Services, LLC | Boston Red Sox Baseball Club Limited Partnership | 3/3/2022 | Fenway Park, 4 Jersey Street, Boston, MA 02215 |
| 7 | Confidential Settlement Agreement And Release | Aspiration Card Services, LLC and Aspiration Sustainability Impact Services, LLC | Boston Red Sox Baseball Club Limited Partnership | 4/19/2024 | Fenway Park, 4 Jersey Street, Boston, MA 02215 |
| 8 | Sustainability LetterAgreement | CTN Holdings, Inc | CAA Sports, LLC | 11/8/2021 | 2000 Avenue of the Stars, Los Angeles, CA 90067 |
| 9 | Editing Statement Of Work And Services Agreement | Aspiration Partners, Inc. | Cabin Editing Company | 9/15/2022 | 1754 14th Street Santa Monica, CA 90404 |
| 10 | Amendment To The Distribution Agreement | Aspiration Funds | Capital Investment Group, Inc. | 1/1/2021 | P.O. Box 4365 Rocky Mount, NC 27803 |
| 11 | Distribution Agreement | Aspiration Funds | Capital Investment Group, Inc. | 12/9/2014 | P.O. Box 4365 Rocky Mount, NC 27803 |
| 12 | Settlement and Release | Aspiration Partners, Inc. | Capitol Outdoor, Inc. | 7/6/2023 | 3286 M Street NW 3rd floor Washington, DC 20007 |
| 13 | Carbon Project Management And Consulting Agreement | Catona Climate Solutions, LLC | Carbon Capital Deployment I, LLC | 11/13/2024 | 251 Little Falls Drive, Wilmington, DE 19808 |
| 14 | Carbon Services Program Agreement | Aspiration Partners, Inc. | Chamber of Commerce of the United States of America | 11/7/2022 | 1615 H Street NW, Washington, DC 20062 |
| 15 | Settlement and Release | Aspiration Partners, Inc. | Circuit Transit Inc. | 7/28/2023 | 501 E. Las Olas Blvd Suite 300 Fort Lauderdale, FL 33301 |
| 16 | Commercial Insurance Policy (Property, Commercial, and Auto Coverage - OB3-H406385-05) | CTN Holdings, Inc. | Citizens Insurance Company of America | 10/15/2024 | 440 Lincoln Street, Worcester, MA 01653 |
| 17 | Master Services Agreement | Aspiration | ClickSWITCH, LLC | 7/23/2019 | 244 1st Avenue North #100, Minneapolis, MN 55401 |
| 18 | Carbon Credit Purchase Agreement | Aspiration Sustainable Impact Services, LLC and Aspiration Partners, Inc. | Deloitte Consulting LLP | 10/17/2022 | 30 Rockefeller Plaza, New York, NY 10112 |
| 19 | Harvest Deferral Agreement | CTN Holdings, Inc | DF Development, LLC | 1/1/2023 | 777 Main St, Suite 3900 Fort Worth, TX 76102 |
| 20 | Contribution Partner Agreement | Aspiration Partners, Inc. | Eden Reforestation Projects | 2/19/2021 | 303 W Foothill Blvd. Unit 13, Glendora, CA 91741 |

