**Exhibit 6**

**Pre-Conversion Quarterly Fees**

United States Trustee fees for the second quarter of 2025 in the amount of $27,477.22 were paid on July 24, 2025, for CTN Holdings, Inc. and the associated seven other Debtors.

United States Trustee fees for the third quarter of 2025 for CTN Holdings and the associated seven other Debtors have been calculated at $2,312.69 for the period July 1, 2025, to the August 7, 2025 Conversion Date, which fees have been reserved but not yet paid to the United States Trustee.