1

**CTN Holdings, Inc, et al**
**Executory Contracts**

| # | Contract Name | Company Party | Counterparty | Date Entered | Address |
|---|---|---|---|---|---|
| 21 | Amendment to Contribution Partner Agreement | Aspiration Partners, Inc. | Eden Reforestation Projects | 9/22/2021 | 303 W Foothill Blvd. Unit 13, Glendora, CA 91741 |
| 22 | Confidential Settlement Agreement and Mutual Release | Aspiration Partners, Inc. and Aspiration, Inc. | Eden Reforestation Projects | 5/24/2023 | 303 W Foothill Blvd. Unit 13, Glendora, CA 91741 |
| 23 | Consulting Agreement | CTN Holdings, Inc. | FactSet HR | 6/28/2024 | 7324 SW 54th Ave., Portland, OR 97219 |
| 24 | SAAS Agreement | Aspiration Partners, Inc. | Feedzai, Inc. | 10/29/2021 | 1875 S. Grant St., Suite 950 San Mateo, CA 94402 |
| 25 | Settlement Agreement | CTN Holdings, Inc | Firefly Systems, Inc. | Unspecified | 1612 Remuda Lane San Jose, CA 95112 |
| 26 | Amended And Restated Sustainability Master Services Agreement | Aspiration Sustainable Impact Services, LLC and Aspiration Partners, Inc. | Forum Entertainment LLC | 4/12/2022 | 3900 W. Manchester Avenue, Inglewood, CA 90305 |
| 27 | Excess Liability Insurance Insurance Policy, $1.25 excess of $3.75M - HE-0303-12185 | CTN Holdings, Inc. | Hudson Excess Insurance Company | 10/25/2024 | 100 William Street, New York, NY 10038 |
| 28 | First Addendum To Consulting Agreement | Aspiration Partners, Inc. | ICR, LLC | 1/11/2023 | 761 Main Avenue Norwalk, CT 06851 Attn: John Sorensen |
| 29 | Consulting Agreement | Aspiration Partners, Inc. | ICR, LLC | 5/10/2021 | 761 Main Avenue Norwalk, CT 06851 Attn: John Sorensen |
| 30 | Advertising Contract | CTN Holdings, Inc | Impact Tech/Launch Potato | 6/7/2018 | 223 E De La Guerra, Santa Barbara, CA 93101 |
| 31 | Recruiting Service Engagement Letter | Aspiration | IQTalent Partners, Inc. | 5/4/2022 | 201 4th Ave N, Ste 1300, Nashville, TN 37219 Attn: Account Management |
| 32 | Advertising Contract through Noble People | CTN Holdings, Inc | J.C. Decaux Street Furniture | 10/17/2022 | 13 Crosby Street, #402 New York, NY 10013 |
| 33 | Mutual Nondisclosure Agreement | Catona Climate Solutions | Jeanette Ishibashi | 1/20/2025 | PO Box 50001 Santa Clara, CA 95054 |
| 34 | Advertising Contract | CTN Holdings, Inc | Joy Wallet, LLC | 8/3/2023 | 1270 Ave of the Americas, 7th Fl - 1075 New York, NY 10020 |
| 35 | Forward Purchase Agreement | Catona Climate Solutions, LLC | Kijani Forestry, PBC and Carbon Capital Deployment I, LLC | 2/7/2025 | 9 East Loockerman Street Suite 311 Dover, DE 19901 |
| 36 | Endorsement Agreement | Aspiration Partners, Inc. | KL2 ASPIRE LLC | 4/1/2022 | 12220 Westerly Trail, Moreno Valley, CA 92557 |
| 37 | Addendum to the Founding Sponsorship Agreement | Aspiration Partners, Inc. | LA Clippers LLC | 10/29/2021 | 1212 S. Flower St, 5th Floor Los Angeles, CA 90015 Attention: Chief Global Partnerships Officer |
| 38 | Sustainability Master Services Agreement | Aspiration Sustainable Impact Services, LLC and Aspiration Partners, Inc. | LA Clippers LLC and Murphy's Bowl LLC | 9/13/2021 | 1212 S. Flower St, 5th Floor Los Angeles, CA 90015 Attention: Chief Global Partnerships Officer |
| 39 | Amendment to Sustainability Master Services Agreement | Aspiration Sustainable Impact Services, LLC and Aspiration Partners, Inc. | LA Clippers LLC and Murphy's Bowl LLC | 3/31/2022 | 1212 S. Flower St, 5th Floor Los Angeles, CA 90015 Attention: Chief Global Partnerships Officer |
| 40 | Advertising Contract | CTN Holdings, Inc | Liberty Media Group | 10/17/2022 | 1925 Arapahoe Street Los Angeles, CA 90007 |

**CTN Holdings, Inc, et al**
**Executory Contracts**

| # | Contract Name | Company Party | Counterparty | Date Entered | Address |
|---|---|---|---|---|---|
| 41 | Advertiser Services Agreement | CTN Holdings, Inc | Media Force Communications (2007), Ltd. | 3/6/2020 | 54 Jabotinksi St Holon, Israel 58293 |
| 42 | Carbon Credit Purchase Agreement | Aspiration Partners, Inc. | Meta Platforms, Inc. | 12/15/2022 | 1 Hacker Way, Menlo Park, CA 94025 |
| 43 | Separation Agreement and General Release | Aspiration Partners, Inc. | Michael Shuckerow | 6/5/2023 | 48 Chanticleer Road, Sudbury, MA 01776 |
| 44 | Purchase Agreement | Aspiration Partners, Inc. | Mission Financial Partners LLC | 2/12/2024 | 1 Embarcadero Ctr Suite 800 San Francisco CA 94111-3666 |
| 45 | Wind Down and Services Agreement | Aspiration Partners, Inc. | Mission Financial Partners LLC | 6/21/2024 | 1 Embarcadero Ctr Suite 800 San Francisco CA 94111-3666 |
| 46 | Carbon Credit Purchase Agreement | Aspiration Partners, Inc. | Mission Financial Partners LLC | 1/12/2024 | 1 Embarcadero Ctr Suite 800 San Francisco CA 94111-3666 |
| 47 | License Agreement | Aspiration Partners, Inc. | Mission Financial Partners LLC | 2/12/2024 | 1 Embarcadero Ctr Suite 800 San Francisco CA 94111-3666 |
| 48 | Marketing Services Contract | CTN Holdings, Inc | National Society of Leadership and Success | 8/7/2020 | 1 Evertrust Plaza, Suite 101, Jersey City, NJ 07302 |
| 49 | Amended and Restated Forward Transaction Confirmation | Carbon Sequestration III, LLC | Native, A Public Benefit Corporation. | 10/17/2024 | 3 Main Street, Suite 212, Burlington, VT 05401 |
| 50 | Native Term Sheet | Aspiration Partners, Inc. | Native, A Public Benefit Corporation. | 9/6/2022 | 3 Main Street, Suite 212, Burlington, VT 05401 |
| 51 | Master Services Agreement | Aspiration Partners, Inc. | Noble People, LLC | 7/9/2022 | 96 Morton Street, 4th Floor New York, NY 10014 |
| 52 | Noble People Revised Campaign Order | Aspiration Partners, Inc. | Noble People, LLC | 9/6/2022 | 96 Morton Street, 4th Floor New York, NY 10014 |
| 53 | Dividend Disbursing And Transfer Agent Agreement | Aspiration Funds | Nottingham Shareholder Services, LLC | 12/9/2014 | 116 South Franklin Street, Rocky Mount, NC 27804 |
| 54 | Nova Administrative Services Agreement | Aspiration Partners, Inc. | Nova Associates, Inc. | 3/28/2020 | 10777 Northwest Freeway Suite 440 Houston, TX 77092 |
| 55 | Advertising Contract | CTN Holdings, Inc | Overall Murals, Inc. | 11/7/2022 | 874 Kent Avenue #1 Brooklyn, NY 11205 |
| 56 | Independent Contractor Agreement | Aspiration Partners, Inc. | Pineapple Sustainable Partnerships Ltd | 7/6/2023 | 29 Stocks Lane, Steventon, Abingdon, England, OX13 6SS |
| 57 | Settlement and Release | Aspiration Partners, Inc. | Pivot Media Ventures | 7/28/2023 | 270 Lafayette Street New York, NY 10012 |
| 58 | Advertising Agreement through Noble People (as agent to CTN Holdings, Inc.) | CTN Holdings, Inc | POP! Media, Inc. | 10/24/2022 | 970 N Broadway #201 Los Angeles, CA 90012 |
| 59 | Marketing Services Provider Agreement | Aspiration Partners, Inc. | Prodege, LLC | 8/1/2019 | 100 N Pacific Coast Highway, 8th Floor, El Segundo, CA 90245 |
| 60 | Master Professional Services Agreement | Aspiration Partners, Inc. | Quantiphi, Inc. | 8/1/2022 | 33 Boston Post Road West, Suite 600, Marlborough, MA 01752 |

3

**CTN Holdings, Inc, et al**
**Executory Contracts**

| # | Contract Name | Company Party | Counterparty | Date Entered | Address |
|---|---|---|---|---|---|
| 61 | Excess D&O Insurance Policy, $1.25M - EFI1203316-00 | CTN Holdings, Inc. | Republic Van guard Insurance Company | 10/25/2024 | 5525 LBJ Freeway, Dallas, TX 75240 |
| 62 | Employment Practiced Liability Insurance Policy, $1M - NEP710070 | CTN Holdings, Inc. | RSUI Indemnity Company | 4/30/2024 | 945 East Paces Ferry Road, Suite 1800, Atlanta, GA 30326-1125 |
| 63 | Statement of Work | Aspiration Partners, Inc. | Slalom, LLC | 6/27/2022 | 821 2nd Avenue, Suite 1900, Seattle, WA 98104, |
| 64 | Master Services Agreement | Aspiration Partners, Inc. | Slalom, LLC | 10/26/2020 | 821 2nd Avenue, Suite 1900, Seattle, WA 98104, |
| 65 | Advertising Services | CTN Holdings, Inc | Summit Media, LLC | 10/24/2022 | 1925 Arapahoe St Los Angeles, CA 90007 |
| 66 | Warrant to Purchase Common Stock | Aspiration Partners, Inc. | Taylor Media Corp. | 12/15/2020 | 490 1st Ave South, Suite 800, Saint Petersburg, FL, 33701 |
| 67 | Insertion Order | Aspiration Partners, Inc. | Taylor Media Corp. | 2/19/2019 | 490 1st Ave South, Suite 800, Saint Petersburg, FL, 33701 |
| 68 | Worker's Compensation Insurance Policy, $1M/$1M/$1M - 72 WE BD4GK1 | CTN Holdings, Inc. | The Hartford | 2/1/2025 | One Hartford Plaza, Hartford, CT 06155 |
| 69 | Contract | Aspiration Partners, Inc. | The Morning Consult LLC | 3/16/2022 | 1025 F St NW, Suite 800 Washington, DC 20004 |
| 70 | Fund Accounting And Administration Service Agreement | Aspiration Funds | The Nottingham Company | 12/9/2014 | 116 South Franklin Street, Rocky Mount, NC 27804 |
| 71 | Auction Services Agreement | CTN Holdings, Inc | TickTok, Inc. | 10/21/2020 | 5800 Bristol Parkway, Suite 100, Culver City, CA 90230 |
| 72 | Subscription Agreement | Aspiration Partners, Inc. | Trove Research Limited | 11/5/2023 | Vaughan Chambers Vaughan Road Harpenden AL5 4EE |
| 73 | Sub-Investment Advisory Agreement | Aspiration Fund Adviser, LLC | UBS Global Asset Management (Americas) Inc. | 3/30/2015 | One North Wacker Drive, Chicago, IL 60606 |
| 74 | Excess D&O Insurance Policy, $1.25M - EFI1203316-00 | CTN Holdings, Inc. | Underwriters at Lloyd's of London | 10/25/2024 | 280 Park Avenue East Tower, 25th Floor, New York, NY 10017 |
| 75 | Settlement and Release | CTN Holdings, Inc. | Vizible Media Group, LLC | 12/13/2024 | 833 Chretien Point Ave Covington, LA 70433 Attn: Daniel Barnes |
| 76 | Advertiser Services Agreement | CTN Holdings, Inc | W4 Holdings, llc d/b/a Digital Media Solutions, LLC | 9/28/2020 | 11833 Mississippi Ave., 2nd Floor; Los Angeles, CA 90025 |
| 77 | AMENDMENT NO. 1 TO THE Letter of Engagement dated 4th April 2022 | Aspiration Partners, Inc. | WNS Global Services (UK) Intl. Ltd. | 9/30/2022 | Jay Suites - New York, 515 Madison Avenue, 8th Fl, New York, NY 10022 |
| 78 | Letter Of Engagement For WNS Services | Aspiration Partners, Inc. | WNS Global Services (UK) Intl. Ltd. | 4/4/2022 | Jay Suites - New York, 515 Madison Avenue, 8th Fl, New York, NY 10022 |
| 79 | Fee Agreement | Aspiration Partners, Inc. | Woodruff-Sawyer & Co. | 4/19/2021 | 50 California St, Floor 12 San Francisco, CA 94111 Attn: Michael Cunha |
| 80 | Employed Lawyers Coverage Insurance Policy, $2M/$2M - EOC 6182960-01 | CTN Holdings, Inc. | Zurich American Insurance Company | 10/25/2024 | 1299 Zurich Way, Schaumburg, IL 60196 |

**CTN Holdings, Inc, et al**
**Executory Contracts**

| # | Contract Name | Company Party | Counterparty | Date Entered | Address |
|---|---|---|---|---|---|
| 81 | Cyber Liability Insurance Policy, $5M - SPR 5630977-01 | CTN Holdings, Inc. | Zurich in North America | 10/22/2024 | 1299 Zurich Way, Schaumburg, IL 60196 |
| 82 | Senior Secured Promissory Note | Aspiration Partners, Inc. | AGO Special Situations LP | 3/12/2021 | 10833 Wilshire Blvd, #205, Los Angeles, CA 90024 |